**EXHIBIT GC000**

| EXHIBITS - name "GC###" | |
|---|---|
| ## | Description |
| GC001 | docket 20231103 |
| GC002 | Original Petition 20220420 |
| GC003 | Request for Svc 20220420 |
| GC004 | Request for Svc-Dungan 20220420 |
| GC005 | Receipt Acknowledge 20220420 |
| GC006 | Citation Issuance-Work Product 20220422 |
| GC007 | Receipt Acknowledge 20220422 |
| GC008 | Pltf App Writ Garnish 20220426 |
| GC009 | PO Writ Garnish (unsigned) 20220426 |
| GC010 | PO Writ Garnish (unsigned) 20220426 |
| GC011 | Req for Civil Svc 20220426 |
| GC012 | Order 20220502 - hidden |
| GC013 | Pltfs Amnd Emerg App 20220504 |
| GC014 | PO Pltfs Amnd Emerg App 20220504 |
| GC015 | PO Writ BankSouth 20220504 |
| GC016 | Req for civil svc 20220504 |
| GC017 | Amnd Order Writ 20220519 |
| GC018 | Amnd Order Writ 20220519 |
| GC019 | bookkeeping receipt 20220601 |
| GC020 | bond cert of cash in lieu of 20220602 |
| GC021 | writ issue 20220602 |
| GC022 | receipt acknowledge 20220602 |
| GC023 | Svc Return-Tight End 20220615 |
| GC024 | Writ return 20220621 |
| GC025 | Pltf Motion for Sub Svc 20220720 |
| GC026 | PO Motion for Sub Svc (unsigned) 20220720 |
| GC027 | PO Amended Motion Sub Svc (unsigned) 20220721 |
| GC028 | Dungans Orig Ans 20220722 |
| GC029 | PO dissolving writ 20220722 |
| GC030 | Motion for leave 20220722 |
| GC031 | PO Rule 664a mtn to dissolve 20220722 |
| GC032 | PO setting sub deadlines 20220722 |
| GC033 | TESBG Orig Ans 20220722 |
| GC034 | NoH 20220722 |
| GC035 | Notice Reset Stat Conf 20220725 |
| GC036 | NoH Mtn to vacate 20220725 |
| GC037 | NoH by sub 20220725 |
| GC038 | Def Amnd 664a Mtn 20220725 |
| GC039 | Amnd Order Sub Svc 20220725 |
| GC040 | Pltfs Resp Mtn for leave 20220726 |
| GC041 | PO Deny Mtn for leave 20220726 |
| GC042 | Def WE list 20220728 |
| GC043 | Def brief in sup 20220728 |
| GC044 | Pltf Resp 20220728 |
| GC045 | PO mtn to dissolve 20220728 |

| | |
|---|---|
| GC046 | Pltf Obj to Evidence 20220728 |
| GC047 | PO Pltf Obj to Evidence 20220728 |
| GC048 | PO Pltf Obj to Evidence 20220728 |
| GC049 | Def Resp to Pltf Obj to Evidence 20220728 |
| GC050 | Def Obj to Evidence 20220728 |
| GC051 | PO Def Obj to Evidence 20220728 |
| GC052 | Pltf Obj & Mtn to strike 20220729 |
| GC053 | PO Pltf Obj & Mtn to strike 20220729 |
| GC054 | Banksouth Orig Answ 20220729 |
| GC055 | PO pltf obj to evid 20220801 |
| GC056 | Defs Resp pltf obj to evid 20220801 |
| GC057 | NoH 20220816 |
| GC058 | Order Deny Mtn to dissolve 20220829 |
| GC059 | copy of notice 20220830 |
| GC060 | PO Docket Control 20220921 |
| GC061 | Docket Control 20220923 |
| GC062 | SoS receipt 20220928 |
| GC063 | Pltfs MSJ 20221024 |
| GC064 | PO Pltfs MSJ 20221024 |
| GC065 | Req for Hearing 20221026 |
| GC066 | Notice from court 20221026 |
| GC067 | NoH Pltfs MSJ 20221027 |
| GC068 | Def Resp to Pltfs MSJ 20221128 |
| GC069 | TE Amdn Answ & CC 20221128 |
| GC070 | Notice from Court 20221205 |
| GC071 | Amdn NoH 20221206 |
| GC072 | 2nd Amdn NoH 20230104 |
| GC073 | notice from court 20230104 |
| GC074 | PO Pltfs MSJ (unsigned) 20230110 |
| GC075 | Pltfs MSJ on CCs 20230110 |
| GC076 | NoH Pltfs MSJ on CCs 20230110 |
| GC077 | TEs Resp to Pltfs MSJ 20230124 |
| GC078 | bond surety approved 20230131 |
| GC079 | bond cert of cash in lieu 20230131 |
| GC080 | PO (unsigned) deny Pltf MSJ 20230206 |
| GC081 | PO (unsigned) deny Pltf MSJ 20230206 |
| GC082 | PO (unsigned) amnd order 20230207 |
| GC083 | Order denying MSJ on CCs 20230207 |
| GC084 | Order denying MSJ 20230207 |
| GC085 | Copy Notice 20230209 |
| GC086 | Copy Notice 20230209 |
| GC087 | SoS Correspondence 20230320 |
| GC088 | SoS receipt 20230320 |
| GC089 | Pltfs Amdn Pet 20230601 |
| GC090 | Pltfs Ans to CCs 20230601 |
| GC091 | Pltfs mediation report 20230801 |
| GC092 | Pltfs MSJ on CCs 20230823 |

| | |
|---|---|
| GC093 | PO (unsigned) Pltfs MSJ on CCs 20230823 |
| GC094 | NoH  20230824 |
| GC095 | PO (unsigned) Continuance & WD 20230830 |
| GC096 | mtn Continuance & WD 20230830 |
| GC097 | Notice from Court  20230824 |
| GC098 | Order Granting mtn Cont & WD 20230906 |
| GC099 | copy notice 20230906 |
| GC100 | Order Granting MSJ (not final) 20230918 |
| GC101 | copy notice 20230918 |
| GC102 |  copy notice 20231006 |
| GC103 | SoS corresp 20231011 |
| GC104 | Suggestion of BK 20231103 |
| GC105 |  notice of removal 20231103 |
| | |
| C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[GC exhibit list 001 4854-9413-0573 v.2.xlsx]exhlistKuberlaxmi001 | |