11/3/23, 10:58 AM    Case 23-03245    Document 1-2 Filed in TXSB on 11/08/23 Page 1 of 4    publicaccess.galvestoncountytx.gov/PublicAccess/CaseDetail.aspx?CaseID=1629263

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back    Location : Galveston County    Images

# Case Summary
## Case No. 22-CV-0675

**EXHIBIT GC001**

| | |
|---|---|
| Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al § § § § § | Case Type: **Contract - Debt**<br>Date Filed: **04/20/2022**<br>Location: **56th District Court**<br>Judicial Officer: **Cox, Lonnie** |

---

### Party Information

| | | | Lead Attorneys |
|---|---|---|---|
| **Defendant** | **Dungan, Timothy**<br>5584 State Hwy 121<br>Plano, TX 75024 | | **Pro Se** |
| **Defendant** | **Tight Ends Sports Bar & Grill, LLC**<br>5584 State Hwy 121<br>Plano, TX 75024 | | **Jeff Carruth**<br>*Retained*<br>713-341-1158(W)<br>713-961-5341(F)<br>jcarruth@wkpz.com |
| **Garnishee** | **BankSouth**<br>c/o. Texas Secretary of State<br>1019 Brazos Street<br>Austin, TX 78701 | | **Pro Se** |
| **Garnishor** | **Salt & Pepper Restaurants, Inc.**<br>c/o Gray Reed<br>1300 Post Oak Blvd., #2000<br>Houston, TX 77056 | | **Preston T. Kamin**<br>*Retained*<br>713-986-7000(W)<br>713-986-7100(F)<br>pkamin@grayreed.com |
| **Plaintiff** | **Salt & Pepper Restaurants, Inc.**<br>c/o Gray Reed<br>1300 Post Oak Blvd., #2000<br>Houston, TX 77056 | | **Preston T. Kamin**<br>*Retained*<br>713-986-7000(W)<br>713-986-7100(F)<br>pkamin@grayreed.com |

---

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 04/20/2022 | **Original Petition - OCA**<br>Plaintiff's Original Petition |
| 04/20/2022 | **Request for Civil Service**<br>Request for Issuance-Tight Ends. 1 Citation to be Emailed; Assigned to R.G. |
| 04/20/2022 | **Request for Civil Service**<br>Request for Issuance-Timothy Dungan. 1 Citation to be Emailed; Assigned to R.G. |
| 04/20/2022 | **Status Conference Sheet**<br>Emailed to Atty. |
| 04/20/2022 | **Receipt Acknowledge**<br>Emailed Status Conf. Sheet to Atty. |
| 04/22/2022 | **Citation Issuance - Work Product**<br>emailed 2 citations to attorney |
| 04/22/2022 | **Receipt Acknowledge**<br>for email |
| 04/26/2022 | **Application**<br>Plaintiff's Application for Writ of Garnishment to Bank South w declaration |
| 04/26/2022 | **Proposed Order (unsigned)**<br>Proposed Writ of Garnishment to South Bank |
| 04/26/2022 | **Proposed Order (unsigned)**<br>Order to Issue Prejudgment Writ of Garnishment 4854-2424-7069 v.1 |
| 04/26/2022 | **Request for Civil Service**<br>Fee Paid for 1 Pre Jdmt.Writ of Garnishment; Pending Order & Bond; Assigned to S.D. |
| 05/02/2022 | **Order** (Judicial Officer: Cox, Lonnie )<br>Writ of Garnishment- Amended Order signed 5-19-22 lk |
| 05/04/2022 | **Application**<br>Plaintiff's Amended Emergency Application for Prejudgment Writ of Garnishment |
| 05/04/2022 | **Proposed Order (unsigned)** |

