1 Citation 22-03245 Document 1-5 Filed
Filed: 4/20/2022 3:55 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 63747149
By: Shailja Dixit
4/20/2022 4:06 PM

# JOHN D. KINARD
## DISTRICT CLERK GALVESTON COUNTY

**REQUEST FOR ISSUANCE OF SERVICE**

Case Number: 22-CV-0675  
Court Description: Galveston County - 56th District Court

**EXHIBIT GC004**

Name(s) of Documents to be served: Plaintiff's Original Petition

**SERVICE TO BE ISSUED ON** (Please list exactly as the name appears in the pleading to be served)

Issue Service To: Timothy Dungan  
Address of Service: 1603 Wildfire Lane  
City, State & Zip: Frisco, Texas 75033, or wherever he may be found  
Agent (IF APPLICABLE):

**TYPE OF SERVICE TO BE ISSUED:**

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citation Rule 106 Service
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Secretary of State Citation
- [ ] Protective Order
- [ ] Citation Scire Facias
- [ ] Attachment
- [ ] Certiorari
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe):

*All service fees for Sheriff and Constable are collected by the clerk of court at the time of request.*

**UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)**

- [ ] Send to Sheriff
- [ ] Galveston County Constable Name and Address
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up):
- [ ] Call attorney for pick up (Phone Number):
- [ ] Mail to attorney at:
- [X] Email Service to: Preston Kamin (pkamin@grayreed.com)
- [ ] District Clerk serve by certified mail
- [ ] Send to League City

**ISSUANCE OF SERVICE REQUESTED BY:**

Attorney/Party Name: Preston Kamin  
Phone Number: 713-986-7000    Email Address: pkamin@grayreed.com

Revision 2.0