**Dixit, Shailja**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'pkamin@grayreed.com' |
| **Sent:** | Wednesday, April 20, 2022 4:44 PM |
| **Subject:** | Relayed: 22-CV-0675_Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al- S/C |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

'pkamin@grayreed.com' (pkamin@grayreed.com)

Subject: 22-CV-0675_Salt &amp; Pepper Restaurants, Inc. vs. Tight Ends Sports Bar &amp; Grill, LLC, Et Al- S/C