## CITATION

**THE STATE OF TEXAS**

| | |
|---|---|
| SALT & PEPPER RESTAURANTS, INC. VS. TIGHT ENDS SPORTS BAR & GRILL, LLC, ET AL | Cause No.: 22-CV-0675<br>56th District Court of Galveston County |

TO:   Tight Ends Sports Bar & Grill, LLC
      Registered Argent United States Corporation Agents Inc
      9900 Spectrum Drive
      Austin TX  78717, or wherever it may be found

**EXHIBIT GC006**

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **April 20, 2022**. It bears cause number **22-CV-0675** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of April, 2022.**

Issued at the request of:
Preston T Kamin
Gray Reed
1300 Post Oak Blvd Suite 2000
Houston TX 77056



**John D. Kinard**, District Clerk
Galveston County, Texas

*Robin Gerhardt*

By    Robin Gerhardt, Deputy

## The District Courts of Galveston County, Texas Status Conference Notice
## Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | |
|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | |
| 10th District Court | @  9:00 A.M. | 409-766-2230      Fax | 409-770-5266 |
| 56th District Court | @  9:30 A.M. | 409-766-2226      Fax | 409-770-5264 |
| 122nd District Court | @  9:30 A.M. | 409-766-2275      Fax | 409-770-6265 |
| 212th District Court | @  9:00 A.M. | 409- 766-2266     Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688      Fax | 409-765-2689 |

### Date :07/21/2022 set in the 56th District Court - Judge Lonnie Cox

# RETURN OF SERVICE

| Case no. 22-CV-0675 | In the 56th District Court |
|---|---|
| Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al | |

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:** Tight Ends Sports Bar & Grill, LLC
Registered Argent United States Corporation Agents Inc
9900 Spectrum Drive
Austin TX  78717, or wherever it may be found

**SERVED:**          ADDRESS/LOCATION

| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following reason:_____
_____

| FEES: Serving CITATION and copy  $_____ | Mileage _____  miles @ $_____per mile    Total $_____ |
|---|---|
| TOTAL FEES AND MILEAGE $ | |

Signed on _____day of _____, 20_____ **Officer**

_____ **County, TX**

_____ **Deputy /Officer Signature**

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
             (First)           (Middle)         (Last)

And my address is _____
                            Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

**Executed in** _____, County, State of _____, on _____.

_____       _____
**Declarant/Authorized Process Server Signature**            **ID# and expiration of certification**

# CITATION

## THE STATE OF TEXAS

| | |
|---|---|
| SALT & PEPPER RESTAURANTS, INC. VS. TIGHT ENDS SPORTS BAR & GRILL, LLC, ET AL | Cause No.: 22-CV-0675<br>56th District Court of Galveston County |

TO:   Timothy Dungan
      1603 Wildfire Lane
      Frisco TX  75033, or wherever he may be found

**GREETINGS: YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **April 20, 2022**. It bears cause number **22-CV-0675** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of April, 2022.**

Issued at the request of:
Preston T Kamin
Gray Reed
1300 Post Oak Blvd Suite 2000
Houston TX 77056



**John D. Kinard**, District Clerk
Galveston County, Texas

By   Robin Gerhardt, Deputy

## The District Courts of Galveston County, Texas Status Conference Notice
## Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) |||
|---|---|---|
| Court Name | Status Conference Time | Court Phone Number |
| 10th District Court | @  9:00 A.M. | 409-766-2230    Fax    409-770-5266 |
| 56th District Court | @  9:30 A.M. | 409-766-2226    Fax    409-770-5264 |
| 122nd District Court | @  9:30 A.M. | 409-766-2275    Fax    409-770-6265 |
| 212th District Court | @  9:00 A.M. | 409- 766-2266    Fax    409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688    Fax    409-765-2689 |

## Date :07/21/2022 set in the 56th District Court - Judge Lonnie Cox

# RETURN OF SERVICE

| Case no. 22-CV-0675 | In the 56th District Court |
|---|---|

**Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:** Timothy Dungan
1603 Wildfire Lane
Frisco TX  75033, or wherever he may be found

| SERVED: DATE | TIME | ADDRESS/LOCATION PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following reason:_____

_____

| FEES: Serving CITATION and copy  $_____ | |
|---|---|
| | Mileage _____ miles @ $_____ per mile    Total $_____ |
| TOTAL FEES AND MILEAGE $ | |

Signed on _____day of _____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT**

In accordance with **rule 107 (c).** The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
          (First)          (Middle)          (Last)

And my address is _____
Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _____, County, State of _____, on _____.

_____ | _____
**Declarant/Authorized Process Server Signature** | **ID# and expiration of certification**