**Gerhardt, Robin**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | pkamin@grayreed.com |
| **Sent:** | Friday, April 22, 2022 11:04 AM |
| **Subject:** | Relayed: 22 CV 0675    Citation (2) |

**EXHIBIT GC007**

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

pkamin@grayreed.com (pkamin@grayreed.com)

Subject: 22 CV 0675 Citation (2)

1