Fee Paid for 1 Pre Judgment Writ of Garnishment; Pending Order & Bond Assigned to S.D.

## Case

| | |
|---|---|
| **Case Number** <br> 22-CV-0675 | **Description** <br> Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al |
| **Location** <br> Galveston County - 56th District Court | **Category** <br> Civil - Contract |
| **Case Type** <br> Debt/Contract - Debt Collection | **Status** <br> Active |
| **Filed Date** <br> 04/20/2022 12:00 AM CDT | **Judge** <br> Cox, Lonnie |

**EXHIBIT GC011**

## Envelope # 63914325

| | |
|---|---|
| **Submit Date** <br> 04/26/2022 1:18 PM CDT | **Docket Date** <br> 04/26/2022 1:18 PM CDT |
| **Filing Source** <br> Odyssey File & Serve | **Filing Attorney** <br> Preston T Kamin |
| **Filed By** <br> LaTrinda Miles | **Firm Name** <br> Gray Reed & McGraw LLP |
| **Firm Address** <br> 1300 Post Oak Blvd. <br> Suite 2000 <br> Houston, Texas 77056 | **Firm Phone** <br> 713-986-7000 |
| **Filer Email** <br> lfield-miles@grayreed.com | **Filer Type** <br> Not Applicable |

### Docket Date Change Log

| Docket Date Change | Reason | Comments | Original Date/Time | New Date/Time | Changed By |
|---|---|---|---|---|---|

## Filings

3 Filing(s)

### Motion

| | |
|---|---|
| **Status** <br> Accepted By Court | **Filing Type** <br> EFileAndServe |
| **Reference Number** <br> 25432.1 | **Filing Description** <br> Plaintiff's Application for Writ of Garnishment to Bank South w declaration |
| **Filing Comments** | **Filing Courtesy Copies** |
| **Review Date** <br> 04/26/2022 1:31 PM CDT | **Accept Comments** |

#### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | 2022.04.26 Plaintiff's Application for Writ of Garnishment to Bank South w declaration.pdf | Plaintiff's Application for Writ of Garnishment to Bank South w declaration.pdf | | Original Transmitted |

### Proposed Order

| | |
|---|---|
| **Status** <br> Accepted By Court | **Filing Type** <br> EFileAndServe |
| **Reference Number** | **Filing Description** <br> Proposed Writ of Garnishment to South Bank |

| Filing Comments | Filing Courtesy Copies |
|---|---|
| Review Date<br>04/26/2022 1:31 PM CDT | Accept Comments |

### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | 2022.04.26 Proposed Writ of Garnishment to South Bank 4871-3591-6317 v.1.pdf | Proposed Writ of Garnishment to South Bank 4871-3591-6317 v.1.pdf | | Original<br>Transmitted |

### Proposed Order

| Status<br>Accepted By Court | Filing Type<br>EFileAndServe |
|---|---|
| Reference Number<br>25432.1 | Filing Description<br>Order to Issue Prejudgment Writ of Garnishment 4854-2424-7069 v.1 |
| Filing Comments | Filing Courtesy Copies |
| Review Date<br>04/26/2022 1:31 PM CDT | Accept Comments |

### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | 2022.04.26 Order to Issue Prejudgment Writ of Garnishment 4854-2424-7069 v.1.pdf | P. Order to Issue Prejudgment Writ of Garnishment 4854-2424-7069 v.1.pdf | | Original<br>Transmitted |

## Fees

### Description of Fees and Amounts

**Motion**
| | |
|---|---|
| Filing Fee | $0.00 |
| | Filing Total: $0.00 |

**Proposed Order**
| | |
|---|---|
| Filing Fee | $0.00 |
| | Filing Total: $0.00 |

**Proposed Order**
| | |
|---|---|
| Filing Fee | $0.00 |
| Issue Writ of Garnishment | $8.00 |
| | Filing Total: $8.00 |

**Total Fees**
| | |
|---|---|
| Total Filing Fees | $8.00 |
| Payment Service Fee | $0.23 |
| | Envelope Total: $8.23 |

### Payment Information

Payment Account
Gray Reed AMEX 2018

Payment Type
CreditCard

Party Responsible for Fees

Salt & Pepper Restaurants, Inc.

Order ID
063914325-0

Transaction Amount
$8.23

Transaction ID
93767788

Transaction Response
Payment Complete

Coming Soon

CLOSE