**EXHIBIT GC012**

| 05/02/2022 Order | | | Order | | 2 |
|---|---|---|---|---|---|
| | | | Your user does not have permissions to view this document | | |

| 5/2/2022 | Filing | DCORDER | Writ of Garnishment- Amended Order signed | Document is hidden ⓘ | ↗ |