CAUSE NO. 22-CV-0675   **EXHIBIT GC015**

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § | |
| vs. | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § | GALVESTON COUNTY, TEXAS |
| *Defendants,* | § | |
| **BANKSOUTH** | § | |
| *Garnishee.* | § | 56TH JUDICIAL DISTRICT |

### AMENDED WRIT OF GARNISHMENT

The State of Texas.

To BankSouth, Garnishee, greetings:

Whereas, in the 56th District Court of Galveston County, Texas in Cause No. Cause No. 22-CV-0675, wherein Salt & Pepper Restaurants, Inc. is Plaintiff and Tight Ends Sports Bar & Grill, LLC and Timothy Dungan are Defendants, the Plaintiff, claiming an indebtedness against the said Defendants of at least $352,000 besides interest and costs of suit, has applied for a writ of garnishment against you, BankSouth.  Therefore, you are hereby commanded to be and appear before said Court in Galveston County at 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, then and there answer upon oath what, if anything, you are indebted to the said Defendants, and were when this writ was served upon you, and what effects, if any, of any Defendants you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said Defendants or have effects belonging to them or in their possession.  You are further commanded NOT to pay to Defendants any debt or to deliver to them any effects out of any account held under the names

4892-7077-6094.1

Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan, or any variation thereof, pending further order of this Court. Herein, fail not, but make due answer as the law directs.

        SIGNED on this _____ day of _____, 2022.

                                                                            JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

GRAY REED

By:   */s/ Preston T. Kamin*
       Preston T. Kamin
       Texas Bar No. 24062817
       pkamin@grayreed.com
       Tyler J. McGuire
       Texas Bar No. 24098080
       tmcguire@grayreed.com
       1300 Post Oak Blvd., Suite 2000
       Houston, Texas 77056
       (713) 986-7000
       (713)986-7100 (Fax)
***Attorneys For Plaintiff***

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 64168478
Status as of 5/4/2022 10:27 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Tyler J.McGuire | | tmcguire@grayreed.com | 5/4/2022 10:05:51 AM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 5/4/2022 10:05:51 AM | SENT |