Pre Jdmt. Writ of Garnishment; Pending Order & Bond; Assigned to S.D.
Case 23-03245   Document 1-17   Filed in TXSB on 11/08/23   Page 1 of 2

Filed: 5/4/2022 10:05 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 64168478
By: Shailja Dixit
5/4/2022 10:26 AM

# JOHN D. KINARD
## DISTRICT CLERK GALVESTON COUNTY

## REQUEST FOR ISSUANCE OF SERVICE

**EXHIBIT GC016**

Case Number: 22-CV-0675
Court Description: Galveston County - 56th District Court

Name(s) of Documents to be served: Prejudgment Writ of Garnishment

### SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served)

Issue Service To: BankSouth
Address of Service: 1019 Brazos Street
City, State & Zip: Austin, Texas 78701
Agent (IF APPLICABLE): Secretary of State of Texas

### TYPE OF SERVICE TO BE ISSUED:

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citation Rule 106 Service
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Secretary of State Citation
- [ ] Protective Order
- [ ] Citation Scire Facias
- [ ] Attachment
- [ ] Certiorari
- [x] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe):

*All service fees for Sheriff and Constable are collected by the clerk of court at the time of request.*

**UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)**

- [ ] Send to Sheriff
- [ ] Galveston County Constable Name and Address
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up):
- [ ] Call attorney for pick up (Phone Number):
- [ ] Mail to attorney at:
- [x] Email Service to: pkamin@grayreed.com
- [ ] District Clerk serve by certified mail
- [ ] Send to League City

**ISSUANCE OF SERVICE REQUESTED BY:**

Attorney/Party Name: Preston Kamin
Phone Number: 713-986-7000
Email Address: pkamin@grayreed.com

Revision 2.0

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 64168478
Status as of 5/4/2022 10:27 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 5/4/2022 10:05:51 AM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 5/4/2022 10:05:51 AM | SENT |