

# GRAY REED.

PRESTON T. KAMIN
PARTNER
D: (713) 986-7204
PKAMIN@GRAYREED.COM

**EXHIBIT GC0019**

May 31, 2022

John D. Kinard, District Clerk                              *Via Federal Express*
Galveston County
600 59th Street
Galveston, Texas 77551

    Re:    Cause No. 22-CV-0675; *Salt & Pepper Restaurants, Inc. v. Tight Ends Bar & Grill, LLC and Timothy Dungan*, in the 56th Judicial District Court, Harris County, Texas

Dear Mr. Kinard:

Enclosed is a firm check in the amount of $1,000 in payment of the prejudgment writ of garnishment bond in the above-referenced case.

Thank you for your assistance.

                            Very truly yours,

                            */s/ Preston T. Kamin*

                            Preston T. Kamin

Enclosure

22 – CV – 0675
DCBKRA
Bookkeeping Receipt Acknowledgment
2383989



CK
$1,000.

1300 POST OAK BOULEVARD, SUITE 2000 | HOUSTON, TEXAS 77056 | P: 713.986.7000 | F: 713.986.7100 | GRAYREED.COM
4882-3954-5379.1