**FILED**
22 JUN -2 AM 11:11

*[signature]*
DISTRICT CLERK
GALVESTON COUNTY, TEXAS



**John D. Kinard**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

**EXHIBIT GC020**

### CERTIFICATE OF CASH DEPOSIT IN LIEU OF SURETY BOND

I, **John D. Kinard**, District Clerk of Galveston County, Texas, do hereby certify that **Salt & Pepper Restaurants, Inc.,** Plaintiff in cause number 22-CV-0675, filed in the 56th District Court, and styled:

Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

in lieu of surety bond, therein, has deposited with me cash in the amount of $1,000.00 on June 01, 2022 in accordance with the bond requirements and provision set forth in the following Order.

Amended Order signed on May 19, 2022

WITNESS MY HAND AND SEAL OF OFFICE, this on this the 2nd day of June, 2022.

**John D. Kinard, District Clerk**
**Galveston County, Texas**

By *[signature]*
Steven Christensen, Deputy Clerk

600 59TH Street, Suite 4001, P.O. Box 17250
Galveston, Texas 77551
(409)766-2424 Fax (409)766-2292

22-CV-0675
DCBOCCIL
Bond – Certificate of Cash in Lieu of
2383665