**WRIT OF GARNISHMENT – Prejudgment** (TRC 658,661)

**STATE OF TEXAS**

| | |
|---|---|
| SALT & PEPPER RESTAURANTS, INC. VS. TIGHT ENDS SPORTS BAR & GRILL, LLC, ET AL | Cause No.: 22-CV-0675<br>56th District Court of Galveston County |

**TO:** **BankSouth**
c/o Secretary of State of Texas
1019 Brazos Street
Austin, TX  78701

**EXHIBIT GC021**

Greetings:

WHEREAS, in the 56th District Court of Galveston County, in a certain cause wherein, **Salt & Pepper Restaurants, Inc.** is/are **Applicant/Garnishor** and **Tight Ends Sports Bar & Grill LLC and Tim Dungan** is/are the **Defendant**; the **Applicant/Garnishor** claiming an indebtedness against the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** in the amount of $352,000. dollars besides interest and costs of suit, made and filed an affidavit and bond in writing as a prerequisite to, and for the purpose of applying for and in due course of law has applied for a Writ of Garnishment against you **BankSouth.**

Therefore, you are hereby commanded, to be and appear by filing a written answer before said Court at Galveston, Texas in said County at ten o'clock A. M on the Monday next following the expiration of twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** and were when this writ was served upon you, and what effects of theirs, if any, you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** or have effects belonging to them in your possession. You are further commanded NOT to pay **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** any debt or to deliver to him any effects, pending further order of this court. Herein fail not, but make due answer as the law directs. A copy of the Application for Writ of Garnishment is attached hereto and made a part hereof.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 2nd day of June, 2022.**

| | | |
|---|---|---|
| Issued at the request of:<br>Preston T. Kamin<br>Gray Reed<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056 |  | **John D. Kinard**, District Clerk<br>Galveston County, Texas<br>600 59th Street, Suite 4001<br>Galveston, Texas 77551<br><br>By: _/s/ Shailja Dixit_<br>Shailja Dixit, Deputy |

---

**SHERIFF'S/CONSTABLE'S RETURN**

Came to hand on the ___ day of _____20___ at _____ o'clock ___M and executed on the ____ day of _____20_____ at _____o'clock __ M at _____ in _____ County, Texas by delivering to the within named Garnishee **BankSouth** in person a true copy of this writ, having first endorsed thereon the date of delivery.

Amount: _____

_____
Sheriff/Constable
_____ County, Texas
By: _____
Deputy Signature

## The District Courts of Galveston County, Texas Status Conference Notice

## Please calendar this event

### All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date: 07/21/2022  set in the 56th District Court

| Case Number: | 22-CV-0675 |
|---|---|
| Case Style:  Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al | |

***Helpful Information:*** *Please visit our website at*
http://www.galvestoncountytx.gov/dc/Pages/default.aspx

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*Helpful Links to Legal Resources and sites*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

*JOHN D. KINARD, District Clerk, Galveston County, Texas*
***District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary***