# Dixit, Shailja

| | |
|---|---|
| **From:** | Jackie Kish <jkish@grayreed.com> |
| **Sent:** | Thursday, June 2, 2022 3:35 PM |
| **To:** | Dixit, Shailja |
| **Subject:** | FW: 22-CV-0675_Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al-Writ of Garnishment Pre-Jdmt. |
| **Attachments:** | 22-CV-0675_Writ of Garnishment - Pre Judgment.pdf |

Sailja, confirmation of receipt.  Thank you again for all of your assistance.


**Jackie Kish**
**Legal Assistant to James McGraw, James Reed, Jr. & Gabe Vick**
Tel 713.730.5111 | Fax 713.730.5874 | jkish@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.


**From:** Preston T. Kamin <pkamin@grayreed.com>
**Sent:** Thursday, June 2, 2022 3:28 PM
**To:** Jackie Kish <jkish@grayreed.com>
**Subject:** FW: 22-CV-0675_Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al-Writ of Garnishment Pre-Jdmt.




**Preston T. Kamin**
**Partner**
Tel  713.986.7204 | Fax 713.730.5823
Cell 713.540.9768 | pkamin@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Dixit, Shailja <Shailja.Dixit@co.galveston.tx.us>
**Sent:** Thursday, June 02, 2022 3:12 PM
**To:** Preston T. Kamin <pkamin@grayreed.com>
**Subject:** [EXTERNAL] 22-CV-0675_Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al-Writ of Garnishment Pre-Jdmt.

Dear Attorney,

Please find attached the service documents you requested. Please remember to attach a conformed copy (exact duplicate of the petition with any exhibits that are part of the petition on file with the clerk and is not required to contain a file mark), The service packet should consists of a citation and a copy of the petition. A copy of the pleading for service is available via our website http://www.galvestoncountytx.gov/dc/Pages/default.aspx or through your electronic service provider. Proceed to Search County Civil Records and access the case record. The website permits users to print copies of public documents at no cost.

Please acknowledge receipt of this email.

http://www.galvestoncountytx.gov/dc/Pages/default.aspx

Sincerely

Shailja Dixit, Civil Deputy Clerk
John D. Kinard
District Clerk Galveston County
600 59th Street, Suite 4001
P. O. Box 17250
Galveston, Texas 77551
409-770-5225