Filed: 6/15/2022 10:23 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 65456859
By: Shailja Dixit
6/15/2022 10:31 AM

CAUSE NUMBER: 22-CV-0675

**EXHIBIT GC023**

SALT & PEPPER RESTAURANTS, INC.
PLAINTIFF

VS.

TIGHT ENDS SPORTS BAR & GRILL, LLC
AND TIMOTHY DUNGAN
DEFENDANT

IN THE 56TH JUDICIAL DISTRICT COURT
OF GALVESTON COUNTY, TEXAS

## RETURN OF SERVICE

My name is **TREVOR ARNOLD**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Thursday June 09, 2022 AT 10:40 AM - CITATION, PLAINTIFF'S ORIGINAL PETITION, AND STATUS CONFERENCE NOTICE** came to hand for service upon **TIGHT ENDS SPORTS BAR & GRILL, LLC BY SERVING ITS REGISTERED AGENT, UNITED STATES CORPORATION AGENTS INC**.

On **Friday June 10, 2022** at **11:05 AM** - The above named documents were hand delivered to: **TIGHT ENDS SPORTS BAR & GRILL, LLC BY SERVING ITS REGISTERED AGENT, UNITED STATES CORPORATION AGENTS INC @ 9900 SPECTRUM DRIVE**, **AUSTIN, TX 78717**, **in Person.** by delivering to Liam M., designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                    DECLARATION

"My name is **TREVOR ARNOLD,** my date of birth is 08/01/1990 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Tuesday June 14, 2022**

 /s/TREVOR ARNOLD                PSC#18879 EXP. 09/30/22
Declarant                        Appointed in accordance with State Statutes

2022.06.658836