## WRIT OF GARNISHMENT – Prejudgment (TRC 658,661)
### STATE OF TEXAS

SALT & PEPPER RESTAURANTS, INC. VS. TIGHT ENDS SPORTS BAR & GRILL, LLC, ET AL

Cause No.: 22-CV-0675
56th District Court of Galveston County

TO:
BankSouth
c/o Secretary of State of Texas
1019 Brazos Street
Austin, TX 78701

Greetings:

WHEREAS, in the 56th District Court of Galveston County, in a certain cause wherein, **Salt & Pepper Restaurants, Inc.** is/are **Applicant/Garnishor** and **Tight Ends Sports Bar & Grill LLC and Tim Dungan** is/are the **Defendant**; the **Applicant/Garnishor** claiming an indebtedness against the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** in the amount of $352,000. dollars besides interest and costs of suit, made and filed an affidavit and bond in writing as a prerequisite to, and for the purpose of applying for and in due course of law has applied for a Writ of Garnishment against you **BankSouth**.

Therefore, you are hereby commanded, to be and appear by filing a written answer before said Court at Galveston, Texas in said County at ten o'clock A. M on the Monday next following the expiration of twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** and were when this writ was served upon you, and what effects of theirs, if any, you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** or have effects belonging to them in your possession. You are further commanded NOT to pay **Tight Ends Sports Bar & Grill LLC (including account number XXX5972) Tim Dungan** any debt or to deliver to him any effects, pending further order of this court. Herein fail not, but make due answer as the law directs. A copy of the Application for Writ of Garnishment is attached hereto and made a part hereof.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 2nd day of June, 2022.**

Issued at the request of:
Preston T. Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056



John D. Kinard, District Clerk
Galveston County, Texas
600 59th Street, Suite 4001
Galveston, Texas 77551

By: _____
Shailja Dixit, Deputy

---

### SHERIFF'S/CONSTABLE'S RETURN

Came to hand on the ___ day of _____ 20 ___ at ____ o'clock ___ M and executed on the ___ day of _____ 20 _____

at ____ o'clock __ M at _____ in _____ County, Texas by delivering to the within named Garnishee **BankSouth** in person a true copy of this writ, having first endorsed thereon the date of delivery.

Amount: _____

Carlos B. Lopez
Travis County, Texas
Constable Pct. 5, Sheriff/Constable

_____ County, Texas

By: _____
Deputy Signature

22 – CV – 0675
DCWRGRBJ
Writ of Garnishment and Return – Before Jud(
2394993



**Carlos B. Lopez, Constable**
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
June 13, 2022

DISTRICT CLERK GALVESTON CO
600 59TH ST., STE 4001
GALVESTON, TX 77551

## INVOICE

Cause Nbr: 22CV0675-1
Plaintiff: SALT & PEPPER RESTAURANTS INC
Service Name: BANK SOUTH GARNISHEE

Service Fee:  115.00
Payment Received:  115.00
Balance Due:   0.00

Thank you for allowing us to be of service to you in this case.

Check the status of your civil process at
www.Constable5.com
Be sure to bookmark the ServiceCheck page

| | | |
|---|---|---|
| Cause No.: 22CV0675 | {} {} {} | In the 56th District Court<br>GALVESTON County |

Plaintiff:
SALT & PEPPER RESTAURANTS INC

Defendant:
TIGHT EANDS SPORTS BAR & GRILL

Officer's Return

Came to hand June 10, 2022 at 3:36 P.M. and executed in Travis County, Texas, on June 10, 2022 at 4:00 P.M. by delivering to BANK SOUTH GARNISHEE by delivering to Ruth R Hughs Secretary of State, of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to MICHELLE ROBINSON registered agent of service for the Secretary of State, duplicate true copies of the WRIT OF GARNISHMENT- PREJUDGMENT.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Michael Untermeyer, Deputy