CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| and **TIMOTHY DUNGAN** | § | |
| | § | |
| *Defendants.* | § | **58TH JUDICIAL DISTRICT** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE

After considering Plaintiff Salt & Pepper Restaurants, Inc.'s Motion for Substituted Service and supporting Affidavit, the Court finds that Plaintiff has attempted service upon Defendant Timothy Dungan pursuant to Rule 106(a)(1) of the Texas Rules of Civil Procedure at 6000 Columbus Avenue, Apt. 1101, Plano, Texas 75024. The Court also finds that this address is Timothy Dungan's usual place of abode or a location where Mr. Dungan can probably be found. The Court, therefore, is of the opinion that Plaintiff's Motion should be **GRANTED**.

It is, therefore, **ORDERED** that service upon Defendant Timothy Dungan may be made either by delivering a true and correct copy of the citation, with a copy of Plaintiff's Original Petition attached, to anyone over the age of sixteen (16) residing at 6000 Columbus Avenue, Apt. 1101, Plano, Texas 75024, or by affixing a true and correct copy of the citation and Petition on the front door at that same address. The return of service on the citation shall state when and how the citation was served, and it shall be signed and sworn to.

SIGNED this _____ day of July, 2022.

_____
JUDGE PRESIDING

4870-6124-1130.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66509868
Status as of 7/20/2022 4:22 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/20/2022 3:02:33 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 7/20/2022 3:02:33 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66509868
Status as of 7/20/2022 4:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/20/2022 3:02:33 PM | SENT |