Filed: 7/22/2022 10:24 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66574818
By: Linda Scott
7/22/2022 11:20 AM

**EXHIBIT GC028**

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
|     **Plaintiff** § | | |
| § | | |
| v. § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, INC.** § | | |
| **and TIMOTHY DUNGAN,** § | | |
|     **Defendants** § | | **56th JUDICIAL DISTRICT** |

## TIMOTHY DUNGAN'S ORIGINAL ANSWER

Defendant Timothy Dungan files this Original Answer and respectfully states as follows:

### GENERAL DENIAL

1. Dugan generally denies the allegations in Plaintiff's Original Petition and demands strict proof thereof.

### PRAYER

2. Dugan prays that the Court issue a judgment that Plaintiff take nothing on its causes of action and for such other and further relief, general and special, at law and in equity, to which he may be justly entitled.

Respectfully submitted,

**John Henry & Associates, PLLC**

/s/ John P. Henry
John P. Henry
State Bar No. 24055655
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 22nd day of July, 2022.

/s/ John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA EMAIL pkamin@grayreed.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66574818
Status as of 7/22/2022 11:21 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 7/22/2022 10:24:55 AM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 7/22/2022 10:24:55 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66574818
Status as of 7/22/2022 11:21 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/22/2022 10:24:55 AM | SENT |