**EXHIBIT GC029**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
| Plaintiff § | | |
| § | | |
| v. § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| and **TIMOTHY DUNGAN,** § | | |
| Defendants § | | **56th JUDICIAL DISTRICT** |

## ORDER DISSOLVING WRIT OF GARNISHMENT

On May 19, 2022, this Court issued an ex parte order granting a writ of pre-judgment garnishment against Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan. The writ was issued on June 2, 2022.

On July 22, 2022, the defendants filed a motion pursuant to Rule 664a of the Texas Rules of Civil Procedure to dissolve the writ and the order directing its issue based upon the failure of the application and its supporting declaration to provide the specific grounds for its issuance, specifically that the application and declaration do not provide any fact which supports the assertion that defendants do not possess property in Texas subject to execution sufficient to satisfy the debt, nor do they provide any fact which supports the assertion that Dungan owes any debt to the plaintiff, or how such debt is just, due and unpaid.

After considering the plaintiff's application and declaration and the motion and its supporting declaration, the Court finds that the plaintiff's application and declaration fail to meet the requirements of Tex. Civ. Prac. & Rem. Code Ann. § 63.001(2)(B) with respect to both defendants and Tex. Civ. Prac. & Rem. Code Ann. § 63.001(2)(A) with respect to Mr. Dungan.

The writ of garnishment issued to Plaintiff in this case on June 2, 2022 is hereby dissolved and the Court's order on May 19, 2022 directing its issue is vacated.

**Order Dissolving Writ of Garnishment**                                    **Page 1**

SIGNED on this _____ day of July, 2022.

                                                                 _____
                                                                 PRESIDING JUDGE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66576665
Status as of 7/22/2022 11:25 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 7/22/2022 10:50:37 AM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/22/2022 10:50:37 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66576665
Status as of 7/22/2022 11:25 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/22/2022 10:50:37 AM | SENT |