**EXHIBIT GC032**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., § | | IN THE DISTRICT COURT |
| Plaintiff § | | |
| § | | |
| v. § | | GALVESTON COUNTY, TEXAS |
| § | | |
| TIGHT ENDS SPORTS BAR & GRILL, LLC § | | |
| and TIMOTHY DUNGAN, § | | |
| Defendants § | | 56th JUDICIAL DISTRICT |

### ORDER SETTING SUBMISSION DATE AND RESPONSE DEADLINE

On this day came to be heard Defendant's Motion for Leave to Set Submission Date and Reduce Response Deadline.

The Court GRANTS the motion and hereby sets the submission date for Defendants' motion to vacate the writ of pre-judgment garnishment on _____.

The Court further GRANTS the motion and hereby sets the deadline for Plaintiff to respond to Defendants' motion to vacate the writ of pre-judgment garnishment on _____.

SIGNED on this _____ day of July, 2022.

_____
PRESIDING JUDGE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66577247
Status as of 7/22/2022 11:30 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 7/22/2022 10:58:22 AM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 7/22/2022 10:58:22 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66577247
Status as of 7/22/2022 11:30 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jackie Kish | | jkish@grayreed.com | 7/22/2022 10:58:22 AM | SENT |