**Edrozo, Rebecca**

| | |
|---|---|
| From: | Edrozo, Rebecca |
| Sent: | Friday, July 22, 2022 3:26 PM |
| To: | jhenry@jhenrylaw.com; Preston T. Kamin |
| Subject: | 22CV0675 SALT AND PEPPER V. TIGHT ENDS SPORTS BAR |

FILED
22 JUL 25 AM 10:39
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

Hello.

This case has been reset for a Status Conference on 09/22/2022 @ 9:30AM. If an Agreed DCO is filed before the SC date, the setting will be passed.

**PLEASE CONSIDER THIS EMAIL OFFICIAL NOTICE OF SETTING.**

**IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECTUTION.**

It is the Plaintiff's responsibility to give notice to all parties as they are served and/or answered.

Thank You!

# Rebecca Edrozo
56th District Court Coordinator
600 59th Street, Suite 3204
Galveston, Texas 77551
Office (409) 766-2226
Fax (409) 770-5264



22 – CV – 0675
DCNOFCS
Notice – From Court of Setting Date
2413061