**Edrozo, Rebecca**

**EXHIBIT GC036**

FILED

22 JUL 25 AM 10: 40

GALVESTON COUNTY, TEXAS
DISTRICT CLERK

| | |
|---|---|
| **From:** | Edrozo, Rebecca |
| **Sent:** | Friday, July 22, 2022 1:50 PM |
| **To:** | jhenry@jhenrylaw.com |
| **Subject:** | 22CV0675 SALT AND PEPPER V. TIGHT ENDS SPORTS BAR |

PLEASE CONSIDER THIS EMAIL OFFICIAL Notice of Setting on Deft's Motion to Vacate Writ of Garnishment and Reduce Response Deadline.

It has been set on 07/28/2022 @ 04:00 PM to be held via the Court's Submission Docket.

It is the Movant's responsibility to give notice to all parties and copy the Court.  Motion will not be heard without proof of notice.

<u>Please prepare and e-file a Notice of Hearing, and serve all Attorneys/Pro Se Parties in accordance with the TRCP 21 a-f (e-filing).</u>

**Rebecca Edrozo**
56th District Court Coordinator
600 59th Street, Suite 3204
Galveston, Texas 77551
Office (409) 766-2226
Fax (409) 770-5264

22 – CV – 0675
DCNOFCS
Notice – From Court of Setting Date
2413071



## Edrozo, Rebecca

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | jhenry@jhenrylaw.com |
| **Sent:** | Friday, July 22, 2022 1:50 PM |
| **Subject:** | Relayed: 22CV0675 SALT AND PEPPER V. TIGHT ENDS SPORTS BAR |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

jhenry@jhenrylaw.com (jhenry@jhenrylaw.com)

Subject: 22CV0675 SALT AND PEPPER V. TIGHT ENDS SPORTS BAR



22CV0675 SALT
AND PEPPER V. ...

1