Filed: 7/25/2022 4:55 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66649285
By: Shailja Dixit
7/26/2022 7:57 AM

**EXHIBIT GC037**

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, LLC | § | |
| and TIMOTHY DUNGAN, | § | |
|     Defendants | § | 56th JUDICIAL DISTRICT |

### NOTICE OF HEARING BY SUBMISSION

Please take notice that *Defendants' Rule 664a Amended Motion to Dissolve Writ of Garnishment and Order Directing Its Issue* and *Motion for Leave to Set Submission Date and Reduce Response Deadline* have been set on the Court's Submission Docket on July 28, 2022 at 4:00 p.m.

                                            Respectfully submitted,

                                            **John Henry & Associates, PLLC**

                                            /s/ John P. Henry
                                            John P. Henry
                                            State Bar No. 24055655
                                            407 West Liberty Street
                                            Round Rock, Texas 78664
                                            (512) 981-7301
                                            jhenry@jhenrylaw.com
                                            **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 25th day of July, 2022.

/s/ John P. Henry
John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA EMAIL pkamin@grayreed.com**
**and ELECTRONIC SERVICE PROVIDER**

BankSouth
1019 Brazos Street
Austin, Texas 78701
**GARNISHEE**
**VIA EMAIL VLiebl@banksouth.com**
**and CM/RRR**

Case 23-03245   Document 1-38   Filed in TXSB on 11/08/23   Page 3 of 4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66649285
Status as of 7/26/2022 7:58 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 7/25/2022 4:55:56 PM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 7/25/2022 4:55:56 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66649285
Status as of 7/26/2022 7:58 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/25/2022 4:55:56 PM | SENT |