Received: 7/21/2022 3:03 PM
Envelope No. 66552579

EXHIBIT GC039

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC. | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| VS. | § § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC and TIMOTHY DUNGAN | § § § | |
| *Defendants.* | § | 58TH JUDICIAL DISTRICT |

## AMENDED ORDER
## GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE

After considering Plaintiff Salt & Pepper Restaurants, Inc.'s Motion for Substituted Service and supporting Affidavit, the Court finds that Plaintiff has attempted service upon Defendant Timothy Dungan pursuant to Rule 106(a)(1) of the Texas Rules of Civil Procedure at 6000 Columbus Avenue, Apt. 1101, Plano, Texas 75024. The Court also finds that this address is Timothy Dungan's usual place of abode or a location where Mr. Dungan can probably be found. The Court, therefore, is of the opinion that Plaintiff's Motion should be **GRANTED**.

It is, therefore, **ORDERED** that service upon Defendant Timothy Dungan may be made either by delivering a true and correct copy of the citation, with a copy of Plaintiff's Original Petition attached, to anyone over the age of sixteen (16) at 6000 Columbus Avenue, Plano, Texas 75024, or by affixing a true and correct copy of the citation and Petition on the front door at that same address. The return of service on the citation shall state when and how the citation was served, and it shall be signed and sworn to.

SIGNED this 25 day of July, 2022.

_____
JUDGE PRESIDING

4859-7924-9194.1

22-CV-0675
DCAMOR
Amended Order
2413663