**EXHIBIT GC041**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| VS. | § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC and TIMOTHY DUNGAN | § | |
| *Defendants.* | § | 58TH JUDICIAL DISTRICT |

### ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO SET SUBMISSION DATE AND REDUCE RESPONSE DEADLINE

On this day, the Court considered Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion for Leave to Set Submission Date and Reduce Response Deadline (the "Motion"). After considering the Motion, along with the response filed by Plaintiff Salt & Pepper Restaurants, Inc., the Court is of the opinion that Defendants' Motion should be DENIED.

It is, therefore, **ORDERED** that Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion is hereby **DENIED**.

It is further **ORDERED** that Defendants' Amended Motion to Dissolve Writ of Garnishment is hereby re-set on the Court's Submission Docket on August 4, 2022.

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

4878-0816-2859.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

LaTrinda Miles on behalf of Preston Kamin
Bar No. 24062817
lfield-miles@grayreed.com
Envelope ID: 66691067
Status as of 7/26/2022 4:19 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/26/2022 4:07:13 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 7/26/2022 4:07:13 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

LaTrinda Miles on behalf of Preston Kamin
Bar No. 24062817
lfield-miles@grayreed.com
Envelope ID: 66691067
Status as of 7/26/2022 4:19 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/26/2022 4:07:13 PM | SENT |