Filed: 7/28/2022 3:28 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66773207
By: Shailja Dixit
7/28/2022 3:31 PM

**Defendants' Exhibit List and Exhibit 1 for Defendants' Motion to Dissolve Writ of Garnishment**

CAUSE NO. 22-CV-0675

**EXHIBIT GC042**

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC.,<br>    Plaintiff | § § § § | IN THE DISTRICT COURT |
| v. | § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC<br>and TIMOTHY DUNGAN,<br>    Defendants | § § § § | 56th JUDICIAL DISTRICT |

**EXHIBIT LIST – DEFENDANTS' MOTION TO DISSOLVE WRIT OF GARNISHMENT**

1. Business Record Declaration.

Respectfully submitted,

**John Henry & Associates, PLLC**

/s/ John P. Henry
John P. Henry
State Bar No. 24055655
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 28th day of July, 2022.

/s/ John P. Henry
John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA ELECTRONIC SERVICE and**
**EMAIL pkamin@grayreed.com**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., <br> Plaintiff | § <br> § <br> § | IN THE DISTRICT COURT |
| v. | § <br> § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC <br> and TIMOTHY DUNGAN, <br> Defendants | § <br> § <br> § <br> § | 56th JUDICIAL DISTRICT |

## BUSINESS RECORD DECLARATION

1. My name is Timothy Dungan. I am a defendant in this case, as is Tight Ends Sports Bar & Grill, LLC, an entity in which I have an ownership interest and of which I am the manager member and chief executive officer.

2. I am over the age of 18 and competent to testify to the matters stated in this *Business Record Declaration*.

3. This declaration is made on personal knowledge and every statement in it is true and correct.

4. I am also the custodian of records of Tight Ends Sports Bar & Grill, LLC and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

5. Attached is 1 page of records. This is the original record or an exact duplicate of the original record.

6. The record was made at or near the time of each act, event, condition, opinion, or diagnosis set forth.

7. The record was made by, or from information transmitted by, persons with knowledge of the matters set forth. Specifically, this record was made from information

Business Record Declaration                                                                                      Page 1

transmitted from Prosperity Bank, a Texas bank headquartered in Houston with locations throughout Texas.

8. The record is incorporated and kept in the course of regularly conducted business activity, and it is the regular practice of the business activity to make the record. Specifically, Tight Ends often enquires about its current account balances with Prosperity Bank and receives written balance information in response. These records are incorporated by Tight Ends and kept in the course of regularly conducted business activity.

9. Tight Ends typically relies upon the accuracy of the content of documents from the bank in order to allocate its capital and maintain positive cash flow.

10. Circumstances indicate the trustworthiness of the record, where I logged in to my account using my secure username and password in order to check my account balance information and the record in question was produced in direct response by Prosperity Bank's application (with which I regularly interact) and saved to my device.

11. Finally, I verified the facts contained in the record by logging in to my secure account application with the bank. The balances were the same.

12. My name is Timothy Dungan. My date of birth is May 8, 1968, and my address is 1603 Wildfire Lane, Frisco, TX 75033. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas, on the 28th day of July, 2022.

_____
Timothy Dungan



Deposit Accounts

**TX C RYALCKG** x8339

Available Balance
Current Balance



**TX C SMPLY FREE** x8371

Available Balance
Current Balance



**TX C SMPLY FREE** x8363

Available Balance
Current Balance



**TIGHT ENDS SPORTS BAR & GRILL**

x7432

Available Balance        $595,981.07
Current Balance          $1,501,139.98

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66773207
Status as of 7/28/2022 3:32 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 7/28/2022 3:28:00 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/28/2022 3:28:00 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66773207
Status as of 7/28/2022 3:32 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/28/2022 3:28:00 PM | SENT |