| | | |
|---|---|---|
| | | Amended Order for Prejudgment Writ of Garnishment |
| 05/04/2022 | **Proposed Order (unsigned)** | |
| | | Plaintiff's Amended proposed Writ of Garnishment to BankSouth |
| 05/04/2022 | **Request for Civil Service** | |
| | | Request for Issuance of Service. Pre Jdmt. Writ of Garnishment; Pending Order & Bond; Assigned to S.D. |
| 05/19/2022 | Motion Hearing (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| | | AMENDED WRIT OF GARNISHMENT |
| 05/19/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | for Prejudgment Writ of Garnishment - Bond set at $1,000.00 - Replevy Bond set at : $33,000.00 |
| 05/19/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | Amended Writ of Garnishment |
| 06/01/2022 | **Bookkeeping Receipt Acknowledgment** | |
| | | Received ck in the amount of $1,000.00 for Pre-Judgment Writ of Garnishment Bond |
| 06/02/2022 | **Bond - Certificate of Cash in Lieu of** | |
| 06/02/2022 | **Writ of Garnishment Issuance - Before Judgment - Work Produc** | |
| | | Issued; Emailed per request. |
| 06/02/2022 | **Receipt Acknowledge** | |
| | | Emailed Writ of Garnishment Pre Jdmt. to Atty. |
| 06/15/2022 | **Return of Service on Citation/Subpoena** | |
| | | Affidavit |
| 06/21/2022 | **Writ of Garnishment and Return -Before Judgment** | |
| 07/20/2022 | **Motion** | |
| | | Plaintiff's Motion for Substitute Service |
| 07/20/2022 | **Proposed Order (unsigned)** | |
| | | Order Granting Plaintiff's Motion for Substituted Service |
| 07/21/2022 | Status Conference (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| 07/21/2022 | **Proposed Order (unsigned)** | |
| | | Amended Order Granting Plaintiff's Motion for Substituted Service- Proposed |
| 07/22/2022 | **Original Answer** | |
| | | Timothy Dungan's Original Answer |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Order Granting Defendants' Motion to Dissolve Writ of Garnishment |
| 07/22/2022 | **Motion for Leave** | |
| | | Defendants' Motion for Leave to Shorten Deadlines |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Defendants' Rule 664a Motion to Dissolve Writ of Garnishment |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Order Setting Submission Date And Response Deadline |
| 07/22/2022 | **Original Answer** | |
| | | Tight Ends Sports Bar & Grill, LLC's Original Answer & Counterclaim |
| 07/22/2022 | **Notice of Hearing** | |
| | | Notice of Hearing by Submission-Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | | notice of reset of status conference on 09/22/2022@9:30AM |
| 07/25/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | | notice of deft's motion to vacate writ of garnishment and reduce response deadline set on 07/28/2022@4:00PM |
| 07/25/2022 | Court Coordinator's Case Notes | |
| | | SIGNED- ORDER ON PLTF'S MTN FOR SUB SERVICE//LC/re |
| 07/25/2022 | **Notice of Hearing** | |
| | | Notice of Hearing by Submission of Amended Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Amended Motion** | |
| | | Defendants' Amended Rule 664a Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | Granting Plaintiff's Mtn for Substituted Service |
| 07/26/2022 | **Response** | |
| | | Tight End's Response to Motion for Leave to Set Submission Date |
| 07/26/2022 | **Proposed Order (unsigned)** | |
| | | Order Denying Motion for Leave to Set Submission Date |
| 07/28/2022 | Submission (4:00 PM) (Judicial Officer Cox, Lonnie) | |
| | | DEFT'S MTN TO VACATE WRIT OF GARNISHMENT & REDUCE RESPONSE DEADLINE |
| 07/28/2022 | **Exhibit(s)** | |
| | | Defendants' Exhibit List and Exhibit 1 for Defendants' Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Brief in Support of** | |
| | | Defendants' Brief in Support of Amended Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Response** | |
| | | Plaintiff's Response to Amended Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order Denying Defendants' Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Objection** | |
| | | Plaintiff's Objections to Evidence-Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order on Plaintiff's Objections to Defendants Evidence |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order on Plaintiff's Objection to Defendants' Offered Evidence |
| 07/28/2022 | **Response** | |
| | | Defendants' Response to Plaintiff's Objections to Evidence |
| 07/28/2022 | **Objection** | |
| | | DEFENDANTS OBJECTIONS TO PLAINTIFF S OFFERED EVIDENCE |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | ORDER ON DEFENDANTS OBJECTION TO PLAINTIFF S OFFERED EVIDENCE- PROPOSED |
| 07/29/2022 | **Objection** | |
| | | Plaintiff's Objections and Motion to Strike Def. Exhibit List |
| 07/29/2022 | **Proposed Order (unsigned)** | |
| | | proposed Order on Plaintiff's Objections and Motion to Strike Exhibit List |

| Date | Entry |
|---|---|
| 07/29/2022 | **Original Answer** <br> to Pltf's Writ of Garnishment |
| 08/01/2022 | **Proposed Order (unsigned)** <br> Proposed Order on Plaintiff's Second Objection to Defendants' Evidence |
| 08/01/2022 | **Response** <br> Defendants' Response to Plaintiff's Second Objection to Evidence |
| 08/16/2022 | **Notice of Hearing** <br> Notice of Hearing on Motion to Dissolve Writ of Garnishment set 8-29-22 @ 10:30 a.m. |
| 08/29/2022 | Motion Hearing (10:30 AM) (Judicial Officer Cox, Lonnie) <br> MTN TO DISSOLVE WRIT OF GARNISHMENT <br> Result: Held |
| 08/29/2022 | **Order Denying Motion to Dissolve Writ** (Judicial Officer: Cox, Lonnie ) <br> of Garnishment |
| 08/30/2022 | **Copy of Notice** |
| 09/21/2022 | **Proposed Order (unsigned)** <br> Agreed Docket Control Order |
| 09/22/2022 | Status Conference (9:30 AM) (Judicial Officer Cox, Lonnie) <br> Result: Passed - Not held |
| 09/23/2022 | **Docket Control Order** (Judicial Officer: Cox, Lonnie ) <br> discovery and d c o |
| 09/28/2022 | **Secretary of State Receipt** |
| 10/24/2022 | **Motion for Summary Judgment** <br> Plaintiff's Traditional Motion for Partial Summary Judgment |
| 10/24/2022 | **Proposed Order (unsigned)** <br> proposed Order on Plaintiff's Traditional Motion for Partial Summary Judgment |
| 10/25/2022 | Court Coordinator's Case Notes <br> PLTF'S MSJ SEEN BY COURT; NO REQUEST FOR ORAL HEARING OR SUBMISSION//LC/re |
| 10/26/2022 | **Request for Hearing** <br> Request for Oral Hearing on Plaintiff's Motion for Partial Summary Judgment |
| 10/26/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) <br> notice of pltf's partial summary judgment set on 12/05/2022@11:00 AM |
| 10/27/2022 | **Notice of Hearing** <br> Notice of Hearing-Plaintiff's Motion for Partial Summary Judgment against Tight Ends |
| 11/28/2022 | **Response** <br> Deft. TE's Response to Salt and Pepper's Partial MSJ |
| 11/28/2022 | **Answer** <br> Tight Ends' First Amended Answer & Counterclaim |
| 12/05/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) <br> notice of set and reset of plt's partial summary judgment. it has been reset to 01/09/2023@11:30AM. |
| 12/06/2022 | **Notice of Hearing** <br> Amended Notice of Hearing-Plaintiffs M4PSJ against Tight Ends |
| 01/04/2023 | **Notice of Hearing** <br> Second Amended NOH-Plaintiff's Motion for Summary Judgment |
| 01/04/2023 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) <br> notice of setting on pltf's partial summary judgment reset to 01/31/2023@11:00AM |
| 01/10/2023 | **Proposed Order (unsigned)** <br> Order-Plaintiff's MSJ against Tight Ends Counterclaims |
| 01/10/2023 | **Motion for Summary Judgment** <br> Plaintiff's MSJ on Tight Ends Counterclaims |
| 01/10/2023 | **Notice of Hearing** <br> Notice of Hearing-Plaintiffs MSJ against Tight Ends Counterclaims-set 1-31-23 @ 11:00 a.m. |
| 01/24/2023 | **Response** <br> Tight Ends' Response to Plaintiff's Motion for Traditional Summary Judgment on Counterclaims |
| 01/31/2023 | Motion Hearing (11:00 AM) (Judicial Officer Cox, Lonnie) <br> PLTF'S PARTIAL SUMMARY JUDGMENT & PLTF'S MSJ ON TIGHT ENDS CLAIMS <br>    12/05/2022 Reset by Court to 01/09/2023 <br>    01/09/2023 Reset by Court to 01/31/2023 |
| 01/31/2023 | **Bond - Surety Approved** <br> Defendants' Replevin Bond. |
| 01/31/2023 | **Bond - Certificate of Cash in Lieu of** |
| 02/06/2023 | **Proposed Order (unsigned)** <br> Order Denying Traditional MSJ on Plaintiff's Claims |
| 02/06/2023 | **Proposed Order (unsigned)** <br> Order Denying Traditional MSJ |
| 02/07/2023 | **Proposed Order (unsigned)** <br> Amended Order Granting Plaintiff's Partial MSJ |
| 02/07/2023 | **Order Denying** (Judicial Officer: Cox, Lonnie ) <br> Plaintiff's Mtn for Traditional Summary Judgment on Tight Ends' Counterclaims |
| 02/07/2023 | **Order Denying** (Judicial Officer: Cox, Lonnie ) <br> Plaintiff's Mtn for Partial Summary Judgment against Tight Ends Sports Bar & Grill, LLC |
| 02/09/2023 | **Copy of Notice** |
| 02/09/2023 | **Copy of Notice** |
| 03/20/2023 | **Correspondence** <br> From SOS - Service of Process. Citation not served due to deficiencies, fees not included. |
| 03/20/2023 | **Secretary of State Receipt** |
| 06/01/2023 | **Amended Petition** <br> Plaintiff's First Amended Petition |
| 06/01/2023 | **Original Answer** <br> Plaintiff's Original Answer to Defendant's Counterclaim |
| 08/01/2023 | **Report** <br> Plaintiff's Mediation Report |
| 08/23/2023 | **Motion for Summary Judgment** <br> Plaintiff's Motion for SJ on Tight Ends Counterclaim |

| Date | Event | Description |
|---|---|---|
| 08/23/2023 | Proposed Order (unsigned) | Order Granting Plaintiff's Motion for SJ on Tight Ends Counterclaim |
| 08/24/2023 | Notice of Hearing | Notice of Hearing-Plaintiff's MSJ on Tight Ends Counterclaim |
| 08/24/2023 | Notice - From Court of Setting Date | (Judicial Officer: Cox, Lonnie) notice of setting on pltf's motion for summary judgment on 09/18/2023@9:30AM |
| 08/30/2023 | Proposed Order (unsigned) | Order Granting Continuance and Motion to Withdraw |
| 08/30/2023 | Motion for Continuance | Motion for Continuance and Motion for Withdrawal of Counsel |
| 09/05/2023 | Order Granting Motion for Continuance | (Judicial Officer: Cox, Lonnie) and Motion for Withdrawal - Trial is Continued until 11/3/23 |
| 09/06/2023 | Copy of Notice | |
| 09/18/2023 | Motion for Summary Judgment | (9:30 AM) (Judicial Officer Cox, Lonnie) PLTF'S MSJ Result: Granted |
| 09/18/2023 | Order Granting Summary Judgment - Non Final | (Judicial Officer: Cox, Lonnie) on Deft's Counterclaim |
| 09/18/2023 | Copy of Notice | |
| 10/06/2023 | Copy of Notice | |
| 10/11/2023 | Correspondence | From S.O.S Regarding no Forwarding Address |
| 11/03/2023 | Bench Trial | (10:00 AM) (Judicial Officer Cox, Lonnie) 10/03/2023 Reset by Court to 11/03/2023 |
| 11/03/2023 | Notice of Bankruptcy - OCA | Notice/Suggestion of Bankruptcy; Sent to CRT |
| 11/03/2023 | Notice of Removal | Notice of Removal - Bankruptcy CRT |

**Unofficial Record**