Filed: 7/28/2022 3:44 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66774771
By: Shailja Dixit
7/28/2022 3:49 PM

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff/Garnishor,* | § | |
| | § | **EXHIBIT GC044** |
| **vs.** | § | |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| **and TIMOTHY DUNGAN** | § | |
| | § | |
| *Defendants,* | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **vs.** | § | |
| | § | |
| **BANKSOUTH** | § | |
| | § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' AMENDED RULE 664a MOTION TO DISSOLVE WRIT OF GARNISHMENT AND ORDER DIRECTING ITS ISSUE

Plaintiff Salt & Pepper Restaurants, Inc. ("***Plaintiff***") files this Response to Defendants Tight Ends Sports Bar & Grill, LLC ("***Tight Ends***") and Timothy Dungan's ("***Dungan***") (collectively, "***Defendants***") Amended Rule 664a Motion to Dissolve Writ of Garnishment and Order Directing its Issue and, in support thereof, respectfully shows as follows[1]:

### OBJECTION TO SUBMISSION DATE

As explained in detail in Plaintiff's Response to Defendants' Motion for Leave to Set Submission Date and Reduce Response Deadline, the Court has yet to grant Defendants leave to obtain an expedited setting. Accordingly, Plaintiff objects to the July 28, 2022, hearing date for Defendants' motion to dissolve. Plaintiff files this response subject to that objection and without waiving it.

---

[1] Plaintiff incorporates by reference its Objections and Motion to Strike and ask the Court to consider it along with this Response.

4862-0085-5084.1

## FACTUAL AND PROCEDURAL BACKGROUND

This case involves a lease dispute between Plaintiff, as Landlord, and Tight Ends, as Tenant.  On May 20, 2016, Plaintiff and Tight Ends entered into a 15-year lease agreement (the "***Lease***") for the commercial space commonly known as 2502 Gulf Freeway, League City, Galveston County, Texas 77573.  In April 2020, as set forth in Plaintiff's Original Petition and its Emergency Application for Prejudgment Writ of Garnishment, Tight Ends failed to pay the monthly rent owed under the lease as well as applicable taxes and insurance costs.  Tight End's defaults continued throughout 2020, 2021, and 2022.

The balance of $352,931.44 owed to Plaintiff under the Lease remains unpaid, and Tight Ends has abandoned the leased premises.  Fearing that Defendants may empty their bank accounts, Plaintiff filed an Emergency Application for Prejudgment Writ of Garnishment (the "Application") to ensure its ability to collect its liquidated damages remained intact.  The Application was later amended, and the Court granted the amended writ of garnishment on May 19, 2022.  Two days later, on May 22, Plaintiff's counsel received an email from Defendants' counsel asking the Garnishment to be amended to exclude Mr. Dungan. It wasn't until July 22, 2022 that Defendants' counsel challenged the Garnishment.

For the reasons described below and the evidence attached, if the Court dissolves the Writ of Garnishment, Plaintiff may never collect the past due rent, taxes and expenses. Defendants have concocted a frivolous story through its counterclaim to try and convince the Court that it as merit and therefore the garnishment should be dismissed. Because of the express language in the Lease, Defendants' claim is dead on arrival and the Court should not take the bait.

**EXHIBITS**

Plaintiff submits the following exhibits in support of its motion:

**Exhibit A:**     Declaration of Mohammed Amin Lakhani

**Exhibit A-1**:  May 20, 2016 Lease Agreement Between Plaintiff and Tight Ends

**Exhibit A-2**:  Tight Ends Statements of Account for 2020 and 2021

**Exhibit A-3**:  Forfeiture Documents for Day Star Restaurant Holdings, LLC;

**Exhibit A-4**:  Revocation Documents for Tight Ends;

**Exhibit A-5**:  UCC Filings involving Tight Ends; and

**Exhibit A-6**:  Dungan Tax Liens

**ARGUMENTS AND AUTHORITIES**

**A.     Defendants have not satisfied their evidentiary burden to dissolve the writ at issue.**

The evidence attached to Defendants' motion does not provide the necessary context and justification to dissolve the writ of garnishment issued by the Court.  Rule 664a of the Texas Rules of Civil Procedure governs motions to dissolve a writ of garnishment and states in relevant part:

> A defendant whose property or account has been garnished…may file a motion to dissolve or modify the writ of garnishment, the order directing its issuance, or both for any grounds or cause, extrinsic or intrinsic.  The motion must be sworn and must admit or deny each finding stated in the order directing the issuance of the writ.
>
> …
>
> *The movant, however, has the burden to prove that the reasonable value of the property garnished exceeds the amount necessary to secure the debt, interest for one year, and probably costs.  The movant also has the burden to prove facts to justify substitution of property.*

(emphasis added).  The rule's requirement that the movant bear the burden to prove facts to justify substitution of property is intended to protect the movant from having funds unreasonably garnished.  *Black Coral Inv. v. Bank of the Southwest*, 650 S.W.2d 135, 136 (Tex. App.—Houston

3

[14th Dist.] 1983, reh'g denied).  Simultaneously, it incentivizes defendants to "produce property in satisfaction of the judgment which might otherwise be extremely difficult or impossible to locate."  *Id.*

Here, Defendants have neither proved that the reasonable value of the property garnished exceeds the amount necessary to secure the debt, nor have they provided facts to justify substitution of property located in Texas to satisfy the liquidated debt.  They claim that they possess assets in Texas subject to execution, namely the $370,864.83 in two accounts at BankSouth and various "cash, cash equivalents, stocks, and accounts receivable in an amount greater than the alleged debt amount" owned by Dungan.  *See* Defs. Mot. to Dissolve at ¶; Ex. A. to Defs. Mot. at ¶ 7.  But, as the court is aware, and as Mr. Lakhani explains in Exhibit A, the BankSouth accounts Defendants refer to are located in Georgia, not Texas.  Additionally, despite Dungan's statement that he has a variety of assets in Texas an amount greater than the alleged debt, he has provided no documentation supporting that statement.  The Court should not take Dungan at his word—it should require him to show proof of those assets before deciding whether to dissolve the writ.

In short, neither Tight Ends nor Dungan have complied with their obligations under Rule 664a, and their motion should be denied.

## B.     The Application meets the statutory and procedural requirements for entry of a pre-judgment writ of garnishment.

The Court's decision to grant Plaintiff's Application and enter a prejudgment writ of garnishment was proper, namely because Plaintiff satisfied the requirements for obtaining such a writ.  Section 63.001 *et seq.* of the Texas Civil Practice and Remedies Code provide the grounds for which a writ of garnishment may be issued, while Texas Rule of Civil Procedure 658 governs the procedure for doing so.  Rule 658 provides in relevant part:

> Either at the commencement of a suit or at any time during its progress the plaintiff may file an application for writ of garnishment.  Such application shall be supported by affidavit of the plaintiff, his agent, his attorney, or other person having knowledge of relevant facts.  The application shall comply with all statutory requirements and shall state the grounds for issuing the writ and the specific facts relied upon by plaintiff to warrant the required findings of the court.

In instances where a plaintiff sues on a debt, its application must include an affidavit stating that: a) the debt is just, due, and unpaid; b) within the plaintiff's knowledge, the defendant does not possess property in Texas subject to execution sufficient to satisfy the debt; and the garnishment is not sought to injure the defendant or the garnishee.  TEX. CIV. PRAC. & REM. CODE § 63.001.

Here, Plaintiff complied with the applicable statutory requirements related to prejudgment garnishments.  First, Plaintiff sued Defendants to recover a liquidated debt. *See* TEX. CIV. PRAC. & REM. CODE § 63.001(2).  For purposes of the Texas Garnishment Statute, a "debt" is defined as an amount that is liquidated and certain, not contingent or within the discretion of the jury.  *See Cleveland v. San Antonio Building & Loan Ass'n*, 223 S.W.2d 226, 228 (Tex. 1949).  Plaintiff explained in the Application that it sued Defendants in the underlying litigation for liquidated damages owed to Plaintiff under a written lease agreement.  Application at ¶ 4.  And, both the Application and the supporting affidavit of Mohammed Amin Lakhani establish that the debt is just, due, and unpaid.  *See* Application at ¶¶ 4 – 9; Ex. 1 to the Application at ¶9.

Defendants argue that the debt claim against Tight Ends is disputed, and therefore unliquidated, "based upon fraudulent or negligent inducement by the plaintiff."  Defs. Mot. to Dissolve at ¶ 13.  Dungan expands on these allegations in his declaration, stating that "Tight Ends signed the lease based upon representations by the plaintiff's representatives about roadway access to the premises which is the subject of this lawsuit, including whether there were any approved or proposed changes to the roadways adjacent to the premises.  The plaintiff represented that there were no pending changes, but in 2018 a major construction project commenced which vastly

reduced Tight End's customer base." Ex. A. to Defs. Mot. to Dissolve at ¶ 4. Defendants, of course, provide no evidence other than Dungan's declaration to support their arguments. Regardless, Defendants alleged counterclaims are nothing more than an attempt to distract the Court considering Tight Ends expressly disclaimed any reliance on Plaintiff's representations when it signed the Lease Agreement. Indeed, Section 15.06 of the Lease Agreement states in relevant part:

> 15.06 <u>Entire Agreement, Limitation of Warranties and acceptance of Leased Premises.</u> It is expressly agreed by both parties, as a material consideration for the execution of this Lease, that this Lease, with the specific references to written extrinsic documents, is the entire agreement of the parties; *that there are no verbal representations, warranties, understandings, stipulations, agreements or promises pertaining to this Lease. . . . Tenant acknowledges that it is not relying upon any representations, statements or other assertions with respect to the Leased Premises' condition. . . .*

Ex. A-1 (emphasis added). Accordingly, Defendants' argument that the underlying debt is disputed and unliquidated lacks merit, and Plaintiff has satisfied its obligations under Section 63.001(2)(A).

Similarly, Plaintiff's Application satisfied the second requirement under Section 63.001(2)—i.e. that a supporting affidavit state that within plaintiff's knowledge, the defendant does not possess property in the state of Texas subject to execution sufficient to satisfy the debt. Tex. Civ. Prac. & Rem. Code § 63.001(2)(B). In the supporting affidavit attached to the Application, Mr. Lakhani testified that he does not believe Tight Ends or Dungan "possess any assets in Texas sufficient to satisfy a judgment against them for rent and other obligations owed." Ex. 1 to the Application at ¶ 8.

Defendants claim Lakhani's testimony "is conclusory" and "provides no specifically stated grounds to substantiate" Lakhani's assertion. Defs. Mot. At ¶ 10. But Texas courts have acknowledged that a plaintiff must only state that it has "no knowledge of any property owned by

6

the defendant within the State sufficient to satisfy the [claim].  The statute does not expressly or impliedly state that the plaintiff must prove such a matter of fact.  Such an interpretation would, in many cases, place an impossible burden on the plaintiff." *Black Coral*, 650 S.W.2d at 136 (finding burden of proof placed on plaintiff by trial court unreasonable and contrary to the applicable statute).  Indeed, Rule 664a provides for the substitution of property by the debtor if there is in fact sufficient property in Texas to satisfy the judgment. *Id.*  In other words, a plaintiff need only show that, within its personal knowledge, the defendant does not possess property in Texas subject to execution sufficient to satisfy the debt.  The affidavit attached to the Application satisfies this requirement, and Plaintiff has therefore met its burden.  Specifically, Mr. Lakhani identified two assets he believed were owned and/or affiliated with the Defendants that are defunct. In addition, Mr. Lakhani explained that the Tenant shut down operations under the cover and night and closed down its operating business.  Additionally, pursuant to Rule TRCP 644a, Plaintiff sets forth additional information and details about Lakhani's assertion that the Defendants do not possess assets in Texas sufficient to satisfy a judgment against them. *See* Ex. A.

Finally, Plaintiff satisfied the last requirement of CPRC § 63.001(2) because it attached a supporting affidavit to its Application stating that the garnishment is not sought to injure the defendant or the garnishee. *See* Ex. 1 to Application at ¶ 11.  In sum, based on the pleadings in the Application and the supporting affidavit of Mohammed Amin Lakhani, Plaintiff's Application meets all of the statutory requirements for the issuance of the prejudgment writ of garnishment, and Defendants' motion should be denied.

4862-0085-5084.1

PRAYER

Plaintiff Salt & Pepper Restaurants, Inc. requests that the Court deny Defendants Amended Rule 664a Motion to Dissolve Writ of Garnishment and Order Directing its Issue along with any such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

GRAY REED

By:   */s/ Preston T. Kamin*
      Preston T. Kamin
      Texas Bar No. 24062817
      pkamin@grayreed.com
      Tyler J. McGuire
      Texas Bar No. 24098080
      tmcguire@grayreed.com
      1300 Post Oak Blvd., Suite 2000
      Houston, Texas 77056
      (713) 986-7000
      (713)986-7100 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record (1) electronically through the electronic filing manager efiletexas.gov and/or (2) via E-mail on this the 28th day of July, 2022:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

*/s/ Preston T. Kamin*
Preston T. Kamin

4862-0085-5084.1

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff/Garnishor,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| **and TIMOTHY DUNGAN** | § | |
| | § | |
| *Defendants,* | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **vs.** | § | |
| | § | |
| **BANKSOUTH** | § | |
| | § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

**DECLARATION OF MOHAMMED AMIN LAKHANI**

Pursuant to Section 132.001 of the Texas Civil Practice and Remedies Code, I, Mohammed Amin Lakhani, declare as follows:

1. My name is Mohammed Amin Lakhani. I am over 18 years old, and I am fully competent to make this declaration. Each statement of fact contained herein is within my personal knowledge and is true and correct.

2. I am the manager of the Plaintiff in the above-referenced case. This declaration is submitted in support of Plaintiff's Response to Defendants' Motion to Vacate the Garnishment.

3. As stated in my declaration attached to Plaintiff's application for writ of garnishment, which is incorporated herein by reference, on May 20, 2016, Salt & Pepper, as Landlord, and Tight Ends, as Tenant, entered into a lease agreement (the "Lease Agreement"). A true and correct copy of the Lease Agreement is attached hereto as Ex. A-1. By the terms of the Lease, Landlord leased to Tenant for a period of fifteen (15) years commercial space commonly known as 2502 Gulf Freeway, League City, Galveston County, Texas 77573. *Id.* Pursuant to the Lease Agreement, Day Star Restaurant Holdings, LLC (the "Guarantor") agreed to be jointly

liable for all obligations imposed upon Tight Ends, including but not limited to, full payment of all amounts due and owing to Landlord. *Id.* Thus, contrary to Mr. Dungan's statements in his declaration, Day Star holdings had a financial obligation to secure all obligations of the Tenant. *Id.* at 3.

4.     As set forth in the Lease Agreement, Tenant agreed to pay Landlord monthly rent in the amount of $32,000 (the "Basic Rent").  After four years, the Basic Rent increased according to the CPI index. *Id.* at 2.  In addition, Tenant is responsible for paying monthly taxes, insurance, utilities and other operating costs. *Id.*

5.     Starting in April of 2020, Tenant failed to pay the Basic Rent, monthly taxes, and insurance. In addition, in violation of the Lease Agreement, Tenant failed to provide evidence of insurance, certified financials, and allowed its guarantor to be insolvent and cease to exist. Tenant's defaults continued throughout 2020, 2021, and 2022.  A true and correct copy of the Tenant's delinquent statement of accounts for the years of 2020 and 2021 are attached hereto as Ex. A-2.

6.     As stated in Exhibit 2, at present, Tenant owes Landlord a liquated amount in back rent, taxes and insurance of $352,931.44, which remains unpaid. The amount owed is undisputed despite Mr. Dungan's recent declaration and frivolous counterclaim. I never had any dealings with Mr. Dungan in connection with the execution of the Lease.  More importantly, even if I had, pursuant to Section 15.06 of the Lease, Mr. Dungan, as the representative for the Tenant, represented that he was not relying on any representation for me or any of my representatives. *Id.* at p. 19.

7.     Tenant allowed the Guarantor to forfeit its right to do business in the State of Texas. *See* a true and correct copy of the secretary of state's forfeiture documents attached hereto as Ex. A-3.  Specifically, on or about January 26, 2018, the Guarantor's right to transact business in the

state of Texas was revoked. *Id.* The Guarantor failed to file franchise taxes reports for any of the years it did business in Texas. *Id.*

8. The only other entity I am aware of, as stated in my original declaration, that the Tenant is affiliated with is an entity in Plano called Tight Ends Plano, LLC. Again, its charter was terminated. *See* a true and correct copy of the revocation of its corporate status Ex. A-4. As to Mr. Dungan, individually, other than his home in Frisco, I am not aware of any other exempt assets he owns other than membership interests in the defunct entities mentioned above and in my original declaration.

9. As stated in the declaration attached to Plaintiff's application for writ of garnishment, based on the forgoing, and the fact the Tenant vacated and ceased operations, I do not think Tenant or Dungan possess any assets in Texas sufficient to satisfy a judgment against them for rent and other obligations owed. This has been confirmed by Mr. Dungan himself in the Motion to Vacate. In addition to failing to provide evidence of any identifiable assets sufficient to cover the Tenant's liquated debt, Mr. Dugan stated he had to take a mortgage out to pay the bills of its existing Tight Ends restaurant in Plano. *See* Motion to Shorten Time.

10. While I have not found any assets-other than the Plano Tight Ends that forfeited its rights, the Tenant that vacated its ongoing business, and the defunct DayStar holdings, I did find several liabilities for the Tenant and Mr. Dungan. The Texas Secretary of State's records show are several different UCC filings in the Tenant's name. *See* true and correct copies of the UCC filings attached hereto as Ex. A-5, which transfers all assets of the Tenant to various third-parties. *Id.*

11. Furthermore, the Tenant is involved in several litigation matters and has had a few judgments taken against it, including but not limited to the following matters: Cause No. 380-05352-2020 *Ashraf Boulos & Nevin Boulos, et al v. Tight Ends Sports Bar & Grill LLC d/b/a TE Grill, LLC, et al.*, in the 380th District Court of Collin County Texas. Cause No. 18-9012-158,

*Starlite Acquisition, Inc. v. Timothy Dungan*, in the 158th Judicial District Court, Denton County, Texas. Cause No. 2019-2705 *Ezatullah Safi and Marsal Safi, Both Individually and as Next Friends of S.S., Z.S. and M.S., Minor Children v. Erik De Leon and Tight Ends Sports Bar & Grill, LLC,* in the 190th Judicial District Court, Harris County, Texas.  In addition, Mr. Dungan himself has several tax liens against him individually. *See* the attached tax liens attached hereto as Ex. A-6.

12. As stated in my declaration, the only asset I was able to locate based on wire transfers, was a bank located in Georgia called BankSouth. BankSouth has no offices in Texas. In the application for garnishment, I had reason to believe that BankSouth had in-hand money belonging to Tenant or Dungan.

13.     This garnishment is not sought to injure Defendants. Instead, as is clear by both the statements from me and Mr. Dungan, the money that has been garnished is the only hope that Salt & Pepper will be paid for the back rent, taxes, and other fees Defendants' owe and Defendants have provided no evidence to the contrary to refute this statement.

12.     I am familiar with the manner in which Salt & Pepper's records are created and maintained by virtue of my duties and responsibilities as the manager.  The Tenant's delinquent account, attached hereto, is a record of an account kept by Salt & Pepper and it is the regular practice of Salt & Pepper to make this type of record at or near the time of each act, event, condition, opinion, or diagnosis set forth in that record, and it is the regular practice of Salt & Pepper for this type of record to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them. Tenant's delinquent account was kept in the course of Salt & Pepper's regularly conducted busines activity."

My name is Mohammed Amin Lakhani, my date of birth is July 9, 1960, and my address is 17322 Kilmahew Place, Richmond, Texas 77407.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on the 28th day of July, 2022.


*/s/ Mohammed Amin Lakhani*
MOHAMMED AMIN LAKHANI

<u>EXHIBIT A-1</u>

<u>LEASE AGREEMENT</u>

**SALT & PEPPER RESTAURANTS, INC, LANDLORD**

**TIGHT ENDS SPORTS BAR & GRILL, LLC, TENANT**

**2502 GULF FREEWAY**
**LEAGUE CITY, GALVESTON COUNTY, TEXAS  77573**

**Date:   May 20, 2016**

1

## LEASE AGREEMENT

This Lease Agreement (this "Lease") is made and entered into this 20th day of May, 2016 (the "Execution Date") by and between Salt & Pepper Restaurants, Inc. (hereinafter referred to as "Landlord"), and Tight Ends Sports Bar & Grill, LLC., (hereinafter referred to as "Tenant").

In consideration of the mutual covenants and agreements herein set forth, and other good and valuable consideration, Landlord does hereby demise, and lease to Tenant, and Tenant does hereby lease from Landlord, and shall have peaceable possession of the Leased Premises (hereinafter defined) for the Lease Term (hereinafter defined) on the terms and conditions stated herein.

1.  **Defined Terms**.  The following defined terms shall have the specified meaning when used in this Lease:

    (a)  **Leased Premises**:  All of the property and improvements and all restaurant equipment located at 2502 Gulf Freeway, League City, Galveston County, Texas, 77573, more particularly described on **Exhibit "A"** attached hereto and incorporated herein by reference (the "Property").

    (b)  **Lease Term**:  The Lease Term begins on the Commencement Date and will continue for fifteen (15) years (180 months) following the Rent Commencement Date, unless extended as provided herein.

    (c)  **Commencement Date**:  The date that Landlord delivers possession of the Leased Premises to Tenant, presently estimated to be July 1, 2016.

    (d)  **Basic Rent**:  $32,000.00 per month beginning on the earlier of (i) the date Tenant first opens for business at the Leased Premises, or (ii) September 1, 2016 (the "Rent Commencement Date"), subject to the following escalations:  Beginning on the fifth anniversary of the Rent Commencement Date and continuing on each anniversary thereafter through the Lease Term, including any extensions or renewals of the Lease Term (each, an "Adjustment Date"), Basic Rent shall increase by an amount equal to the percentage increase in the monthly CPI (defined below) measured from the immediately preceding Adjustment Date (or in the case of the first Adjustment Date, the fourth anniversary of the Rent Commencement Date) to the current Adjustment Date (each, an "Adjustment Year").  CPI increases shall not exceed a total of ten percent (10%) per each consecutive five (5) Adjustment Year period of the Lease Term.  As used herein, "CPI" shall mean the Consumer Price Index published by the United States Department of Labor, Bureau of Labor Statistics for All Urban Consumers (CPI-U), Houston-Galveston-Brazoria, Texas, All Items, Base Period: 1982-84=100 (see, http://www.bls.gov/news.release/cpi.t03.htm).  The most recent monthly CPI published as of the Adjustment Date shall be used to make the calculations required by this paragraph.  No decrease in CPI over an Adjustment Year shall reduce Basic Rent.

    (f)  **Notices and Addresses**:  Landlord:     Salt & Pepper Restaurants, Inc.
                                                    1215 Celeste Court
                                                    Sugar Land, Texas 77479

                                    Tenant:        Tight Ends Sports Bar & Grill, LLC
                                                    1603 Wildfire Lane
                                                    Frisco, Texas 75033

2

(g) **Permitted Use**: A sports bar and grill restaurant operating under the name "Tight Ends," or such other name as may be approved by Landlord, which approval shall not be unreasonably withheld.

(h) **Monthly Tax and Insurance Payment**:  $4,857.41  on a monthly basis beginning on the Commencement Date, subject to adjustment as set forth in Section 3.03.

(i) **Default Rate**: Eighteen percent (18%) per annum.

(j) **Guarantor**:    Day Star Restaurant Holdings, LLC

(k) **Security Deposit**: $32,000.00, paid as of the Execution Date.

(l) **Outside Opening Date**: November 1, 2016.

(m) **Lease Consideration**:    Tenant shall pay to Landlord the sum of One Hundred Thousand Dollars ($100,000.00) within three (3) business days after the Execution Date, and an additional Seventy-Five Thousand Dollars ($75,000.00) sixty (60) days following the Rent Commencement Date (collectively, the "Lease Consideration").  The Lease Consideration represents additional consideration for Landlord's agreement to execute this Lease and wind down Landlord's existing business at the Premises, and does not represent any prepayment of Rent, and no credit or offset for any portion of the Lease Consideration shall be given to Tenant for any amount owed by Tenant under this Lease.   The Lease Consideration is fully earned and non-refundable when paid.    In the event the Lease Consideration is not paid within three (3) business days as set forth above, Landlord may terminate this Lease upon written notice to Tenant.

(n) **Rent**: All Basic Rent and Monthly Tax and Insurance Payments due under this Lease, as well as all other sums due under this Lease other than the Lease Consideration.

3

## ARTICLE 2.  TERM

**2.01.**  **Holdover.**  Tenant shall vacate the Leased Premises upon expiration of the Lease Term. If Tenant holds over and continues in possession of the Leased Premises after expiration of the Lease Term, Tenant will be deemed to be occupying the Leased Premises as a tenant at will, subject to all of the terms and conditions of this Lease, provided that Tenant shall pay the greater of (i) the then monthly Rent (without proration) then in effect for any holdover period less than a month, or (ii) a daily base rental equal to $1/15^{th}$ of the Rent then in effect for so long as Tenant holds over and continues in possession of the Leased Premises.

**2.02.**  **Option to Extend.**  Tenant is hereby granted the Option to Extend the Lease Term under the same terms, covenants, and conditions, as contained in this Lease.  The option shall be exercised by written notice setting forth Tenant's election to exercise the option delivered to Landlord in person or by United States mail not later than nine (9) months prior to the expiration of the Lease Term or applicable extended period.  Tenant's right to exercise the Option to Extend shall be conditioned upon Tenant not being in default both at the time the Option to Extend is exercised and at the expiration of the Lease Term or applicable extended period.  As used herein, "Option to Extend" shall mean three (3) options to extend the Lease Term for additional consecutive periods of five (5) years each.  Failure to exercise any Option to Extend will result in the termination of each subsequent Option to Extend.

**2.03.**  **Commencement Date Delays.**  In the event Landlord is unable to deliver possession of the Leased Premises to Tenant by July 1, 2016, Landlord shall have no liability for such delay, provided that in the event the delay exceeds thirty (30) days, Tenant shall have the right to terminate this Lease after giving written notice to Landlord ("Termination Intent Notice") that Tenant intends to terminate the Lease unless the Leased Premises are delivered to Tenant within thirty (30) days from the date of the Termination Intent Notice.   If Landlord fails to timely deliver the Leased Premises as provided in the Termination Intent Notice, then Tenant may, within ten (10) days thereafter, terminate this Lease by written notice to Landlord, whereupon neither party shall have any further liability to the other party and Landlord shall return to Tenant all sums previously paid by Tenant to Landlord hereunder.

## ARTICLE 3.  RENT

**3.01.**  **Basic Rent.**  Tenant will pay to Landlord the Basic Rent by ACH transfer from the Rent Commencement Date and continuing throughout the Lease Term on the first day of each month, without demand, offset or deduction.  Basic Rent for any fractional month at the beginning and at the end of the Lease Term shall be prorated on a per diem basis.

**3.02.**  **Late Charges.**  Tenant's failure to pay sums due hereunder in full when due may cause Landlord to incur unanticipated costs.  The exact amount of such costs is impractical or extremely difficult to ascertain.  Such costs may include, but are not limited to, processing and accounting charges and late charges which may be imposed on Landlord by any ground lease, deed of trust or mortgage encumbering the Property.  Therefore, if any sum due hereunder is not received in full within 10 days after the date due, Tenant shall pay to Landlord a late charge equal to 10% of the full amount of all sums not paid in full which are then 10 days past due and owing to Landlord.  Late charges payable by Tenant shall be considered additional rent.

**3.03.**  **Monthly Tax and Insurance Payment.**  Beginning on the Commencement Date and continuing throughout the Lease Term on the first day of each month, Tenant shall pay to Landlord, as additional rent along with Basic Rent, by ACH transfer the Monthly Tax and Insurance Payment set forth in Section 1(g) above.  Not later than one hundred twenty (120) days following the close of each calendar year, Landlord shall provide Tenant an accounting showing in reasonable detail all computations of

4

additional rent due pursuant to Sections 4.04(c) and 6.02.   If the total Monthly Tax and Insurance Payments for the calendar year exceed the amount exceed Landlord's tax and insurance cost under Section 4.04(c) and 6.02, Landlord shall apply the excess to the next payment of Basic Rent or additional rent due under this Lease or refund the excess to Tenant.   If the total Monthly Tax and Insurance Payments for the calendar year are less than the amount of Landlord's tax and insurance cost under Section 4.04(c) and 6.02, Tenant shall pay the shortfall to Landlord as additional rent within fifteen (15) days after receipt of Landlord's reconciliation and the amount of Monthly Tax and Insurance Payments going forward shall be adjusted accordingly.

## ARTICLE 4.  USE OF PREMISES

**4.01.**   **Permitted Use.**  Tenant will use the Leased Premises only for the Permitted Use, unless Landlord shall give Tenant prior written consent for a different use.  Tenant will not use the Leased Premises in violation of any applicable restrictive covenants.  Any trade name or trademark used at the Leased Premises shall be approved by Landlord, such approval not to be unreasonably withheld.

**4.02.**   **Insurance Hazards.**  Tenant shall not use, or permit the use of, the Leased Premises in any manner that will cause a cancellation of, or an increase in, the existing rates for fire, liability, or other insurance policies insuring the Leased Premises or any improvements on the Leased Premises, or insuring the Landlord for any liability in connection with ownership of the Leased Premises.

**4.03.**   **Waste, Nuisance, or Illegal Uses.**  Tenant shall not use, or permit the use of, the Leased Premises in any manner that results in waste of the Leased Premises or constitutes a nuisance.  Tenant at its own expense will comply, and will cause its officers, employees, agents, and invitees to comply, with all applicable laws and ordinances, and with all applicable rules and regulations of governmental agencies concerning the use of the Leased Premises.

**4.04.**   **Insurance.**

(a)   Tenant will maintain insurance on the Leased Premises of the following character:

(i)   Insurance against loss by fire, flood, lightning and other risks written on the broadest available "all-risk" ("special form") policy form or an equivalent form acceptable to Landlord, in amounts sufficient to prevent Landlord or Tenant from becoming a coinsurer of any loss but in any event in amounts not less than 100% of the actual replacement cost (new without deduction for depreciation) of Tenant's personal property, the Personal Property (as defined in Section 4.10), and any improvements made by Tenant to the Leased Premises.  Landlord must be named as an "insured as its interest may appear" under this policy.

(ii)   Commercial general liability insurance ("Liability Insurance") written on an "occurrence" policy form, against claims for bodily injury, death or property damage occurring on, in or about the Leased Premises, in amounts no less than (1) $2,000,000.00 combined single limit each occurrence for bodily injury and property damage and contractual liability, (2) $2,000,000.00 general aggregate limit, (3) $2,000,000 product-completed aggregate limit, and (4) $1,000,000 personal and advertising injury limit. In addition, the insurance required by this Section will waive subrogation, will cover contractual liability (including, without limitation the indemnities in this Lease), and will delete the contractual liability exclusion with respect to personal injury.

051252/000001
120 - 2005304v3

      (iii)    Worker's compensation in the minimum required statutory amounts and employer's liability insurance in respect of any work by employees of Tenant on or about the Leased Premises.

      (iv)    Business interruption insurance in an amount sufficient to cover at least 12 months of Rent due under this Lease.

      (v)    Liquor liability insurance providing, on an occurrence basis, a per occurrence limit of not less than $1,000,000.

The foregoing amounts of coverage are minimum amounts required by Landlord.  Tenant acknowledges that Landlord does not assess or recommend the proper amount of insurance required by Tenant, and Tenant shall obtain such additional coverage as may be necessary to manage the risks associated with the operations of its business at the Leased Premises.

      (b)    Tenant shall deliver to Landlord original or duplicate endorsements of insurance, satisfactory to Landlord, evidencing the existence of all insurance which is required to be maintained by Tenant hereunder, such delivery to be made i) upon the execution and delivery hereof and (ii) at least 10 days prior to the expiration of any such insurance.  Any insurance required hereunder may be provided under blanket policies provided that the Leased Premises is specified therein, provided that such blanket policies include a per location endorsement covering the Leased Premises.  The insurance required of Tenant must be issued by an insurance company with a rating of no less than A-VIII in the current Best's Insurance Guide, or A- in the current Standard & Poor Insurance Solvency Review, or that is otherwise acceptable to Landlord; be primary insurance for all claims under it and provide that any insurance carried by Landlord and any lender of Landlord is strictly excess, secondary and noncontributing with any insurance carried by Tenant; and provide that insurance may not be canceled, nonrenewed or the subject of material change in coverage or available limits of coverage, except upon thirty (30) days' prior written notice to Landlord and Landlord's lender.  All deductibles and self-insured retentions are subject to prior approval by Landlord. Tenant will cause Landlord and any lender of Landlord to be named as "additional insureds" on all policies by endorsement satisfactory in form and substance to Landlord.

      (c)    Landlord shall upon the commencement of and throughout the Lease Term, carry Causes of Loss – Special Form (formerly "all risk") property, flood, hail and windstorm insurance, with a reputable insurance company authorized or qualified to do business in the state of Texas on the improvements situated on the Leased Premises in the aggregate amount of the full, new replacement cost of the improvements.  Tenant shall pay Landlord, as additional rent, an amount equal to the cost of the insurance maintained by Landlord pursuant to this Section 4.04(c) in the manner described in Section 3.03 above.

    **4.05.**   <u>Waiver of Subrogation</u>.  Landlord and Tenant agree that, in the event of loss to the other party due to any of the perils for which the party incurring the loss has agreed to provide or has provided property insurance, such party will look solely to such party's property insurance for recovery.  Landlord and Tenant each hereby waive any rights one may have against the other on account of any loss or damage occasioned to Landlord or Tenant, as the case may be, or their respective property, the Leased Premises, or its contents arising from any risk which is insured against by either party or is required to under this Lease to be insured against by the injured party under a standard policy of full replacement cost insurance for fire, extended coverage and all risk coverage, or losses under workers' compensation laws and benefits, even though such loss or damage might have been occasioned by the negligence of the uninjured party (this waiver shall not apply, however, to any damage caused by intentionally wrongful actions or omissions).  In addition, Landlord and Tenant, for themselves and on behalf of their respective insurance companies, waive any right of subrogation that any such insurance company may have against

6

Landlord or Tenant, as the case may be. Landlord and Tenant will deliver notice of this Section 4.05 to its property insurance carriers.

    **4.06.**   <u>Signs</u>. Tenant shall not place, install or attach any signage, decorations, advertising media, blinds, draperies, window treatments, bars, or security installations on any exterior windows of the Leased Premises without Landlord's prior written approval, such approval not to be unreasonably withheld. Tenant shall repair, paint, and/or replace any portion of the Leased Premises damaged or altered as a result of its signage when it is removed. Landlord shall not be required to notify Tenant of whether it consents to any sign until it (1) has received detailed, to-scale drawings thereof specifying design, material composition, color scheme, and method of installation, and (2) has had a reasonable opportunity to review them.

    **4.07.**   <u>Locks</u>. Landlord shall at all times retain a key with which to unlock all of the doors in, upon, and about the Leased Premises. Tenant shall coordinate with Landlord any change in Landlord's lock system, and shall not in any manner prohibit Landlord from entering the Leased Premises.

    **4.08.**   <u>No-Smoking</u>. No smoking is permitted in the building on the Leased Premises.

    **4.09.**   <u>Utilities</u>. During the Lease Term, Tenant shall pay for all water, fuel, gas, oil, heat, electricity, power, materials, and services which may be furnished to it or used by it in or about the Leased Premises, including all meters, connection and related charges and fees.

    **4.10**   <u>Personal Property</u>. The lease of the Leased Premises to Tenant shall include the use of the personal property located on or within the Leased Premises listed in **Exhibit "B"** attached hereto and incorporated herein by reference (the "Personal Property"), including, but not limited to, all restaurant equipment, kitchen equipment, bar equipment, coolers, patio furniture, tables and chairs, utensils, plates, all televisions, Aloha System, and Sound System. The Personal Property shall be delivered by Landlord in good working condition. Throughout the Lease Term, Tenant shall make such repairs, perform such maintenance and make such replacements as is required to keep the Personal Property in at least the condition in which it was delivered by Landlord on the Commencement Date, ordinary wear and tear excepted. Landlord shall retain the Quaker Steak & Lube Décor Package and Sign Package. Landlord, at Landlord's sole expense, shall remove all of the Décor and Signage no later than Commencement Date of Lease. TENANT ACKNOWLEDGES AND AGREES THAT TENANT HAS INSPECTED AND EXAMINED THE PERSONAL PROPERTY TO THE EXTENT DEEMED NECESSARY BY TENANT IN ORDER TO ENABLE TENANT TO EVALUATE THE CONDITION OF THE PERSONAL PROPERTY, AND TENANT ACKNOWLEDGES THAT TENANT IS RELYING SOLELY UPON ITS OWN INSPECTION OF THE PERSONAL PROPERTY PRIOR TO ENTERING INTO THIS LEASE. EXCEPT AS PROVIDED ABOVE, TENANT HEREBY ACCEPTS THE PERSONAL PROPERTY ON THE COMMENCEMENT DATE IN ITS "AS-IS, WHERE IS" CONDITION AND WITH ALL FAULTS, AND WITHOUT REPRESENTATIONS AND WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED (INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTY OF FITNESS, MERCHANTIBLITY, OR SUITABLITY), OR ARISING BY OPERATION OF LAW. TENANT HEREBY EXPRESSLY ASSUMES ALL RISKS, LIABILITIES, CLAIMS, DAMAGES, AND COSTS (AND AGREES THAT LANDLORD SHALL NOT BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, CONSEQUENTIAL, OR OTHER DAMAGES) RESULTING OR ARISING FROM OR RELATED TO THE OWNERSHIP, USE, CONDITION, LOCATION, MAINTENANCE, REPAIR OR OPERATION OF THE PERSONAL PROPERTY.

    Tenant shall not pledge or otherwise finance or lease any of the Personal Property or any replacements. Any replacements of the Personal Property shall become Personal Property and shall be

returned to Landlord upon the expiration or termination of this Lease.   Tenant may not relocate any of the Personal Property from the Leased Premises without replacing such Personal Property with an item with comparable or better condition and features.

**4.11    Required Opening; Continuous Operation.**  Tenant shall open for business to the public no later than the Outside Opening Date, and shall, for the full Term, remain open and operating to the public as the Permitted Use, except for periods of remodeling not to exceed 30 days or rebuilding due to casualty or condemnation.

## ARTICLE 5. MAINTENANCE AND SURRENDER

**5.01.    <u>Maintenance and Surrender by Tenant</u>.**  Except as provided in Section 5.02, Tenant, at its expense, shall maintain the Leased Premises throughout the Lease Term in good condition, appearance and state of repair, including, but not limited to, making all repairs and replacement necessary to keep the Leased Premises in that condition.  Tenant, at its expense, will keep the Leased Premises free from waste or nuisance.  Tenant's maintenance obligation will include the performance of all maintenance obligations required of Landlord pursuant to any agreements with adjoining property owners providing joint access, parking or signage.  At the termination or expiration of this Lease, Tenant shall deliver the Leased Premises in as good a state of repair and condition as they were when Tenant first took occupancy and in the condition maintained by Tenant throughout the Lease Term, reasonable wear and tear and damage by fire, tornado, or other casualty excepted.  Should Tenant neglect to reasonably maintain the Leased Premises, Landlord shall have the right, but not the obligation, to cause repairs or corrections to be made, and Tenant shall pay Landlord the reasonable costs incurred for such repairs, plus an administrative fee of twenty percent (20%) of such cost or $50.00 per repair (whichever is greater), as additional rent on the next rental installment date.

Without limiting the generality of the foregoing, except as provided in Section 5.02, Tenant shall maintain and repair the plumbing systems, electrical systems, venting systems, store fronts, doors, window, door frames, locks, hardware, roof, sidewalks, service-ways and loading areas adjacent to the Leased Premises, and keep same neat, clean, safe and free from dirt, rubbish, insects and pests at all times.  Tenant shall arrange for the regular pickup of such trash and garbage at Tenant's expense. Tenant shall not operate an incinerator or burn trash or garbage on the Leased Premises.  All grease and other recyclable kitchen waste shall be stored and disposed of in a manner consistent with all Applicable Laws and best restaurant practices.  Furthermore, Tenant shall replace all cracked or broken glass, and shall keep all plumbing units, pipes and connections free from obstruction and leaks, and protected against ice and freezing.  Tenant shall be responsible for the cleaning and maintenance of any grease trap serving the Leased Premises and shall enter into, and furnish Landlord a copy of upon request, a grease trap cleaning contract reasonably acceptable to Landlord.

Without limiting the generality of the foregoing, Tenant shall maintain the HVAC system at the Leased Premises, and enter into a regularly scheduled preventive maintenance/service contract with a maintenance contractor for servicing all hot water, heating and air conditioning systems and equipment within the Leased Premises.  The maintenance contractor and the contract must be approved by Landlord. The service contract must include all services suggested by the equipment manufacturer within the operation/maintenance manual and must become effective (and a copy thereof delivered to Landlord) within thirty (30) days of the date Tenant takes possession of the Leased Premises.  Tenant shall from time to time upon request furnish proof reasonably satisfactory to Landlord that all such systems and equipment are being serviced in accordance with the maintenance/service contract.  Within the thirty (30) day period preceding move out by Tenant, Tenant shall have the systems and equipment checked and serviced to ensure proper functioning and shall furnish Landlord satisfactory proof thereof upon request.

8

**6.01.**   **Maintenance Obligation on Landlord**.   Landlord shall maintain the foundation and structural walls of the Leased Premises.  Otherwise, Landlord shall have no express or implied obligation to maintain or repair the Leased Premises, or to provide any services to the Leased Premises.

## ARTICLE 6. TAXES

**6.01.**   **Tenant's Property**.   Tenant shall be liable for all taxes levied or assessed against personal property, furniture, or fixtures placed by Tenant in or on the Leased Premises, including the Personal Property described in Section 4.10.  If any such taxes for which Tenant is liable are levied or assessed against Landlord or Landlord's property, and if Landlord elects to pay the same, or if the assessed value of Landlord's property is increased by inclusion of personal property, furniture, or fixtures placed by Tenant in the Leased Premises, and Landlord elects to pay the taxes based on such increase, Tenant shall pay to Landlord upon demand that part of such taxes for which Tenant is primarily liable under this Section.  Tenant will provide Landlord with a copy of the tax receipt on the Personal Property prior to delinquency.

**6.02**   **Leased Premises**.   Tenant shall be responsible for all ad valorem and other real property related taxes, assessments, charges, and fees of any kind levied or assessed against the Leased Premises ("Taxes").  Tenant shall pay Landlord the Monthly Tax and Insurance Payment, as additional rent, in order to reimburse Landlord to all Taxes paid or accruing during the Lease Term, including Landlord's cost of any protest of Taxes, in the manner described in Section 3.03.  Either Landlord or Tenant may protest assessments from time to time.

## ARTICLE 7. ALTERATIONS, ADDITIONS, IMPROVEMENTS, AND FIXTURES

**7.01.**   **Consent of Landlord**.   Tenant shall not make any alterations, additions, or improvements to the Leased Premises without the prior written consent of Landlord.  All improvements made by Tenant must comply with the requirements of the Americans with Disabilities Act (the "ADA").  Tenant shall bear the expense of ADA compliance regarding any improvements made by Tenant.

**7.02.**   **Property of Landlord**.   All permanent, non-moveable alterations, additions, or improvements made by Tenant shall become the property of Landlord at the termination or expiration of this Lease.  If Landlord so elects, all alterations, additions or improvements made by Tenant without obtaining Landlord's prior written consent shall be removed by Tenant promptly upon termination or expiration of this Lease, and Tenant shall repair any damage caused by such removal.

**7.03.**   **Trade Fixtures**.   Tenant shall have the right at all times to erect or install furniture and fixtures, provided that Tenant complies with all applicable governmental laws, ordinances, and regulations.  Tenant shall have the right to remove such items at the termination or expiration of this Lease, provided Tenant is not in default at that time and the fixtures can be removed without structural damage to the Leased Premises.  Prior to the termination or expiration of this Lease, Tenant must repair any damage caused by removal of any fixtures, reasonable wear and tear excepted.  Any furniture or fixtures that have not been removed by Tenant at the termination or expiration of this Lease and Tenant's vacating of the Leased Premises shall, at Landlord's option be deemed abandoned by Tenant and become the property of Landlord.

**7.04.**   **Roof Modifications**.   Any work at the Leased Premises performed by Tenant causing venting, opening, sealing, waterproofing, or in any way altering of the roof of the building on the Leased Premiess ("Roof Modifications") shall be performed at Tenant's expense either, at Landlord's election, by (a) Landlord, or (b) Tenant, who shall contract directly with the roofing contractor designated by Landlord (a "Roof Contractor").  In the event any such Roof Modifications are made during the Term

9

pursuant to (b) above, Tenant shall provide Landlord with a certificate from the Roof Contractor certifying and warranting (with language acceptable to Landlord) that the Roof Modifications (i) were made by the Roof Contractor substantially in accordance with the original plans and specifications for the Leased Premises, and (ii) have not in any way diminished or impaired any roof warranty running in favor of Landlord. Tenant hereby indemnifies, defends and holds harmless Landlord from any personal injury or damage to the Leased Premises or personal property resulting, directly or indirectly, from any Roof Modification made pursuant to (b) above unless such a certificate from the Roof Contractor has been delivered to and accepted by Landlord before the date of any such loss. This Section shall also apply to any personal property or equipment located on the roof of the Building which Tenant may remove upon the expiration or earlier termination of the Lease. Tenant shall repair any damages relating to the removal of same (including repairing any roof damage or penetrations that compromise or could jeopardize the water tightness or structural integrity of the building on the Leased Premises), and Tenant hereby indemnifies, defends and holds harmless Landlord from any personal injury or damage to the Leased Premises or personal property resulting, directly or indirectly, from any such removal or repair.

## ARTICLE 8. DAMAGE OR DESTRUCTION

**8.01.** **Notice to Tenant.** If the Leased Premises, or any structures or improvements on the Leased Premises, should be damaged or destroyed by fire, tornado, or other casualty, Tenant shall give immediate written notice of the damage or destruction to Landlord, including a description of the damage and, as far as known to Tenant, the cause of the damage.

**8.02.** **Total Destruction.** If the Leased Premises are totally destroyed by fire, tornado, or other casualty, or if not totally destroyed if it should be so damaged by such a cause that rebuilding or repairs cannot reasonably be completed within 270 days from the date of notification described in Section 8.01, this Lease shall terminate, and rent shall be abated for the unexpired portion of this Lease, effective as of the date of written notification as provided in Section 8.01.

**8.03.** **Partial Destruction.** If the Leased Premises are damaged by fire, tornado, or other casualty, this Lease shall continue and shall not terminate except as provided in subsections (a) and (b) of this section.

(a) If the partial destruction of the Leased Premises (i) occurs prior to the final year of the Lease Term, and (ii) the rebuilding or repairs can reasonably be expected to be completed within 270 days from the date of notification described in Section 8.01, then Tenant shall, at its sole cost and risk, proceed immediately to rebuild or repair the Leased Premises to substantially the condition in which they existed on the Commencement Date using the insurance proceeds from the property insurance described in Section 4.04(c), with any deductible amounts being paid for by Tenant. Landlord will cooperate with Tenant to make sure insurance proceeds available to Tenant for such purpose, and Landlord's release of insurance proceeds will be subject to Landlord's approval of the plans and specifications and construction contract for the rebuilding or repair, which approval shall not be unreasonably withheld. Tenant shall also, at its sole cost and risk, be responsible for rebuilding or repairing any damaged improvements made by Tenant after the Commencement Date. In the event that the Leased Premises cannot be rebuilt or repaired within such 270 day period, Tenant may terminate this Lease by written notification to Landlord. Upon such notification, all rights and obligations under this Lease shall cease. Rent shall not abate during any period of partial destruction.

(b) If partial destruction of the Leased Premises occurs in the final year of the Lease Term, either Landlord or Tenant may terminate this Lease within thirty (30) days after the date of the

10

notification described in Section 8.01, in which case all insurance proceeds from policies described in Section 4.04(c) shall be paid to and belong exclusively to Landlord.

## ARTICLE 9. CONDEMNATION

**9.01.** **Total Condemnation.** If during the Lease Term, or any extension or renewal of this Lease, all of the Leased Premises should be taken for any public or quasi-public use under any governmental law, ordinance, or regulation, or by right of eminent domain, or should be sold to the condemning authority under threat of condemnation, this Lease shall terminate, and Rent shall be abated during the unexpired portion of this Lease, effective as of the date of the taking of the Leased Premises by the condemning authority.

**9.02.** **Partial Condemnation.** If less than all, but more than twenty percent (20%), of the floor space of the building on the Leased Premises is taken for any public or quasi-public use under any governmental law, ordinance, or regulation, or by right of eminent domain, or is sold to the condemning authority under threat of condemnation, either party may terminate this Lease by giving written notice to the other party within thirty (30) days after possession of the condemned portion is taken by the entity exercising the power of condemnation. If the Leased Premises are partially condemned and neither party elects to terminate this Lease or, if less than twenty percent (20%) of the floor space of the building on the Leased Premises is condemned, this Lease shall not terminate, but the Basic Rent shall be adjusted equitably during the unexpired portion of this Lease.

**9.03.** **Condemnation Award.** Landlord shall receive the entire award from any condemnation, and Tenant shall have no claim to that award or for the value to Landlord of any unexpired term of this Lease; provided that Tenant shall have the right to appear in any condemnation proceeding or action to negotiate, prosecute and adjust any claim attributable to loss or damage to Tenant's trade fixtures and removable personal property, removal or relocation costs, and any loss to Tenant resulting from the unexpired portion of the Lease Term.

## ARTICLE 10. INSPECTION BY LANDLORD

**10.01.** Landlord and its officers, agents, employees, and representatives shall have the right to enter into and upon any and all parts of the Leased Premises at all reasonable hours for purposes of inspection, maintenance, repairs, alterations, or additions as Landlord may deem necessary (but without any obligation to perform any of these functions except as expressly provided in this Lease), or to show the Leased Premises to prospective tenants, purchasers, or lenders. Tenant shall not be entitled to any abatement or reduction of rent by reason of the entry of Landlord or any of its officers, agents, representatives, or employees pursuant to this article, nor shall such entry be deemed an actual or constructive eviction. Landlord shall take reasonable steps not to interfere with the conduct of Tenant's business.

## ARTICLE 11. MECHANIC'S LIEN

**11.01.** Tenant will not permit any mechanic's lien or liens to be placed upon the Leased Premises or upon improvements on the Leased Premises. If a mechanic's lien is filed on the Leased Premises or on improvements on the Leased Premises as a result of any improvements by Tenant or Tenant's contractor (but not by Landlord or Landlord's contractor), Tenant will promptly pay and obtain a release of the lien or bond the lien off pursuant to Texas Property Code Section 53.171 et. seq. If Tenant fails to pay the lien and obtain a release of the lien or to bond the lien off within twenty (20) days after written notice from Landlord to Tenant, Landlord may, at its option, pay the lien or any portion of it without inquiry as to its validity. Any amounts paid by Landlord to remove a mechanic's lien caused to

11

be filed against the Leased Premises or against improvements on the Leased Premises by Tenant, including expenses and interest, shall be due from Tenant to Landlord and shall be paid to Landlord immediately on rendition of notice.

## ARTICLE 12.  INDEMNITY AND WAIVER

**12.01.  <u>Indemnity</u>**.  Tenant agrees to indemnify and hold Landlord and its affiliated companies and their respective agents, servants, directors, officers, members, managers, partners, and employees (collectively "Landlord Parties") harmless against any and all claims, demands, liabilities, damages, losses, penalties, litigation, causes of action, suits, proceedings, judgments, costs, and expenses (including reasonable attorneys' and experts' fees and expenses for the investigation and defense of any claim, litigation or proceeding) (collectively "Claims") arising by reason of injury to or death of any person or damage to or loss of property occurring on, in, or about the Leased Premises, in any way arising out of or relating to Tenant's business on the Leased Premises or Tenant's use of the Leased Premises, or from any breach on the part of Tenant of any conditions of this Lease, or from any act or negligence of Tenant, its officers, agents, contractors, employees, subtenants, or invitees in or about the Leased Premises.  In case of any action or proceeding brought against any of the Landlord Parties by reason of any Claim, Tenant, upon notice from the Landlord Party, agrees to defend the action or proceeding by counsel acceptable to the Landlord Party.

**12.02.  <u>Waiver of Liability</u>**.  To the fullest extent permitted by law, Tenant, on behalf of itself, its owners, partners, agents, employees, invitees and contractors ("Tenant Parties"), waives all Claims against the Landlord Parties arising from the following: (i) any personal injury, bodily injury, or property damage occurring in or at the Leased Premises; (ii) any loss of or damage to property of a Tenant Party located in the Leased Premises by theft or otherwise; (iii) any personal injury, bodily injury, or property damage to any Tenant Party caused by any other tenant, parties not tenants, or the public or by the construction of any private, public, or quasi-public work occurring either in the Leased Premises or elsewhere on the Property; (iv) any interruption or stoppage of any utility service or for any damage to persons or property resulting from such stoppage; (v) business interruption or loss of use of the Leased Premises suffered by Tenant, whether caused by interruption or stoppage of any utility service, telephone or data service, or otherwise; (vi) any latent defect in construction of any improvements on the Property; (vii) damages or injuries or interference with Tenant's business, loss of occupancy or quiet enjoyment and any other loss resulting from the exercise by Landlord of any right or the performance by Landlord of Landlord's maintenance or other obligations under this Lease, or (viii) any bodily injury to an employee of a Tenant Party arising out of and in the course of employment of the employee and occurring anywhere on the Leased Premises.

**12.03.  <u>Scope of Indemnities and Waivers</u>**.  Except as provided in the following sentence, the indemnities and waivers contained in Article 12 will apply regardless of the active or passive negligence or sole, joint, concurrent or comparative negligence of any of the Landlord Parties, and regardless of whether liability without fault or strict liability is imposed or sought to be imposed on any of the Landlord Parties.  The indemnities and waivers contained in Article 12 will not apply to the extent of the percentage of liabilities that a final judgment of a court of competent jurisdiction establishes under the comparative negligence principles of the State of Texas, that a Claim against a Landlord Party was proximately caused by the willful misconduct or gross negligence of that Landlord Party; provided, however, that in such event the indemnity or waiver will remain valid for all other Landlord Parties.

## ARTICLE 13.  ASSIGNMENT AND SUBLEASE

**13.01.  <u>Assignment and Subletting by Tenant</u>**.  Tenant shall not have the right without the prior written consent of Landlord to assign this Lease or any interest in this Lease or sublease any portion

of the Leased Premises without the prior written consent of Landlord.  In the event of any assignment or subletting consented to by Landlord, Tenant shall remain fully liable for the performance of all of Tenant's obligations under this Lease.  No direct collection of rent or any other sums becoming due hereunder from an assignee or subtenant shall release Tenant from the performance of its obligations hereunder.

**13.02.**  **Assignment by Landlord.**  Landlord is expressly given the right to assign any or all of its interest under the terms of this Lease.  In the event of any sale or other disposition by Landlord of Landlord's interest in the Property, and provided that Landlord's successor-in-interest shall have assumed the performance of Landlord's covenants and obligations set forth in this Lease from and after the disposition of Landlord's interest in the Property, Landlord shall thereupon and without further agreement be relieved of all liability with respect to the performance of such covenants and obligations, and Tenant shall thereafter look solely to Landlord's successor-in-interest in and to this Lease.  The Security Deposit may be assigned and transferred by Landlord to such successor in interest, and Landlord shall thereby be discharged of any further obligation relating thereto.

## ARTICLE 14.  DEFAULT

**14.01.**  **Tenant's Default.**  The following events shall be deemed to be events of default by Tenant under this Lease:

(a)     Tenant fails to pay all Rent when due under this Lease on the first day of each calendar month.

(b)     Tenant fails to pay any other additional rent when due and such failure is not cured within fifteen (15) days after Landlord gives Tenant written notice of the failure; provided that Landlord shall be obligated to provide only two such notices in any calendar year and any failures thereafter in said calendar year shall constitute an event of default if the payment is not made within fifteen (15) days after the due date, without the necessity of Landlord giving any notice of default.

(c)     Tenant fails to vacate the Leased Premises upon expiration of the Lease Term.

(d)     Tenant fails to timely deliver the estoppel certificate required by Section 15.11;

(e)     The occurrence of two (2) or more Texas Alcoholic Beverage Commission administrative violations at the Leased Premises within any consecutive twelve (12) month period;

(f)     Tenant fails to comply with any term, provision, or covenant of this Lease, other than those set forth in subsections (a) through (e) above, and does not cure the failure within thirty (30) days after written notice of the failure to Tenant.

(g)     Tenant makes an assignment for the benefit of creditors.

(h)     Tenant shall commence any case, proceeding or other action seeking reorganization, arrangement, adjustment, liquidation, dissolution or composition of it or its debts under any law relating to bankruptcy, insolvency, reorganization or relief of debtors, or seeking appointment of a receiver, trustee, custodian or other similar official for it or for all or any substantial part of its property.

(i)     Any case, proceeding or other action against Tenant shall be commenced seeking to have an order for relief entered against it as debtor, or seeking reorganization, arrangement, adjustment, liquidation, dissolution or composition of it or its debts under any law relating to bankruptcy, insolvency,

13

reorganization or relief of debtors, or seeking appointment of a receiver, trustee, custodian or other similar official for it or for all or any substantial part of its property, and Tenant (i) fails to obtain a dismissal of such case, proceeding, or other action within sixty (60) days of its commencement or (ii) converts the case from one chapter of the Federal Bankruptcy Code to another chapter or (iii) is the subject of an Order of Relief which is not fully stayed within thirty (30) business days after the entry thereof.

(j)   Tenant abandons the Leased Premises.

**14.02.  Landlord's Remedies.**  Upon the occurrence of any event of default specified in Section 14.01, Landlord shall have the option to pursue any one or more of the following remedies:

(a)   Landlord may terminate this Lease and forthwith repossess the Leased Premises and be entitled to recover forthwith as damages a sum of money equal to the total of (i) the cost of recovering the Leased Premises, (ii) the unpaid Rent earned at the time of termination, plus interest thereon at the Default Rate from the due date, (iii) the present value of the balance of the Rent for the remainder of the Lease Term (discounted at a rate of 3%) less the fair market value of the Leased Premises for said period and (iv) any other sum of money and damages owed by Tenant to Landlord.

(b)   Landlord may terminate Tenant's right of possession (but not this Lease) and may repossess the Leased Premises by forcible entry and detainer suit or otherwise, without thereby releasing Tenant from any liability hereunder and without demand or notice of any kind to Tenant and without terminating this Lease.  Landlord shall use reasonable efforts to relet the Leased Premises on such terms and conditions as Landlord in its sole discretion may determine (including without limitation a term different than the Lease Term, rental concessions, alterations and repair of the Leased Premises). Landlord shall not be liable, nor shall Tenant's obligations hereunder be diminished because of Landlord's failure to relet the Leased Premises or collect rent due in respect of such reletting.  For the purposes of such reletting Landlord is authorized to make any repairs, changes, alterations or additions in or to the Leased Premises as may be reasonably necessary or desirable, and (i) if Landlord shall fail or be unable to relet the Leased Premises, or (ii) if the same are relet and a sufficient sum shall not be realized from such reletting after first deducting therefrom, for retention by Landlord, the unpaid Rent earned but unpaid at the time of reletting plus interest thereon at the Default Rate, the cost of recovering possession (including attorneys' fees and costs of suit), all of the costs and expenses of such repairs, changes, alterations, and additions, the expense of such reletting (including without limitation brokerage fees and attorney's fees) and the cost of collection of the rent accruing therefrom to satisfy the Rent provided for in this Lease to be paid, then (A) Tenant shall pay to Landlord as damages a sum equal to the amount of the Rent reserved in this Lease for such period or periods, plus the cost of recovering possession of the Leased Premises (including attorneys' fees and costs of suit), the Rent earned at the time of repossession plus interest thereon at the Default Rate, and the costs incurred in any attempt by Landlord to relet the Leased Premises, or (B) if the Leased Premises have been relet, the Tenant shall satisfy and pay any such deficiency.  Any such payments due Landlord shall be made upon demand therefor from time to time and Tenant agrees that Landlord may file one or more suits to recover any sums falling due under the terms of this section from time to time.  Such reletting shall not be construed as an election on the part of Landlord to terminate this Lease unless a written notice of such intention is given to Tenant by Landlord. Notwithstanding any such reletting without termination, Landlord may at any time thereafter elect to terminate this Lease for such previous event of default.

(c)   Landlord may enter upon the Leased Premises, without being liable for prosecution or any claim for damages for such entry, and do whatever Tenant is obligated to do under the terms of this Lease to correct the default.  Tenant agrees to reimburse Landlord on demand for any expenses that Landlord may incur in effecting compliance with Tenant's obligations under this Lease in

this manner, and Tenant further agrees that Landlord shall not be liable for any damages resulting to Tenant from such action.

(d)      The following provisions shall override and control any conflicting provisions of Section 93.002 of the Texas Property Code, as well as any successor statute governing the right of a landlord to change the door locks of commercial tenants. In the event of any event of default defined in Sections 14.01(a) or (b) above, Landlord is entitled and is hereby authorized, without any further notice to Tenant whatsoever, to enter upon the Leased Premises by use of a master key, a duplicate key, or other peaceable means, and to change, alter, and/or modify the door locks on all entry doors of the Leased Premises, thereby excluding Tenant and its officers, principals, agents, employees and representatives therefrom until all past due amounts of Rent have been paid in full.

No reentry or taking possession of the Leased Premises by Landlord shall be construed as an election on its part to terminate this Lease, unless a written notice of such intention is given to Tenant. Notwithstanding any such reletting or reentry or taking possession, Landlord may at any time thereafter elect to terminate this Lease for a previous default. The loss or damage that Landlord may suffer by reason of termination of this Lease, or the deficiency from any reletting as provided for above, shall include the expense of repossession.

**14.03.  Landlord's Lien.** Landlord shall have, at all times, a valid contractual security interest to secure payment of all rentals and other sums of money becoming due under this Lease from Tenant, and to secure payment of any damages or loss that Landlord may suffer by reason of the breach by Tenant of any covenant, agreement, or condition contained in this Lease, upon all goods, wares, equipment, fixtures, furniture, and other personal property of Tenant which is now on the Leased Premises or which is placed on the Leased Premises at some later date, and all proceeds from them. This property shall not be removed from the Leased Premises without the consent of Landlord until all arrearages in rent and all other sums of money then due to Landlord under this Lease have been paid and discharged, and all the covenants, agreements, and conditions of this Lease have been fully complied with and performed by Tenant. Upon the occurrence of an event of default by Tenant, Landlord may, in addition to any other remedies provided in this Lease or by law, exercise any and all remedies and rights provided under Section 9 of the Texas Business and Commerce Code. Unless otherwise provided by law, and without intending to exclude any other manner of giving Tenant reasonable notice, the requirement of reasonable notice shall be met if such notice is given at least five (5) days before the time of sale. Tenant authorizes Landlord to file a financing statement in form sufficient to perfect the security interest of Landlord in the aforementioned property and proceeds under the provisions of the Texas Business and Commerce Code. The statutory lien for rent is not waived, the security interest granted in this article being in addition, and supplementary, to that lien.

**14.04.  Cumulative Remedies.** The exercise by Landlord of any remedy arising by virtue of a default by Tenant shall not be considered exclusive, but Landlord may exercise any and all other rights or remedies provided by this Lease or by law or equity. Pursuit of any of the remedies provided in this Lease by Landlord should not preclude pursuit of any of the other remedies provided in this Lease. Pursuit of any remedy provided in this Lease or by law by either party shall not constitute a forfeiture or waiver of any damages accruing to Landlord by reason of the violation of any of the terms, provisions, and covenants contained in this Lease by Tenant. Nor shall pursuit of any remedies provided in this Lease by Landlord constitute a waiver or forfeiture of any rent due to Landlord under this Lease.

**14.05.  Waiver of Default.** No waiver by either party of any default or violation or breach of any of the terms, provisions, and covenants contained in this Lease shall be deemed or construed to constitute a waiver of any other violation or breach of any of the terms, provisions, and covenants of this Lease. Forbearance by either party to enforce one or more of the remedies provided in this Lease or by

051252/000001
120 - 2005304v3

law upon an event of default shall not be deemed or construed to constitute a waiver of such default. Landlord's acceptance of Rent following an event of default under this Lease shall not be construed as Landlord's waiver of the default.

**14.06.** **Surrender of Premises.**  No act or thing done by Landlord or its agents during the Lease Term shall be deemed an acceptance of a surrender of the Leased Premises, and no agreement to accept a surrender of the Leased Premises shall be valid unless the same is in writing and subscribed by Landlord.

**14.07.** **Bankruptcy or Insolvency.**  (a) In the event that Tenant shall become a debtor in a case filed under Chapter 7 of the Bankruptcy Code and Tenant's trustee or Tenant shall elect to assume this Lease for the purpose of assigning the same or otherwise, such election and assignment may be made only if the provisions of Section 14.07(b) and 14.07(d) are satisfied as if the election to assume were made in a case filed under Chapter 11 of the Bankruptcy Code.  If Tenant or Tenant's trustee shall fail to elect to assume this Lease within 90 days after the filing of such petition or such additional time as provided by the court within such 90 day period, this Lease shall be deemed to have been rejected.  Immediately thereupon Landlord shall be entitled to possession of the Leased Premises without further obligation to Tenant or Tenant's trustee and this Lease upon the election of Landlord shall terminate, but Landlord's right to be compensated for damages (including, without limitation, liquidated damages pursuant to any provision hereof) or the exercise of any other remedies in any such proceeding shall survive, whether or not this Lease shall be terminated.

(b)     In the event that Tenant shall become a debtor in a case filed under Chapter 11 of the Bankruptcy Code, or in a case filed under Chapter 7 of the Bankruptcy Code which is transferred to Chapter 11, Tenant's trustee or Tenant, as debtor-in-possession, must elect to assume this Lease within 120 days from the date of the filing of the petition under Chapter 11 or the transfer thereto or  Tenant's trustee or the debtor-in-possession shall be deemed to have rejected this Lease.  In the event that Tenant, Tenant's trustee or the debtor-in-possession has failed to perform all of Tenant's obligations under this Lease within the time periods (excluding grace periods) required for such performance, no election by Tenant's trustee or the debtor-in-possession to assume this Lease, whether under Chapter 7 or Chapter 11, shall be permitted or effective unless each of the following conditions have been satisfied:

(i)  Tenant's trustee or the debtor-in-possession must promptly cure all defaults under this Lease.

(ii)  Tenant's trustee or the debtor-in-possession must promptly compensate Landlord, for any actual pecuniary loss incurred by Landlord arising from the default of Tenant, Tenant's trustee, or the debtor-in-possession as indicated in any statement of actual pecuniary loss sent by Landlord to Tenant's trustee or the debtor-in-possession

(iii)  Tenant's trustee or the debtor-in-possession must promptly provide Landlord with reasonable assurance of the future performance of each of the obligations of Tenant, Tenant's trustee or the debtor-in-possession under this Lease, to include:  deposit with Landlord, as security for the timely payment of rent hereunder, an additional security deposit equal to three installments of Rent (at the rate then payable); and pay in advance to Landlord on the date each installment of Rent is payable a pro rata share of Tenant's annual obligations for additional rent and other sums pursuant to this Lease, such that Landlord shall hold funds sufficient to satisfy all such obligations as they become due.  The obligations imposed upon Tenant's trustee or the debtor-in-possession by this paragraph shall continue with respect to Tenant or any assignee of this Lease after completion of bankruptcy proceedings.

16

(iv)  The assumption of this Lease will not breach or cause a default under any provision of any other lease, mortgage, financing arrangement or other agreement by which Landlord is bound.

(c)      In the event that this Lease is assumed in accordance with Section 14.07(b) and thereafter Tenant is liquidated or files or has filed against it a subsequent petition under Chapter 7 or Chapter 11 of the Bankruptcy Code, Landlord may, at its option, terminate this Lease and all rights of Lessee hereunder by giving Lessee notice of its election to so terminate within 30 days after the occurrence of any such event.

(d)      If Tenant's trustee or the debtor-in-possession has assumed this Lease pursuant to the terms and provisions of Section 14.07(a) or 14.07(b) for the purpose of assigning (or elects to assign) this Lease, this Lease may be so assigned only if the proposed assignee (the "Assignee") has provided adequate assurance of future performance of all of the terms, covenants and conditions of this Lease to be performed by Tenant.  Landlord shall be entitled to receive all cash proceeds of such assignment.  As used herein "adequate assurance of future performance" shall mean no less than that each of the following conditions has been satisfied:

(i)  The Assignee has furnished Landlord with either: (A) a copy of a credit rating of Assignee which Landlord reasonably determines to be sufficient to assure the future performance by Assignee of Tenant's obligations under this Lease, and a current financial statement of Assignee audited by a certified public accountant indicating a net worth and working capital in amounts which Landlord reasonably determines to be sufficient to assure the future performance by Assignee of Tenant's obligations under this Lease; or (B) a guarantee or guarantees, in form and substance satisfactory to Landlord, from one or more persons with a credit rating and net worth which Landlord reasonably determines to be sufficient to assure the future performance by Assignee of Tenant's obligations under this Lease.

(ii)  Landlord has obtained all consents or waivers from others required under any lease, mortgage, financing arrangement or other agreement by which Landlord is bound to permit Landlord to consent to such assignment.

(iii)  The proposed assignment will not release or impair any guaranty of the obligations of Tenant (including the Assignee) under this Lease.

(e)      When, pursuant to the Bankruptcy Code, Tenant's trustee or the debtor-in-possession shall be obligated to pay reasonable use and occupancy charges for the use of the Leased Premises, such charges shall not be less that the Rent under this Lease.

(f)      Neither the whole nor any portion of Tenant's interest in this Lease or its estate in the Leased Premises shall pass to any trustee, receiver, assignee for the benefit of creditors, or any other person or entity, by operation of law or otherwise under the laws of any state having jurisdiction of the person or property of Tenant unless Landlord shall have consented to such transfer.  No acceptance by Landlord of rent or any other payments from any such trustee, receiver, assignee, person or other entity shall be deemed to constitute such consent by Landlord nor shall it be deemed a waiver of Landlord's right to terminate this Lease for any transfer of Tenant's interest under this Lease without such consent.

   14.08   **Default By Landlord.**  Landlord shall not be in default unless Landlord fails to perform obligations required of Landlord within a reasonable time, but in no event less than later than thirty (30) days after written notice by Tenant to Landlord; provided, however, that if the nature of Landlord's obligation is such that more than thirty (30) days are required for performance then Landlord shall not be

17

in default if Landlord commences performance within such 30-day period and thereafter diligently prosecutes the same to completion.  If Landlord fails to cure any such default within the allotted time, Tenant may, as its sole and exclusive remedy, seek a judgment against Landlord for Tenant's actual damages resulting from such uncured default.  All other remedies of Landlord against Tenant are hereby waived.

## ARTICLE 15.  MISCELLANEOUS

**15.01.**  **Mortgages**.  Tenant accepts this Lease subject to any deeds of trust, security interests, or mortgages that might now or later constitute a lien upon the Leased Premises.  Tenant must, on demand, execute any reasonable instruments, releases, or other documents that are required by any mortgagee for the purpose of subjecting and subordinating this Lease to the lien of any such deed of trust, security interest, or mortgage.  Anything to the contrary contained herein notwithstanding, any subordination of this Lease to any mortgage, deed of trust or other lien or security interest shall be subject to the lienholder agreeing in writing that it will not disturb Tenant's peaceful possession of the Leased Premises so long as no uncured event of default exists under this Lease.  Such documents may include provisions requiring Tenant to agree that:  (i) upon the sale, transfer or foreclosure of the Leased Premises that this Lease will remain in full force, (ii) upon any default of this Lease by Landlord or any action or omission by Landlord or any third party that would give Tenant the right to terminate this Lease immediately, or after the passage of time, Tenant shall provide notice to any mortgagee (hereinafter called "Lender") and provide Lender an opportunity to cure such default, (iii) if the Leased Premises or any part thereof is foreclosed upon or transferred to Lender for the purpose of satisfying any debt secured by the Leased Premises, that Tenant will acknowledge Lender as the Landlord; (iv) if this Lease shall terminate by operation of law or otherwise as a result of or in connection with a bankruptcy proceeding by or against Landlord, Tenant shall promptly execute and deliver a new lease under the same terms and conditions effective as of the date this Lease shall have terminated as aforesaid, (v) upon notice of default by Landlord under any deed of trust or mortgage, which Tenant may rely on without further inquiry, Tenant shall make all rent payments to Lender and Lender shall not be obligated to credit any prepaid rent or offsets against or credits due to Landlord against Tenant's obligations under this Lease, (vi) Lender shall not be liable for any previous act or omission of Landlord, (vii) Lender shall not be liable for any security deposit unless such was first delivered to Lender, (viii) Lender shall not be bound by any agreement between Landlord and Tenant not contained in this Lease or any amendment to this Lease, (ix) Lender's liability to Tenant shall be limited to Lender's interest in the Leased Premises, and (x) the Leased Premises shall not be used in any way that may cause it to be contaminated by hazardous substances.  Tenant may be required to agree to waive any right to a trial by a jury in any action against Lender related to or arising from this Lease or any subsequent agreement related hereto.  Tenant shall also agree to include any additional terms consistent with those described above upon the request of Landlord or Lender in terms reasonably acceptable to Tenant.  With respect to any deed of trust, security interest, or mortgage constituting a lien on the Leased Premises, Landlord has the right to waive the applicability of this section so that this Lease will not be subject and subordinate to any such deed of trust, security interest or mortgage.  This Lease shall continue in full force and effect and Tenant will, upon request, attorn to and acknowledge any mortgagee or other foreclosure purchaser or purchasers, as the case may be, as the landlord under this Lease, and provided further that this Lease shall not terminate or expire if and so long as no uncured event of default by Tenant exists under this Lease.

**15.02.**  **Notices and Addresses**.  All notices to be given under this Lease shall be given by hand delivery, certified mail or registered mail, or facsimile transmission addressed to the proper party, at the addresses set forth in Section 1.01.  Either party may change the address or fax number to which notices are to be sent it by giving the other party notice of the new address or fax number in the manner provided in this section.

18

**15.03.   Parties Bound.**  Subject to Article 13, this Lease shall be binding upon, and inure to the benefit of, the parties to this Lease and their respective heirs, executors, administrators, legal representatives, successors, and assigns when permitted by this Lease.

**15.04.   Governing Law.**  This Lease shall be construed under, and in accordance with, the laws of the State of Texas, and all obligations of the parties created by this Lease are performable in the county in which the Leased Premises are located.

**15.05.   Legal Construction.**  In case any one or more of the provisions contained in this agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision of the agreement, and this agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been included in this agreement.

**15.06.   Entire Agreement, Limitation of Warranties and Acceptance of Leased Premises.**  It is expressly agreed by both parties, as a material consideration for the execution of this Lease, that this Lease, with the specific references to written extrinsic documents, is the entire agreement of the parties; that there are no verbal representations, warranties, understandings, stipulations, agreements or promises pertaining to this Lease or the expressly mentioned written extrinsic documents not incorporated in writing in this Lease. Landlord and Tenant expressly agree that there are and shall be no implied warranties of suitability, merchantability, habitability, fitness for a particular purpose or of any other kind arising out of this Lease and there are no warranties which extend beyond those expressly set forth in this Lease.  Tenant acknowledges that it is not relying upon any representations, statements or other assertions with respect to the Leased Premises' condition, but is relying solely upon its examination of the Leased Premises. It is likewise agreed that this Lease may not be altered, waived, amended or extended except by an instrument in writing signed by both Landlord and Tenant.  Handwritten or typewritten interlineations shall only be effective provided that (1) the interlineation has been initialed by Landlord and Tenant and (2) the bottom right hand corner of the page containing the interlineation has been initialed by Landlord and Tenant.  Tenant's execution of this Lease and acceptance of the Leased Premises constitutes a release of any and all claims against Landlord, known or unknown, arising from, under or during any prior lease agreement between Landlord and Tenant concerning the Leased Premises or any other premises owned by Landlord.

WITHOUT LIMITING ANY OTHER TERM OF THIS LEASE, TENANT EXPRESSLY UNDERSTANDS AND AGREES THAT TENANT SHALL BEAR SOLE RESPONSIBILITY FOR THE SECURITY OF THE LEASED PREMISES, AND FOR THE SECURITY OF TENANT'S AGENTS, INVITEES, CUSTOMER, VISITORS, AND ALL OTHER PERSONS WHOMSOEVER WHO COME ON OR ABOUT THE LEASED PREMISES.  LANDLORD WILL NOT BE OBLIGATED OR REQUIRED TO PROVIDE SECURITY PERSONNEL, SECURITY LIGHTING, OR ANY OTHER FORM OF SECURITY FOR THE LEASED PREMISES.

**15.07.   Joint and Several Liability.**  If there is more than one Tenant, the obligations imposed upon Tenants by virtue of this Lease shall be joint and several.  If there is a guarantor of Tenant's obligations under this Lease, the obligations imposed upon Tenant shall be the joint and several obligations of Tenant and the guarantor.  Landlord need not first proceed against Tenant before proceeding against the guarantor, nor shall any such guarantor be released from its guaranty for any reason whatsoever.

19

**15.08.** <u>**Attorney Fees and Costs**</u>. If either party to this agreement commences litigation, legal action, or claim to protect its interest, and/or to enforce any term or provision of this agreement, the prevailing party shall be entitled to recover from the other party all reasonable attorneys' fees and court costs incurred by the prevailing party.

**15.09.** <u>**Force Majeure**</u>. Neither Landlord nor Tenant shall be required to perform any term, condition, or covenant in this Lease so long as such performance is delayed or prevented by force majeure, which shall mean acts of God, strikes, lockouts, material or labor shortages, restrictions by any governmental authority, civil riot, floods, and any other cause not reasonably within the control of Landlord or Tenant and which by the exercise of due diligence Landlord or Tenant is unable, wholly or in part, to prevent or overcome; provided, however, that the provisions of this Section 15.09 will never be construed as allowing an extension of time with respect to Tenant's obligation to pay Rent or any other charges when and as due under this Lease.

**15.10.** <u>**Time of Essence**</u>. Time is of the essence in the performance of all obligations under this Lease.

**15.11.** <u>**Estoppel Certificates**</u>. Tenant shall, upon fifteen (15) days' notice, execute, acknowledge and deliver a certificate stating (with any exceptions noted) that: (i) this Lease has not been modified, amended, added onto, extended or renewed and is in full force and effect (or, if there have been modifications, amendments, extensions or renewals, that this Lease is in full force and effect as modified, and setting forth such modifications) and that no future amendments of this Lease shall be entered without the consent of Lender, (ii) there are no options or rights to purchase, renew or extend this Lease except as may be provided in this Lease and that none may be entered into without the Lender's consent, (iii) the dates to which Rent and other sums payable hereunder have been paid, (iv) that no more than one month's rent has been paid in advance, (v) there is no basis to withhold rent nor any claim against Landlord and there are no free rents or credits due Tenant by Landlord, (vi) no portion of the security deposit has been used or applied by Landlord, (vii) there are no agreements by Tenant with any real estate broker for any future commissions from the Leased Premises, (viii) Tenant will pay all rent directly to Lender upon proper notice, (ix) the Leased Premises have not been used in any way that may have contaminated the Leased Premises with hazardous substances, (x) Tenant has accepted the Leased Premises and has and is occupying such space, (xi) there are no defaults under the Lease (nor are there any events or conditions which with the passage of time or the giving of notice, or both, could result in a default) or specifying each such default or potential default of which it has knowledge, (xii) Tenant has not or is not contemplating any action or given or received notice with respect to termination of this Lease, (xiii) Tenant shall not assign or sublease any part of the Leased Premises without obtaining Lender's prior written consent except as authorized herein, (xiv) all alterations, improvements and other work performed by Landlord have been completed according to the terms of this Lease and are acceptable to Tenant, (vx) the balance of the Security Deposit, and (xvi) there are no other agreements, oral or written, between Landlord and Tenant regarding the Leased Premises or any matter related thereto and there is no action ongoing or pending involving the Leased Premises, Tenant or Landlord that may affect this Lease, including the insolvency or bankruptcy of any party affecting this Lease. Any such certificate may be relied upon by any actual or prospective mortgagee or purchaser of the Leased Premises.

**15.12.** <u>**Financials**</u>. From time to time, Tenant shall, within twenty (20) days after written request from Landlord, furnish to Landlord financial statements (including balance sheet, income statement, and statement of changes in financial position) and such other information concerning the business and financial affairs of the Tenant, and of any guarantor of Tenant's obligations under this Lease, as Landlord may request. All such statements and information shall fairly present the financial condition of Tenant and any guarantor as of the dates represented and for the periods represented and shall be certified by a financial officer of the company to have been prepared in accordance with

051252/000001
120 - 2005304v3

guidelines of the American Institute of Certified Public Accountants.  As of the date of this Lease, Landlord has not received financial statements for the Guarantor.  This Lease is conditioned upon Landlord's receipt and approval of financial statements for the Guarantor within seven (7) business days after the Execution Date.  In the event that Landlord does not receive or approval financial statements for the Guarantor within seven (7) business days after the Execution Date, Landlord may terminate this Lease by written notice to Tenant, whereupon the Lease Consideration, if previously paid, will be returned to Tenant.

    **15.13.**  **Guaranty.**  In consideration of Landlord's lease of the Leased Premises to Tenant, by signing in the space provided below, Guarantor unconditionally agrees to pay all amounts due and owing to Landlord by Tenant and to perform all covenants and obligations of Tenant as set forth in this Lease. Guarantor acknowledges and agrees that Landlord may enforce this guaranty of payment and performance without first pursuing Tenant and any action or inaction by Landlord against Tenant shall not alter the obligations of Guarantor stated herein. Guarantor waives all rights of guarantors under Chapter 43 of the Texas Civil Practice and Remedies Code.  Upon any assignment of this Lease by Landlord, all the terms and provisions of this guaranty shall inure to the benefit of such assignee.

    **15.14.**  **Brokers.**  Landlord and Tenant represent to each other that there are no broker commissions payable in connection with this Lease, except to NASH Group Real Estate, which will be paid by Seller in two installments pursuant to a separate written agreement.  Landlord and Tenant both agree to indemnify each other from any loss, liability, damage, cost, or expense (including reasonable attorney's fees) resulting from a breach of the foregoing representation.

    **15.15**  **Compliance Monitoring.**  Nothing in this Lease shall require that Landlord monitor or enforce the Leased Premises' compliance with the ADA and the Texas Elimination of Architectural Barriers Law (Chapter 469 of the Texas Government Code). To the extent that these or any other laws relating to the Leased Premises in any way now or in the future obligates Landlord to monitor or enforce the compliance of the Leased Premises with such laws, then, to the fullest extent allowed by law, such obligation is hereby waived by Landlord and assumed by Tenant.

    **15.16**  **Charges and Amounts Payable.**  Tenant and Landlord agree that each provision of this Lease for determining charges and amounts payable by Tenant (including, without limitation, provisions regarding Rent and other amounts due hereunder) is commercially reasonable and, as to each such charge or amount, constitutes a statement of the amount of the charge or a method by which the charge is to be computed for purposes of Section 93.004 of the Texas Property Code. ACCORDINGLY, TO THE EXTENT PERMITTED BY LAW, TENANT VOLUNTARILY WAIVES AND KNOWINGLY WAIVES ALL RIGHTS AND BENEFITS UNDER SECTION 93.004 OF THE TEXAS PROPERTY CODE, AS SUCH SECTION NOW EXISTS OR AS MAY BE HEREAFTER AMENDED OR SUCCEEDED.

    **15.17**  **Jury Trial.**  TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW FROM TIME TO TIME IN EFFECT, LANDLORD AND TENANT WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY LANDLORD OR TENANT AGAINST THE OTHER WITH RESPECT TO ANY MATTER ARISING OUT OF OR IN CONNECTION WITH THIS LEASE, ANY DOCUMENT OR INSTRUMENT EXECUTED IN CONNECTION WITH THIS LEASE, TENANT'S USE AND OCCUPANCY OF The Leased Premises, OR THE RELATIONSHIP OF LANDLORD AND TENANT HEREUNDER.

    **15.18**  **Triple Net Lease.**  It is the purpose and intent of Landlord and Tenant that the rent hereinabove provided to be paid to Landlord by Tenant be absolutely net to Landlord so that this Lease shall yield net to Landlord without abatement, set-off or deduction therefrom the rent as hereinabove

21

provided, to be paid during the Term of this Lease or any extensions hereof, and, that all costs, expenses, and impositions of every kind or nature whatsoever relating to the Leased Premises which may become due during the Term of this Lease or any extensions hereof be paid by Tenant, and Landlord be indemnified and saved harmless by Tenant from and against the same. Tenant hereby assumes and agrees to perform all duties and obligations with relation to the Leased Premises, as well as the use, operation, and maintenance thereof even though such duties and obligations would otherwise be construed to be those of the Landlord. Landlord will have no obligations to Tenant except as specifically set forth in this Lease, and any and all implied obligations of Landlord are hereby waived.

15.19   **Security Deposit**.         On the Execution Date, Tenant shall pay to Landlord the Security Deposit to be held by Landlord without interest as security for the performance by Tenant of Tenant's covenants and obligations under this Lease, it being expressly understood that the Security Deposit may be co-mingled with Landlord's other funds and is not an advance payment of Rent or other amounts due under this Lease or a measure of Landlord's damages in case of default by Tenant. Upon the occurrence of any default by Tenant, Landlord may, from time to time, without prejudice to any other remedy provided herein or provided by law, use the Security Deposit to the extent necessary to make good any arrears of Rent and/or other amounts due under this Lease, and any other damage, injury, expense, or liability caused to Landlord by such event or default, and Tenant shall pay to Landlord on demand the amount so applied in order to restore the Security Deposit to its original amount. If Tenant is not then in default hereunder, after application of the Security Deposit to all sums owing to Landlord under this Lease, any remaining balance of the Security Deposit shall be returned by Landlord to Tenant upon termination of this Lease (subject to the provisions of Section 13.5 above).

(balance of page intentionally blank)

051252/000001
120 - 2005304v3

**IN WITNESS WHEREOF**, this Lease is executed in multiple originals effective as of the day and year first set forth above.

**TENANT**:

**TIGHT ENDS SPORTS BAR & GRILL, LLC,**

By:_____

Name:_____Timothy Dungan_____

Title:_____President_____

**LANDLORD:**

**SALT & PEPPER RESTAURANTS, INC.**

By:_____

Name: MOHAMMED AMIN LAKHANI .

Title: PRESIDENT

**GUARANTOR:**

**DAY STAR RESTAURANT HOLDINGS, LLC**

By:_____

Name:_____Timothy Dungan_____

Title:_____President_____

23

**EXHIBIT "A"**

**(Legal Description of Property)**

**Lot D-7D, Block One (1), Replat Victory Lakes Commercial, Section One (1), an addition to Galveston County, Texas, according to the plat recorded in Cabinet 2013A, Slide 76, Plat Records of Galveston County, Texas**

EXHIBIT "B"

("Personal Property Included in Lease")

## Lease Agreement

## Between Salt & Pepper Restaurants, Inc. ("Landlord")
## And
## Tight Ends Sports Bar & Grill, LLC ("Tenant")

## Dated May 20, 2016

The following Fixtures, Furniture, Equipment and Business Personal Property (including as described, but not limited to) located on or about 2502 Gulf Frwy, League City, Texas are included in the above referenced lease:

# AFFORDABLE SECURITY

7400 HARWIN DRIVE SUITE 223
HOUSTON, TX 77036

**PHONE: 832-607-1557**

## WORK ORDER

DATE: JUNE, 06, 2014

**CUSTOMER NAME: QUAKER STEAK & LUB RESTAURANT**

ADDRESS: 2502 SOUTH GULF FREE WAY, LEAGUE CITY, TX 77573
PHONE NO:
FAX NO:

| DESCRIPTION | QTY | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 32 CH realtime 960H high resolution DVR, H.264 High profile compression format, full D1, realtime 960H recording in ea channel | 1 | $ 1,575.00 | $ 1,575.00 |
| Support 32CH video input, 32CH audio input, feature simultaneous 16CH playback | | | |
| HDMI 1080P high resolution display with standard 2U case | | | |
| 5 TERA BYTE WESTERN DIGITAL HARD DRIVE | 2 | $ 150.00 | $ 300.00 |
| 20 INCH FLAT SCREEN MONITOR to be provided by you | | | |
| CAMERA | | | |
| 1/3" Super HAD CCD II,SONY, 2.8 ~ 12mm varifocus lens,42 pcs IR LEDs, 700 TV LINES, DOME OR BULLET AS NEEDED | 27 | $ 250.00 | $ 6,750.00 |
| 1/3" Super HAD CCD II,SONY, 2.8 ~ 12mm varifocus lens,42 pcs IR LEDs, 700 TV LINES, DOME OR BULLET AS NEEDED | 2 | $ 250.00 | $ 500.00 |
| SINGLE CHANNEL AUDIO - OFFICE CAMERA | 0 | $ 100.00 | $ - |
| DVR FEATURES: REMOTE VIEW ON SMART PHONES/PCS, LIVE/PLAY BACK, REMOTELY BURN EVENTS | | | |

| | | |
|---|---|---|
| | DISCOUNT | $ (445.00) |
| | DISCOUNT | $ (230.00) |
| | 3 CAM DISC | $ (150.00) |
| | 2 CAM DISC | $ (100.00) |
| | SUB-TOTAL | $ 8,200.00 |
| | PAYMENT-1 | $ 3,200.00 |
| | PAYMENT-2 | $ 2,300.00 |
| | BALANCE | $ 2,700.00 |
| | PLUS TAX | $ |

**WARRANTY:**
**HARDWARE - ONE-YEAR PARTS, UNDER NORMAL WEAR & TEAR. 30 DAYS LABOR/SERVICE**

**PAYMENT TERMS:**
50% ADVANCE, FULL BALANCE DUE UPON COMPLETION
** ENDED UP WITH A TOTAL 29 CAMERAS, ONE AUDIO



**Alchemy Sound & Vision**
2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|---|---|
| 1/15/14 | 4568 |

Bill To

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

Ship To

Leaque City, TX

| | Rep | Project |
|---|---|---|
| | TG | League City |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| **** | *****TV Mounts and Cabling***** | | 0.00 | 0.00 |
| STRO SM-CEI... | Strong Large Dual Ceiling Mount for 36-60 in flat panel TV's (black) | 4 | 214.00 | 856.00T |
| CMA372 | CHIEF UNISTRUT ADAPTER CMA372 FOR 1.5 NPT INCLUDES HARDWARE | 4 | 51.00 | 204.00T |
| STRONG SM-... | STRONG LARGE CEILING MOUNT FOR SINGLE 36"-60" FLAT PANEL TV'S | 1 | 172.00 | 172.00T |
| MP5916 | Ultra-Slim Adjustable Tilting Wall Mount Bracket for LCD Plasma (Max 165Lbs, 37~63inch**) - BLACK | 11 | 79.00 | 869.00T |
| MP5087 | MP Adjustable Tilting/Swiveling Wall Mount Bracket With 25" Extension for LCD Plasma (Max 110Lbs, 32~50inch) - BLACK | 12 | 172.00 | 2,064.00T |
| SA740PB | PEERLESS 2 arm cantilever 22" to 37" flat panel screens, arm extends up to 20" from the wall, compatible with VESA 100/200 mounting | 2 | 158.00 | 316.00T |
| ST670 | PEERLESS Wall Mount 42" - 71" Tilt Black | 4 | 141.00 | 564.00T |
| MISC TV | MISC TV MOUNT HARDWARE, STRUT AND FASTENERS | 39 | 30.00 | 1,170.00T |
| MINIRG-59-3... | MINI RG-59 3 CONDUCTOR COMPONENT CABLE | 4,000 | 1.25 | 5,000.00T |
| CN-RCP-RGB | Compression RCA Connector for 3CRGB from West Penn | 246 | 2.84 | 698.64T |
| LABOR | INSTALL LABOR to cable and install TV's and mounts | 164 | 75.00 | 12,300.00 |
| LABOR | INSTALL LABOR to cable and terminate additional TV cables for future Patio TVs | 4 | 0.00 | 0.00 |
| **** | *****Speakers and Cabling***** | | 0.00 | 0.00 |
| **** | ****Bar***** | | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | |
| Sales Tax (0.0%) | |
| **Total** | |



**Alchemy Sound & Vision**
2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|------|--------------|
| 1/15/14 | 4568 |

**Bill To**

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

**Ship To**

Leaque City, TX

| | Rep | Project |
|--|-----|---------|
| | TG | League City |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| CONTROL25T | JBL 5.25" Two-Way Vented System, 100° x 100° coverage, 70V/100V | 12 | 147.00 | 1,764.00T |
| CONTROLSB... | JBL Compact, Low Profile,High Power Subwoofer with 2 x 10" Drivers | 1 | 582.00 | 582.00T |
| MTC-210UB | JBL U-Bracket for SB210 subwoofer | 1 | 82.00 | 82.00T |
| **** | *****Thunder Alley***** | | 0.00 | 0.00 |
| CONTROL26CT | CONTROL 26CT 6" 2-WAY CEILING SPEAKER W/ 60W, 30W, 15W, 7.5W TAPS | 4 | 157.00 | 628.00T |
| **** | *****Brickyard Patio***** | | 0.00 | 0.00 |
| CONTROL25T | JBL 5.25" Two-Way Vented System, 100° x 100° coverage, 70V/100V | 8 | 147.00 | 1,176.00T |
| CONTROLSB... | JBL Compact, Low Profile, High Power Subwoofer with 2 x 10" Drivers | 1 | 582.00 | 582.00T |
| MTC-210UB | JBL U-Bracket for SB210 subwoofer | 1 | 82.00 | 82.00T |
| **** | *****Restrooms***** | | 0.00 | 0.00 |
| Control24CT | JBL 4" Two-Way Vented Ceiling Speaker with Transformer for use on a 70.7V or 100V distributed line | 2 | 105.00 | 210.00T |
| **** | *****Patio and Ext Entry***** | | 0.00 | 0.00 |
| Control25AV | JBL 5.25" Two-Way Vented System, Weather Resistant, 100° x 100° coverage, 70V/100V 6 Patio, 1 Ext Entry | 8 | 170.00 | 1,360.00T |
| **** | *****Vette Room***** | | 0.00 | 0.00 |
| CONTROL25T | JBL 5.25" Two-Way Vented System, 100° x 100° coverage, 70V/100V | 4 | 147.00 | 588.00T |
| **** | *****Cable and Labor***** | | 0.00 | 0.00 |
| 16-2 | WEST PENN 225-BK 16 AWG 2 Conductor Speaker Wire, BLACK | 2,000 | 0.28 | 560.00T |

| | |
|--|--|
| **Subtotal** | |
| **Sales Tax (0.0%)** | |
| **Total** | |



**Alchemy Sound & Vision**
2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|------|--------------|
| 1/15/14 | 4568 |

**Bill To**

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

**Ship To**

Leaque City, TX

| Rep | Project |
|-----|---------|
| TG | League City |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| 14-2 | WEST PENN 226-BK 14AWG2 Conductor Speaker Wire, BLACK | 300 | 0.38 | 114.00T |
| MISC | MISC PARTS, WIRE, FASTENERS, ENDS, CONNECTIONS, ETC | 1 | 100.00 | 100.00T |
| LABOR | INSTALL LABOR to install and cable 31 speakers and 2 subwoofers | 66 | 75.00 | 4,950.00 |
| **** | *****Head End***** | | 0.00 | 0.00 |
| ERK-4020 | MIDDLE ATLANTIC 40 Space 19 1/2" Deep Stand Alone Rack with Rear Door | 1 | 586.00 | 586.00T |
| CBS-ERK-20 | MIDDLE ATLANTIC COMMERCIAL GRADE CASTER BASE FOR 20" DEEP RACK ENCLOSURE | 1 | 153.00 | 153.00T |
| ERK-RR40 | MIDDLE ATLANTIC 40 Space ERK Real Rail Kit | 1 | 64.00 | 64.00T |
| PFD-40 | MIDDLE ATLANTIC 40 RACKSPACE PLEXI FRONT DOOR | 1 | 443.00 | 443.00T |
| VBK-E20 | MIDDLE ATLANTIC VENT BLOCKER KIT FOR 20" DEEP ERK | 1 | 13.00 | 13.00T |
| ERK-4FT-285... | MIDDLE ATLANTIC Integrated 4 1/2" Fan Top, Includes 3 Fans | 1 | 236.00 | 236.00T |
| D-10-PFP | FURMAN M10 1RU SURGE PROTECTOR 10 OUTLETS 15 AMP CIRCUIT BREAKER | 2 | 43.00 | 86.00T |
| LBP-1A | MIDDLE ATLANTIC "L" Shaped Lacing Bar, 10 Pc. Pack | 1 | 31.00 | 31.00T |
| HP | MIDDLE ATLANTIC 100 Pc. Black 10/32 Phillips Screws w/ Washers | 1 | 19.00 | 19.00T |
| M-8X | FURMAN Power Conditioner, Rack Mount, 15 amp with switch, 8 rear outlets | 1 | 61.00 | 61.00T |

| Subtotal | |
|----------|--|
| Sales Tax (0.0%) | |
| **Total** | |



**Alchemy Sound & Vision**
2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|------|--------------|
| 1/15/14 | 4568 |

**Bill To**

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

**Ship To**

Leauge City, TX

| Rep | Project |
|-----|---------|
| TG | League City |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| U1 | MIDDLE ATLANTIC RACKSHELF 1RU for cable box, ambient player | 2 | 38.00 | 76.00T |
| VRS | Middle Atlantic Vertical Rack Shelf for satellite receivers | 1 | 151.00 | 151.00T |
| KNOX16x64 | Chameleon 256HB 16X48 RGB VO FPC IPO COMPONENT HD 16 INPUT 48 OUTPUT VIDEO ROUTER with Front Panel Control and Input Preview Output | 1 | 11,704.00 | 11,704.00T |
| XDE600 | TOSHIBA Upconverting DVD Player with component and HDMI output, 2"H x 17"W x 8"D, black.1 | 1 | 0.00 | 0.00T |
| **** | *****DTV equipment***** | | 0.00 | 0.00 |
| H-25 | DirecTV HD Sat Receiver 2 provided by DirecTV | 8 | 99.00 | 792.00T |
| SWM-16 | DIRECTV 16 OUTPUT SWM MODULE | 1 | 286.00 | 286.00T |
| SPLIT8 | DIRECTV SWM 8 WAY SPLITTER 1 PORT POWER PASSING | 2 | 12.00 | 24.00T |
| NPRM2D | NON-PEN ROOF MOUNT | 1 | 79.00 | 79.00T |
| DIAMAT | UV RESISTANT 1/8" RUBBER MAT FOR NPRMA3 | 1 | 19.00 | 19.00T |
| LABOR | INSTALL LABOR for DirecTV install | 6 | 75.00 | 450.00 |
| SL5 | DIRECTV 5 LNB WITH FOUR WIRES OUT | 1 | 55.00 | 55.00T |
| **** | *****Control System***** | | 0.00 | 0.00 |
| MC3 | CRESTRON Processor with 5 IR outputs, includes power supply | 1 | 1,336.00 | 1,336.00T |
| RV042 | Linksys/Cisco Business Class 4-Port Router | 1 | 194.00 | 194.00T |
| 286D | XANTECH Dual Blink Designer Series Emitter | 5 | 16.00 | 80.00T |
| 282D | XANTECH Single Emitter | 1 | 0.00 | 0.00T |
| COMPUTER | CUSTOM COMPUTER FOR CONTROL | 1 | 300.00 | 300.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (0.0%)** | |
| **Total** | |



Alchemy Sound & Vision
2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|------|--------------|
| 1/15/14 | 4568 |

**Bill To**

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

**Ship To**

Leaque City, TX

| | Rep | Project |
|---|-----|---------|
| | TG | League City |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| 1919L | ELO 18.5" Widescreen LCD - Intellitouch SAW (Raised bezel) | 1 | 810.00 | 810.00T |
| RM-LCD-PNLV | MIDDLE ATLANTIC 3RU VESA MONITOR MOUNT | 1 | 56.00 | 56.00T |
| 1M PATCH | 1M CAT5E PATCH CABLE | 4 | 8.00 | 32.00T |
| R6 | Universal Remote Control pre-programmed learning remote | 1 | 17.00 | 17.00T |
| **** | *****Head End***** | | 0.00 | 0.00 |
| 1260m | dbx 12x6 Zone Processor (6 mic/6 line) | 1 | 1,250.00 | 1,250.00T |
| CX108V | QSC 8 CH 70 Volt amplifier 100W/channel | 1 | 1,542.00 | 1,542.00T |
| CDI1000 | CROWN Amplifier with Dual Inputs and Dual 500W Outputs | 1 | 662.00 | 662.00T |
| 22-2 | IOW Z INSTALL CABLE 2 CON W/GROUND | 20 | 0.38 | 7.60T |
| BLX24/PG58 | SHURE CORDLESS MICROPHONE WITH RECEIVER WITH INTERNAL DIVERSITY ANTENNA | 1 | 341.00 | 341.00T |
| URT Rack Tray | SHURE URT Rack Tray | 1 | 44.00 | 44.00T |
| XLR6 | 6' XLR CABLE | 1 | 22.00 | 22.00T |
| LABOR | INSTALL LABOR for Rack Build | 16 | 75.00 | 1,200.00 |
| PROGRAMMI... | REMOTE AND SYSTEM AUTOMATION PROGRAMMING | 8 | 95.00 | 760.00 |
| CRATE | MIDDLE ATLANTIC SHIPPING CRATE | 1 | 250.00 | 250.00 |
| SHIP | Shipping with R&L for Rack | 1 | 364.38 | 364.38 |
| DAYPERDIEM | Daily Per Diem While Tech is on Job Site | 20 | 35.00 | 700.00T |
| NIGHTPERDI... | NIGHTLY PER DIEM WHILE TECHNICIAN IS BETWEEN CONSECUTIVE DAYS ON JOB SITE | 16 | 85.00 | 1,360.00T |
| CAR RENTAL | Trip 1 | 1 | 341.14 | 341.14 |
| CAR RENTAL | Trip 2 | 1 | 234.40 | 234.40 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (0.0%)** | |
| **Total** | |



## Alchemy Sound & Vision

2112 Broadway St. NE #115
Minneapolis, MN  55413

# Estimate

| Date | Estimate No. |
|------|--------------|
| 1/15/14 | 4568 |

**Bill To**

Quaker Steak and Lube
101 Chestnut Street
Sharon, PA  16146

**Ship To**

Leaque City, TX

| Rep | Project |
|-----|---------|
| TG | League City |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| AIR FARE | Trip 1 | 1 | 1,111.38 | 1,111.38 |
| AIR FARE | Trip 2 | 1 | 1,098.20 | 1,098.20 |
| **** | *****Atomic Alert***** | | 0.00 | 0.00 |
| MISC | Wall Push Button | 1 | 30.00 | 30.00T |
| 18-2 | 18AWG2 Conductor Speaker Wire | 100 | 0.40 | 40.00T |
| B6R | AMERICAN DJ Rotating LED Beacon Red, 110V | 1 | 29.00 | 29.00T |
| RIB01BDC | RIB dry contact 20 amp 120 V relay | 1 | 29.00 | 29.00T |
| LABOR | INSTALL LABOR | 6 | 75.00 | 450.00 |

| | |
|---|---|
| **Subtotal** | $67,010.74 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $67,010.74 |



**ADS**

12200 Ford Rd. Ste. 105 Dallas, TX 75234

817-900-8457 EXT:106

Customer: Michael Sharifi
Company: Quaker Steak & Lube
Address: 2502 S Gulf Fwy
City: League City
State: TX
Zip: 77573
Contact: Shelly Martin
Phone: 972-849-4210

Date: 5/12/2014
Rep: Shelly

**PROPOSAL NO: 11036**

| QTY | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 8 | 2 Gig Motions | $ 344.00 | $ 344.00 |
| 1 | Fire System | $ 872.95 | $ 872.95 |
| 1 | GSM4 For Fire | $ 300.00 | $ 300.00 |
| 1 | 2 Gig Burglar Alarm Monitoring | $34.99 | $ - |
| 1 | Fire System Monitoring | $ 44.99 | $ - |
| | SubTotal | $ 1,596.93 | $ 1,516.95 |

| BILLING | |
|---------|---|
| Total: | $ 1,516.95 |

**Total: $ 1,516.95**



# AVIS FURNITURE COMPANY

**1410 UNION AVENUE**
**KANSAS CITY, MO 64101**
**(816) 421-5939 / FAX (816) 421-1512**
**www.avisfurniture.com / email: sales@avisfurniture.com**

**INVOICE #**   *30945*

## INVOICE

*Sold To:*   SALT & PEPPER REST INC
 1215 CELESTE CT
 SUGARLAND          TX     77479
 Account Number:  19-016

*Ship To:*   QUAKER STEAK & LUBE
 2505 S GULF FWY S
 LEAGUE CITY          TX     77573
 M/F: QSL - HOUSTON,LEAGUE CITY

Phone   (832) 788-6551     Mohammed amin lakh
Fax     (281) 807-7477

| Date Recvd | Date Entered | Entered By | Ship Via | Customer PO | F.O.B. Point | Terms | Ship Date | Sales Territory |
|---|---|---|---|---|---|---|---|---|
| 01/29/2014 | 01/29/2014 | Tammy | SALES TECH | signed quote | AVIS/KCMO | 1/2 DN / PROFO | 05/07/2014 | 00 - |

**Booths**

*See Notes Below*      *: SEE NOTES BELOW*

| Item# | Qty | Model | Product Description | Net Each | Ext Each |
|---|---|---|---|---|---|
| 1 | 4 | 1161 | 48" x 36"H Single Booth Finished Two ends & OSB (RED "V") | $325.00 | $1,300.00 |
| 2 | 3 | 1162 | 48" x 36"H Double Booth Finish 2 ends (RED V) | $462.00 | $1,386.00 |
| 3 | 1 | 1165 | 22' 3" x 36"H Wall Bench w/ANGLED base - finished 2 ends & unfinished OSB (BLUE "V") | $2,369.00 | $2,369.00 |
| 4 | 1 | 1165M | 70" x 70" x 48"H w/ facet (BLUE "V") custom booth | $2,875.00 | $2,875.00 |
| 5 | | *** | HARDWARE PACKAGE | | $0.00 |

**Notes**

| |
|---|
| 1160 SIDNEY SERIES BOOTHS w/ "V" INSIDE BACK |
| ISB "V" ITEMS # 1,2- ZODIAC VINYL RED ZD24 (AVIS) |
| ISB "V" ITEMS # 3,4- ZODIAC VINYL BLUE ZD21 (AVIS) |
| US393- BLACK REMAINDER OF BOOTH |
| BASE - BLACK ABS PLASTIC |
| ITEMS # 3-4 DIMENSIONS MUST BE CONFIRMED |
| ITEM # 3- RISER TO BUILT ONSITE BY OTHERS |
| FREIGHT CHARGES -  PREPAID ADD |
| REVISED ITEM #3 - DIMENSIONS UPDATED AND CONFIRMED |
| REVISED ITEM #4 - DIMENSIONS CONFIRMED |
| SEE ATTACHED DRAWINGS FOR ITEM #3 AND #4 |

01/31/2014 Down Pmt      $5,278.00
              TOTAL          $5,278.00

**AMOUNT DUE**   **$5,278.00**

| Product Total | $7,930.00 |
|---|---|
| Freight/UPS | $2,626.00 |
| TOTAL | $10,556.00 |

CORRECTNESS OF THE PURCHASE ORDER BECOMES THE RESPONSIBILITY OF THE ORDERING COMPANY UPON RECEIPT OF THIS ACKNOWLEDGEMENT

UPON RECEIPT OF INVOICE PLEASE REMIT PAYMENT TO:  1410 UNION AVENUE    KANSAS CITY, MO 64101

FINANCE CHARGES OF 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

In the event legal action is necessary for collection or if suit be instituted to enforce payment hereof, the premises' owner(s)
shall be responsible for all costs incurred in any such action, including reasonable attorney fees and court costs.

5/6/2014
11:01 am



# AVIS FURNITURE COMPANY

**1410 UNION AVENUE**
**KANSAS CITY, MO 64101**
**(816) 421-5939 / FAX (816) 421-1512**
www.avisfurniture.com / email: sales@avisfurniture.com

**INVOICE #**  *30946*

## INVOICE

| | |
|---|---|
| *Sold To:* | SALT & PEPPER REST INC |
| | 1215 CELESTE CT |
| | SUGARLAND      TX    77479 |
| | Account Number: 19-016 |

| | |
|---|---|
| *Ship To:* | QUAKER STEAK & LUBE |
| | 2505 S GULF FWY S |
| | LEAGUE CITY      TX    77573 |
| | M/F: QSL - HOUSTON,LEAGUE CITY |

Phone  (832) 788-6551    Mohammed amin lakh
Fax      (281) 807-7477

| Date Recvd | Date Entered | Entered By | Ship Via | Customer PO | F.O.B. Point | Terms | Ship Date | Sales Territory |
|---|---|---|---|---|---|---|---|---|
| 01/29/2014 | 01/29/2014 | Tammy | SALES TECH | SIGNED QUOTE | AVIS/KCMO | 1/2 DN / PROFO | 05/07/2014 | 00 - |

**Tables & Bases**
** *: SEE NOTES BELOW*

| Item# | Qty | Model | Product Description | Net Each | Ext Each |
|---|---|---|---|---|---|
| 1 | 21 | SA-200 | 33" x 33" Table Top - 1 1/2" Thick Ash Butcher Block | $151.00 | $3,171.00 |
| 2 | 4 | SA-200 | 30" x 48" Solid Ash Butcher Block Table 1 1/2" thick | $200.00 | $800.00 |
| 3 | 7 | SA-200 | 36" Diameter Solid Ash Butcher Block Table 1 1/2" thick | $192.00 | $1,344.00 |
| 4 | 5 | SA-200 | 30" x 48" Solid Ash Butcher Block Table Top - Flat One End/2ea Radius Corners | $200.00 | $1,000.00 |
| 5 | 1 | SA-200 | 48" x 48" Solid Ash butcher block 1 1/2" thick w/ two clipped corners | $279.00 | $279.00 |
| 6 | 3 | SA-200 | 33" x  60" Solid Ash Butcher Block Table 1 1/2" thick | $275.00 | $825.00 |
| 7 | 4 | SA-200 | 48' diameter solid Ash Butcher Block 1 1/2" thick table | $325.00 | $1,300.00 |
| 8 | 8 | C-2219 | Black Cast Iron Bar Height Base w/footring | $96.00 | $768.00 |
| 9 | 7 | B-30 | 30" x 30" Black Cast Iron Base Bar height w/ footring | $78.00 | $546.00 |
| 10 | 21 | B-30 | 30" x 30" Black Cast Iron Base, 28 1/2"H dining height | $38.00 | $798.00 |
| 11 | 5 | C-30 | C30 Complete base - dining height | $111.00 | $555.00 |
| 12 | 16 | B-522 | 22" Black Cast Iron End "T" Base, 28 1/2"H Dining Height | $27.00 | $432.00 |
| 13 | | *** | HARDWARE PACKAGE | | $0.00 |
| 14 | 1 | ** | Truck cancellation fee | $500.00 | $500.00 |

**Notes**

| |
|---|
| (45) - SA200 TABLES STAIN - SW3112-5 AUTUM MAPLE - SATIN 35 SHEEN |
| ITEM # 5-  DIMENSIONS MUST BE CONFIRMED w/ BOOTH |
| BAR HEIGHT w/ FOOTRINGS & DINING HEIGHT METAL TABLE BASES |
| FREIGHT CHARGES - PREPAID ADD |
| ADDED 5/06/2014- ITEM # 14 TRUCK CANCELLATION FEE |

| | | | | | |
|---|---|---|---|---|---|
| 01/31/2014 Down Pmt | $5,909.00 | | | Product Total | $12,318.00 |
| TOTAL | $5,909.00 | AMOUNT DUE | $6,409.00 | TOTAL | $12,318.00 |

CORRECTNESS OF THE PURCHASE ORDER BECOMES THE RESPONSIBILITY OF THE ORDERING COMPANY UPON RECEIPT OF THIS ACKNOWLEDGEMENT

UPON RECEIPT OF INVOICE PLEASE REMIT PAYMENT TO: 1410 UNION AVENUE    KANSAS CITY, MO 64101

FINANCE CHARGES OF 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

In the event legal action is necessary for collection or if suit be instituted to enforce payment hereof, the premisies' owner(s)
shall be responsible for all costs incurred in any such action, including reasonable attorney fees and court costs.

5/6/2014
1:13 pm



# AVIS FURNITURE COMPANY

**1410 UNION AVENUE**
**KANSAS CITY, MO 64101**
**(816) 421-5939 / FAX (816) 421-1512**
www.avisfurniture.com / email: sales@avisfurniture.com

**INVOICE #**  *30947*

## INVOICE

*Sold To:*   SALT & PEPPER REST INC
1215 CELESTE CT
SUGARLAND        TX    77479
Account Number: 19-016

*Ship To:*   QUAKER STEAK & LUBE
2505 S GULF FWY S
LEAGUE CITY       TX    77573
M/F: QSL - HOUSTON,LEAGUE CITY

Phone  (832) 788-6551    Mohammed amin lakh
Fax     (281) 807-7477

| Date Recvd | Date Entered | Entered By | Ship Via | Customer PO | F.O.B. Point | Terms | Ship Date | Sales Territory |
|---|---|---|---|---|---|---|---|---|
| 01/29/2014 | 01/29/2014 | Tammy | SALES TECH | signed quote | AVIS/KCMO | 1/2 DN / PROFO | 05/07/2014 | 00 - |

**Tables & Bases**

| \*\* | *: SEE NOTES BELOW* | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Item# | Qty | Model | Product Description | Net Each | Ext Each |
|---|---|---|---|---|---|
| 1 | 14 | OE-300 | 33" x 33" Table w/ oak veneer inlay w/ 1 1/2" oak edge | $156.00 | $2,184.00 |
| 2 | 6 | OE-300 | 36" Diameter Table w/ oak veneer inlay w/ 1 1/2" oak edge | $207.00 | $1,242.00 |
| 3 | 14 | B-30 | 30" x 30" Black Cast Iron Base, 28 1/2"H dining height | $38.00 | $532.00 |
| 4 | 6 | C-2219 | Black Cast Iron Bar Height Base w/footring | $96.00 | $576.00 |
| 5 | | \*\*\* | HARDWARE PACKAGE | | $0.00 |

**Notes**

(20) - BRICKYARD OE-300  1 1/2" OAK EDGE w/ VENEER INLAY

STAIN -SW3112-5 AUTUM MAPLE - 35 SHEEN-  SATIN - 35 SHEEN

BAR HEIGHT w/ FOOTRINGS AND DINING HT BASES

FREIGHT CHARGES - PREPAID ADD

| 01/31/2014 Down Pmt | $959.00 | | | Product Total | $4,534.00 |
|---|---|---|---|---|---|
| TOTAL | $959.00 | **AMOUNT DUE** | **$3,575.00** | TOTAL | $4,534.00 |

CORRECTNESS OF THE PURCHASE ORDER BECOMES THE RESPONSIBILITY OF THE ORDERING COMPANY UPON RECEIPT OF THIS ACKNOWLEDGEMENT

UPON RECEIPT OF INVOICE PLEASE REMIT PAYMENT TO: 1410 UNION AVENUE    KANSAS CITY, MO 64101

FINANCE CHARGES OF 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

In the event legal action is necessary for collection or if suit be instituted to enforce payment hereof, the premisies' owner(s)
shall be responsible for all costs incurred in any such action, including reasonable attorney fees and court costs.

5/6/2014
11:09 am

# Invoice

**M2 Development Services**

2508 White Sands Drive
Great Bend, KS 67530

| Date | Invoice # |
|------|-----------|
| 4/28/2014 | 684 |

| Bill To |
|---------|
| Salt & Pepper Resturants, Inc.<br>1215 Celeste Court<br>Sugar Land, TX 77479 |

| Ship To |
|---------|
| |

| P.O. Number | Due Date |
|-------------|----------|
| | 5/12/2014 |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Reimbursable Items | Quaker Steak and Lube - League City TV's | 1 | 28,433.27 | 28,433.27 |
| Reimbursable Items | Quaker Steak and Lube - League City Award Wall | 1 | 2,396.41 | 2,396.41 |

| | Total | $30,829.68 |
|--|-------|------------|

 **FOR BUSINESS**

**Quotation Number: 228280671**

Best Buy For Business
7601 Penn Avenue South
Richfield, MN 55422-3645

| To | Info | From |
|---|---|---|
| Mike Michaelis<br>Quaker Steak and Lube League City<br>2502 GULF FWY S<br>LEAGUE CITY, TX 77573 | Request Date: 04/21/14<br>Expiration Date: 04/28/14<br>Customer Number: 1244983<br>Customer PO#: N/A<br>Payment Type: Credit card | Michael.Gonzales@bestbuy.com<br>Business Professional<br>Best Buy For Business<br>Phone: 309-721-7709<br>Fax: 952-430-5338 |

Dear Mike Michaelis,

Thank you for requesting a quote for the following item(s) from Best Buy For Business:

| Sold To | Bill To | Ship To |
|---|---|---|
| Mike Michaelis<br>Quaker Steak and Lube League City<br>2502 GULF FWY S<br>LEAGUE CITY, TX 77573 | Mike Michaelis<br>Quaker Steak and Lube League City<br>2502 GULF FWY S<br>LEAGUE CITY, TX 77573 | Mike Michaelis<br>Quaker Steak and Lube League City<br>2502 GULF FWY S<br>LEAGUE CITY, TX 77573 |

| Qty | Description | Item#/Mfr# | Price | Ext. Price |
|---|---|---|---|---|
| 30 | Samsung - 51"Class (50-3/4"Diag.) - Plasma - 720p - 600Hz - HDTV<br><br>Availability: In Stock<br>Catalog: Business | BB15679297<br>14040<br>PN51F4500AFXZA | $482.98 | $14,489.40 |

---------------------------------------------------------------------------------------------------

| 4 | Sharp - AQUOS - 80"Class (80"Diag.) - LED - 1080p - 120Hz - Smart - HDTV<br><br>Availability: Usually ships in 3 - 5 days<br>Catalog: Business | BB17938194<br>22350<br>LC80LE650U | $2,789.36 | **Sale:$11,157.44**<br><br>Reg.:$15,999.96<br><br>Save:$4,842.52 |

-----------------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| 1 | Insignia™ - 42"Class (42"Diag.) - LED - 1080p - 60Hz - HDTV | BB19329821 66460 NS-42D510NA | $314.56 | **Sale:$314.56** |
| | | | | Reg.:$329.99 |
| | Availability: Usually ships in 3 - 5 days Catalog: Business | | | |
| | | | | Save:$15.43 |

-----------------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| 2 | Insignia™ - 32"Class (31-1/2"Diag.) - LED - 720p - 60Hz - HDTV | BB19451829 66460 NS-32D311NA | $169.89 | **Sale:$339.78** |
| | | | | Reg.:$399.98 |
| | Availability: Usually ships in 3 - 5 days Catalog: Business | | | |
| | | | | Save:$60.20 |

-----------------------------------------------------------------------------------------

Notes:

--------------------------------------------------------------
Product Total:                                  $26,301.18
Delivery/Shipping:                                   $0.00
Est. Tax:                                        $2,132.09
--------------------------------------------------------------
Quote Total:                                    $28,433.27
==============================================================

The Framing Loft INC

# Invoice

45 Concord Rd
Hermitage, PA 16148

| Date | Invoice # |
|------|-----------|
| 4/2/2014 | 8236 |

| Bill To |
|---------|
| Mohammed Amin Lakhani, CEO<br>Salt & Pepper Restaurants, Inc.<br>Quaker Steak & Lube - League City, TX<br>1215 Celeste CT<br>Sugar Land, TX 77479 |

| Ship To |
|---------|
| Quaker Steak & Lube<br>2505 S Gulf Fwy<br>League City, TX  77573 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 4/7/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | QSL | Award Wall<br>3,12,27,30,32,34,35,43,45,47,56,61,65,67,79,86,87,91,102,103,104,107,116,122,123,125,127,132,135,136,137,139,141,144,145,146,149,152,155,156,158,161,164,165,167,169,170,171,177,178,180,182,183,185,187,188,190,191,192,193,194,195,196,197,199,200,201,202,204,205,206,207 | 2,084.00 | 2,084.00T |
| 1 | SHIPPING | UPS SHIPPINg 8 boxes arrived and signed for 4/14/2014<br>State Sales Tax | 176.76<br>6.00% | 176.76T<br>135.65 |

| | **Total** | $2,396.41 |



# Quotation

**DP-40275-1868**

| | | | |
|---|---|---|---|
| | | Date | 4/8/14 4:21 PM |
| | | Payment | |

**Bill To**

| | | **Ship To** | | | |
|---|---|---|---|---|---|
| Company | Quaker Steak & Lube League City | Quaker Steak & Lube League City | Warranty | 3 years |
| Contact | Michael Sharifi | Michael Sharifi | PO # | |
| Address | 2502 South Gulf Freeway | 2502 South Gulf Freeway | Request Date | |
| | League City, TX  US | League City, TX  US | Sales Rep | Dave Parkerson |
| Zip | 77573 | 77573 | E-mail: | dparkerson@hme.com |
| Phone | (281)693-0586 | (281)693-0586 | Phone | 800-925-8091 x 1716 |
| E-mail | msharifi@thelube.com | | Fax | 678-280-2719 |
| | | | Code: | E2 |

| Qty | Item | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | LTTX | Desktop Transmitter (UHF) - Stand alone UHF desktop transmitter | $309.00 | $309.00 |
| 40 | GCLTD | GuestCall LTD Pager (UHF) - Sleek, ergonomically designed pager with user changeable advertising inserts | $34.00 | $1,360.00 |
| 1 | LTDCHAR60 | LTD Charger Kit - Holds up to 60 LTD pagers. Includes charger, power supply, and 1 jumper wire | $139.00 | $139.00 |

GuestCall LTD Paging System

Replacement pagers: $34

Reduced pricing approved by Daryl McElreath

| | | | |
|---|---|---|---|
| UPS19-GRND | UPS Ground Service - Average Package (19 LB Avg: <60 pager system) | | $60.00 |

| **For Office Use** | | **Special Instructions** | | | **Subtotal** | $ | 1,868.00 |
|---|---|---|---|---|---|---|---|
| GM: | 4/2/14 | | | | **Sales Tax** | $ | - |
| Type: | NEU | | | | **Total** | $ | **1,868.00** |
| LS: | 2014 Inbound Ca | | | | **Quotation is valid for 30 days** | | |
| Code: | E2 | | | | | | |
| DP-40275-1868 | | | | | | | |

**See Page 2 for Terms and Conditions**

*Sales Tax Rates on this Quotation are estimates. Your actual invoice will reflect the proper tax rate, if applicable.*

**HME Wireless Terms And Conditions**

**1400 Northbrook Parkway, Suite #320  |  Suwanee, GA 30024  |  www.hmewireless.com**



Houston Hurricane & Security

PO Box 3296
League City, TX  77574

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2014 | 9855 |

**Bill To**

Quaker Steak and Lube
2502 S Gulf Freeway
League City TX 77573

| P.O. No. | Terms | Rep |
|---|---|---|
| | | Frank |

| Description | Qty | Amount |
|---|---|---|
| .050 Aluminum Storm Panels | | 5,606.20T |
| Discount | | -1,121.24 |
| Please see QUOTE 12858 for size and variation. | | |
| Thank you | | |
| HHS | | |

| | |
|---|---|
| Sales Tax  (6.0%) | $269.10 |
| Total | $4,754.06 |
| Payments/Credits | $0.00 |
| **Balance Due** | $4,754.06 |

| Phone # | Fax # |
|---|---|
| 281-534-4585 | 832-201-8958 |

| Web Site |
|---|
| www.HoustonHurricane.com |

3/28/2014

***Proposal***
***Menulink***

Midwest POS Solutions, Inc.
2709 Enterprise Drive
Anderson, IN 46013
(765) 778-4080

**BILL TO:**
Quaker Steak & Lube
Menulink Standard
**League City TX Location**

**BILL TO:**
same...

### MENULINK System

| | Description | Qty | Unit Retail | Extended Retail | Wrnty Mnths |
|---|---|---|---|---|---|
| C | Menulink Base Software | 1 | 4,540 | 4,540 | 12 |
| C | Support Charge ( yr-1 ) | 1 | 600 | 600 | 12 |
| C | Hosting Charges ( yearly fee ) | 1 | 780 | 780 | 12 |
| | Sub Total | | | $5,920 | |

Software/Service Subtotal $5,920

### Midwest POS Solutions Assist-Install Services*

| | | | | | |
|---|---|---|---|---|---|
| L | None Required or Included. | 0 | 0 | 0 | |
| | Services Sub Total | | | $0 | |

Total $5,920

Grand Total** $5,920

The above proposal and the Terms and Conditions attached are being accepted as a firm contract between Midwest POS Solutions, Inc. and QS&L League City Location.

Signed by: _M. Sheath._

# Midwest POS Solutions, Inc.

2709 Enterprise Dr Anderson, IN 46013
V: (765) 778-4080 F: (765) 778-7552

Since 1949

| | |
|---|---|
| **Invoice No:** | 108578 |
| **Date:** | 5/23/2014 |
| **Account No:** | QS27 |

**Bill To:**
Quaker Steak & Lube League City
Attn: Mike Michaelis
2505 S Gulf Fwy
League City, TX  77573

**Ship To:**
Quaker Steak & Lube League City
Attn: Mike Michaelis
2505 S Gulf Fwy
League City, TX  77573

| Sales Order No | P. O. Number | Ship Method | Payment Terms |
|---|---|---|---|
| S23152 | | BEST WAY | Due on Receipt |

| Remarks | Sales Person |
|---|---|
| | Jim Hamilton |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46335276 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46335667 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46335910 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46335914 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46336010 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46336011 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46336012 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46336013 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 Res 16gb/2gb | P1530 TB 16GB 2GBRAM WEPR7 Resistive | 46336083 | 1.0 | 1.0 | 0.0 | EACH | $1,500.00 | | $1,500.00 |
| RADA-P1530 40GB 2GB BIO | P1530 TB 40GB 2GBRAM WEPR7 BIO | 46334883 | 1.0 | 1.0 | 0.0 | EACH | $1,800.00 | | $1,800.00 |
| RADA-P1530 40GB 2GB BIO | P1530 TB 40GB 2GBRAM WEPR7 BIO | 46334886 | 1.0 | 1.0 | 0.0 | EACH | $1,800.00 | | $1,800.00 |
| RADA-Aloha Key | Aloha Software Key | 134913 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-Aloha TS | Aloha Tableservice | | 11.0 | 11.0 | 0.0 | EACH | $832.00 | | $9,152.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020241 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020242 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020243 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020244 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020248 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020249 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020250 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020251 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020252 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020262 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020263 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |
| RADA-SRP-350 | Radiant Srp-350 Plus Thermal Pntr | PLKA14020264 | 1.0 | 1.0 | 0.0 | EACH | $265.00 | | $265.00 |

**Midwest POS Solutions, Inc.**

2709 Enterprise Dr Anderson, IN 46013
V: (765) 778-4080 F: (765) 778-7552

Since 1943

INVOICE

| | |
|---|---|
| **Invoice No:** | 108578 |
| **Date:** | 5/23/2014 |
| **Account No:** | QS27 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Quaker Steak & Lube League City | | Quaker Steak & Lube League City |
| | Attn: Mike Michaelis | | Attn: Mike Michaelis |
| | 2505 S Gulf Fwy | | 2505 S Gulf Fwy |
| | League City, TX  77573 | | League City, TX  77573 |

| Sales Order No | P. O. Number | Ship Method | Payment Terms |
|---|---|---|---|
| S23152 | | BEST WAY | Due on Receipt |

| Remarks | Sales Person |
|---|---|
| | Jim Hamilton |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074197 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074199 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074203 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074204 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074211 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074223 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-Bixolon 16in CD | Bixolon 16in CD 24V PTR 5B5C | B12074233 | 1.0 | 1.0 | 0.0 | EACH | $189.00 | | $189.00 |
| RADA-SRP275 | P200F040:SRP-27SII Impact Acut Gray | REKA14010014 | 1.0 | 1.0 | 0.0 | EACH | $245.00 | | $245.00 |
| RADA-SRP275 | P200F040:SRP-27SII Impact Acut Gray | REKA14010015 | 1.0 | 1.0 | 0.0 | EACH | $245.00 | | $245.00 |
| RADA-SRP275 | P200F040:SRP-27SII Impact Acut Gray | REKA14010016 | 1.0 | 1.0 | 0.0 | EACH | $245.00 | | $245.00 |
| RADA-Aloha EDC4+ | Aloha Electronic Payments | | 1.0 | 1.0 | 0.0 | EACH | $1,165.00 | | $1,165.00 |
| RADA-Aloha Cust Satisf | Customer Satisfaction Survey | | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-Aloha Quick Count | Aloha Quick Count | | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| Setup | Load/Prep HP BOH | | 1.0 | 1.0 | 0.0 | EACH | $285.00 | | $285.00 |
| RADA-Command Ctr | Aloha Command Center | | 1.0 | 1.0 | 0.0 | EACH | $90.00 | | $90.00 |
| Switch - 24 port | 24 Port Switch | 3EH13S325092C | 1.0 | 1.0 | 0.0 | EACH | $206.00 | | $206.00 |
| Menu Build | Pre-installation HW config, E-Services load, Menulink load | | 1.0 | 1.0 | 0.0 | EACH | $250.00 | | $250.00 |
| Setup | Setup, Configuration, Burn-in | | 1.0 | 1.0 | 0.0 | EACH | $800.00 | | $800.00 |
| Installation | Installation Services | | 3.5 | 3.5 | 0.0 | EACH | $760.00 | | $2,660.00 |
| RADA-KC3 | KC3 Kitchen BB-Aloha no LCD/mount | 46396853 | 1.0 | 1.0 | 0.0 | EACH | $1,000.00 | | $1,000.00 |
| RADA-KC3 | KC3 Kitchen BB-Aloha no LCD/mount | 46397088 | 1.0 | 1.0 | 0.0 | EACH | $1,000.00 | | $1,000.00 |
| RADA-KC3 | KC3 Kitchen BB-Aloha no LCD/mount | 46397185 | 1.0 | 1.0 | 0.0 | EACH | $1,000.00 | | $1,000.00 |
| RADA-KC3 | KC3 Kitchen BB-Aloha no LCD/mount | 46397217 | 1.0 | 1.0 | 0.0 | EACH | $1,000.00 | | $1,000.00 |
| RADA-KC3 | KC3 Kitchen BB-Aloha no LCD/mount | 46397417 | 1.0 | 1.0 | 0.0 | EACH | $1,000.00 | | $1,000.00 |
| RADA-KC3 BB | KC3 Bump Bar 16 Button | 46392429 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-KC3 BB | KC3 Bump Bar 16 Button | 46392438 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |

## Midwest POS Solutions, Inc.

2709 Enterprise Dr Anderson, IN 46013
V: (765) 778-4080 F: (765) 778-7552

Since 1943

**INVOICE**

**Invoice No:** 108578
**Date:** 5/23/2014
**Account No:** QS27

**Bill To:**
Quaker Steak & Lube League City
Attn: Mike Michaelis
2505 S Gulf Fwy
League City, TX  77573

**Ship To:**
Quaker Steak & Lube League City
Attn: Mike Michaelis
2505 S Gulf Fwy
League City, TX  77573

| Sales Order No | P. O. Number | Ship Method | Payment Terms | | |
|---|---|---|---|---|---|
| S23152 | | BEST WAY | Due on Receipt | | |

| Remarks | Sales Person |
|---|---|
| | Jim Hamilton |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| RADA-KC3 BB | KC3 Bump Bar 16 Button | 46392466 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-KC3 BB | KC3 Bump Bar 16 Button | 46392744 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-KC3 BB | KC3 Bump Bar 16 Button | 46392746 | 1.0 | 1.0 | 0.0 | EACH | $0.00 | | $0.00 |
| RADA-K1700 RES | K1700 RES WES 4GB 1GB RAM | 46221469 | 1.0 | 1.0 | 0.0 | EACH | $1,924.00 | | $1,924.00 |
| RADA-K1700 RES | K1700 RES WES 4GB 1GB RAM | 46221443 | 1.0 | 1.0 | 0.0 | EACH | $1,924.00 | | $1,924.00 |
| RADA-Aloha Kit up to 6 | Aloha Kitchen up to 6 | | 1.0 | 1.0 | 0.0 | EACH | $1,418.00 | | $1,418.00 |
| RADA-Aloha Kit add'l terms | Aloha Kitchen additional terms | | 1.0 | 1.0 | 0.0 | EACH | $292.00 | | $292.00 |
| Dell 19" | Dell E190s | CN0C5WJH7287242KDYJ | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| Dell 19" | Dell E190s | CN0C5WJH7287233LJCNF | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| Dell 19" | Dell E190s | CN0C5WJH7287242KDY1 | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| Dell 19" | Dell E190s | CN0C5WJH7287242KDW | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| Dell 19" | Dell E190s | CN0C5WJH7287242KDW | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| Dell 19" | Dell E190s | CN0C5WJH72872425A3M | 1.0 | 1.0 | 0.0 | EACH | $289.00 | | $289.00 |
| RADA-KC3 BB Bracket | KC3/LCD Integn Brkt w/BB Mt | | 5.0 | 5.0 | 0.0 | EACH | $148.00 | | $740.00 |
| Ergotron LX arms | Ergotron LX Desk Mount LCD Arm | | 7.0 | 7.0 | 0.0 | EACH | $143.00 | | $1,001.00 |
| Setup | Kitchen Setup, Configuration, Burn-in | | 1.0 | 1.0 | 0.0 | EACH | $425.00 | | $425.00 |
| Installation | Kitchen Installation Services | | 0.5 | 0.5 | 0.0 | EACH | $760.00 | | $380.00 |
| RADA-Menulink License | Menulink | QSL League City | 1.0 | 1.0 | 0.0 | EACH | $4,540.00 | | $4,540.00 |
| MLSWM12MAINTE NAN | 1 Yr Menulink Maint | | 1.0 | 1.0 | 0.0 | EACH | $600.00 | | $600.00 |
| MLHOS12Hosting | 1 Yr Menulink Hosting | | 1.0 | 1.0 | 0.0 | EACH | $780.00 | | $780.00 |
| RADA-P1230/P153 0 Wall Mt | P1230/P1530 Wall Mt Assy | | 5.0 | 5.0 | 0.0 | EACH | $85.00 | | $425.00 |
| RADA-SRP wall mt | Wall Mount Bracket SRP-350 | | 8.0 | 8.0 | 0.0 | EACH | $18.00 | | $144.00 |

Our software system automatically puts delinquent accounts on credit hold.  Credit hold will prevent access to customer support and other services.  Past due accounts are subject to finance charges of 18%.

Please remit payment to the address above.

| | |
|---|---|
| Subtotal | $58,249.00 |
| Discount | $0.00 |
| Freight | $850.00 |
| Sales Tax | $0.00 |
| Invoice Total | $59,099.00 |
| Balance Due | $24,923.00 |

*Please Pay thru wire transfer against our loan # 55006435*



**SS KEMP**

# Quote

**Date**

*5/2/2014*

**To:**
Quaker Steak & Lube - League City
1215 Celeste Ct
Sugarland TX 77479

**Project:**
Quaker Steak & Lube-League City-
Opening Smallwares Quote

**From:**
TriMark SS Kemp
Stacey Jones
4567 Willow Parkway
Cleveland OH 44125-1041
(216) 271-7700 (Phone)

Project Code:   QUAKER_S

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 1 | | **CHINA:** | | |
| 2 | 5 dz | **SOUP BOWL**<br>Steelite Model No. 71101  Packed:  1 dz<br>FESTIVALE SOUP BOWL5 OZ | $31.07 | $155.35 |
| 3 | 6 dz | **CHINA, BOWL, 17 - 32 OZ**<br>Steelite Model No. 71102  Packed:  1 dz<br>FESTIVALE PASTA BOWL26 OZ | $99.54 | $597.24 |
| 4 | 10 dz | **PLATE, CHINA**<br>Steelite Model No. A180P202  Packed:  2 dz<br>Plate, 9" dia., round, narrow rim, Anfora, Festivale (minimum = case quantity) | $34.68 | $346.80 |
| 5 | 8 dz | **PLATE, CHINA**<br>Steelite Model No. A180P204  Packed:  1 dz<br>Plate, 10-5/8" dia., round, narrow rim, Anfora, Festivale (minimum = case quantity) | $37.05 | $296.40 |
| 6 | 7 dz | **PLATTER**<br>Steelite Model No. A180P328  Packed:  1 dz<br>Platter, 13 1/2", Anfora, Tiffany Sand Dune. Mixed Colors | $104.45 | $731.15 |
| 7 | 84 ea | **PLASTIC SERVING BOWL**<br>G.E.T. Enterprises Model No. 7645  Packed:  12 ea | $5.59 | $469.56 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | MILANO BOWL 9" BLACK48 OZ. | | |
| 8 | 36 ea | **PLASTIC SERVING BOWL**<br>G.E.T. Enterprises Model No. 7699  Packed:  12 ea<br>RED SENSATION BOWL 9" 48 OZ | $5.88 | $211.68 |
| 9 | 36 dz | **BASKET**<br>Thunder Group Model No. 7009  Packed:  1 dz<br>BASKET ROUND 8" YELLOW | $4.87 | $175.32 |
| 10 | 18 dz | **BASKET**<br>Tablecraft Products Model No. 66002  Packed:  3 dz<br>PLATTER BASKET OVALFOREST GREEN 10.5X7 | $6.94 | $124.92 |
| 11 | 15 dz | **BASKET**<br>Tablecraft Products Model No. 66003  Packed:  1 dz<br>PLATTER BASKET FRSTGREEN 10.75X7.7 RECT | $13.89 | $208.35 |
| 12 | | **GLASSWARE:** | | |
| 15 | 1 dz | **CHAMPAGNE GLASS**<br>Libbey Glass Model No. 56421  Packed:  1 dz<br>EMBASSY FLUTE CHAMPAGNE 6 OZ. | $26.08 | $26.08 |
| 16 | 9 dz | **ROCKS WHISKEY SOUR GLASS**<br>Libbey Glass Model No. 34310  Packed:  3 dz<br>GIBRALTER ROCK 9 OZ. | $18.74 | $168.66 |
| 17 | 4 dz | **COCKTAIL MARTINI GLASS**<br>Libbey Glass Model No. 654324  Packed:  1 dz<br>Z-STEM MARTINI 9 1/4OZ. | $31.35 | $125.40 |

Initial: _____

**TriMark SS Kemp**

|  |  |  |  | Date |
|---|---|---|---|---|
|  |  |  |  | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |
|  |  |  |  |  |
| 18 | 2 dz | **HURRICANE GLASS**<br>Libbey Glass Model No. 47550  Packed:  1 dz<br>SQUALL - 15 OZ. | $39.72 | $79.44 |
| 19 | 3 dz | **BEER GLASS**<br>Libbey Glass Model No. 39993  Packed:  1 dz<br>SCHOONER GLASS 18 OZ. | $53.13 | $159.39 |
| 20 | 6 st | **SHOT GLASS**<br>Libbey Glass Model No. 5121/S0711  Packed:  6 st<br>Shot Glass, 1-1/4 oz., lined at 7/8 oz. (1 dozen per set), (must purchase in multiples of 6 sets), (H 2-3/8"; T 2"; B 1-3/8"; D 2") | $13.20 | $79.20 |
| 22 | 2 dz | **MUG**<br>Libbey Glass Model No. 57305  Packed:  2 dz<br>IRISH COFFEE FOOTED8 1/2 OZ | $38.77 | $77.54 |
| 29 |  | **FRONT OF THE HOUSE ITEMS:** |  |  |
| 30 | 36 ea | **SERVING TRAY**<br>Thunder Group Model No. PLST1418BL  Packed:  12 ea<br>Serving Tray, rectangular, 14" x 18", slip resistant, polypropylene, black, NSF | $3.78 | $136.08 |
| 31 | 48 ea | **SERVING TRAY**<br>Thunder Group Model No. PLST1600BL  Packed:  12 ea<br>Serving Tray, 16" dia., slip resistant, polypropylene, black, NSF | $3.64 | $174.72 |
| 32 | 12 ea | **SERVING TRAY**<br>Thunder Group Model No. PLST2700BL  Packed:  6 ea<br>Serving Tray, oval, 22" x 27", slip resistant, polypropylene, black, NSF | $12.37 | $148.44 |

**TriMark SS Kemp**

| | | | | Date |
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 33 | 8 ea | **FOLDING TRAY STAND**<br>Winco Model No. TSY-1A  Packed:  6 ea<br>Tray Stand with Bar, 31", chrome | $13.61 | $108.88 |
| 34 | 2 ea | FMP Model No. 226-1127  Packed:  ea<br>Holder, Tray Stand, wall mount | $35.10 | $70.20 |
| 35 | 6 ea | **PLASTIC PITCHER**<br>Vollrath Model No. 6010-06  Packed:  12 ea<br>Tuffex™ I Deluxe Three-Lipped Pitcher, 60 oz., polycarbonate, black<br>(Top diameter 5.75", bottom diameter 3.625") | $9.01 | $54.06 |
| 36 | 6 ea | Vollrath Model No. 6010-44  Packed: 12 ea<br>Tuffex™ I Deluxe Three-Lipped Pitcher, 60 oz., polycarbonate, cobalt<br>(Top diameter 5.75", bottom diameter 3.625") | $9.01 | $54.06 |
| 37 | 1 dz | ABC Procurement Model No. 62250  Packed:  1 dz<br>ASH TRAY DEEP WELL BAKELITE-BLACK-4 1/4" | $4.66 | $4.66 |
| 38 | 6 dz | **SUGAR PACKET HOLDER**<br>G.E.T. Enterprises Model No. 7993  Packed:  2 dz<br>SUGAR CADDY PLASTICFOREST GREEN | $10.55 | $63.30 |
| 39 | 70 ea | Pronto Products Model No. 196089  Packed:  ea<br>TABLE CADDY-NICKEL CHROME PLATED | $11.03 | $772.10 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 40 | 120 ea | H. Risch (see Risch) Model No. 60254  Packed:  200 ea<br>CHECK HOLDER 4"X8 1/2" SINGLE PANEL GRN | $2.09 | $250.80 |
| 41 | 4 ea | **CHECK HOLDER**<br>American Metalcraft Model No. 59849  Packed:  ea<br>CHECK SPINDLE 3" DIA. GOLD | $0.99 | $3.96 |
| 42 | 6 st | **OIL & VINEGAR CRUET SET**<br>Winco Model No. GOB-8S  Packed:  12 st<br>Oil Bottle Set, includes: (2) 8 oz. square bottles with lid & chrome<br>plated rack | $8.68 | $52.08 |
| 43 | 6 ea | **OIL & VINEGAR CRUET BOTTLE**<br>Winco Model No. GOB-8  Packed:  24 ea<br>Oil Bottle, 8 oz., square, with lid | $1.85 | $11.10 |
| 43.1 | 72 ea | **MENU MESSAGE HOLDER**<br>Cal-Mil Model No. 74662  Packed:  24 ea<br>CARD HOLDER 4" WIDEX 6" HIGH | $2.46 | $177.12 |
| 44 | | **BAR SUPPLIES:** | | |
| 45 | 4 ea | **BAR KNIFE**<br>American Metalcraft Model No. BK74  Packed:  240 ea<br>Bar Knife, 7-1/4" long, wooden handle | $1.03 | $4.12 |
| 46 | 4 ea | **PARING KNIFE**<br>Dexter Russell Model No. 177350  Packed:  12 ea<br>PARING KNIFE 3 1/4"S/S-WHITE HDL(DAIRY) | $4.14 | $16.56 |
| 47 | 4 ea | **BAR SPOON**<br>ABC Procurement Model No. 185850  Packed:  ea<br>BAR SPOON S/S 11" TWIST HEX SHANK | $0.66 | $2.64 |

Initial: _____

**Quaker Steak & Lube-League City-
Opening Smallwares Quote**

**Quaker Steak & Lube - League City**

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| 48 | 12 ea | **COCKTAIL SHAKER** | $1.80 | $21.60 |
| | | ABC Procurement Model No. 186150  Packed:  ea | | |
| | | COCKTAIL SHAKER S/S30 OZ NSF CUP ONLY | | |

| 49 | 8 ea | **BAR STRAINER** | $0.82 | $6.56 |
| | | ABC Procurement Model No. 186400  Packed:  ea | | |
| | | BAR STRAINER COCKTAIL 4 PRONG | | |

| 50 | 12 ea | **BOTTLE OPENER-FLAT POCKET** | $2.32 | $27.84 |
| | | ABC Procurement Model No. PBO-01  Packed:  ea | | |
| | | Flat Pocket Bottle Opener | | |

| 51 | 4 ea | **MUDDLER** | $1.21 | $4.84 |
| | | ABC Procurement Model No. 187100  Packed:  144 ea | | |
| | | MUDDLER WOOD 8" | | |

| 52 | 6 pk | | $3.43 | $20.58 |
| | | Franmara Model No. 56362  Packed:  1 pk | | |
| | | VACU-VIN WINE STOPPER (PACK OF 2) | | |

| 53 | 2 ea | | $9.74 | $19.48 |
| | | Franmara Model No. 56361  Packed:  ea | | |
| | | VACU-VIN WINE SAVER(1 PUMP W/2 STOPPRS) | | |

| 54 | 4 ea | **BAR MAT** | $4.27 | $17.08 |
| | | Spill-Stop Model No. 160-02  Packed:  ea | | |
| | | Bar Mat, 3-1/4" x 24", non-slipping, black | | |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 55 | 48 ea | **BAR MAT** <br> Apex Matting & Foodservice Products Model No. 118877  Packed:  36 ea <br> DRI-DECK PLASTI-TILEBLK 12" SQUARE TILE | $3.66 | $175.68 |
| 56 | 1 rl | **LINER ROLL** <br> Winco Model No. BL-240G  Packed:  1 rl <br> Bar Liner, 2' x 40', green | $23.14 | $23.14 |
| 57 | 12 ea | **DRINK/BAR MIX POURER** <br> Tablecraft Products Model No. N32A  Packed:  12 ea <br> PourMaster® Complete Unit, quart, (2 of each) assorted color-coded caps (brown, green, red, orange, white & yellow), includes: container, PourMaster® Long Neck Top™ & StorMaster™ cap, polyethylene, NSF (sold in master case only - 12 each) | $4.22 | $50.64 |
| 58 | 12 ea | **DRINK BAR MIX POURER JAR** <br> Carlisle Model No. 50878  Packed:  12 ea <br> STORE N' POUR 1 QT BACKUP(CONT&LID) | $2.09 | $25.08 |
| 59 | 6 ea | **WINE BOTTLE OPENER** <br> Spill-Stop Model No. 184157  Packed:  12 ea <br> CORKSCREW WAITER'S POCKET CHROME PLATED | $1.89 | $11.34 |
| 60 | 6 ea | **LEMON SQUEEZER** <br> Focus Foodservice Model No. 8565  Packed:  EA <br> Lemon Squeezer, 8-3/4" long, 3" dia., enameled aluminum, yellow, with hang tag (SOLD IN CASE PACKS ONLY) | $7.67 | $46.02 |
| 61 | 2 ea | Spill-Stop Model No. 51692  Packed:  ea <br> EXACTO POUR 3 TUBE TESTER KIT | $89.38 | $178.76 |
| 62 | 12 ea | **JIGGER** <br> Winco Model No. J-2  Packed:  12 ea <br> Jigger, 3/4 oz. x 1-1/4 oz., stainless steel (12 each per inner case, 300 | $0.51 | $6.12 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|

each per master case)

| 63 | 4 ea | **ICE SCOOP** | $3.90 | $15.60 |
| | | Winco Model No. PS-32  Packed:  12 ea | | |
| | | Scoop, 32 ounce, polycarbonate, NSF (12 each per inner case, 72 each per master case) | | |

| 64 | 6 ea | | $21.09 | $126.54 |
| | | Not Found Model No. 167691  Packed:  ea | | |
| | | SAF-T-ICE SCOOP-8 OZW/CADDIE HOLDER | | |

| 65 | 5 ea | **MARGARITA GLASS RIMMER** | $4.28 | $21.40 |
| | | Winco Model No. GR-3  Packed:  12 ea | | |
| | | Glass Rimmer, 3-tier | | |

| 66 | 5 ea | **BAR CADDY** | $2.07 | $10.35 |
| | | Winco Model No. BC-6  Packed:  12 ea | | |
| | | Bar Caddy, 6 compartment, plastic | | |

| 66.0 | 1 ea | **BAR CADDY** | $2.07 | $2.07 |
| | | Winco Model No. BC-6  Packed:  12 ea | | |
| | | Bar Caddy, 6 compartment, plastic | | |

| 66.1 | 6 ea | **CONDIMENT DISPENSER** | $15.80 | $94.80 |
| | | Tablecraft Products Model No. 71970  Packed:  ea | | |
| | | CONDIMENT CADDY 6 COMP.1 PT BLACK | | |

| 67 | | **BACK OF HOUSE UTENSILS:** | | |

| 68 | 4 ea | **PLASTIC FUNNEL** | $0.64 | $2.56 |
| | | Browne Foodservice Model No. 187361  Packed:  12 ea | | |
| | | FUNNEL PLASTIC 16 OZ | | |

Initial: _____

**Quaker Steak & Lube-League City-
Opening Smallwares Quote**

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 69 | 1 ea | **FRUIT VEGETABLE WEDGER**<br>Sunkist Model No. 142350  Packed:  4 ea<br>SECTIONIZER - 6 WEDGE | $214.96 | $214.96 |
| 70 | 1 ea | **WEDGER PARTS**<br>Sunkist Model No. 142500  Packed:  ea<br>BLADE CUP SET FOR 8WEDGE | $32.52 | $32.52 |
| 72 | | **KITCHEN POTS, PANS, BOWLS & SHEET PANS:** | | |
| 73 | 120 ea | **MIXING BOWL**<br>ABC Procurement Model No. 87800  Packed:  12 ea<br>MIXING BOWL S/S 3/4QUART 6 1/2" | $0.58 | $69.60 |
| 74 | 1 ea | **MIXING BOWL**<br>Winco Model No. MXB-2000Q  Packed:  12 ea<br>Economy Mixing Bowl, 20 quart, stainless steel,  18-3/4"L x 18-3/4"W x 5-1/2"H | $6.41 | $6.41 |
| 75 | 6 ea | **MIXING BOWL**<br>Winco Model No. MXB-150Q  Packed:  12 ea<br>Economy Mixing Bowl, 1-1/2 quart, stainless steel, 8"L x 8"W x 2-1/2"H<br>(12 each per inner case, 144 each per master case) | $0.83 | $4.98 |
| 76 | 4 ea | **MIXING BOWL**<br>Winco Model No. 88102  Packed:  12 ea<br>MIXING BOWL S/S 8 QUARTS  13 1/4" | $2.88 | $11.52 |
| 77 | 2 ea | **MIXING BOWL**<br>ABC Procurement Model No. 88075  Packed:  ea<br>MIXING BOWL S/S 6 QUARTS NSF   13 3/16" | $4.86 | $9.72 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 78 | 2 ea | **SAUCE PAN**<br>Royal Industries Model No. ROY RSP 8  Packed:  ea<br>Sauce Pan, 8-1/2 qt., helper handle, tapered, aluminum, NSF | $13.31 | $26.62 |
| 79 | 2 ea | **STOCK POT**<br>Winco Model No. ALST-40  Packed:  ea<br>Winware Stock Pot, 40 quart, 14.6" x 14.4", without cover, reinforced<br>rim, 3/16" thick (4.0mm), standard heavy aluminum, NSF | $34.17 | $68.34 |
| 80 | 2 ea | ABC Procurement Model No. 106119  Packed:  6 ea<br>FRY PAN 14" TRIMARK-NON-STICKW/SLEEVENSF | $23.75 | $47.50 |
| 81 | 24 ea | **BUN PAN**<br>Winco Model No. ALXP-1318  Packed:  12 ea<br>Sheet pan, 1/2 size, 13" x 18", 3003 aluminum | $3.97 | $95.28 |
| 82 | 60 ea | **BUN PAN**<br>Winco Model No. ALXP-1826  Packed:  12 ea<br>Sheet Pan, full size, 18" x 26", 18 gauge, aluminum | $6.33 | $379.80 |
| 83 | 36 ea | **PIZZA PAN**<br>Winco Model No. APZT-10  Packed:  36 ea<br>Pizza Pan, 10" dia., round, wide rim, aluminum (36 each per inner case,<br>72 each per master case) | $1.33 | $47.88 |
| 84 | | **KITCHEN SUPPLIES: STAINLESS FOOD PANS** | | |
| 85 | 6 ea | **STEAM TABLE PAN COVER**<br>Winco Model No. SPCH  Packed:  12 ea<br>Steam Table Pan Cover, 1/2 SIZE, slotted, with handle, 18/8 stainless<br>steel, NSF (12 each per inner case, 48 each per master case) | $4.57 | $27.42 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| 86 | 12 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-204  Packed:  6 ea<br>Steam Table Pan, 1/2 SIZE x 4" deep, 24 gauge, 18/8 stainless steel,<br>anti-jamming, NSF (6 each per inner case, 24 each per master case) | $7.02 | $84.24 |
| 87 | 8 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-206  Packed:  6 ea<br>Steam Table Pan,1/2 SIZE x 6" deep, 24 gauge, 18/8 stainless steel,<br>anti-jamming, NSF (6 each per inner case, 12 each per master case) | $10.35 | $82.80 |
| 88 | 18 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJL-4HL  Packed:  6 ea<br>Steam Table Pan, 1/2 SIZE LONG, 4" deep, stainless steel, NSF (6 each<br>per inner case, 24 each per master case) | $9.47 | $170.46 |
| 89 | 4 ea | ABC Procurement Model No. 133752  Packed:  36 ea<br>DRAIN GRATE 1/2 SIZE-8"x10"CHROME | $1.82 | $7.28 |
| 90 | 6 ea | **STEAM TABLE PAN**<br>Winco Model No. SPFP2  Packed:  6 ea<br>Steam Table Pan, FULL SIZE, 2-1/2" deep, perforated, stainless steel,<br>NSF (6 each per inner case, 12 each per master case) | $11.18 | $67.08 |
| 91 | 24 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-104  Packed:  6 ea<br>Steam Table Pan, FULL SIZE x 4" deep, 24 gauge, 18/8 stainless steel,<br>anti-jamming, NSF (6 each per inner case, 12 each per master case) | $12.21 | $293.04 |
| 92 | 8 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-106  Packed:  6 ea<br>Steam Table Pan, FULL SIZE x 6" deep, 24 gauge, 18/8 stainless steel,<br>anti-jamming, NSF (6 each per inner case, 12 each per master case) | $16.18 | $129.44 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 93 | 8 ea | ABC Procurement Model No. 133751  Packed:  36 ea<br>DRAIN GRATE FULL SIZE 10"x18"CHROME | $3.24 | $25.92 |
| 94 | 12 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-304  Packed:  12 ea<br>Steam Table Pan, 1/3 SIZE x 4" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 24 each per master case) | $5.71 | $68.52 |
| 94.1 | 24 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-304  Packed:  12 ea<br>Steam Table Pan, 1/3 SIZE x 4" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 24 each per master case) | $5.71 | $137.04 |
| 95 | 6 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-306  Packed:  12 ea<br>Steam Table Pan, 1/3 SIZE x 6" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 24 each per master case) | $8.86 | $53.16 |
| 95.1 | 30 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-306  Packed:  12 ea<br>Steam Table Pan, 1/3 SIZE x 6" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 24 each per master case) | $8.86 | $265.80 |
| 96 | 6 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-902  Packed:  12 ea<br>Steam Table Pan, 1/9 SIZE x 2-1/2" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 72 each per master case) | $2.29 | $13.74 |
| 97 | 13 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-904  Packed:  12 ea<br>Steam Table Pan, 1/9 SIZE x 4" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 72 each per master case) | $2.82 | $36.66 |
| 97.1 | 35 ea | **STEAM TABLE PAN**<br>Winco Model No. SPJM-904  Packed:  12 ea<br>Steam Table Pan, 1/9 SIZE x 4" deep, 24 gauge, 18/8 stainless steel, anti-jamming, NSF (12 each per inner case, 72 each per master case) | $2.82 | $98.70 |

Initial: _____

**TriMark SS Kemp**

Date

*5/2/2014*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|



| 98 | 4 ea | **STEAM TABLE PAN** <br> Winco Model No. SPJM-406  Packed:  12 ea <br> Steam Table Pan, 1/4 SIZE x 6" deep, 24 gauge, 18/8 stainless steel, <br> anti-jamming, NSF (12 each per inner case, 24 each per master case) | $7.82 | $31.28 |
| 99 | 24 ea | **STEAM TABLE PAN** <br> Winco Model No. SPJM-604  Packed:  12 ea <br> Steam Table Pan, 1/6 SIZE x 4" deep, 24 gauge, 18/8 stainless steel, <br> anti-jamming, NSF (12 each per inner case, 48 each per master case) | $4.16 | $99.84 |
| 100 | 42 ea | **STEAM TABLE PAN** <br> Winco Model No. SPJM-606  Packed:  12 ea <br> Steam Table Pan, 1/6 SIZE x 6" deep, 24 gauge, 18/8 stainless steel, <br> anti-jamming, NSF (12 each per inner case, 48 each per master case) | $5.84 | $245.28 |
| 101 | 24 ea | **ADAPTER BAR** <br> Winco Model No. ADB-12  Packed:  12 ea <br> Adapter Bar, 12", stainless steel (12 each per inner case, 144 each per <br> master case) | $0.95 | $22.80 |
| 102 | 12 ea | **ADAPTER BAR** <br> Winco Model No. ADB-20  Packed:  12 ea <br> Adapter Bar, 20", stainless steel (12 each per inner case, 120 each per <br> master case) | $1.32 | $15.84 |
| 103 | | **KITCHEN SUPPLIES: PLASTIC FOOD PANS** | | |
| 104 | 6 ea | **FOOD PAN COVER** <br> Cambro Model No. 30HPCHN150  Packed:  6 ea <br> H-Pan™ Cover, high heat, 1/3 SIZE, notched, with handle, <br> polyetherimide, -40°F to 375°F, non-stick surface, won't bend or dent, <br> amber, NSF | $7.40 | $44.40 |
| 105 | 36 ea | **PLASTIC FOOD PAN** <br> Cambro Model No. 72559  Packed:  6 ea <br> Food Pan 1/3 SIDE 6" deep-AMBER | $16.12 | $580.32 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

| 106 | 4 ea | **FOOD PAN COVER** | $5.80 | $23.20 |

Cambro Model No. 40HPCHN150  Packed: 6 ea
H-Pan™ Cover, high heat, 1/4 SIZE, notched, with handle, polyetherimide, -40°F to 375°F, non-stick surface, won't bend or dent, AMBER, NSF

| 107 | 6 ea | **PLASTIC FOOD PAN** | $12.81 | $76.86 |

Cambro Model No. 46HP150  Packed: 6 ea
H-Pan™, 1/4 SIZE, 6" deep, hi-temp, polysulfone, non-stick surface, won't bend or dent, AMBER, NSF

| 108 | 12 ea | **FOOD PAN COVER** | $4.63 | $55.56 |

Cambro Model No. 60HPCHN150  Packed: 6 ea
H-Pan™ Cover, high heat, 1/6 size, notched, with handle, polyetherimide, -40°F to 375°F, non-stick surface, won't bend or dent, AMBER, NSF

| 109 | 12 ea | **PLASTIC FOOD PAN** | $9.27 | $111.24 |

Cambro Model No. 72556  Packed: 6 ea
Food Pan 1/6th SIZE 6" Deep-AMBER

| 110 | 8 ea | **FOOD PAN DRAIN TRAY** | $0.48 | $3.84 |

Winco Model No. SP76DS  Packed: 20 ea
Poly-Ware™ Drain Shelf, 1/6 SIZE, fits 1/6 size food pan, polycarbonate, NSF (20 each per inner case, 120 each per master case)

| 111 | 12 ea | **FOOD PAN, PLASTIC** | $6.43 | $77.16 |

Cambro Model No. 24CW110  Packed: 6 ea
Camwear® Food Pan, 1/2 size, 4" deep, polycarbonate, BLACK, NSF

| 112 | 12 ea | **FOOD PAN, PLASTIC** | $8.26 | $99.12 |

Cambro Model No. 26CW110  Packed: 6 ea
Camwear® Food Pan, 1/2 size, 6" deep, polycarbonate, BLACK, NSF

**TriMark SS Kemp**

|  |  |  |  | Date |
|---|---|---|---|---|
|  |  |  |  | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |
| 113 | 24 ea | **FOOD PAN, PLASTIC** <br> Cambro Model No. 36CW110  Packed:  6 ea <br> Camwear® Food Pan, 1/3 size, 6" deep, polycarbonate, BLACK, NSF | $6.24 | $149.76 |
| 114 | 36 ea | **PLASTIC FOOD PAN** <br> Cambro Model No. 72588  Packed:  6 ea <br> FOOD PAN 1/6th SIZE 6" Deep BLACK | $4.38 | $157.68 |
| 115 | 60 ea | **PLASTIC FOOD PAN** <br> Winco Model No. SP7904  Packed:  12 ea <br> Poly-Ware™ Food Pan, 1/9 size, 4" deep, -40°F to 210°F temp. range, <br> dishwasher safe, break-resistant polycarbonate, NSF | $1.34 | $80.40 |
| 116 | 6 ea | **FOOD STORAGE CONTAINER COVER** <br> Carlisle Model No. 72117  Packed:  6 ea <br> COVER FOR 12 X 18 FOOD BOX CLEAR | $5.55 | $33.30 |
| 117 | 6 ea | **FOOD CONTAINER BOX** <br> Carlisle Model No. 71410  Packed:  6 ea <br> FOOD STORAGE BOX 12"X18"X9" CLEAR | $15.24 | $91.44 |
| 118 | 6 ea | **FOOD CONTAINER BOX** <br> Carlisle Model No. 71655  Packed:  6 ea <br> FOOD STORAGE BOX 18"X26"X6" CLEAR | $18.50 | $111.00 |
| 119 | 6 ea | **FOOD CONTAINER BOX** <br> Carlisle Model No. 72533  Packed:  4 ea <br> FOOD STORAGE BOX 18"X26"X9" CLEAR | $24.34 | $146.04 |
| 120 |  | **KITCHEN SUPPLIES: PLASTIC STORAGE CONTAINERS** |  |  |
| 121 | 36 ea | **FOOD STORAGE CONTAINER COVER** <br> Carlisle Model No. 72514  Packed:  6 ea <br> Cover For 2 & 4 QT GREEN | $1.21 | $43.56 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 122 | 12 ea | **SQUARE FOOD CONTAINER** <br> Carlisle Model No. 72510  Packed:  6 ea <br> Food Storage Cont 2QT Square Clear | $3.16 | $37.92 |
| 123 | 30 ea | **SQUARE FOOD CONTAINER** <br> Carlisle Model No. 72511  Packed:  6 ea <br> Food Storage Cont 4QT Square Clear | $4.77 | $143.10 |
| 124 | 42 ea | **FOOD STORAGE CONTAINER COVER** <br> Carlisle Model No. 72515  Packed:  6 ea <br> Cover For Container-6 & 8 QT Rose | $1.44 | $60.48 |
| 125 | 36 ea | **SQUARE FOOD CONTAINER** <br> Carlisle Model No. 72512  Packed:  6 ea <br> Food Storage Cont 6QT Square Clear | $5.75 | $207.00 |
| 126 | 12 ea | **FOOD STORAGE CONTAINER COVER** <br> Carlisle Model No. 70519  Packed:  6 ea <br> Cover For 12 18 & 22QT Square | $2.10 | $25.20 |
| 127 | 6 ea | **SQUARE FOOD CONTAINER** <br> Carlisle Model No. 72528  Packed:  6 ea <br> Food Storage Cont 12QT Square Clear | $9.74 | $58.44 |
| 128 | 4 ea | **SQUARE FOOD CONTAINER** <br> Carlisle Model No. 72530  Packed:  6 ea <br> Food Storage Cont 22QT Square Clear | $17.89 | $71.56 |

**TriMark SS Kemp**

**Date**

*5/2/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 129 | 48 ea | Carlisle Model No. 71360  Packed:  12 ea<br>COVER FOR WING SHAKER BUCKET | $1.07 | $51.36 |
| 130 | 48 ea | Carlisle Model No. 50759  Packed:  12 ea<br>WING SHAKER BUCKET | $2.89 | $138.72 |
| 131 | | **KITCHEN SUPPLIES: MEASURING SUPPLIES** | | |
| 132 | 5 ea | **DISHER, STANDARD ROUND BOWL**<br>ABC Procurement Model No. 83000  Packed:  ea<br>DISHER SIZE 8 S/S WHITE W/GRAY (NSF) | $3.99 | $19.95 |
| 133 | 12 ea | **DISHER, STANDARD ROUND BOWL**<br>ABC Procurement Model No. 84350  Packed:  ea<br>DISHER SIZE 30 S/S WHITE W/BLACK (NSF) | $3.99 | $47.88 |
| 134 | 4 ea | **PORTION CONTROL SPOON LADLE**<br>ABC Procurement Model No. 89000  Packed:  ea<br>Portion Server PERFORATED 2 OZ Red | $0.93 | $3.72 |
| 135 | 4 ea | **PORTION CONTROL SPOON LADLE**<br>ABC Procurement Model No. 89001  Packed:  ea<br>Portion Server SOLID 2 OZ Red | $0.93 | $3.72 |
| 136 | 4 ea | **PORTION CONTROL SPOON LADLE**<br>ABC Procurement Model No. 89004  Packed:  ea<br>Portion Server PERFORATED 4 OZ Green | $1.20 | $4.80 |
| 137 | 4 ea | **PORTION CONTROL SPOON LADLE**<br>ABC Procurement Model No. 89005  Packed:  ea<br>Portion Server SOLID 4 OZ Green | $1.20 | $4.80 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 138 | 24 ea | **MEASURING CUP**<br>Tablecraft Products Model No. 71289  Packed:  6 ea<br>MEASURING CUP 1/4 S/S | $0.83 | $19.92 |
| 139 | 24 ea | **MEASURING CUP**<br>Tablecraft Products Model No. 567818  Packed:  24 ea<br>MEASURING CUP 1/2 CUP | $0.97 | $23.28 |
| 140 | 12 ea | **MEASURING CUP**<br>Tablecraft Products Model No. 567819  Packed:  24 ea<br>MEASURING CUP 1 CUP | $1.33 | $15.96 |
| 141 | 24 ea | **MEASURING SPOON**<br>Tablecraft Products Model No. 721C  Packed:  ea<br>Measuring Spoon, 1 Tsp., stainless steel | $0.36 | $8.64 |
| 142 | 36 ea | **MEASURING SPOON**<br>Tablecraft Products Model No. 51860  Packed:  100 ea<br>MEASURING SPOON 1 TABLESPOON | $0.36 | $12.96 |
| 143 | 6 ea | **MEASURING CUP**<br>Update International Model No. MEA-50PC  Packed:  6 ea<br>Dry Measuring Cup, 1 pint, polycarbonate | $2.43 | $14.58 |
| 144 | 6 ea | **MEASURING CUP**<br>Update International Model No. MEA-100PC  Packed:  6 ea<br>Dry Measuring Cup, 1 quart, 4-5/8" dia., 6"H, polycarbonate | $3.69 | $22.14 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 145 | 2 ea | **MEASURING CUP** <br> Update International Model No. MEA-400PC  Packed:  6 ea <br> Dry Measuring Cup, 4 quart, 7-3/8" dia., 9-3/4"H, polycarbonate | $9.74 | $19.48 |
| 146 | | **KITCHEN SUPPLIES: UTENSILS** | | |
| 147 | 2 ea | **FRENCH WHIP** <br> ABC Procurement Model No. 131450  Packed:  12 ea <br> WHIP 16" FRENCH LONG- S/S | $2.04 | $4.08 |
| 148 | 12 ea | **SERVING LADLE** <br> American Metalcraft Model No. 99471  Packed:  12 ea <br> Ladle S/S One Piece 1 OZ. | $0.97 | $11.64 |
| 149 | 8 ea | **SERVING LADLE** <br> Browne Foodservice Model No. 71235  Packed:  ea <br> Ladle 2 OZ Heat Resistand Blue Handle | $2.53 | $20.24 |
| 150 | 36 ea | **SERVING LADLE** <br> American Metalcraft Model No. 99480  Packed:  12 ea <br> Ladle S/S One Piece 4 OZ | $1.46 | $52.56 |
| 151 | 4 ea | **SERVING LADLE** <br> Browne Foodservice Model No. 9944BLK  Packed:  ea <br> Ladle, 4 OZ., 12-3/4"L, one piece, heat resistant to 391° F (200° C), <br> polypropylene handle, 1.0 mm thickness, stainless steel, black | $2.44 | $9.76 |
| 152 | 48 ea | **UTILITY TONGS** <br> Winco Model No. 71232  Packed:  12 ea <br> Tong Utility 7" S/S | $0.98 | $47.04 |
| 153 | 18 ea | **UTILITY TONGS** <br> ABC Procurement Model No. 97445  Packed:  ea <br> Tong 9 1/2" S/S Spring | $0.67 | $12.06 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |



| 154 | 6 ea | **UTILITY TONGS** <br> ABC Procurement Model No. 97453  Packed:  ea <br> Tong 12" S/S Spring | $0.88 | $5.28 |

| 155 | 6 ea | **UTILITY TONGS** <br> ABC Procurement Model No. 97449  Packed:  120 ea <br> Tong 16" Utility S/S | $1.05 | $6.30 |

| 156 | 6 ea | **UTILITY TONGS** <br> Winco Model No. 71230  Packed:  6 ea <br> Tong Utility 9" Heat Resistant Yellow | $2.33 | $13.98 |

| 157 | 3 ea | **UTILITY TONGS** <br> Winco Model No. 71231  Packed:  6 ea <br> Tong Utility 9" Heat Resistant Blue | $2.33 | $6.99 |

| 158 | 6 ea | **UTILITY TONGS** <br> Winco Model No. 71233  Packed:  6 ea <br> Tong Utility 9" Heat Resistant Red | $2.33 | $13.98 |

| 159 | 1 ea | **MEAT TENDERIZER** <br> Winco Model No. AMT-2  Packed:  12 ea <br> Meat Tenderizer, 2-sided, 10-1/2" O.L., 3" x 3" square head, aluminum | $3.91 | $3.91 |

| 160 | 2 ea | **PIE SERVER** <br> Libertyware Model No. 51242  Packed:  12 ea <br> PIE SERVER 6" X 2" WOOD HANDLE | $1.01 | $2.02 |

**TriMark SS Kemp**

Date

*5/2/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 161 | 4 ea | **SKIMMER**<br>Winco Model No. SCF-6S  Packed:  12 ea<br>Skimmer, 6-3/4", square, 20" handle, mesh (12 each per inner case, 48 each per master case) | $1.49 | $5.96 |
| 161.1 | 2 ea | **SKIMMER**<br>Winco Model No. SCF-6S  Packed:  12 ea<br>Skimmer, 6-3/4", square, 20" handle, mesh (12 each per inner case, 48 each per master case) | $1.49 | $2.98 |
| 162 | 2 ea | **ICE CREAM SPADE**<br>Winco Model No. 71966  Packed:  12 ea<br>ICE CREAM SPADE | $1.82 | $3.64 |
| 163 | 12 ea | **SOLID SERVING SPOON**<br>ABC Procurement Model No. 89752  Packed:  ea<br>SPOON 13" SOLID S/S(NSF) | $0.83 | $9.96 |
| 164 | 4 ea | **STEAK WEIGHT**<br>Vollrath Model No. 120750  Packed:  12 ea<br>STEAK WEIGHT ALUMINUM | $11.66 | $46.64 |
| 165 | 3 ea | **SOLID TURNER**<br>American Metalcraft Model No. 19075  Packed:  60 ea<br>Hamburger/Pizza Turner/Server, 4" x 6" stainless blade, wood handle, 11-5/8" overall length | $6.04 | $18.12 |
| 166 | 6 ea | **SOLID TURNER**<br>Admiral Craft Model No. CUT-T83WH  Packed:  24 ea<br>Cake Turner, 8" x 3" stainless steel blade with mirror finish, white polypropylene handle, Advantage Series, NSF | $7.95 | $47.70 |
| 167 | 6 ea | **SOLID TURNER**<br>Johnson-Rose Model No. 3053  Packed:  120 ea<br>Flexible Turner, 3" x 8-1/4", solid blade, firm grip, stainless steel, polypropylene brown handle, dishwasher safe | $2.34 | $14.04 |

Initial: _____

**Quaker Steak & Lube-League City-Opening Smallwares Quote**

**Quaker Steak & Lube - League City**

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| 168 | 2 ea | **SCOOP**<br>ABC Procurement Model No. 116952  Packed:  36 ea<br>SCOOP 58 OZ CAST ALUMINUM | $4.42 | $8.84 |

| 169 | 28 ea | **PLASTIC SPATULA**<br>Winco Model No. 71963  Packed:  12 ea<br>SCRAPER 16" HIGH HEAT ECONO 500 DEGREE | $3.18 | $89.04 |

| 170 | 6 ea | **TOMATO SCOOPER/CORER**<br>Prince Castle Model No. 147652  Packed:  24 ea<br>TOMATO CORE-IT | $1.71 | $10.26 |

| 171 | | **KITCHEN SUPPLIES: MISCELLANEOUS KITCHEN SUPPLIES** | | |

| 172 | 1 ea | **CUTTING BOARD**<br>San Jamar Model No. CB1824QS  Packed:  1 st<br>Cut-N-Carry® Cutting Board Set, includes (4) 18" x 24" x 1/2" boards (1 each yellow, red, green, white) & 1 wall chart, food safety hook, NSF | $94.81 | $94.81 |

| 173 | 4 ea | **CUTTING BOARD**<br>Winco Model No. CBWT-610  Packed:  20 ea<br>Cutting Board, 6" x 10" x 1/2" thick, rectangular, white | $1.74 | $6.96 |

| 173.1 | 2 ea | **CUTTING BOARD**<br>Winco Model No. CBWT-610  Packed:  20 ea<br>Cutting Board, 6" x 10" x 1/2" thick, rectangular, white | $1.74 | $3.48 |

| 174 | 1 ea | **GLOVES**<br>Victorinox Swiss Army Model No. 162154  Packed:  12 ea<br>GLOVE SAFETY LARGE | $12.29 | $12.29 |

**TriMark SS Kemp**

|  |  |  |  | Date |
|---|---|---|---|---|
|  |  |  |  | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| 175 | 6 ea | **OVEN MITT**<br>Winco Model No. OMF-17  Packed:  12 ea<br>Oven Mitt, 17", flame resistant up to 400° (12 each per inner case, 72 each per master case) | $1.94 | $11.64 |
| 176 | 2 ea | **BUCKET OPENER**<br>Update International Model No. PO-8P  Packed:  12 ea<br>Pail Opener, plastic | $1.90 | $3.80 |
| 177 | 10 ea | **PASTRY BRUSH**<br>Carlisle Model No. 4040505  Packed:  12 ea<br>Pastry Brush, 3" wide, molded in hanging hook, heat resistant to 500°F, stain and odor resistant, dishwasher safe, silicone, red (Cash n' Carry) | $4.13 | $41.30 |
| 177.1 | 2 ea | **PASTRY BRUSH**<br>Carlisle Model No. 4040505  Packed:  12 ea<br>Pastry Brush, 3" wide, molded in hanging hook, heat resistant to 500°F, stain and odor resistant, dishwasher safe, silicone, red (Cash n' Carry) | $4.13 | $8.26 |
| 178 | 1 ea | **GLOVES**<br>Dexter Russell Model No. 176452  Packed:  ea<br>GLOVE SAFETY MEDIUM | $10.47 | $10.47 |
| 179 | 12 ea | **SHAKER/DREDGE**<br>Vollrath Model No. 4961-1332  Packed:  12 cs<br>Dripcut™ Dredge, 16 oz., clear bottle w/medium holes (.100 diameter), beige lid, 6-1/4"H, 2-7/8" diameter<br><br>**EXTRA 5% FOR VOLLRATH SPECIAL ITEMS ON QSL OPENINGS ONLY | $30.41 | $364.92 |
| 180 | 12 ea | **SHAKER**<br>Vollrath Model No. 4961-1308  Packed:  12 cs<br>Dripcut™ Dredge, 16 oz., clear bottle w/large holes (.180 diameter), yellow lid, 6-1/4"H, 2-7/8" diameter | $30.41 | $364.92 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



**\*\*EXTRA 5% ON VOLLRATH SPECIAL ITEMS FOR QSL OPENINGS ONLY.**

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 181 | 2 ea | **GRILL SCRAPER** Nemco Model No. 144700  Packed:  ea SCRAPER REDI GRIL | $29.53 | $59.06 |
| 182 | 2 ea | **GRILL SCRAPER BLADE** Nemco Model No. 144750  Packed: 6 ea BLADE REPLACE FOR REDI-GRIL SCRAPER | $2.50 | $5.00 |
| 183 | 1 ea | Not Found Model No. 187820  Packed: 6 ea CUP DISPENSER - CONETYPE  8-12 OZ CUPS | $26.88 | $26.88 |
| 184 | 1 cs | **PAPER CUP** SOLO CUP COMPANY Model No. 4BR-J8614  Packed:  1 cs Paper Cone cup, 4 oz., 5000/cs | $50.11 | $50.11 |
| 185 | 8 ea | **GRILL BASTING COVER** Carlisle Model No. 120812  Packed: 12 ea BASTING GRILL COVER-ALUMINUM-6" DIAM | $4.56 | $36.48 |
| 186 | 1 ea | **COLANDER** Winco Model No. ALO-11BH  Packed: 6 ea Colander, 11 quart, with handles, aluminum | $14.21 | $14.21 |
| 187 | 1 st | DayMark Food Safety Systems Model No. 200409  Packed: 1 st DAYMARK DISPENSER W/1 RL. EACH DAY - 1" | $56.58 | $56.58 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 188 | 6 pk | **SQUEEZE BOTTLE**<br>Winco Model No. PSB-24C  Packed:  6 pk<br>Squeeze Bottle, 24 ounce, plastic, clear, (6 each per pack, 6 packs per case) | $3.49 | $20.94 |
| 189 | 36 ea | **SQUEEZE BOTTLE**<br>Winco Model No. 71295  Packed:  6 ea<br>SQUEEZE BOTTLE 32 OZ. CLEAR WIDE MOUTH | $1.00 | $36.00 |
| 190 | 1 ea | **BRUSH, WIRE**<br>FMP Model No. 133-1172  Packed:  ea<br>Broiler/Grill Brush, with 24" handle, heavy duty coarse bristles | $23.31 | $23.31 |
| | 2 ea | 133-1173 Broiler/Grill Brush, with out handle, heavy duty coarse bristles | $11.63 | $23.26 |
| | | ITEM TOTAL: | | **$46.57** |
| 191 | | **KITCHEN SUPPLIES: EQUIPMENT** | | |
| 192 | 1 ea | **DICER**<br>Vollrath Model No. 15001  Packed:  ea<br>Redco® InstaCut™ 3.5 Dicer, manual, 3/8" dice, table top, NSF | $171.66 | $171.66 |
| 193 | 1 ea | **TOMATO SLICER**<br>Nemco Model No. 56600-2  Packed:  ea<br>Easy Tomato Slicer II, 1/4" compact slice, razor-sharp blades, pretensioned cartridge blade assembly, specially placed guards, polyethylene slide board, ergonomic handle & self-lubrication track, rubber feet & table stop, NSF | $249.15 | $249.15 |
| 194 | 2 ea | **PORTION SCALE**<br>Taylor Precision Model No. 139262  Packed:  4 ea<br>SCALE ROTATING DIAL32 X 1/4 OZ   NSF | $46.69 | $93.38 |
| 195 | 1 ea | **SCALE, PORTION, DIAL**<br>Taylor Precision Model No. 139270  Packed:  4 ea<br>SCALE PORTION RUSTLESS 5# X 1/2 OZ | $47.48 | $47.48 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| 196 | 1 ea | **PORTION SCALE** | $49.98 | $49.98 |
| | | Taylor Precision Model No. 139279  Packed:  4 ea | | |
| | | SCALE DIGITAL COMPACT - 10 LB X .1 OZ. | | |

| 197 | 1 ea | **PORTION SCALE** | $405.26 | $405.26 |
| | | Edlund Model No. WSC-10 OP  Packed:  ea | | |
| | | Poseidon™ Scale, Digital Portion, oversized, six capacity display options, 10 lbs x .1 oz./ 10 lbs. x .005 lbs./ 10 lbs. x 1/8 oz./ 5000 g x 1 g/ 160 oz. x .05 oz./ 160 oz. x 1/8 oz., 7" x 10" one-piece stainless steel platform, stainless steel body, programmable, adjustable feet, self-calibrating feature, Dual Housing Technology™, Scale Within a Scale™ design, 4 "AA" batteries (not included), AC power supply, NSF, CUL, UL, CE | | |

| 198 | 1 ea | **CAN OPENER, MANUAL** | $104.57 | $104.57 |
| | | Edlund Model No. 137450  Packed:  3 ea | | |
| | | CAN OPENER TABLE STYLE W/BASE | | |

| 199 | 1 ea | **FOOD WARMER, HOT FUDGE/CARAMEL** | $144.58 | $144.58 |
| | | Server Products Model No. 82066  Packed:  ea | | |
| | | FOOD SERVER, Base (Only), for Rethermalization, stainless steel water-bath warmer accepts 3 quart (2.8 L) stainless steel jar (94009) or food manufacturer's #10 can, jar not included, (500with 120V), NSF & C-UL-US LISTED | | |
| | 1 ea | 86819 Squeeze Bottle Inset Kit, for Signature Touch™, Inset & (3) Bottles, drop-in bottle holder inset with (3) 16 oz (.47 L) high-density squeeze bottles (86809) | $74.74 | $74.74 |
| | 1 ea | 2-Year warranty | | |
| | | **ITEM TOTAL:** | | **$219.32** |

| 200 | 3 ea | **CHECK HOLDER** | $15.20 | $45.60 |
| | | American Metalcraft Model No. 145306  Packed:  ea | | |
| | | SLIDE ORDER RACK 48"SILVER | | |

**TriMark SS Kemp**

|  |  |  |  | Date |
|---|---|---|---|---|
|  |  |  |  | 5/2/2014 |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |
| 201 | 1 ea | **THERMOMETER, FLEXIBLE PROBE** | $206.04 | $206.04 |
|  |  | Cooper-Atkins Model No. 94003-K  Packed:  ea  AquaTuff™ Kit, 6-1/2" x 1-1/4" x 2-1/4" (16.5cm x 3.1cm x 5.7cm), temperature range -100° to 999°F (-73° to 537°C), ±0.5°F/±0.3°C temperature accuracy, with 35100-K waterproof digital thermocouple, 50209-K micro hemi-tip probe & 9369 bracket (Atkins) |  |  |
| 202 | 1 ea | **INFRARED THERMOMETER** | $76.95 | $76.95 |
|  |  | Taylor Precision Model No. 9306N  Packed:  ea  Infrared Thermocouple Thermometer, splash-proof, 4" fold out probe, infrared temperature range -67° to 482°F/-55° to 250°C, +/-2°F, .1°F/C° resolution, 1 second response time, thermocouple range -67° to 626°F/-55° to 330°C, step down probe, white light targeting zone, minimum/maximum, lock, hold, auto off and low battery indicator, operates on 2 AAA batteries (included), carrying case, HACCP check |  |  |
| 203 | 24 ea | **POCKET THERMOMETER** | $3.58 | $85.92 |
|  |  | Taylor Precision Model No. 139855  Packed:  36 ea  THERMOMETER POCKET W/1" DIAL (0 TO +220) |  |  |
| 204 | 24 ea | **REFRIG/FREEZER THERMOMETER** | $2.58 | $61.92 |
|  |  | Taylor Precision Model No. 140005  Packed:  6 ea  THERMOMETER DIAL REFRIGERATOR & FREEZER |  |  |
| 204.1 | 12 ea | **POCKET THERMOMETER** | $17.18 | $206.16 |
|  |  | Taylor Precision Model No. 139872  Packed:  6 ea  THERMOMETER DISHWASHER DIGITAL/-40-450F |  |  |
| 205 | 1 ea | **TIMER, ELECTRONIC** | $377.34 | $377.34 |
|  |  | Prince Castle Model No. 740-T4  Packed:  ea  Timer, Electric, 4-channel, single function, bold LCD readout, 10 ft. cord, "fat plug" transformer, 120v/60/1ph, .083 amps, NEMA 5-15P |  |  |
| 206 | 6 ea | **CHECK HOLDER, BAR** | $25.99 | $155.94 |
|  |  | San Jamar Model No. CK6560A  Packed:  6 ea  Slide Check Rack, 60"L x 3/4"W x 3"H, glass marbles for smooth sliding, anodized aluminum (bagged with header card) |  |  |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 207 | 1 ea | **HAND TRUCK** Nexel Model No. HT600  Packed:  ea Utility Hand Truck, 6" x 13-3/4" nose plate, 1" dia. tubular steel frame, double welded at stress points, 51-3/4"H, 10" x 3-1/2" pneumatic wheels, bright orange enamel finish, rust resistant, 600 lb. capacity | $76.64 | $76.64 |
| 208 | 1 ea | **MAGNETIC KNIFE HOLDER** Winco Model No. WMB-18  Packed:  12 ea Magnetic Bar, 18", wooden base | $7.20 | $7.20 |
| 209 | 1 ea | **MAGNETIC KNIFE HOLDER** Winco Model No. WMB-24  Packed:  12 ea Magnetic Bar, 24", wooden base | $9.25 | $9.25 |
| 210 | 1 ea | **KNIFE RACK** Not Found Model No. 167684  Packed:  ea SAF-T-KNIFE STATION- KNIFE STORAGE | $21.72 | $21.72 |
| 211 | 6 ea | **FRY BASKET** Pitco Frialator Model No. P6072185  Packed:  ea Basket, (1) oblong/triple size, 17" x 5-5/8" x 5-3/4" deep, front handle, regular mesh (3/fryer), models SG18, E18, SSH75 | $67.00 | $402.00 |
| 212 | 4 ea | **POST** Centaur Model No. 70315  Packed:  4 ea POST 74"H STATIONARYCHROME PLATED **FOR BAG IN A BOX | $6.94 | $27.76 |
| 213 | 3 ea | **WIRE SHELVING** Centaur Model No. 70338  Packed:  4 ea SHELF WIRE 24"W X 36"L, CHROME PLATE NSF **FOR BAG IN A BOX | $20.14 | $60.42 |
| 214 | 1 ea | **DISH CART** Carlisle Model No. 167382  Packed:  ea CART UTILITY W/END PANELS-BLACK | $131.82 | $131.82 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |



| | | | | |
|---|---|---|---|---|
| 215 | 16 pk | **SHELVING ACCESSORIES** | $2.86 | $45.76 |
| | | Focus Foodservice Model No. 525350  Packed:  1 pk | | |
| | | SHELF LABEL HOLDER-3"X1-1/4" BLK/PACK 4 | | |
| 216 | | **JANITORIAL:** | | |
| 217 | 12 ea | **TRIGGER SPRAYER** | $0.51 | $6.12 |
| | | Continental Commercial Products Model No. 70879  Packed:  200 ea | | |
| | | SPRAY TRIGGER FOR 24OZ.SPRAY BTL 171586 | | |
| 218 | 6 ea | **SPRAYER BOTTLE** | $0.63 | $3.78 |
| | | Continental Commercial Products Model No. 171586  Packed:  100 ea | | |
| | | SPRAY BOTTLE ONLY-24OZ. PLASTIC | | |
| 219 | 12 ea | Not Found Model No. 16768  Packed:  12 ea | $2.55 | $30.60 |
| | | KLEEN PAIL SMALL 3 QT. RED | | |
| 220 | 12 ea | Not Found Model No. 167673  Packed:  12 ea | $3.33 | $39.96 |
| | | KLEEN PAIL MEDIUM 6QT. RED | | |
| 221 | 6 ea | Not Found Model No. 56642  Packed:  12 ea | $2.70 | $16.20 |
| | | KLEEN PAIL SMALL 3 QT. GREEN | | |
| 222 | 8 ea | **DISHWASHER RACK EXTENDER** | $6.46 | $51.68 |
| | | Carlisle Model No. 192222  Packed:  6 ea | | |
| | | EXTENDER FOR RG16 RACKS | | |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 223 | 1 ea | **BOWLS DISHWASHER RACK**<br>Crestware Model No. RBPT  Packed:  6 ea<br>Dishwasher Plate & Tray Rack, peg, closed-end, chemical resistant<br>polymers, handgrips, gray | $13.10 | $13.10 |
| 223.1 | 4 ea | **BOWLS DISHWASHER RACK**<br>Crestware Model No. RBPT  Packed:  6 ea<br>Dishwasher Plate & Tray Rack, peg, closed-end, chemical resistant<br>polymers, handgrips, gray | $13.10 | $52.40 |
| 224 | 5 ea | **FLATWARE DISHWASHER RACK**<br>Crestware Model No. RBFS  Packed:  6 ea<br>Dishwasher Flatware Rack Base, 20" x 20", flat and open, thick mesh<br>bottom, chemical resistant polymers, handgrips, gray | $13.10 | $65.50 |
| 224.1 | 1 ea | **FLATWARE DISHWASHER RACK**<br>Crestware Model No. RBFS  Packed:  6 ea<br>Dishwasher Flatware Rack Base, 20" x 20", flat and open, thick mesh<br>bottom, chemical resistant polymers, handgrips, gray | $13.10 | $13.10 |
| 225 | 12 ea | **GLASSES DISHWASHER RACK**<br>Carlisle Model No. 191398  Packed:  4 ea<br>RACK GLASS 16 COMP 19 3/4x19 3/4 x 5 1/2 | $25.10 | $301.20 |
| 226 | 3 ea | **FLATWARE DISHWASHER RACK**<br>Crestware Model No. FWB8  Packed:  12 ea<br>Dishwasher Flatware Rack, 8 compartment, with handles, chemical<br>resistant polymers, gray | $6.75 | $20.25 |
| 227 | 3 ea | **RACK DOLLY**<br>Carlisle Model No. 50848  Packed:  ea<br>DOLLY ALUM. NO HANDLE GLASS RACK | $88.05 | $264.15 |

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 228 | 24 ea | **SILVERWARE CYLINDER**<br>ABC Procurement Model No. 73750  Packed:  72 ea<br>SILVERWARE CYLINDER- POLYETHYLENE | $0.65 | $15.60 |
| 229 | 3 ea | **FLOOR SQUEEGEE**<br>Rubbermaid Model No. 117912  Packed:  10 ea<br>SQUEEGEE FLOOR MOSS18" | $5.68 | $17.04 |
| 230 | 3 ea | **HANDLE**<br>Carlisle Model No. 155150  Packed:  12 ea<br>HANDLE WOOD TAPEREDTIP 54" {017-54} | $3.45 | $10.35 |
| 231 | 2 ea | **WINDOW SQUEEGEE**<br>Carlisle Model No. 155609  Packed:  6 ea<br>SQUEEGEE 12" DOUBLEBLADE | $5.67 | $11.34 |
| 232 | 6 ea | **FLATWARE HOLDER**<br>Winco Model No. PL-4B  Packed:  12 ea<br>Cutlery Bin, 4 compartment, made in USA, NSF | $4.31 | $25.86 |
| 233 | 10 ea | **BUS BOX**<br>Tablecraft Products Model No. 170540  Packed:  6 ea<br>TOTE BOX DIVIDED 17"X 22" X 7" H-BROWN | $9.95 | $99.50 |
| 234 | 1 ea | **BUS BOX**<br>Vollrath Model No. 14652  Packed:  ea<br>SILVERWARE SOAK SYSTEM GRAY | $33.95 | $33.95 |
| 235 | 4 ea | **MOP HANDLE**<br>Rubbermaid Model No. 51546  Packed:  12 ea<br>MOP HANDLE 60" WOOD | $7.93 | $31.72 |

**TriMark SS Kemp**

|  | | | | Date |
|---|---|---|---|---|
|  | | | | 5/2/2014 |
| Item | Qty | Description | Sell | Sell Total |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 236 | 12 ea | **WET MOP HEAD**<br>Rubbermaid Model No. 164151  Packed:  12 ea<br>MOP HEAD CUT HEAD-COTTON-WHITE -SIZE 32 | $4.13 | $49.56 |
| 237 | 3 ea | **MOP BROOM HOLDER**<br>FMP Model No. 159-1139  Packed:  ea<br>Mop/Broom Holder, 7-9/16", wall mounted, 2 hangers, stainless steel | $45.32 | $135.96 |
| 238 | 2 ea | **MOP BUCKET WRINGER COMBINATION**<br>Continental Commercial Products Model No. 164218  Packed:  ea<br>MOP BUCKET(26 QT)/WRINGER COMBO BRONZE | $44.87 | $89.74 |
| 239 | 8 ea | **FLOOR SIGN**<br>Continental Commercial Products Model No. 171682  Packed:  6 ea<br>SIGN WET FLOOR - ENGLISH/SPANISH | $7.25 | $58.00 |
| 240 | 2 ea | **TRASH CONTAINER, STATIONARY**<br>Rubbermaid Model No. FG9P9000DGRN  Packed:  ea<br>Plaza™ Jr. Container, 35 gallon, dark green | $380.86 | $761.72 |
|  | 4 ea | FG356300BEIG Rigid Liner, 19 gallon, 14-1/5" sq x 28" H, trimmed to fit 9P90, 9P91, 3966, 3967, beige | $57.26 | $229.04 |
|  | | ITEM TOTAL: | | **$990.76** |
| 241 | 18 ea | **GARBAGE CAN**<br>Rubbermaid Model No. 51500  Packed:  4 ea<br>TRASH CONT SLIM JIM23 GAL. BROWN | $20.87 | $375.66 |
| 242 | 4 ea | **GARBAGE CAN**<br>Rubbermaid Model No. 166700  Packed: 4 ea | $56.59 | $226.36 |

**TriMark SS Kemp**

Date

5/2/2014

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | TRASH CONT SQ BASE 23 GAL BEIGE | | |
| 243 | 4 ea | **GARBAGE COVER**<br>Rubbermaid Model No. 168000  Packed:  4 ea<br>TRASH CONT TOP UNTOUCHABLE SQUARE BEIGE | $24.08 | $96.32 |
| 244 | 1 ea | **GARBAGE CAN**<br>Rubbermaid Model No. 51454  Packed:  6 ea<br>TRASH CONT BRUTE 32GAL GRAY W/O LID | $17.66 | $17.66 |
| 245 | 2 ea | **GARBAGE CAN**<br>Rubbermaid Model No. 51457  Packed:  3 ea<br>TRASH CONT 55 GAL. W/O. LID GRAY | $41.58 | $83.16 |
| 246 | 2 ea | **GARBAGE CAN DOLLY**<br>Rubbermaid Model No. 51458  Packed:  2 ea<br>DOLLY FOR BRUTE CONTAINER BLACK | $25.98 | $51.96 |
| 247 | 2 ea | **WATER SPRAY GUN**<br>Apex Matting & Foodservice Products Model No. 171669  Packed:  5 ea<br>HOSE NOZZLE HEAVY DUTY INSULATED | $6.71 | $13.42 |
| 248 | 2 ea | **HOT WATER HOSE**<br>Apex Matting & Foodservice Products Model No. 74022  Packed:  5 ea<br>HOSE HOT WATER 50' HEAVY DUTY | $32.66 | $65.32 |
| 249 | 12 ea | **BROOM**<br>Winco Model No. BRM-60L  Packed:  12 ea<br>Lobby Broom, 60", angled, PVC bristles | $3.93 | $47.16 |

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |
| 250 | 6 ea | **BROOM** <br> Rubbermaid Model No. 155706  Packed:  12 ea <br> BROOM FOR LOBBY DUSTPAN-POLY PROP. | $6.61 | $39.66 |
| 251 | 6 ea | **LOBBY DUST PAN** <br> Winco Model No. 71280  Packed:  12 ea <br> DUST PAN LOBBY 13" | $6.87 | $41.22 |
| 252 | 3 ea | **FLOOR SCRUB BRUSH** <br> Carlisle Model No. 152845  Packed:  12 ea <br> BRUSH SCRUB FLOOR HI-LO-WITHOUT HANDLE | $8.62 | $25.86 |
| 253 | 3 ea | **HANDLE** <br> Carlisle Model No. 155800  Packed:  12 ea <br> HANDLE WITH THREADEDMETAL TIP - 60" | $3.25 | $9.75 |
| 254 | 3 ea | **BRUSH** <br> Winco Model No. BRN-8P  Packed:  12 ea <br> Pot Scrubbing Brush, 8", with nylon bristles, plastic (12 each per inner case, 72 each per master case) | $3.03 | $9.09 |
| 255 | 5 ea | FULLER BRUSH CO. Model No. 112245  Packed:  6 ea <br> SWEEPER ALL SURFACE-SINGLE ROLLER-RUBBER | $37.89 | $189.45 |
| 256 | 2 ea | Not Found Model No. 167690  Packed:  2 ea <br> SAF-T-ICE - SANITARYICE TOTE | $31.64 | $63.28 |
| 257 | 1 ea | **VACUUM CLEANER** <br> Oreck Commercial Model No. OR102  Packed:  ea <br> Commercial Vacuum, upright, 16' cleaning path, ergonomic handle, magnet bar, teflon coated shake-out bag, chrome motor hood, 50 ft | $263.90 | $263.90 |

**Quaker Steak & Lube-League City-Opening Smallwares Quote**

**Quaker Steak & Lube - League City**

Initial: _____

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| Item | Qty | Description | Sell | Sell Total |

cord, 870 watt motor (lifetime warranty on fan)

1 ea  1-year warranty

| 258 | | **FURNITURE:** | | |

| 259 | 8 ea | **BOOSTER CHAIR** | $31.00 | $248.00 |

Cambro Model No. 100BCS519  Packed:  4 ea
Booster Seat, single height, polyethylene, with strap (must order in multiples of 4 each), green

| 260 | 10 ea | **HIGH CHAIR** | $29.67 | $296.70 |

ABC Procurement Model No. 141230  Packed:  ea
HIGH CHAIR WOOD LT.OAK FINISH-KNOCK DOWN

| 261 | 2 ea | **BABY CARRIER STAND** | $72.63 | $145.26 |

Koala Kare Products Model No. 56340  Packed:  ea
INFANT SEAT KRADLE BLUE/WHITE

| 262 | 4 ea | **ASH AND CIGARETTE RECEPTACLE** | $146.93 | $587.72 |

Rubbermaid Model No. 164553  Packed:  ea
SMOKERS STATION CHARCOAL 39"H X 16"DIA

| 263 | 4 dz | **WINE GLASS** | $35.90 | $143.60 |

Libbey Glass Model No. 41964  Packed:  1 dz
VINA WINE 18 1/2 OZ.

| 264 | 72 dz | **STEAK KNIFE** | $7.65 | $550.80 |

Winco Model No. K-85P  Packed:  24 dz
Jumbo Steak Knife, 5" blade, round tip blade, plastic riveted handle

| 265 | 90 dz | **DINNER FORK** | $8.74 | $786.60 |

World Tableware Model No. 21592  Packed:  3 dz

**TriMark SS Kemp**

| | | | | Date |
|---|---|---|---|---|
| | | | | *5/2/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | GENEVA DINNER FORK S/S 18/0 **OPTION 4 FORK | | |
| 266 | 36 dz | **BOUILLON SPOON** World Tableware Model No. 21591  Packed:  3 dz GENEVA BUILLON SPOONS/S 18/0  **OPTION 4 SOUP SPOON | $8.74 | $314.64 |
| 267 | 36 dz | **ICED TEA SPOON** World Tableware Model No. 21673  Packed:  3 dz GENEVA ICED TEA SPOON 18/0 | $8.85 | $318.60 |
| 268 | 90 dz | **DINNER KNIFE** World Tableware Model No. 160 5501  Packed:  1 dz Dinner Knife, serrated blade, solid handle, 18/0 stainless steel, extra heavy weight, Geneva™, Brandware® Collection | $20.30 | $1,827.00 |

| | Total | $27,303.91 |
|---|---|---|

**TriMark SS Kemp**

**Date**

*5/2/2014*

Acceptance: _____    Date: _____

Printed Name: _____

# CAPIZMO
## COMMUNICATIONS

**Service Activation Form**
**Fax: (877) 288-6119**

16634 Sperry Gardens Dr
Houston, TX 77095

Tel: (713) 227-4966
Fax: (877) 288-6119
capizmocommunications.com

| | |
|---|---|
| **Proposal #:** | 4846 |
| **Order Type:** | New Proposal |
| **Date:** | 4/01/2014 |
| **Quote Valid Until:** | 5/01/2014 |
| **Sales Representative:** | Pamela Reeves |
| **Sales Rep. Email:** | pamelar@capizmo.com |
| **Payment Method:** | Credit Card |

| | |
|---|---|
| **Customer Name:** | Quaker Steak and Lube |
| **Customer Since:** | N/A |
| **Contract Start:** | TBD |
| **Contract Maturity:** | TBD |
| **Term of Commitment:** | 0 months from date of Service activation per the Terms of Service |

## Customer Information:

| | Billing Address | Shipping Address |
|---|---|---|
| **Company:** | Quaker Steak and Lube | Quaker Steak and Lube |
| **Contact:** | Michael Sharifi | Michael Sharifi |
| **Street Address:** | 2502 South Gulf Freeway | 2502 South Gulf Freeway |
| **City, State, Zipcode:** | League City, TX 77573 | League City, TX 77573 |
| **Phone:** | | |
| **Fax:** | | |
| **Mobile:** | 713-906-7481 | 713-906-7481 |
| **Email:** | msharifi@thelube.com | msharifi@thelube.com |

## Monthly Recurring Charges (MRC)

| QTY | Item ID | Description | Monthly | Tax | Monthly Ext |
|---|---|---|---|---|---|
| | | None | | | |
| | | | | **MRC Subtotal** | **$0.00** |

## Non Recurring Charges (NRC)

| QTY | Item ID | Description | Price | Tax | Price Ext |
|---|---|---|---|---|---|
| 1 | NEC-SL-DQS-12BTN | NEC SL1100 Digital Quick Start Bundle with 12BTN Consists of (1) 1100010 SL1100 Main KSU (0 x 8 x 4) (1) 1100022 4-Port CO Trunk Daughter Board (1) 1100112 2-Port InMail CompactFlash (6) 1100061 Digital 12-Button Telephone (Black) (1) 808920 Installation Cable (1) 1100066 Designation Sheets for 12-Button Telephones&quot; | $2,398.99 | Yes | $2,398.99 |
| 1 | NEC-SL-CO-EXP-04 | NEC SL1100 4-Port CO Trunk Daughter Board 4-Port CO Trunk Daughter Board IP4WW-4COIDB-B1 | $198.99 | Yes | $198.99 |
| 1 | NEC-DECT-PH | NEC Digital Cordless DECT Telephone Digital Cordless DECT Telephone | $609.00 | Yes | $609.00 |
| 1 | BLUE-BOARD-100PR | Blue Backboard with 2 Brackets for 66-Blocks Blue Backboard with 2 Brackets for 66-Blocks | $25.00 | Yes | $25.00 |
| 1 | 66-BLOCK-50PR | 66-Block 50 Pair Cat 5 66-Block 50 Pair Cat 5 | $12.99 | Yes | $12.99 |
| 1 | MSHRM-MGMT-4SP | Suttle Wire Management Frame with 4 spools Suttle Wire Management Frame with 4 spools | $17.99 | Yes | $17.99 |
| 1 | BB-MM-PRO700LCD | PRO-LCD 700 Uninterruptible Power Supply Minute Man Battery Backup 700 LCD | $249.99 | Yes | $249.99 |
| 1 | CST-DSCT | Preffered Customer Disount $612.95 Discount | $-612.95 | No | $-612.95 |
| | | | | **NRC Subtotal** | **$2,900.00** |

877-288-6119

**CAPIZMO**
c o m m u n i c a t i o n s

**Service Activation Form**
**Fax: (877) 288-6119**

16634 Sperry Gardens Dr
Houston, TX 77095

Tel: (713) 227-4966
Fax: (877) 288-6119
 capizmocommunications.com

| | |
|---|---|
| Proposal #: | 4846 |
| Order Type: | New Proposal |
| Date: | 4/01/2014 |
| Quote Valid Until: | 5/01/2014 |
| Sales Representative: | Pamela Reeves |
| Sales Rep. Email: | pamelar@capizmo.com |
| Payment Method: | Credit Card |

| | |
|---|---|
| Customer Name: | Quaker Steak and Lube |
| Customer Since: | N/A |
| Contract Start: | TBD |
| Contract Maturity: | TBD |
| Term of Commitment: | 0 months from date of Service activation per the Terms of Service |

**Notes:**
Please note that the discount is based on a cash purchase. Capizmo requires a 60% deposit upon approval and the remainder 40% is due upon completion.

Warranty is one-year parts and labor for defects in workmanship, or parts that fail do to normal use. Warranty does not apply to natural disasters, abuse, misuse, war, riots or insurrection. Any electronics parts damaged by lightning are typically covered under the client's insurance.

| Due At Signing | |
|---|---:|
| Monthly Recurring | $0.00 |
| Non-Recurring | $2,900.00 |
| Sales Tax | $239.24 |
| **Total Due at Signing** | **$3,139.24** |

| Summary | |
|---|---:|
| Monthly Recurring | $0.00 |
| Non-Recurring | $2,900.00 |
| Sales Tax | $239.24 |
| USF | $0.00 |
| **Total** | **$3,139.24** |

The undersigned acknowledges that they have received, read, accepted, and agreed to the Capizmo Terms of Service, and ALL Capizmo Terms and Conditions incorporated by this reference.

Signature: *M. Sherif*          Title: *General Manager*

Print Name: *Michael Sharifi*     Date: *04-8-14*

Confidential and Proprietary to Capizmo  This proposal is provided to the Entity(s) and Individual(s) listed above only, and may not be disclosed or forwarded to any other party without the express, written consent of Capizmo



## INVOICE

INVOICE #: 15495–001

Customer Name
Address

QUAKER STEAK & LUBE MIKE MICHAELIS
2502  GULF FWY
LEAGUE CITY, TX 77573-

Terms: Net 60 days

DATE: 04/10/14

AMOUNT

INVOICE DESCRIPTION

TOTAL AMOUNT DUE    $13,738.26

DESIGN NUMBER =
Job Description:

15495–001
16030- 2436452- 2502 GULF FWY (QUAKER STEAK & LUBE

$13,738.26

Customer Required Payment

Ck # 1030
Dt. 04-14-14

COMMENTS:  Prepayment before service

Remit To:

Texas New Mexico Power
Phyllis Celestine
1207 W Parkwood
Friendswood, TX  77546

For questions about this invoice please contact - -
** WILLIAM TEMPLE @ (281) 996-0453 EXT. 7120 **

Please include invoice number with your payment.  Thank you.

RECEIVED
4/14

PRICES MAY VARY IF NOT PAID WITHIN  60  DAYS

MR VINCENT



## INVOICE

INVOICE #:    15495-001

Customer Name    QUAKER STEAK & LUBE MIKE MICHAELIS
Address          2502  GULF FWY
                 LEAGUE CITY, TX 77573-

DATE:  04/10/14                                Terms:  Net 60 days

INVOICE DESCRIPTION                                        AMOUNT

                                TOTAL AMOUNT DUE    $13,738.26

DESIGN NUMBER =   15495-001
Job Description:  16030- 2436452- 2502 GULF FWY (QUAKER STEAK & LUBE

                                                          $13,738.26
                                                     ================
Customer Required Payment

                                               Ck # 1030
                                               Dt: 04-14-14
COMMENTS:  Prepayment before service

Remit To:         Texas New Mexico Power
                  Phyllis Celestine
                  1207 W Parkwood
                  Friendswood, TX  77546

                  For questions about this invoice please contact - -
                  ** WILLIAM TEMPLE @ (281) 996-0453 EXT. 7120  **

                  Please include invoice number with your payment. Thank you.

---

1030

**SALT & PEPPER RESTAURANTS INC**
1215 CELESTE CT
SUGAR LAND, TX 77479                                      85-27-653

                                        DATE  04-14-2014

PAY TO THE
ORDER OF  Texas New Mexico Power          $ 13,738. 26/xx

Thirteen thousand Seven Hundred thirty Eight + 26/xx  DOLLARS

**Trustmark**
National Bank

INV# 15495-001  For Transformer
                @ 2502 S. Gulf Frwy, League City

⑈001030⑈  ⑆065300279⑆  ⑈3000154476⑈

**Vendor Safe Technologies, LLC**

# Invoice

7324 Southwest Frwy Suite 1700
Houston, TX 77074
(713) 929-0200
accounting@vendorsafe.com

| Date | Invoice # |
|------|-----------|
| 5/7/2014 | 92940 |

| Bill To |
|---------|
| Salt and Pepper Restaurants Inc<br>2502 South Gulf Freeway<br>League City, TX 77573 |

| Installation Location |
|-----------------------|
| Quaker Steak & Lube<br>2502 South Gulf Freeway<br>League City, TX 77573 |

| Terms | Rep | Account # |
|-------|-----|-----------|
| CC | PR | SAL-012 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 1 | Shipping and Handling | 20.00 | 20.00T |
| 1 | Titanium Package Implementation Fee | 500.00 | 500.00T |
| 1 | Cisco WAP 200 | 250.00 | 250.00T |
| 1 | Titanium Package - June 2014 Services | 79.95 | 79.95T |
| | (May prorate cannot be calculated until the firewall ships) | | |
| | Customer has requested to make all payments by check.  Once payment is received for this invoice order will be processed. | | |
| | Credit card information will be kept on file and if payment is not received when we process auto payments on approximately the 20th of each month credit card will be filed. | | |
| | Sales Tax | 8.25% | 70.12 |

| | **Total** | $920.07 |
|--|-----------|---------|



## Equipment Contract

# N. Wasserstrom & Sons, Inc.

Contract made this      20th      day of      February      2014, between

| DBA: Quaker Steak & Lube - League City |
| Salt & Pepper Restaurants Inc |
| 1215 Celeste Ct |
| Sugar Land, TX 77479 |

Hereinafter referred to as Purchaser, and N. Wasserstrom & Sons, Inc., an Ohio Corporation, whose principal place of business is located at 2300 Lockbourne Rd., Columbus, OH 43207 hereinafter referred to as "Wasserstrom".

For the restaurant equipment to be delivered to:

| Quaker Steak & Lube |
| 2502 South Gulf Freeway |
| League City, TX 77573 |

**CONTRACT (CHANGE ORDERS TO PURCHASE EQUIPMENT MAY AFFECT TOTAL)**

| Equipment Breakdown (Per Purchase Agreement) | | | |
|---|---|---|---|
| Custom Millwork | $ | | |
| Custom Stainless | $ | 82,502.29 | |
| Direct Ship Items | $ | 129,418.30 | |
| Consolidated Items | $ | 168,325.89 | |
| **Equipment Total** | | | $ 380,246.48 |
| **Delivery & Handling (Per Purchase Agreement)** | | | $ 7,871.00 |
| **Incoming Freight (Per Purchase Agreement)** | | | $ 2,076.98 |
| **Installation (Per Purchase Agreement)** | | | $ 11,864.50 |
| **Estimated Sales Tax** | | | $ 26,524.95 |
| Note: | Sales tax will be charged at the rate applicable in the county and state of shipment | | |
| **Total Contract Price** | | | $ 428,583.91 |

Wasserstrom agrees to furnish the attached listed items of equipment subject to the following conditions:

**TERMS OF SALE**

50% Deposit due with contract
Balance Due 7 days prior to shipment

All prices are based on payment by cash, check or wire.

I have reviewed the attached Purchase Agreement and find it correct
(Check One)                         ✓        as written
                                             per red line corrections (initial corrections and forward copy
                                             of Purchase Agreement with signed contract)

Quote No. ___QUA039___   Revision No. ___2___   Date ___1/29/2014___

I have accepted this contract as signed and further understand that I must include the following to fully execute:

Check as applicable:

Deposit:    (Please note on check " Restaurant, City, State")                    _____    Enclosed
                @$_____ Check No. _____

Credit Application:                                                              _____    Enclosed
                                                                           x                        On File

This contract will not be processed and equipment ordered until all of the above are received and the contract is
approved by Wasserstrom.

**Any final payment due prior to shipment must be received 7 days before the scheduled ship date in order for
installation and transportation to be scheduled.**

Purchasers having established accounts with Wasserstrom must be current and in good credit standing as a condition
precedent for shipment of goods covered under this Agreement.  No merchandise will be shipped until all required
funds are received by Wasserstrom.  Required funds include both payments required under the Terms of Sale of this
Agreement as well as any balances that may be due on Purchasers account related to previous transactions.

No payment by purchaser to Wasserstrom of any lesser amount than that due to Wasserstrom shall be deemed to be
other than a payment on account, and no endorsement or statement on any check or other accompanying any
check or other payment shall be deemed an accord and satisfaction. Wasserstrom may accept any payment without
prejudice to Wasserstrom's right to recover any remaining balance or to pursue any other remedy provided in the
Agreement, in any Security Agreement(s) executed by the parties, or by applicable law.

**SHIPPING DATE**

*PROJECTED DELIVERY DATE TO JOB SITE:*    MARCH 31, 2014
(NOTE: Shipping date from warehouse is 3 - 5 days prior to deliver date)

Wasserstrom will act to place orders on buyout and fabricated equipment promptly upon receipt of signed contract and
deposit check and will endeavor to meet Purchasers requested delivery date.  However, Wasserstrom is not responsible
for any delay in delivery because of casualty, fire, explosion, accidents, strikes, delays in receiving material from
manufacturers, government restrictions, acts of God or any other cause beyond its control.

At any time prior to 5 business days from projected shipping date, the Purchaser may extend the date by up to 20
business days.  At that time the original date becomes firm.  Changes to the ship date requested within 5 days of the
original date becomes firm.  Changes to the ship date requested within 5 days of the projected date will require that any
balance due under contract terms be paid as if delivery had occurred per the original date.  In addition, the Purchaser will
be responsible for any additional costs incurred by Wasserstrom due to the late change notice.  Such costs may include
but not be limited to additional labor charges for unloading/reloading of trailers, demurrage charges for trailer storage, and
rescheduled installation expenses.  The maximum time that the delivery date may be extended  from the original projected
date is 20 days.  Delivery dates extended beyond 20 days or multiple extensions will require that any balance  due under
the contract terms be paid as if the delivery had occurred per the original projected date.  In addition, the Purchaser will
be responsible for any additional warehousing and storage cost incurred by Wasserstrom due to the extended delivery
date.

**CANCELLATION/CHANGE ORDERS**

Wasserstrom will endeavor to make changes to the equipment package as requested by the Purchaser up to *7 business
days* before shipment from factory, however, Purchaser will be responsible for any restocking, freight and change order
charges from vendors, and/or Wasserstrom. Exception: special order of Wasserstrom custom fabrication and/or
purchased manufactured items cannot be canceled or changed once entered in production.

In the event Purchaser wishes to cancel this contract, or any portion thereof, then the costs incurred by Wasserstrom
will be applied against the deposit.  Cancellation Costs include, but is not limited to, costs incurred for fabrication, labor
warehousing, storage fees, restock fees, vendor fees, and any other costs incurred either prior to Purchaser's cancellation
or as a result of Purchaser's cancelation.  In the event that the remaining deposit does not cover Cancelation Costs, than
the customer will owe the balance, and the balance shall be due immediately upon cancelation.  Any portion of the deposit left
over after all Cancelation Costs are applied against it shall be refunded to the customer.  Regardless, no part of this order may
be changed unless agreed to by the manufacturer and Wasserstrom.

**ADDITIONS TO CONTRACT**

Purchaser may add items to this contract and Wasserstrom will endeavor to provide said items on a timely basis.  Items
added within 7 business days of shipment will be treated as a separate order and will be billed separately.  For the purpose
of such orders as well as additional future re-orders Wasserstrom will grant an introductory credit line of $1,500.  Larger
credit lines maybe established by completing Wasserstrom's credit application.  All amounts due for such orders are payable
in accordance with the terms as they appear on the order invoice.

                                                          **Read & Initial**   _____

**RETURNS**

Items which have been fabricated by Wasserstrom or another vendor or have been used may not be returned. Standard stocking items may be returned, subject to restocking charges. All returns must be pre-approved by Wasserstrom and accompanied by a *Return Authorization Number* in order to be received by Wasserstrom. All requests for returns must be made within 14 days of delivery date. *All items approved for return must be shipped back to Wasserstrom in their original packaging and per the instructions that accompany the return authorization number.*

**BUILDING ACCESS AND SECURITY**

It shall be the responsibility of the purchaser to insure that all equipment can be brought through openings of appropriate size to facilitate easy entry to the building. Any re-work or modifications required to the equipment or the building shall be the responsibility of the Purchaser. The Purchaser shall assume full responsibility for the security of the building, upon delivery of the equipment, to guard against theft, vandalism, etc.

**FREIGHT DAMAGE - COMMON CARRIER SHIPMENTS**

Any damage must be noted by the purchaser on the bill of lading. The purchaser shall immediately notify the carrier and Wasserstrom of the damage. Wasserstrom will assist and act on the purchaser's behalf in the filing of any freight claim and collections for damages. Concealed damages not evident at time of delivery must be reported within 48 hours of delivery to both the carrier and to Wasserstrom. Failure to follow these guidelines may void any claim for freight damage and result in additional costs for product replacement not covered under this Agreement.

**CONTRACT CARRIER (VAN-LOAD SHIPMENTS)**

Wasserstrom shall assume responsibility for filing freight claims on Wasserstrom arranged contract carrier vanload shipments.

**INSTALLATION**

Installations consists of: the Uncrating, setting in place and leveling of items supplied by Wasserstrom. Final hook-up and mechanical connections are not included. Trash removal from the jobsite is not included. Normal working hours is 8:00 am to 5:00 pm weekdays, holidays excluded. Overtime hours, if required by the purchaser, will be billed in addition to the quoted amount. **Unless otherwise noted, all installations quotations are based upon non-union labor rates.**

**WARRANTY FABRICATION**

All equipment consists of: the uncrating, setting in place and leveling of items supplied by Wasserstrom. This warranty and related service procedure can be found as an attachment to this contract. Warranty claims must be made per the terms and conditions of both the warranty and the related service procedure.

**WARRANTY BUYOUTS**

Wasserstrom agrees to extend to the purchaser the warranty as provided by the manufacturer and agrees to assist in any disputed warranty dealings with the manufacturer. Wasserstrom will not assume liability for the performance of buyout equipment and shall not be held liable for the repair or replacement of any defective buyout equipment. Wasserstrom agrees to furnish the purchaser with a list of local authorized service agencies through which it will be the Purchaser's responsibility to handle warranty claims. Purchaser agrees not to withhold any funds from Wasserstrom due to non-performance of buyout equipment or buyout warranty claim disputes with manufacturer.

**INVOICES**

This contract will be final invoiced at time of shipment. Any balance due per the contract terms must be received by Wasserstrom prior to shipment. All contract additions will be invoiced separately and payment will be made on a cash in advance basis unless other terms have been prior established. See section on Additional items.

**PRICE PROTECTION**

Stated prices will be held firm for 30 days from contract date provided delivery is within stated delivery time. Read & Initial _____

**TITLE TRANSFER**

All shipments will be made FOB Point of Origin. Wasserstrom shall maintain a security interest in all merchandise covered by this contract until paid in full by the Purchaser. This agreement by execution, shall serve as the Security Agreement between the Purchaser and Wasserstrom.

**INSURANCE**

Purchaser agrees to carry appropriate insurance coverage on items in this contract with duplicate policy presented to the office of N. Wasserstrom & Sons, Inc. if required. Insurance must be effective upon delivery to the jobsite and must insure against all risks.

**INDEMNIFICATION/HOLD HARMLESS**

Purchaser irrevocably covenants, promises and agrees to indemnify Wasserstrom and to hold Wasserstrom harmless from and against any and all losses, claims, expenses, suits, damages, costs, demands or liabilities, joint of several, of whatever kind or nature which it may sustain or to which it may become subject arising out of or relating in any way to the equipment provided or work performed by Wasserstrom, including, without limitation, in each case attorneys' fees, costs and expenses actually incurred in defending against or enforcing any such losses, claims, expenses, suits, damages or liabilities, except where such are event caused by the sole negligence of Wasserstrom.

**FORCE MAJEURE:**

Any delay or failure in the performance by Wasserstrom shall be excused if and to the extent caused by the occurrence of a Force Majeure. For purposes of this Agreement, Force Majeure shall mean a cause or event that is not reasonably foreseeable or otherwise caused by or under the control of the Party claiming Force Majeure, including acts of God, fires, floods, explosions, riots, wars, hurricane, sabotage terrorism, vandalism, accident, restraint of government, governmental acts, injunctions, labor strikes, and other like events that are beyond the reasonable anticipation and control of Wasserstrom, despite Wasserstrom reasonable efforts to prevent, avoid, delay, or mitigate the effect such acts, events or occurrences, and which events or the effects thereof are not attributable to Wasserstrom failure to perform its obligations hereunder.

**TAXES**

All taxes have been excluded from this contract unless shown otherwise. Purchaser is responsible to pay all applicable taxes required by statute. Wasserstrom is bound by statute to collect taxes in company registered states. If applicable Wasserstrom will include same in the invoicing to the purchaser as an addition to this contract.

**LEGAL FEES**

The Purchaser assumes legal liability for all purchases made on their account, including additional orders placed after shipment of the original equipment package. Any collection or legal fees or court costs necessitated by non-payment of funds as agreed shall be the responsibility of the Purchaser. Purchaser shall pay $25 fee for all checks returned by Purchaser's bank. Any account with a past due balance will be charged 1 - 1/2% interest per month (18% per annum). All legal matters will be in the venue and jurisdiction of Franklin County, Columbus, Ohio.

**CONTINGENT LIABILITY**

Wasserstrom is acting as the approved equipment and furnishing supplier and is responsible for supplying the materials and installation only. Wasserstrom assumes no contingent liability. Wasserstrom will be held harmless, and in any balances due shall remain due and payable per terms. Many items are purchased by Wasserstrom expressly for re-sale to the Purchaser. As these items are believed to be new and in proper working order, Wasserstrom is not liable in the event of a malfunction that results in damages to the Purchaser's property (i.e., food spoilage, etc.)

Wasserstrom shall be held harmless for any and all events not under its direct control and any balances due shall remain due and payable per terms.

Read & Initial _____

**PROJECT SPECIFICATION**

BUILDING TYPE _____ (N/A if not applicable)

COLOR SCHEME _____ (N/A if not applicable)

**UTILITY REQUIREMENTS**

Initial all that apply

A. Voltage _____    B. Type of Gas _NATURAL_    C. Special Local Code Requirement

| | | | |
|---|---|---|---|
| 208/60/1 | _____ | Natural | _____ | Yes _____ |
| 208/60/3 | _____ | Propane | _____ | No _____ |
| 240/60/1 | _____ | Other | _____ | * if yes, see below |
| 240/60/3 | _____ | Not. Avail. | _____ | |

Other please specify _____

The drawings listed below are required to ensure that proper equipment is provided, and dimensions and rough-ins are correct. Wasserstrom has been provided the necessary drawings from the following list:

| DRAWING | YES | NO | N/A |
|---|---|---|---|
| Floor Plan | _____ | _____ | _____ |
| Kitchen Elevations | _____ | _____ | _____ |
| Plumbing Rough-In | _____ | _____ | _____ |
| Electrical Rough - In | _____ | _____ | _____ |
| Wall Backing | _____ | _____ | _____ |
| Ventilation Plan | _____ | _____ | _____ |
| Seating Plan | _____ | _____ | _____ |
| Other | _____ | _____ | _____ |

*** *Special code requirements*
_____ **(Note: acquiring required permits and advising Wasserstrom of local code requirements, is the responsibility of the purchaser).**

**LOCAL AUTHORITIES**

Any changes or variations to equipment listed, which are required by local health department or other governing authorities, shall be the responsibility of the Purchaser and any additional charges considered additions to this contract.  If required, any charges for testing by independent laboratories shall be the responsibility of the Purchaser.

Shop drawings of custom fabricated equipment and cut sheets of all buyout equipment will be provided upon request by Wasserstrom to allow purchaser to submit to authorities such as Health, Building and Fire departments.  Wasserstrom assumes no liability for non-compliance of any items of its manufacture which carry the ETL label.

**BUILDING CONDITIONS**

Purchaser is responsible for the readiness of the building for installation of equipment and furnishings.  Readiness of building means, minimally, that 1) windows are in, 2) building is secured, 3) floor tile down, grouted and acid cleaned. 4) carpeting is, 5) curbs built, 6) electrical outlets in place, 7) plumbing and electrical is roughed in, 8) wall painting and tiling complete and 9) ceiling in place and finished.

In the event Wasserstrom ships the equipment and furnishings per the purchasers request and the building is, in fact, not ready for installation, Purchaser is responsible for any extra costs incurred by Wasserstrom which includes the return round trip costs of the Installation Supervisor and support personal, truck demurrage, etc.

Read & Initial _AL_ _____

**MISCELLANEOUS**

This agreement sets forth the entire understanding between the parties hereto, and fully supersedes any and all prior or contemporaneous agreements and understandings between the parties relating to the subject matter hereof.  This agreement shall in all respects be interpreted, enforced, and governed by and under the laws of the State of Ohio.  If any provision of this agreement is held to be invalid or unenforceable, the remainder of the agreement shall not be affected, and such provisions shall be deemed modified to the extent necessary to permit its enforcement.  Wasserstrom's failure to enforce any provision of this agreement does not constitute a waiver of such provision by Wasserstrom.

The person(s) executing this Agreement, specifically, represents that he/she/they have the authority to execute this Agreement on behalf of the Purchaser and further that you agree to all terms and conditions contained herein.

PURCHASER

COMPANY NAME:

Salt & Pepper Restaurants Inc

ADDRESS:

1215 Celeste Ct

Sugar Land, TX 77479

ACCEPTED BY:

DATE:

02-20-2014

N. WASSERSTROM & SONS, INC.
2300 LOCKBOURNE ROAD
COLUMBUS, OH 43207

ACCEPTED BY:

## ATTACHMENT TO CONTRACT
Wasserstrom Fabrication Warranty

We warrant to the Person, Firm, Association or Corporation to whom the equipment referred to herein is sold; that all equipment manufactured by Wasserstrom is free from defects in material or factory workmanship. Our obligation under this Warranty shall cover repair or replacement, at our option, F.O.B. our factories, any part of said equipment which becomes defective within 12 months from the date of shipment, and which our examination shall disclose to be defective. This Warranty covers standard labor and parts charges for replacement or repair of defective equipment for one year from the date of the original installation or 12 months from the date of shipment, whichever occurs first, except as noted below.  This Warranty does not apply to equipment that has been subject to accident, alteration, abuse, misuse, or improper installation.  This Warranty includes no contingent liabilities whatsoever.  This Warranty is in lieu of all other Warranties, expressed or implied, and of all other obligations or liabilities on part of our Company. We neither assume, nor authorize any other person to assume for us , any other obligation of liability in connection with the sale of our equipment.  This Warranty is not transferable.

REFRIGERATION:

The above stated Warranty applies to all refrigerated products manufactured by Wasserstrom and in addition, the sealed compressor motor only is warranted from a period of five years from date of shipment. First year Warranty will cover full reimbursement of refrigeration parts and labor for 12 months from date of shipment, except as noted below.  The additional four years of warranty is for compressor motor parts only.  It shall be Wasserstrom's discretion whether the replacement compressor motor can be obtained through Wasserstrom factory or from an authorized wholesaler for the compressor motor.  Warranty does not apply to loss of food or contents of equipment due to failure for any reason.

EXCLUSIONS:

This Warranty excludes any equipment failure that is caused by lack of maintenance, tampering, or changes made to the equipment. Examples include but are not limited to dirty condensers, plugged drain lines, tampering with or water damage to digital temperature controls, changing factory presets temperature control adjustment, circuit breakers tripped or turned off, power switch turned off, power cord unplugged or disconnected, improper power supply or broken thermometer. This Warranty also excludes coverage for items that are not manufactured by Wasserstrom but are built into its equipment. Examples of such items include but are not limited to: Hot or cold food wells or pans, drawer warmers, heat lamps, griddles and other items which are not manufactured by Wasserstrom but are built into its equipment. The individual manufacturers provide the warranty for these items and those manufacturers set the lengths and terms of the warranties. This Warranty excludes coverage for equipment situated outside The United States.

TO OBTAIN WARRANTY SERVICE ON WASSERSTROM MANUFACTURED EQUIPMENT:

Call Wasserstrom Warranty Department at 800-444-4697 ext. 8804 from 8 to 5 Eastern Standard Time. After hours you may also call your local service company. However, Wasserstrom's Warranty Department, prior to any work being performed, must approve any charges from a local service company exceeding $150.00. Note: Wasserstrom warranty only covers work done on non-holiday straight time, it does not cover any extra charges for overtime labor.

# wasserstrom
## N. Wasserstrom & Sons

# Quote

**Date**

*1/29/2014*

**To:**
Salt & Pepper Restaurants
Amin Lakhani
(832) 788-6551 (Cell)
read786@hotmail.com

**Project:**
Quaker Steak & Lube - League City
TBD
League City TX

**From:**
N. Wasserstrom & Sons Group
Rebecca Johnson
2300 Lockbourne Road
Columbus OH 43207
614-737-8908

Job Reference Number: QUA039

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 001.0 | 1 ea | **WALK-IN COOLER / FREEZER COMBO** | $50,172.60 | $50,172.60 |
| | | Kolpak Model No. WICF 195408A | | |
| | | -- Kolpak Outdoor Walk-in: | | |
| | | Overall Dimensions:  60'-5.5" x 8'-8.5" x 8'-6.25" | | |
| | | Exterior Finishes:  FRONT: 26 GA Embossed Galvalume | | |
| | | BACK: 26 GA Embossed Galvanized Pre-Painted White | | |
| | | LEFT: 12" - 26 GA Embossed Galvanized Pre-Painted White \ 92.5" - 26 GA Embossed Galvalume | | |
| | | RIGHT: 92.5" - 26 GA Embossed Galvanized Pre-Painted White \ 12" -26 GA Embossed Galvalume | | |
| | | TOP CEILING: 26 GA Embossed Galvalume | | |
| | | | | |
| | | -- Compartments: | | |
| | | WING COOLER 1 (34° F) | | |
| | | Dimensions: 11'-2" x 8'-8.5" x 8'-6.25"; 4" Walls, 4" Ceilings, 4" Floor Application | | |
| | | Floor Application:  4" (high) Metal Screed | | |
| | | Interior Wall Finish:  Embossed Aluminum (Standard) | | |
| | | Interior Ceiling Finish Embossed Aluminum Pre-Painted White | | |
| | | Standard Door: 4 x 36 x 78 RH Walk-In door located Center Standard on Right Wall. | | |
| | | Recessed 0" with 0" Leveling Sand and 0.625" Tile & Grout. | | |
| | | Frame = 26 GA Embossed Galvalume / Embossed Aluminum (Standard) | | |
| | | Plug = 26 GA Embossed Galvalume / Embossed Aluminum (Standard) | | |
| | | | | |
| | | FOOD COOLER 2 (34° F) | | |
| | | Dimensions: 21'-1" x 8'-8.5" x 8'-6.25"; 4" Walls, 4" Ceilings, 4" Floor Application | | |
| | | Floor Application:  4" (high) Metal Screed | | |
| | | Interior Wall Finish:  26 GA Embossed Galvalume | | |
| | | Interior Ceiling Finish 26 GA Embossed Galvanized Pre-Painted White | | |

**Initial: _____**

Quaker Steak & Lube - League City          Salt & Pepper Restaurants          Page 1 of 41

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

Standard Door: 4 x 36 x 78 RH Walk-In door located 46" from Left on Front Wall.
Recessed 0" with 0" Leveling Sand and 0.625" Tile & Grout.
Frame = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume
Plug = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume

FREEZER 3 ( -10° F)
Dimensions: 11'-6" x 8'-8.5" x 8'-6.25"; 4" Walls, 4" Ceilings, 4" Floor Application
Floor Application:  4" (high) Metal Screed
Interior Wall Finish:  26 GA Embossed Galvalume
Interior Ceiling Finish 26 GA Embossed Galvanized Pre-Painted White
Standard Door: 4 x 36 x 78 LH Walk-In door located Center Standard on Left Wall.
Recessed 0" with 0" Leveling Sand and 0.625" Tile & Grout.
Frame = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume
Plug = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume
BEVERAGE COOLER 4 (34° F)
Dimensions:  16'-8.5" x 8'-8.5" x 8'-6.25"; 4" Walls, 4" Ceilings, 4" Floor Application
Floor Application:  4" (high) Metal Screed
Interior Wall Finish:  26 GA Embossed Galvalume
Interior Ceiling Finish 26 GA Embossed Galvanized Pre-Painted White
Standard Door: 4 x 36 x 78 RH Walk-In door located 46.5" from Right on Right Wall.
Recessed 0" with 0" Leveling Sand and 0.625" Tile & Grout.
Frame = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume
Plug = 26 GA Embossed Galvalume / 26 GA Embossed Galvalume

-- Compartment Accessories:
(21) .032 Stucco Aluminum-White 1.25 x 4.25 x 96L Base Cove
(20) Model 1806 LED Vapor Proof w/ Tube

-- Door, Reach-In & Buck Opening Accessories:
(4) Kickplate – 36" High Ext. Plug, .063 Dia. Tread
(4) Kickplate – 36" High Int. Plug, .063 Dia. Tread
(4) Adjustable Sweep
(3) Viewport, 14x14 Cooler (heated frame)
(4) Delete Door Section Light
(1) Viewport, 14x14 Freezer (heated frame and glass)

-- WalkIn Accessories:
(1) Roof Cap - Sloped Membrane Flashed (slope 1/8" per ft)

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|

(4) 26 Ga. Galvalume White 3 x 3 x 96L Angle Trim
(25) Tie Down Angle - 1-1/2" x 1-1/2" x 96" (Int Wall to CL incl Partitions)
(10) Top exterior tie down angle to attach box to building
(1) Lot Tapcon Fasteners and Racking Clips
(1) Locks Every 11.5 Inches

-- Refrigeration:
WING COOLER 1 - PR99MOP208/230-60-3
KOLPAK MODEL PR99MOP208/230-60-3, 1HP, Medium Temp,
Pre-Assembled Remote, Air Cooled,
Hermetic, Outdoor OP, Refrigerant R404A, Warranty Included
Voltage:  Condensing Unit 208/230-60-3, Evaporator (115/ 1)
Amps:  Condensing Unit 7.5, Evaporator 4.2
Accessories: (1) Fused Disconnect
(1) UNIT TO BE PC SYSTEM
(1) Medium Temp Time Clock - 115V (PCL and PR)

FOOD COOLER 2 - PR199MOP208/230-60-3
KOLPAK MODEL PR199MOP208/230-60-3, 2HP, Medium Temp,
Pre-Assembled Remote, Air Cooled,
Hermetic, Outdoor OP, Refrigerant R404A, Warranty Included
Voltage:  Condensing Unit 208/230-60-3, Evaporator (115/ 1)
Amps:  Condensing Unit 9.4, Evaporator 6.3
Accessories: (1) Fused Disconnect
(1) UNIT TO BE PC SYSTEM
(1) Medium Temp Time Clock - 115V (PCL and PR)

FREEZER 3 - PR299LOP208/230-60-3
KOLPAK MODEL PR299LOP208/230-60-3, 3HP, Low Temp,
Pre-Assembled Remote, Air Cooled,
Hermetic, Outdoor OP, Refrigerant R404A, Warranty Included
Voltage:  Condensing Unit 208/230-60-3, Evaporator (208/ 1)
Amps:  Condensing Unit 14.3, Evaporator 13
Accessories: (1) UNIT TO BE PC SYSTEM

BEVERAGE COOLER 4 - PR199MOP208/230-60-3
KOLPAK MODEL PR199MOP208/230-60-3, 2HP, Medium Temp,
Pre-Assembled Remote, Air Cooled,
Hermetic, Outdoor OP, Refrigerant R404A, Warranty Included
Voltage:  Condensing Unit 208/230-60-3, Evaporator(115 / 1)
Amps:  Condensing Unit 9.4, Evaporator 6.3
Accessories: (1) Fused Disconnect

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | (1) Medium Temp Time Clock - 115V (PCL and PR) | | |
| | | *Center Mount Evaporator Coils - No Anthony Door* | | |
| 2-12 | 1 ea | **WALK-IN COMPONENTS** | | <Included> |
| | | Kolpak Model No. CUSTOM | | |
| | | All Walk-In Cooler & Freezer Components included in Item # 1 | | |
| 013.0 | 4 ea | **COOLER DUNNAGE RACKS** | $86.32 | $345.28 |
| | | Quadra-Tech Model No. DUN241260 | | |
| | | 24"x12"x60" High Aluminum Dunnage Rack | | |
| 013.1 | 1 ea | **COOLER DUNNAGE RACKS** | $75.26 | $75.26 |
| | | Quadra-Tech Model No. DUN241242 | | |
| | | 24"x12"x42" High Aluminum Dunnage Rack | | |
| 014.0 | 16 ea | **COOLER SHELVING** | $26.86 | $429.76 |
| | | Focus Foodservice Model No. FF2460G | | |
| | | Shelf, Wire, 24"W x 60"L, green epoxy coated finish | | |
| 014.1 | 4 ea | **COOLER SHELVING** | $26.86 | $107.44 |
| | | Focus Foodservice Model No. FF2454G | | |
| | | Shelf, Wire, 24"W x 54"L, green epoxy coated finish | | |
| 014.2 | 8 ea | **COOLER SHELVING** | $22.65 | $181.20 |
| | | Focus Foodservice Model No. FF2448G | | |
| | | Shelf, Wire, 24"W x 48"L, green epoxy coated finish | | |
| 014.3 | 28 ea | **COOLER SHELVING POST** | $5.86 | $164.08 |
| | | Focus Foodservice Model No. FG074G | | |
| | | Post, 74"H, stationary, green epoxy coated with SaniGard™ | | |
| 015.0 | 2 ea | **BUN PAN RACK** | $324.00 | $648.00 |
| | | New Age Model No. 6330 | | |
| | | Pan Rack, full height, open sides, with angle guides on 2" centers, | | |
| | | capacity 30 - 18" x 26" sheet pans, all welded tubular aluminum frame, | | |
| | | end loading, 5" stem type swivel casters, NSF | | |
| | 2 ea | 1 year limited warranty against workmanship defects, std. | | |

**N. Wasserstrom & Sons Group**

| | | | Date |
|---|---|---|---|
| | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 016.0 | 5 ea | **FREEZER DUNNAGE RACK**<br>Quadra-Tech Model No. DUN241242<br>24X12X42 Aluminum Dunnage Rack | $75.26 | $376.30 |
| 016.1 | 2 ea | **FREEZER DUNNAGE RACK**<br>Quadra-Tech Model No. DUN241248<br>24X12X48 HIGH ALUMINUM DUNNAGE RACK | $75.26 | $150.52 |
| 017.0 | 1 ea | **BEER COOLER DUNNAGE RACK**<br>Quadra-Tech Model No. DUN241260<br>24x60x12 Aluminum Dunnage Rack | $86.32 | $86.32 |
| 018.0 | 5 ea | **BEER COOLER SHELVING**<br>Focus Foodservice Model No. FF2460G<br>Shelf, Wire, 24"W x 60"L, green epoxy coated finish | $26.86 | $134.30 |
| 018.1 | 4 ea | **BEER COOLER SHELVING**<br>Focus Foodservice Model No. FF2436G<br>Shelf, Wire, 24"W x 36"L, green epoxy coated finish | $18.57 | $74.28 |
| 018.2 | 5 ea | **BEER COOLER SHELVING C-CHANNEL**<br>Focus Foodservice Model No. FFSF2460GN<br>Frame, 3 sided, 24" x 60", tubular, green epoxy coated | $32.92 | $164.60 |
| 018.3 | 24 ea | **BEER COOLER SHELVING POST**<br>Focus Foodservice Model No. FG074G<br>Post, 74"H, stationary, green epoxy coated with SaniGard™ | $5.86 | $140.64 |
| 019.0 | 32 ea | **KEG DOLLY**<br>Devault Enterprises Model No. ICD3000<br>Keg Dolly, polyethylene base, (5) steel casters with rubber wheels,<br>16.25" x 4" | $28.37 | $907.84 |
| 020.0 | 32 ea | **KEG SPACER**<br>Devault Enterprises Model No. ICD1000<br>Keg Spacer, polyethylene base, 16.25" x 4"  Fits all tri-tap barrels.<br>Allows you to tap into top and bottom kegs simultaneously. | $19.95 | $638.40 |

Initial: _____

**Quaker Steak & Lube - League City**          **Salt & Pepper Restaurants**

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 021.0 | 2 ea | **AIR CURTAIN** | | |
| | | BY OTHERS Model No. ASR1048B | | |
| 023.0 | 1 ea | **HEAVY DUTY WORK TABLE** | $673.24 | $673.24 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Work Table, Heavy Duty Series, 48"W x 30"D, 14 gauge 300 series | | |
| | | stainless steel flat top, open base with 16 gauge 300 series s/s | | |
| | | undershelf, legs and 6" back and right side splashes with 2" returns, | | |
| | | NSF. | | |
| 024.0 | 1 ea | **OVERSHELF, WALL-MOUNTED** | $176.99 | $176.99 |
| | | Amtekco Model No. SHS10F11248 | | |
| | | Wall Shelf, Standard  series, 48"W x 12"D, 14 gauge 300 series | | |
| | | stainless steel, (2) 16 GA. 300 Series Stainless cantilevered brackets, | | |
| | | NSF | | |
| 025.0 | 1 ea | **SHELVING, WIRE** | $20.76 | $20.76 |
| | | Focus Foodservice Model No. FF2442C | | |
| | | Shelf, Wire, 24"W x 42"L, chromate finish | | |
| 025.1 | 2 ea | **WALL BRACKET** | $9.79 | $19.58 |
| | | Focus Foodservice Model No. FWB24SCH | | |
| | | Direct Mount Wall Brackets, 24"L, single, all welded construction, | | |
| | | chromate finish | | |
| 026.0 | 12 ea | **P.O.S.** | | |
| | | BY OTHERS | | |
| 027.0 | 10 ea | **SHELVING, WIRE** | $21.78 | $217.80 |
| | | Focus Foodservice Model No. FF1860G | | |
| | | Shelf, Wire, 18"W x 60"L, green epoxy coated finish | | |
| 027.1 | 8 ea | **POST** | $6.84 | $54.72 |
| | | Focus Foodservice Model No. FG086G | | |
| | | Post, 86"H, stationary, green epoxy coated with SaniGard™ | | |
| 028.0 | 1 ea | **REFRIGERATED DISPLAY CASE** | | |
| | | BY OTHERS | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 029.0 | 1 ea | **PROOFER HOLDING CABINET, MOBILE** | $3,811.00 | $3,811.00 |
| | | Winston Industries Model No. HL4522AL | | |
| | | CVap® Holding Cabinet, full size, 22 cu. ft., electric differential control, fan, 14 adjustable rack supports, field reversible door hinges, magnetic door handle, water fill operated manually, full-perimeter insulated, load limit 65 lbs (29.25 kg) per rack, includes: (2) locking & non-locking heavy duty non-marking casters, stainless steel interior, aluminum exterior, supplied with 84" power cord and plug, UL, cUL, UL Sanitation, NSF, ENERGY STAR® | | |
| | 1 ea | One year limited warranty is standard (excluding gaskets, lamps, hoses, power cords, glass panels & evaporators) - See ZAP warranty agreement for full disclosure | | |
| | 1 ea | 120v/60/1, 1730 watts, 14.5 amps, 15 MCA, (US) NEMA 5-15P | | |
| | 1 ea | Front door: Left-hand (door hinges on left when facing cabinet) | | |
| | 1 ea | H3 3" swivel casters (2) with brakes | | |
| 033.0 | 4 ea | **HAND SINK** | $186.30 | $745.20 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Hand Sink - 15-1/4" x 17-1/16" Wall Mounted with goose neck faucet and twist level handles.  Constructed of 20ga Stainless Steel, NSF. | | |
| 034.0 | 1 ea | **THREE COMP SINK** | $1,889.95 | $1,889.95 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Three Comp Sink - 108" x 30" x 34"h - With three 18"x24" sinks each 14" deep, 9" backsplash and 27" left and right drainboards. Constructed of 14ga stainless steel and includes one 12" swing spout faucets and three twist lever wastes. NSF. | | |
| 035.0 | 1 ea | **OVERSHELF, WALL-MOUNTED** | $259.21 | $259.21 |
| | | Amtekco Model No. SHS10F112108 | | |
| | | 12X108 , 16/300 S/S | | |
| 036.0 | 1 ea | **POT RACK** | $304.00 | $304.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Pot Rack - 72" x 15" Double Bar Pot Rack Constructed of 14ga Stainless Steel with 16 s/s pot hooks, NSF. | | |
| 037.0 | 1 ea | **CLEAN DISHTABLE** | $4,707.00 | $4,707.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Clean Dishtable - Clean Dishtable: 102" at 30" wide; 36" working height.  Constructed of 16ga stainless steel, NSF. | | |

Initial: _____

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 038.0 | 1 ea | **SLANT RACK SHELF** | $390.00 | $390.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Slant Rack Shelf - 72" x 61" Constructed of 14 ga | | |
| | | fully welded stainless steel, NSF. | | |
| 039.0 | 1 lt | **DISH DOLLIES** | | |
| | | BY OTHERS | | |
| 040.0 | 1 ea | **BOOSTER HEATER** | | |
| | | BY OTHERS Model No. E-TEMP | | |
| 041.0 | 1 ea | **CONVEYOR DISHMACHINE** | | |
| | | BY OTHERS Model No. EST-44 | | |
| 042.0 | 2 ea | **VENT RISERS** | $389.00 | $778.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Vent Risers - 4" x 16" x 56"h - Constructed of 18ga | | |
| | | stainless steel with collar trim at the ceiling, NSF. | | |
| 043.0 | 1 ea | **SOILED DISHTABLE** | $4,707.00 | $4,707.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Soiled Dishtable - L shaped Soiled Dishtable: 101" | | |
| | | at 48" wide by 80" at 30" wide, 36" working height.  Includes | | |
| | | Pre-Rinse, Faucet, Soak Sink and Scrap Baskets, Double Rack Overshelf, | | |
| | | and Twist Lever Drains.  Constructed of 16ga stainless steel, NSF. | | |
| 044.0 | 1 ea | **DOUBLE RACK OVERSHELF** | | |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Included in Item #43 - Soiled Dishtable | | |
| 045.0 | 10 ea | **SHELVING, WIRE** | $20.17 | $201.70 |
| | | Focus Foodservice Model No. FF1854C | | |
| | | Shelf, Wire, 18"W x 54"L, chromate finish | | |
| 045.1 | 8 ea | **POST** | $7.59 | $60.72 |
| | | Focus Foodservice Model No. FG086C | | |
| | | Post, 86"H, stationary, chromate finish | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 049.1 | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $157.25 | $157.25 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast™ QD, 2 SwivelMAX™, 1 full port valve, coiled restraining cable with hardware, limited lifetime warranty | | |
| 049.0* | 1 ea | **CONVECTION OVEN, GAS** | $5,452.63 | $5,452.63 |
| | | Blodgett Oven Model No. SHOGDOUBLE | | |
| | | Convection Oven, Gas, double deck, full size capacity (10) 18" x 26" pans, s/s doors, dual pane thermal glass window on left/solid right hand door, (10) s/s racks and (22) rack positions, chrome plated door handle, manual controls, cooling fan, stainless steel construction, 6" stainless steel legs, 100,000 BTU, 1/3 hp blower, cETL, NSF, Energy Star® | | |
| | 1 ea | (1) One year parts and labor warranty, standard | | |
| | 1 ea | (2) 115v/60/1-ph, 6.0 amps, cord & plug, 1/3 hp, standard | | |
| | 1 ea | Venting to be determined | | |
| | 1 ea | CAST CASTERS 4-1/4" | | |
| | 1 ea | Natural gas | | |
| | 1 ea | Gas manifold | $77.89 | $77.89 |
| | | ITEM TOTAL: | | **$5,530.52** |
| 050.0* | 1 ea | **HOTPLATE, COUNTER UNIT, GAS** | $847.89 | $847.89 |
| | | Vulcan Model No. VHP212 | | |
| | | Achiever Hotplate, gas, 12"W, 60,000 BTU, (2) 30,000 BTU open burners, with lift-off burner heads and standing pilots, cast iron grates, manual gas valve controls, stainless steel front, sides & backsplash, aluminized pull out crumb tray, 4" adjustable legs, CSA, NSF | | |
| | 1 ea | 1 year limited parts & labor warranty, standard | | |
| | 1 ea | LEGS-GRD6 6" ADJUSTABLE LEGS | | |
| | 1 ea | Natural gas, specify elevation if over 2,000 ft. | | |
| 050.1 | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $157.25 | $157.25 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast™ QD, 2 SwivelMAX™, 1 full port valve, coiled restraining cable with hardware, limited lifetime warranty | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 051.0 | 1 ea | **WORKTABLE** | $385.00 | $385.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Work Table, Standard Series, 16"W x 33"D, 14 gauge 300 series | | |
| | | stainless steel flat top, open base with s/s undershelf, (4) legs & bullet | | |
| | | feet, NSF | | |
| 052.0 | 1 ea | **CAPTIVEAIR** | $35,600.74 | $35,600.74 |

Captive-Aire Model No. CUSTOM
Hood #1 - H1-L
3650BD-2-PSP-F - 13ft 8" Long Low Proximity Sloped Backshelf Hood
with Quarter End Panels (shipped loose), w/ Perforated Supply Plenum
and a Built-In 3" Back Standoff.
- 430 SS Where Exposed
(10 ea) - FILTER - 16" tall x 16" wide Kleen-Gard Stainless Steel Baffle
Filter with Handles and Bottom Hanging Hook, UL Classified
(4 ea) - Incandescent Light Fixture-High Temp Assembly, Includes Clear
Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
(3 ea) - Extra Fixtures- Incandescent Light Fixture-High Temp Assembly,
Includes Clear Thermal and Shock Resistant Globe (L55 Fixture)
(2 ea) - EXHAUST RISER - Factory installed 10" X 14"
(3 ea) - SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers
(2 ea) - 1/2 Pint Grease Cup New Style, Flanged Slotted
- FIELD WRAPPER 24.00" High Front, Left
- BACKSPLASH 122.00" High X 600.00" Long 304 SS (Includes End Caps
& Divider Bars)
- RIGHT QUARTER END PANEL 26" Top Width, 0" Bottom Width, 26"
High 430 SS
- LEFT QUARTER END PANEL 26" Top Width, 0" Bottom Width, 26"
High 430 SS
- STRUCTURAL FRONT PANEL

Hood #2 - H2-C
5424ND-2-PSP-F - 5ft 10" Long Exhaust-Only Wall Canopy Hood with
Front Perforated Supply Plenum with Built-in 3" Back Standoff
- 430 SS Where Exposed
-(4 ea)  FILTER - 16" tall x 16" wide Kleen-Gard Stainless Steel Baffle
Filter with Handles and Bottom Hanging Hook, UL Classified
(2 ea) - Incandescent Light Fixture-High Temp Assembly, Includes Clear
Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
- Extra Fixtures- Incandescent Light Fixture-High Temp Assembly,
Includes Clear Thermal and Shock Resistant Globe (L55 Fixture)
- EXHAUST RISER - Factory installed 9" X 9"
- SUPPLY RISER - 8"x 36" Supply Riser with Volume Dampers
(2 ea) - 1/2 Pint Grease Cup New Style, Flanged Slotted

Initial: _____

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

- FIELD WRAPPER 4.00" High Front, Left, Right

Hood #3 - H3-R
3650BD-2-PSP-F - 13ft 0" Long Low Proximity Sloped Backshelf Hood
with Quarter End Panels (shipped loose), w/ Perforated Supply Plenum
and a Built-In 3" Back Standoff.
- 430 SS Where Exposed
(9 ea) - FILTER - 16" tall x 16" wide Kleen-Gard Stainless Steel Baffle
Filter with Handles and Bottom Hanging Hook, UL Classified
(4 ea) - Incandescent Light Fixture-High Temp Assembly, Includes Clear
Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
(3 ea) - Extra Fixtures- Incandescent Light Fixture-High Temp Assembly,
Includes Clear Thermal and Shock Resistant Globe (L55 Fixture)
(2 ea) - EXHAUST RISER - Factory installed 10" X 14"
(3 ea) - SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers
(2 ea) - 1/2 Pint Grease Cup New Style, Flanged Slotted
- FIELD WRAPPER 24.00" High Front, Right
- RIGHT QUARTER END PANEL 26" Top Width, 0" Bottom Width, 26"
High 430 SS
- LEFT QUARTER END PANEL 26" Top Width, 0" Bottom Width, 26"
High 430 SS
- STRUCTURAL FRONT PANEL

Hood #4 - H-4
5424ND-2-PSP-F - 5ft 10" Long Exhaust-Only Wall Canopy Hood with
Front Perforated Supply Plenum with Built-in 3" Back Standoff
- 430 SS Where Exposed
- Fire Cabinet on the Right Side (Additional charges may apply for
cabinet if not sold with fire system)
(4 ea) - FILTER - 16" tall x 16" wide Kleen-Gard Stainless Steel Baffle
Filter with Handles and Bottom Hanging Hook, UL Classified
(2 ea) - Incandescent Light Fixture-High Temp Assembly, Includes Clear
Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
- Extra Fixtures- Incandescent Light Fixture-High Temp Assembly,
Includes Clear Thermal and Shock Resistant Globe (L55 Fixture)
- EXHAUST RISER - Factory installed 10" X 9"
(2 ea) - SUPPLY RISER - 8"x 24" Supply Riser with Volume Dampers
(2 ea) - 1/2 Pint Grease Cup New Style, Flanged Slotted
- FIELD WRAPPER 6.00" High Front, Left, Right
- BACKSPLASH 122.00" High X 118.00" Long 304 SS (Includes End Caps
& Divider Bars)
- RIGHT QUARTER END PANEL 23" Top Width, 0" Bottom Width, 23"
High 430 SS

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|

- LEFT QUARTER END PANEL 23" Top Width, 0" Bottom Width, 23" High 430 SS
- Electrical Package Installation in Utility Cabinet by Plant.

Fire System #1
ANSUL-3.0/3.0/3.0/1.5 Ansul 10.5 gallon Wall Mounted Fire System (includes pre-piped hood(s) with detection).
Includes piping for hoods: 1, 2, 3.
- MGVA2-1/2 GAS VALVE - 2-1/2" Mechanical Shutoff Valve (Ansul) (29-25937)

Fire System #2
ANSUL-1.5 Ansul 1.5 gallon Fire System in Utility Cabinet (includes pre-piped hood(s) with detection, tank(s), release mechanism, microswitches and pull station).
Includes piping for hood: 4.
- MGVA1-1/4 GAS VALVE - 1-1/4" Mechanical Shutoff Valve (Ansul) (26-55604)

Fan #1 NCA16HPFA - Exhaust Fan (H1)
NCA18HPFA High Pressure Belt Drive Centrifugal Upblast Exhaust Fan with 20.75" wheel
Exhaust Fan handles 3010 CFM @ -1.250" wc ESP, Fan runs at 1175 RPM.
Exhaust Motor: 2.000 HP, 3 Phase 208 V, 60Hz, 6.2 FLA, ODP (Open Drip Proof)
- Grease Cup for kitchen-duty centrifugal exhaust fans, Box Dimensions 15-3/4 L X 5-1/16 W X 3-3/4 H (18 GA.) (Includes Down Spout)
- Extra Set of V-Belts. Only to be ordered as fan option at time fan is ordered.

Fan #2 NCA8FA - Exhaust Fan (H2-C)
NCA8FA Belt Drive Centrifugal Upblast Exhaust Fan with 11.75" wheel
Exhaust Fan handles 875 CFM @ -1.250" wc ESP, Fan runs at 1747 RPM.
Exhaust Motor: 0.500 HP, 3 Phase 208 V, 60Hz, 1.8 FLA, ODP (Open Drip Proof)
- Grease Cup for kitchen-duty centrifugal exhaust fans, Box Dimensions 15-3/4 L X 5-1/16 W X 3-3/4 H (18 GA.) (Includes Down Spout)
- Extra Set of V-Belts. Only to be ordered as fan option at time fan is ordered.

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|

Fan #3 NCA16HPFA - Exhaust Fan (H3)
NCA18HPFA High Pressure Belt Drive Centrifugal Upblast Exhaust Fan with 20.75" wheel
Exhaust Fan handles 3010 CFM @ -1.250" wc ESP, Fan runs at 1175 RPM.
Exhaust Motor: 2.000 HP, 3 Phase 208 V, 60Hz, 6.2 FLA, ODP (Open Drip Proof)
- Grease Cup for kitchen-duty centrifugal exhaust fans, Box Dimensions 15-3/4 L X 5-1/16 W X 3-3/4 H (18 GA.) (Includes Down Spout)
- Extra Set of V-Belts. Only to be ordered as fan option at time fan is ordered.

Fan #4 NCA14HPFA - Exhaust Fan (H4)
NCA14HPFA High Pressure Belt Drive Centrifugal Upblast Exhaust Fan with 15.75" wheel
Exhaust Fan handles 1000 CFM @ -1.250" wc ESP, Fan runs at 1346 RPM.
Exhaust Motor: 0.750 HP, 3 Phase 208 V, 60Hz, 2.7 FLA, ODP (Open Drip Proof)
- Grease Cup for kitchen-duty centrifugal exhaust fans, Box Dimensions 15-3/4 L X 5-1/16 W X 3-3/4 H (18 GA.) (Includes Down Spout)
- Extra Set of V-Belts. Only to be ordered as fan option at time fan is ordered.

Fan #5 A3-D.750-G18 - Heater
A3-D.750-G18 Direct Gas Fired Heated Make Up Air Unit with 18" Blower and 18" Burner.
Supply Fan handles 5900 CFM @ 0.500" wc ESP, Fan runs at 735 RPM.
Heater supplies 566400 BTUs. 100°F Temperature Rise. [Fuel: Natural Gas]
Supply Motor: 5.000 HP, 3 Phase 208 V, 60Hz, 15.0 FLA, ODP, Premium (E-Plus3) Eff.
Down Discharge - Air Flow Right -> Left
- Sloped Filtered Intake for Size #3 Modular Heater. 37.25" Wide X 51.625" Long X 35.188" High. Includes 2" MV EZ Kleen Metal Mesh Filter.
- RTC Solutions • 40-90°F Discharge Temp Control
- Gas Manifold for DF3 GM - BTU 0 - 1100001 - 7 in. w.c. - 14 in. w.c., No Insurance Requirement (ANSI), BV250-88
- Cooling Interlock Relay. 24VAC Coil. 120V Contacts. Locks out burner circuit when AC is energized.
- Low Fire Start. Allows the burner circuit to energize when the modulation control is in a low fire position.

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

- Gas Pressure Gauge, 0-35", 2.5" Diameter, 1/4" Thread Size
- Gas Pressure Gauge, -5 to +15 Inches Wc., 2.5" Diameter, 1/4" Thread Size
- Extra Set of V-Belts. Only to be ordered as fan option at time fan is ordered.
- Motorized Back Draft Damper 30" X 30" for Size 3 Standard & Modular Direct Fired Heaters w/Extended Shaft, Standard Galvanized Construction, 3/4" Rear Flange, NFBUP-S Actuator Included

Fan #6 DU50HFA - Exhaust Fan
DU50HFA High Speed Direct Drive Centrifugal Upblast Exhaust Fan with speed control (single phase only), disconnect switch and 13-3/4" wheel.
Exhaust Fan handles 1000 CFM @ -0.875" wc ESP, Fan runs at 1295 RPM.
Exhaust Motor: 0.500 HP, 1 Phase 115 V, 60Hz, 8.1 FLA, ODP (Open Drip Proof)

Curb for Fan #1 NCA16HPFA - Exhaust Fan (H1)
H1 Curb CRB26.5x20E On Fan # 1 Flat Curb
- Hinged Base for Curb. Standard Hinge attached to curb. Used on Fans with wheels 20 inches or smaller. 12 GA Galvanized.
- Vented Base for Curb
- Curb Mounted Electrical Knock-Out with Fittings. For exhaust fans only. Knockout 7/8 installed 4" from top on center on side with the vents. Install ½" Liquid-tite straight connector on outside of curb. Weather tight washer included w/connector. Install ½" Rigid to Flex coupling to threaded end of connector on inside of curb.

Curb for Fan #2 NCA8FA - Exhaust Fan (H2-C)
H2 Curb CRB19.5X20E On Fan # 2 Flat Curb
- Hinged Base for Curb. Standard Hinge attached to curb. Used on Fans with wheels 20 inches or smaller. 12 GA Galvanized.
- Vented Base for Curb
- Curb Mounted Electrical Knock-Out with Fittings. For exhaust fans only. Knockout 7/8 installed 4" from top on center on side with the vents. Install ½" Liquid-tite straight connector on outside of curb. Weather tight washer included w/connector. Install ½" Rigid to Flex coupling to threaded end of connector on inside of curb.

Curb for Fan #3 NCA16HPFA - Exhaust Fan (H3)
H3 Curb CRB26.5x20E On Fan # 3 Flat Curb
- Hinged Base for Curb. Standard Hinge attached to curb. Used on Fans

**N. Wasserstrom & Sons Group**

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

with wheels 20 inches or smaller. 12 GA Galvanized.
- Vented Base for Curb
- Curb Mounted Electrical Knock-Out with Fittings. For exhaust fans only. Knockout 7/8 installed 4" from top on center on side with the vents. Install ½" Liquid-tite straight connector on outside of curb. Weather tight washer included w/connector. Install ½" Rigid to Flex coupling to threaded end of connector on inside of curb.

Curb for Fan #4 NCA14HPFA - Exhaust Fan (H4)
H4 Curb CRB23X20E On Fan # 4 Flat Curb
- Hinged Base for Curb. Standard Hinge attached to curb. Used on Fans with wheels 20 inches or smaller. 12 GA Galvanized.
- Vented Base for Curb
- Curb Mounted Electrical Knock-Out with Fittings. For exhaust fans only. Knockout 7/8 installed 4" from top on center on side with the vents. Install ½" Liquid-tite straight connector on outside of curb. Weather tight washer included w/connector. Install ½" Rigid to Flex coupling to threaded end of connector on inside of curb.

Curb for Fan #5 A3-D.750-G18 - Heater
Curb CRB35X84X20INS Insulated On Fan # 5 Flat Curb

Curb for Fan #6 DU50HFA - Exhaust Fan
Curb CRB19.5X20E On Fan # 6 Flat Curb
- Hinged Base for Curb. Standard Hinge attached to curb. Used on Fans with wheels 20 inches or smaller. 12 GA Galvanized.
- Vented Base for Curb
- Curb Mounted Electrical Knock-Out with Fittings. For exhaust fans only. Knockout 7/8 installed 4" from top on center on side with the vents. Install ½" Liquid-tite straight connector on outside of curb. Weather tight washer included w/connector. Install ½" Rigid to Flex coupling to threaded end of connector on inside of curb.

Electrical System #1
SC-341110FP 3 Phase w/ 4 Exhaust Fans, 1 Supply Fan, Exhaust on in Fire, Lights out in Fire, Fan(s) On/Off Thermostatically Controlled. Room temperature sensor shipped loose for field installation. Includes 6 Duct Thermostat kits.
(2 ea) - Digital Prewire Lighting Relay Kit. Includes hood lighting relay & terminal blocks. Allows for up to 1400W of lighting each.
(200 ea) - Thermistor CABLE - 18/2 AWG GREEN WHITE, plenum rated. USED for thermistor duct stat. Per Foot Price.

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | Factory Services: | | |
| | | Service Design Verification for Direct Fired Heater | | |
| | | Service Design Verification for Exhaust Fan | | |
| | | Service Design Verification for Hood | | |
| | | Service Design Verification for Standard Electrical Control Package | | |
| | | Service Design Verification Mileage Charge: (30 - 20 free miles) x 2 = 20 total miles | | |
| 53-54 | 1 ea | **HOOD ACCESSORIES & S/S FLASHING** | | |
| | | Captive-Aire Model No. CUSTOM | | |
| | | Fire Suppression System, & Stainless Steel Paneling included in item #52 - Hood Package. | | |
| 055.0 | 1 ea | **CAN STORAGE RACK** | $433.05 | $433.05 |
| | | Kelmax by SPG Model No. 4H1613 | | |
| | | Can Storage Rack, half size, mobile design, s/s top, self feeding gravity fed shelves, holds both #10 & #5 cans, all welded extruded aluminum construction, 72 can capacity, 42"H, 5" plate casters (2 swivel with brake, 2 rigid), NSF | | |
| 056.0 | 1 ea | **CAN OPENER** | | |
| | | BY OTHERS | | |
| | | Can Opener | | |
| 058.0 | 1 ea | **WORKTABLE** | $875.46 | $875.46 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Work Table, Standard Series, 96"W x 30"D, 14 gauge 300 series stainless steel flat top, open base with s/s undershelf, legs and 6" backsplash with 2" return, NSF | | |
| 059.0* | 1 ea | **FOOD SLICER, ELECTRIC** | $1,143.16 | $1,143.16 |
| | | Globe Model No. G12 | | |
| | | Medium Duty Manual Slicer, 12" diameter knife, top mounted sharpener, belt driven, ball bearing chute slide, anodized aluminum with seamless edges & radiused corners, permanently attached knife ring guard, knife cover interlock, metal bottom enclosure, removable slice deflector, power indicator light, motor overload protection, 1/2 Hp, 115v/60/1, 3 amps, NEMA 5-15P, ETL, NSF | | |
| | 1 ea | 1 year parts (excludes wear/expendable parts), 1 year labor warranty - CONTACT FACTORY FOR DETAILS | | |

**N. Wasserstrom & Sons Group**

| | | | Date |
|---|---|---|---|
| | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 060.0 | 1 ea | **PREP SINK**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Fabricated 2 Comp Prep Sink & Worktable - 30" x 72" with two 18"x24" x 12" deep sink bowls and 35" drainboard on right.<br>Constructed of fully welded stainless steel, includes one 12" swing spout faucets, two twist lever wastes and two sink bowl covers, with backsplash and crossrails underneath, NSF. | $1,578.00 | $1,578.00 |
| 061.0 | 2 ea | **OVERSHELF, WALL-MOUNTED**<br>Amtekco Model No. SHS10F11284<br>WALL SHELF, 12X84 14/300 S/S | $235.75 | $471.50 |
| 062.0 | 2 ea | **SHELVING, WIRE**<br>Focus Foodservice Model No. FF2460C<br>Shelf, Wire, 24"W x 60"L, chromate finish | $25.39 | $50.78 |
| 062.1 | 1 ea | **SHELVING, WIRE**<br>Focus Foodservice Model No. FF2448C<br>Shelf, Wire, 24"W x 48"L, chromate finish | $20.76 | $20.76 |
| 062.3 | 2 ea | **WALL BRACKET**<br>Focus Foodservice Model No. FWB24SCH<br>Direct Mount Wall Brackets, 24"L, single, all welded construction, chromate finish | $9.79 | $19.58 |
| 062.4 | 2 ea | **WALL BRACKET**<br>Focus Foodservice Model No. FWB24DCH<br>Direct Mount Wall Brackets, 24"L, double, all welded construction, chromate finish | $14.87 | $29.74 |
| 066.0 | 1 ea | **CHICKEN PREP SINK**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Fabricated Chicken Prep Sink - 30" x 54" with one 20"x25" x 12" deep sink bowl and 25" drainboard on left.  Constructed of fully welded stainless steel, includes pre-rinse faucet, twist lever waste and basket support rails, with back and right side splashes, NSF. | $1,038.00 | $1,038.00 |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 67-69 | 1 ea | **COOKLINE HOOD & S/S FLASHING** | | |
| | | Captive-Aire Model No. CUSTOM | | |
| | | Cookline Exhaust Hood, Fire Suppression System, & Stainless Steel | | |
| | | Paneling included in item #52 - Hood Package. | | |
| 070.0* | 7 ea | **FRYER, FLOOR MODEL, GAS, FULL POT** | $4,469.04 | $31,283.28 |
| | | Pitco Frialator Model No. SSH75CS | | |
| | | Solstice Supreme High Efficiency Fryer, gas, 75lb oil capacity, full tank, | | |
| | | I-12 computer control, boil out & melt cycle, drain valve interlock, | | |
| | | matchless ignition, self-clean ignition, downdraft protection, s/s tank, | | |
| | | front & sides, total 105,000 BTU | | |
| | 7 ea | Natural gas | | |
| | 7 ea | 115/60/1-ph, 0.7 amps, NEMA 5-15P (fryer controls) | | |
| | 7 ea | P6072184 Basket, (2) oblong/twin size, 17-1/4" x 8-1/2" x 5-3/4" deep, | | |
| | | front handle, regular mesh (shipped std for models SG18, E18, SSH75, | | |
| | | batteries shipped with (2) per fryer | | |
| | 7 ea | B3901504 Casters, 9" adjustable (set of 4) non-lock rear & lock front | $144.83 | $1,013.81 |
| | | casters, ALL Solstice gas and electric fryers, batteries and retherms | | |
| | 5 ea | A1907902-C Joiner strips to bank fryers | | |
| | | | **ITEM TOTAL:** | **$32,297.09** |
| 070.1 | 7 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $125.29 | $877.03 |
| | | Dormont Manufacturing Model No. 1675KITS48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, | | |
| | | covered with stainless steel braid, coated with blue antimicrobial PVC, | | |
| | | 1 SnapFast™ QD, 1 SwivelMAX™, 1 full port valve, 1 elbow, coiled | | |
| | | restraining cable with hardware, limited lifetime warranty | | |
| 072.0 | 1 ea | **OIL RECOVERY PUMP** | | |
| | | BY OTHERS | | |
| | | Oil Recovery Pump | | |
| 074.0 | 1 ea | **WORKTOP FREEZER** | $3,194.44 | $3,194.44 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Worktop Freezer - 60" x 32.5" x 34"h with two | | |
| | | 21.25" doors and an adjustable overshelf per section. 14ga s/s top, | | |
| | | self-contained refrigeration on right ETL, NSF. | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 075.0* | 1 ea | **OVEN, CONVEYOR, ELECTRIC** | $2,900.00 | $2,900.00 |
| | | Belleco Model No. JPO18 RL | | |
| | | Conveyor Pizza Oven, mid-size, electric, single deck, (1) 18" wide conveyor belt,  cal-rod elements, capacity (14-16) 16" pizzas per hour, stainless steel exterior, 6.3kw | | |
| | 1 ea | 2-Year parts warranty (excludes heater tubes) & 1 Year factory-authorized labor & heater tubes | | |
| | 1 ea | 208v/60/1-ph, 30.3 amps | | |
| | 1 ea | With Metal Cal-Rod Elements | | |
| | 1 ea | Right to Left Operation | | |
| 076.0 | 1 ea | **LOWBOY EQUIPMENT STAND** | $4,067.00 | $4,067.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Refrigerated Counter/Equipment Stand 78" , (4) 27" drawers, (2) 12"x20" x4" deep pans/drawer(not included), s/s marine top, drawer fronts & sides, 4" heavy duty casters, 1/3hp,1 yr parts & labor wty,5 yr comp wty | | |
| 077.0* | 1 ea | **GRIDDLE, COUNTER UNIT, GAS** | $2,947.37 | $2,947.37 |
| | | Vulcan Model No. MSA36 | | |
| | | Heavy Duty Gas Griddle, 81,000 BTU, 36"W x 24"D x 1" thick polished steel griddle plate, embedded mechanical snap action thermostat every 12", millivolt pilot safety, manual ignition, countertop, low profile, stainless steel front, sides, front top ledge, front grease trough, grease can, heavy gage 4" back & tapered side splashes, 4" adjustable legs, CSA, NSF | | |
| | 1 ea | 1 year limited parts & labor warranty, standard | | |
| | 1 ea | LEGS-GRD6 6" ADJUSTABLE LEGS | | |
| | 1 ea | Natural gas, specify elevation if over 2,000 ft. | | |
| 077.1 | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $157.25 | $157.25 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast™ QD, 2 SwivelMAX™, 1 full port valve, coiled restraining cable with hardware, limited lifetime warranty | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |
| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 078.0* | 1 ea | **CHARBROILER, GAS, COUNTER MODEL** | $2,820.80 | $2,820.80 |
| | | Magikitch'n Model No. APMRMB636CR | | |
| | | Radiant Charbroiler, counter model, gas, 36" wide, 13" high, free floating round rod top grate with EZ tilt to front grease trough, cast iron radiants, stainless steel front, sides and 6" service shelf, top grid scraper | | |
| | 1 ea | Natural gas, specify elevation if over 2000 feet | | |
| | 1 ea | High output burners, 140,000 BTU | $193.35 | $193.35 |
| | 1 ea | Steel grid, spacing 5/16" between rods (standard) | | |
| | 1 ea | Legs & bullet feet, 4" stainless steel (set of 4) | $130.34 | $130.34 |
| | | | ITEM TOTAL: | **$3,144.49** |
| 078.1 | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $157.25 | $157.25 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast™ QD, 2 SwivelMAX™, 1 full port valve, coiled restraining cable with hardware, limited lifetime warranty | | |
| 079.0* | 1 ea | **GRIDDLE, COUNTER UNIT, GAS** | $3,557.89 | $3,557.89 |
| | | Vulcan Model No. MSA48 | | |
| | | Heavy Duty Gas Griddle, 108,000 BTU, 48"W x 24"D x 1" thick polished steel griddle plate, embedded mechanical snap action thermostat every 12", millivolt pilot safety, manual ignition, countertop, low profile, stainless steel front, sides, front top ledge, front grease trough, grease can, heavy gage 4" back & tapered side splashes, 4" adjustable legs, CSA, NSF | | |
| | 1 ea | 1 year limited parts & labor warranty, standard | | |
| | 1 ea | LEGS-GRD6 6" ADJUSTABLE LEGS | | |
| | 1 ea | Natural gas, specify elevation if over 2,000 ft. | | |
| 079.1 | 1 ea | **SAFETY SYSTEM MOVEABLE GAS CONNECTOR** | $157.25 | $157.25 |
| | | Dormont Manufacturing Model No. 1675KIT2S48 | | |
| | | Safety System Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, 1 SnapFast™ QD, 2 SwivelMAX™, 1 full port valve, coiled restraining cable with hardware, limited lifetime warranty | | |
| 080.0 | 2 ea | **CONDIMENT HOLDER** | $104.00 | $208.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Condiment Holder - 5.25" x 29" with cutout for four 1/9th sized pans (not included). Constructed of 18ga stainless steel, NSF. | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 081.0 | 1 ea | **SAUCING STATION** | $374.00 | $374.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Saucing Station - 18" x 30" with 20 cutuots for sauces, table top.  Constructed of 16ga stainless steel with 14ga s/s top, NSF. | | |
| 082.0 | 1 ea | **LOWBOY EQUIPMENT STAND** | $4,040.00 | $4,040.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Refrigerated Counter/Equipment Stand, 2 section , side mounted self contained refrigeration, 72"L, (4) 27" drawers (2) 12"x20"x4" deep pans/drawer(not included),s/s marine top,drawer fronts& sides,4" heavy duty casters,1/3 HP, 1yr parts & labor warranty, 5 yr compressor warranty | | |
| 083.0 | 1 ea | **OVERSHELF** | $165.27 | $165.27 |
| | | Amtekco Model No. SHS10F11236 | | |
| | | Wall Shelf, Standard  series, 36"W x 12"D, 14 gauge 300 series stainless steel, (2) 16 GA. 300 Series Stainless cantilevered brackets, NSF | | |
| 086.0 | 1 ea | **REACH-IN FREEZER** | $3,897.24 | $3,897.24 |
| | | Victory Refrigeration Model No. VF-SA-2D | | |
| | | V-Series™ Freezer, Reach-in, two-section, 46.5 cu. ft. capacity, top mount self-contained refrigeration, stainless steel exterior, aluminum interior, standard depth cabinet, digital thermometer, (2) full-height doors, (6) shelves, incandescent lighting, door locks, electronic controls, 6" casters, 1/2 hp, 115v/60/1, 12.0 amps, 10' cord, NEMA 5-20P, ENERGY STAR®, UL, cUL, NSF, MADE IN USA | | |
| | 1 ea | 115v/60/1-ph, 13.4 amps, | | |
| | 1 ea | Self-Contained refrigeration | | |
| | 1 ea | 5-yr. compressor warranty within the USA, valued at $80.00 net included in equipment price | | |
| | 1 ea | WARRANTY UPDATED: Full 3-year parts/labor service warranty within the USA valued at $135.00 net included in equipment price, standard | | |
| | 1 ea | Door hinging: left door hinged on left, right door hinged on right standard | | |
| | 1 ea | Incandescent light | | |
| | 1 ea | Casters, set of 4, 6" high with 5" wheel, 2 with brakes, standard | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 087.0 | 1 ea | **WING HOLDING STATION**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Fabricated Wing Holding Station with dual heat strips below<br>and a heat lamp above, with side heat shield.  18ga stainless steel<br>construction with a 16ga s/s top, NSF. | $2,930.00 | $2,930.00 |
| 088.0 | 1 ea | **OVERSHELF, WALL-MOUNTED**<br>Amtekco Model No. SHS10F11236<br>WALL SHELF, 12X36, 16/300 S/S | $165.26 | $165.26 |
| 089.0 | 1 ea | **SHELVING, WIRE**<br>Focus Foodservice Model No. FF2460C<br>Shelf, Wire, 24"W x 60"L, chromate finish | $25.39 | $25.39 |
| 089.1 | 2 ea | **WALL BRACKET**<br>Focus Foodservice Model No. FWB24SCH<br>Direct Mount Wall Brackets, 24"L, single, all welded construction,<br>chromate finish | $9.79 | $19.58 |
| 091.0 | 1 ea | **PORTION SCALE**<br>BY OTHERS<br>Portion Scale | | |
| 092.0 | 1 ea | **TIMER**<br>BY OTHERS<br>Timer | | |
| 095.0 | 1 ea | **CHEF/EXPO COUNTER**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Fabricated Chef's Counter - 343" x 58" with double overshelf.<br>Includes: Self-contained refrigerated cold rails, 7-pan cold pan, 12-pan<br>cold pan, undercounter freezer, heat lamps, hot wells, bain marie with<br>auto-fill, warming drawer, hot shelf, dipperwells, trash chute, panel<br>box, chase to ceiling for electrical and data lines, recepticals for<br>microwaves. Constructed of 18ga S/S with a 16ga S/S top, ETL, NSF. | $36,850.00 | $36,850.00 |
| 096.0 | 1 ea | **UNDERCOUNTER FREEZER**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Included in Item #95 - Chef's Counter | | |
| 097.0 | 2 ea | **REFRIGERATED PREP TABLE**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Included in Item #95 - Chef's Counter | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 098.0 | 1 ea | **BAINE MARIE HOT WELL** | | |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Included in Item #95 - Chef's Counter | | |
| 100.0 | 1 ea | **HEATED SHELF** | | |
| | | Hatco Model No. GRSBF-48-O | | |
| | | Included in Item #95 - Chef's Counter | | |
| 101.0* | 1 ea | **TOASTER, CONTACT GRILL, CONVEYOR TYPE** | $1,380.60 | $1,380.60 |
| | | APW Wyott Model No. M-95-2 | | |
| | | Bun Grill Toaster, electric, conveyor type, low-profile vertical conveyor, countertop design, bread and bun toaster, approximately 1600 units/hour capacity, 35 second gear only, stainless steel construction | | |
| | 1 ea | 1 year parts & labor warranty, std. | | |
| | 1 ea | 240v/60/1-ph, 2780w, 11.6 amps, NEMA 6-20P | | |
| | 1 ea | 84177 Teflon Sheet Kit, for wet or dry operation (10 sheets per kit) for M-95-2 | $156.60 | $156.60 |
| | 1 ea | 83997 Bun Slide, for M-95-2 | $118.80 | $118.80 |
| | | ITEM TOTAL: | | **$1,656.00** |
| 102.0 | 2 ea | **DROP-IN HOT WELL** | | |
| | | Wells Model No. MOD-100TD | | |
| | | Included in Item #95 - Chef's Counter & #132 - Soup & Dessert Counter | | |
| 103.0 | 2 ea | **DROP-IN REFRIGERATED COLD PAN** | | |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Included in Item #95 - Chef's Counter | | |
| 104.0 | 1 ea | **DROP-IN HOT WELL** | | |
| | | Wells Model No. HMP-6ULD | | |
| | | Included in Item #95 - Chef's Counter | | |
| 105.0 | 1 ea | **DRAWER WARMER** | | |
| | | Hatco Model No. HDW-1B | | |
| | | Included in Item #95 - Chef's Counter | | |
| 106.0 | 3 ea | **DIPPERWELL** | | |
| | | Component Hardware Model No. K30-1010 | | |
| | | Included in Item #95 - Chef's Counter & #132 - Soup & Dessert Counter | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 107.0* | 5 ea | **MICROWAVE OVEN** | $931.91 | $4,659.55 |
| | | ACP Model No. HDC182 | | |
| | | Amana® Commercial C-Max Microwave Oven, 1800 watts, heavy volume, compact, stackable, stainless steel interior & exterior, X2 quantity pad, 11 power levels, 100 memory settings, auto voltage sensor, side hinged door, full 3-yr warranty, 208-240v/60/1-ph, 3000 total watts, 15.3 amps, 20 MCA, 5'6" cord & NEMA 6-20P | | |
| 108.0 | 2 ea | **HEAT LAMP** | | |
| | | Hatco Model No. GRAH-60D6 | | |
| | | Included in Item #95 - Chef's Counter | | |
| 109.0 | 4 ea | **HEAT LAMP** | | |
| | | Hatco Model No. GRAH-48D6 | | |
| | | Included in Item #95 - Chef's Counter | | |
| 115.0 | 4 ea | **PRINTER BRACKET** | $48.00 | $192.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Printer Bracket for Chef's Line | | |
| 118.0* | 2 ea | **ICE MAKER, CUBE-STYLE** | $3,415.79 | $6,831.58 |
| | | Hoshizaki Model No. KM901MRH3 | | |
| | | Ice Maker, Cube-Style, remote air-cooled, remote condenser (priced separately), approximately 899-lb capacity/24-hours, stainless steel finish, crescent cube style, R-404A refrigerant, 208-230v/60/3-ph, 7.0 amps | | |
| | 2 ea | 3-Year parts & labor on entire machine | | |
| | 2 ea | 5-Year parts & labor on evaporator | | |
| 119.0* | 2 ea | **REMOTE CONDENSER UNIT** | $684.00 | $1,368.00 |
| | | Hoshizaki Model No. URC-9F | | |
| | | Remote Condenser, R-404A refrigerant, 115v/60/1, for KML-631MRH, KMD-850MRH, KMD-901MRH and KM-901MRH(3) | | |
| | 2 ea | 5-Year parts on air-cooled condenser | | |
| | 2 ea | 5-Year parts on air-cooled condenser | | |
| 119.1* | 2 ea | **PRE-CHARGED TUBING KIT** | $243.00 | $486.00 |
| | | Hoshizaki Model No. R40455682 | | |
| | | 55' Pre-Charged Tubing Kit, R-404 refrigerant, for URC-9F, URC-12F and URC-14F | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 120.0* | 1 ea | **ICE BIN** <br> Follett Corporation Model No. SG1650S60 <br> Upright Ice Bin, single door, 1660 lb. bin storage, incl: poly liner, <br> SmartGATE™, poly lift door with PowerHinge, s/s exterior, custom cut <br> top, 6" s/s adjustable legs, 82 oz. plastic ice scoop | $2,857.51 | $2,857.51 |
| 122.0* | 2 ea | **WATER FILTER ACCESSORY** <br> Hoshizaki Model No. H932051 <br> Water Filter Accessory | $135.00 | $270.00 |
| 123.0 | 1 ea | **DRAIN TROUGH** <br> BY OTHERS <br> Drain Trough | | |
| 125.0 | 1 ea | **BEVERAGE COUNTER** <br> N. Wasserstrom & Sons Model No. CUSTOM <br> Custom Fabricated Beverage Counter - 30" x 96" - Includes cut out for <br> drink dispenser, undershelves, glass racks, lift off panel and apron. <br> Constructed of 18ga stainless steel with 14ga s/s top, and 6" back and <br> side splashes, NSF. | $2,082.00 | $2,082.00 |
| 126.0 | 1 ea | **DROP IN SODA/ICE DISPENSER** <br> BY OTHERS <br> Drop In Soda/Ice Dispenser | | |
| 127.0 | 1 ea | **COFFEE BREWER** <br> BY OTHERS <br> Coffee Brewer | | |
| 128.0 | 1 ea | **ICED TEA BREWER** <br> BY OTHERS <br> Iced Tea Brewer | | |
| 129.0 | 1 ea | **REFRIGERATED COUNTER, MEGA TOP SANDWICH UNIT** <br> Amtekco Model No. AMTR1B72 <br> Refrigerated Mega Top, 72"L, self-contained, 16 gauge 300 series <br> stainless steel top, front & sides, galvanized steel rear, bottom & <br> compressor housing, 3" thick polyurethane foamed-in-place insulation, <br> HFC-404A refrigeration, 3 door, (24) 1/6 size pan capacity, electronic <br> temp controls with LED display, 115v/60/1-ph, 1/3 hp rear mount <br> compressor, 8.7amps, 8' cord, ETL, NSF | $3,071.51 | $3,071.51 |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 130.0 | 1 ea | **OVERSHELF, WALL-MOUNTED**<br>Amtekco Model No. SHS10F11260<br>WALL SHELF, 12X60, 16/300 S/S | $188.72 | $188.72 |
| 130.1 | 4 ea | **OVERSHELF, WALL-MOUNTED**<br>Amtekco Model No. SHS10F11272<br>WALL SHELF, 12x72, 16/300 S/S | $224.06 | $896.24 |
| 131.0 | 2 ea | **SHELVING, WIRE**<br>Focus Foodservice Model No. FF2460C<br>Shelf, Wire, 24"W x 60"L, chromate finish | $25.39 | $50.78 |
| 131.1 | 3 ea | **SHELVING, WIRE**<br>Focus Foodservice Model No. FF2454C<br>Shelf, Wire, 24"W x 54"L, chromate finish | $25.39 | $76.17 |
| 131.3 | 2 ea | **WALL BRACKET**<br>Focus Foodservice Model No. FWB24SCH<br>Direct Mount Wall Brackets, 24"L, single, all welded construction, chromate finish | $9.79 | $19.58 |
| 131.4 | 4 ea | **WALL BRACKET**<br>Focus Foodservice Model No. FWB24DCH<br>Direct Mount Wall Brackets, 24"L, double, all welded construction, chromate finish | $14.87 | $59.48 |
| 132.0 | 1 ea | **SOUP & DESSERT TABLE**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Fabricated Soup & Dessert Counter - 30" x 96" - Includes Perlick 8000 Ice Cream Dipping Cabinet, dipperwell, APW HFW-10 Drop-in Hot Well, undershelves, and apron. 14ga s/s top, and 6" backsplash with 2" return, NSF. | $3,181.00 | $3,181.00 |
| 133.0 | 1 ea | **ICE CREAM FREEZER**<br>Hatco Model No. 8000<br>Included in Item #132 - Soup & Dessert Counter | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 134.0 | 1 ea | **MICROWAVE SHELF** | $102.00 | $102.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Microwave Shelf - 18" x 24" Constructed of 16 ga | | |
| | | fully welded stainless steel, NSF. | | |
| 135.0 | 1 ea | **REACH-IN REFRIGERATOR, 1 SECTION** | $2,264.80 | $2,264.80 |
| | | Victory Refrigeration Model No. VR-SA-1D | | |
| | | V-Series™ Refrigerator, Reach-in, one-section, 21.5 cu. ft. capacity, top | | |
| | | mount self-contained refrigeration, stainless steel exterior, aluminum | | |
| | | interior, standard depth cabinet, digital thermometer, (1) full-height | | |
| | | door, (3) shelves, incandescent lighting, door locks, electronic controls, | | |
| | | 6" casters, 1/3 hp, 115v/60/1, 9.8 amps, 10' cord, NEMA 5-15P, | | |
| | | ENERGY STAR®, UL, cUL, NSF, MADE IN USA | | |
| | 1 ea | 115v/60/1-ph, 9.8 amps, w/cord & plug, standard | | |
| | 1 ea | Self-Contained refrigeration | | |
| | 1 ea | 5-yr. compressor warranty within the USA, valued at $80.00 net | | |
| | | included in equipment price | | |
| | 1 ea | WARRANTY UPDATED: Full 3-year parts/labor service warranty within | | |
| | | the USA valued at $135.00 net included in equipment price, standard | | |
| | 1 ea | Door hinging: on left at factory | | |
| | 1 ea | Incandescent light | | |
| | 1 ea | Casters, set of 4, 6" high with 5" wheel, 2 with brakes, standard | | |
| 136.0 | 1 ea | **CASH DEPOSIT CABINET** | | |
| | | BY OTHERS | | |
| | | Cash Deposit Cabinet | | |
| 138.0 | 1 ea | **CHILLER PUMP SHELF** | | |
| | | BY OTHERS | | |
| | | Chiller Pump Shelf | | |
| 139.0 | 8 ea | **DRY STORAGE SHELVING** | $18.57 | $148.56 |
| | | Focus Foodservice Model No. FF2436G | | |
| | | Shelf, Wire, 24"W x 36"L, green epoxy coated finish | | |
| 139.1 | 15 ea | **DRY STORAGE SHELVING** | $21.78 | $326.70 |
| | | Focus Foodservice Model No. FF1854G | | |
| | | Shelf, Wire, 18"W x 54"L, green epoxy coated finish | | |

**Quaker Steak & Lube - League City**          **Salt & Pepper Restaurants**

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 139.2 | 10 ea | **DRY STORAGE SHELVING** <br> Focus Foodservice Model No. FF1836G <br> Shelf, Wire, 18"W x 36"L, green epoxy coated finish | $15.35 | $153.50 |
| 139.3 | 5 ea | **DRY STORAGE SHELVING** <br> Focus Foodservice Model No. FF1848G <br> Shelf, Wire, 18"W x 48"L, green epoxy coated finish | $18.36 | $91.80 |
| 139.4 | 10 ea | **WIRE SHELVING** <br> Focus Foodservice Model No. FF1448G <br> Shelf, Wire, 14"W x 48"L, green epoxy coated finish | $15.93 | $159.30 |
| 139.5 | 10 ea | **WIRE SHELVING** <br> Focus Foodservice Model No. FF1436G <br> Shelf, Wire, 14"W x 36"L, green epoxy coated finish | $13.48 | $134.80 |
| 139.5 | 10 ea | **DRY STORAGE SHELVING** <br> Focus Foodservice Model No. FF2136G <br> Shelf, Wire, 21"W x 36"L, green epoxy coated finish | $17.19 | $171.90 |
| 139.6 | 48 ea | **DRY STORAGE SHELVING POST** <br> Focus Foodservice Model No. FG086G <br> Post, 86"H, stationary, green epoxy coated with SaniGard™ | $6.84 | $328.32 |
| 139.7 | 8 ea | **DRY STORAGE SHELVING POST** <br> Focus Foodservice Model No. FG074G <br> Post, 74"H, stationary, green epoxy coated with SaniGard™ | $5.86 | $46.88 |
| 140.0 | 15 ea | **DISHROOM & SERVER SHELVING** <br> Focus Foodservice Model No. FF2454G <br> Shelf, Wire, 24"W x 54"L, green epoxy coated finish | $26.86 | $402.90 |

**Quaker Steak & Lube - League City**         **Salt & Pepper Restaurants**

Initial: _____

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 140.1 | 12 ea | **DISHROOM & SERVER SHELVING POST** | $6.84 | $82.08 |
| | | Focus Foodservice Model No. FG086G | | |
| | | Post, 86"H, stationary, green epoxy coated with SaniGard™ | | |
| 141.0 | 1 ea | **CENTURY SYSTEM** | | |
| | | Perlick Corporation Model No. CENTURY SYSTEM | | |
| | | Perlick Century Remote Draft Beer Dispensing System, to consist of the following components: (tower style and finish must be verified prior to ordering) | | |
| | 1 ea | CM-4006-16B4 Extra High Bridge Tower, 16 faucets, 13-1/4" faucet clearance, 44-1/8" O.A. bridge length, (2) 4-5/8" sq. bases, Stainless Steel. NOTE # 3/4" FAUCET SPACING | $2,114.53 | $2,114.53 |
| | 1 ea | CM9045 TEE TOWER, 4006S16B4, 16 FAUCETS, 3-1/4" CENTERS, 51-5/8" OVERALL, 16" WIDE SINGLE BASE, -4 HEIGHT (+3-3/4"), ST. STL. FINISH | $2,026.42 | $2,026.42 |
| | 2 ea | CM9278 Custom Drainer, Includes Water Spritzer  INCLUDES # GR-UCM Style Water Spritzer | $1,215.79 | $2,431.58 |
| | 85 ea | 4220-16-1 16 Beer Lines - 4 Glycol Lines - 4-3/4" Diameter | $26.19 | $2,226.15 |
| | 80 ea | 4220-16-1 Second Basic Trunk Housing (Accuflex tubing), for beer system, 16-lines, custom fabricated at factory, (must use Procon style power pak), for second trunk housing, specify number of feet, each | $26.19 | $2,095.20 |
| | 2 ea | C23045 Trunk Housing Branch - within 5 Ft of Dispensing Head | $53.75 | $107.50 |
| | 2 ea | C15312 60 yd. roll - 1/2" filament tape | $9.53 | $19.06 |
| | 2 ea | C15311 36 yd. roll - 2" clear polytape | $17.98 | $35.96 |
| | 2 ea | C15698 36 yd. roll - 2" black polytape | $20.52 | $41.04 |
| | 2 rl | C14230B1 Braided tubing 3/8" - 100 ft. roll | $45.64 | $91.28 |
| | 1 ea | 4414-2 Power Pak, air cooled, 17-1/4" W x 24-1/4" L x 25-1/2" H, dual pump, constant pressure expansion valve, adjustable electronic temperature control with digital readout, 3/4 H.P., 120v/60/1-ph, 25.2 amps | $2,755.05 | $2,755.05 |
| | 1 ea | 4431 115v pump kit for 4414 | $291.63 | $291.63 |
| | 1 ea | CM3210 Chiller bracket | $112.78 | $112.78 |
| | 8 ea | 63299-1 Glycol premix food grade - 1 gallon | $15.24 | $121.92 |
| | 2 ea | 63335 Coolant Connector kit (first foot) - Glycol Bath to Trunk Housing | $57.71 | $115.42 |
| | 20 ea | 63335-1 Coolant Connector kit (each additional foot) - Glycol Bath to Trunk Housing | $5.28 | $105.60 |
| | 1 ea | 61468 Overflow bottle kit | $11.23 | $11.23 |
| | 1 ea | C22296A-20 Cord kit (20 Amp. Max) - for 4404, 4410 and 4414 single pump | $13.11 | $13.11 |

Initial: _____

**Quaker Steak & Lube - League City**          **Salt & Pepper Restaurants**

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | 1 ea | #730 Two year extended parts & labor warranty (net) | | |
| | 2 ea | 57651ATP One Product Tru Pour Fob | $252.86 | $505.72 |
| | 10 ea | 57653ATP Three Product Tru Pour Fob | $711.45 | $7,114.50 |
| | 1 ea | 668 McDantim Trumix CO2-Nitrogen Double Blender 60% CO2-40% N2, 25% CO2-75% N2 | $989.53 | $989.53 |
| | 8 ea | 63178-4 Vent kit | $25.26 | $202.08 |
| | 1 ea | 43833 High Pressure Nitrogen Drum Regulator | $74.37 | $74.37 |
| | 1 ea | 40091AHP High Pressure Step Down Regulator - Bulk CO2 | $94.26 | $94.26 |
| | | | **ITEM TOTAL:** | **$23,695.92** |
| 142.0 | 1 ea | **NITROGEN GENERATOR** | | |
| | | BY OTHERS | | |
| | | Nitrogen Generator | | |
| 143.0 | 1 ea | **SODA SYSTEM** | | |
| | | BY OTHERS | | |
| | | Soda System | | |
| 144.0 | 1 ea | **MOP SINK & FAUCET** | | |
| | | BY OTHERS | | |
| | | Mop Sink & Faucet | | |
| 145.0 | 2 ea | **CO2 / NITROGEN TANKS** | | |
| | | BY OTHERS | | |
| | | CO2 / Nitrogen Tanks | | |
| 146.0 | 1 ea | **RTI OIL RECOVERY SYSTEM** | | |
| | | BY OTHERS | | |
| | | RTI Oil Recovery System | | |
| 147.0 | 1 lt | **RUBBERMAID TRASH CONTAINER** | | |
| | | BY OTHERS | | |
| | | Rubbermaid Trash Container | | |
| 148.0 | 16 ea | **CORNER GUARDS** | $40.00 | $640.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Corner Guards - 2" x 2" x 102 high, Constructed of 18ga stainless steel, NSF. | | |
| 149.0 | 6 ea | **WALL CAPS** | $90.00 | $540.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated Telescoping Wall Caps - 2" x 6" x 102" high, Constructed of 18ga stainless steel, NSF. | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 150.0 | 1 ea | **WAIT STATION CABINET - RIGHT HAND**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Wait Station Cabinet<br>Laminate top with 5" back and side splashes, black liner, 3/4" wood<br>construction, laminate finish, adjustable midshelf,laminated kick plate,<br>s/s trash chute- OVERALL SIZE 24X48 | $810.00 | $810.00 |
| 150.1 | 2 ea | **WAIT STATION CABINET - LEFT HAND**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Wait Station Cabinet<br>Laminate top with 5" back and side splashes, black liner, 3/4" wood<br>construction, laminate finish, adjustable midshelf,laminated kick plate,<br>s/s trash chute- OVERALL SIZE 24X48 | $810.00 | $1,620.00 |
| 151.0 | 7 ea | **TOWEL WARMER**<br>BY OTHERS<br>Towel Warmer | | |
| 152.0 | 1 ea | **WAIT STATION CABINET**<br>N. Wasserstrom & Sons Model No. CUSTOM<br>Custom Wait Station Cabinet<br>Laminate top with 5" back and side splashes, black liner, 3/4" wood<br>construction, laminate finish, adjustable midshelf,laminated kick plate<br>- OVERALL SIZE 24X24 | $400.00 | $400.00 |
| 153.0 | 1 ea | **DISPLAY COUNTER**<br>BY OTHERS<br>Display Counter | | |
| 154.0 | 1 ea | **TOOLBOX MOBILE POS STATION**<br>BY OTHERS<br>Toolbox Mobile POS Station | | |
| 200.0 | 1 ea | **BRICKYARD BAR TOP**<br>BY OTHERS<br>Brickyard Bar Top | | |
| 201.0 | 1 ea | **BRICKYARD BAR DIE WALL**<br>BY OTHERS<br>Brickyard Bar Die Wall | | |
| 202.0 | 1 ea | **HANDLEBAR BAR TOP**<br>BY OTHERS<br>Handlebar Bar Top | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 203.0 | 1 ea | **HANDLEBAR BAR DIE WALL** | | |
| | | BY OTHERS | | |
| | | Handlebar Bar Die Wall | | |
| 204.0 | 2 ea | **GLASSWASHER** | | |
| | | BY OTHERS | | |
| | | Glasswasher | | |
| 205.0 | 12 ea | **UNDERBAR SHELVING POST** | $4.44 | $53.28 |
| | | Focus Foodservice Model No. FG033G | | |
| | | Post, 33"H, stationary, green epoxy coated with SaniGard™ | | |
| 205.1 | 2 ea | **UNDERBAR SHELVING** | $20.22 | $40.44 |
| | | Focus Foodservice Model No. FF2142G | | |
| | | Shelf, Wire, 21"W x 42"L, green epoxy coated finish | | |
| 205.2 | 2 ea | **UNDERBAR SHELVING** | $14.57 | $29.14 |
| | | Focus Foodservice Model No. FF1824G | | |
| | | Shelf, Wire, 18"W x 24"L, green epoxy coated finish | | |
| 205.3 | 2 ea | **UNDERBAR SHELVING** | $20.22 | $40.44 |
| | | Focus Foodservice Model No. FF2148G | | |
| | | Shelf, Wire, 21"W x 48"L, green epoxy coated finish | | |
| 206.0 | 1 ea | **HAND SINK** | $421.15 | $421.15 |
| | | Perlick Corporation Model No. TS12HS | | |
| | | TS Series Underbar Hand Sink Unit, 12", (1) 10" X 14" sink compartment, no drainboards, 18-9/16" front to back w/6" splash, s/s construction | | |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 1 ea | 924GN-LF Lead Free Faucet w/goose neck spout, wall mounted | $148.02 | $148.02 |
| | 1 ea | 7055-48 Wet Waste Box, perforated, 1/2 size stainless steel pan with 1/8 diameter holes in bottom and 1/4" diameter holes on two sides | $46.69 | $46.69 |
| | | | **ITEM TOTAL:** | **$615.86** |

**Quaker Steak & Lube - League City**          **Salt & Pepper Restaurants**

Initial: _____

**N. Wasserstrom & Sons Group**

| | | | Date |
|---|---|---|---|
| | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 207.0 | 2 ea | **HAND SINK** | $545.37 | $1,090.74 |
| | | Perlick Corporation Model No. TS12HSN | | |
| | | TS Series Underbar Hand Sink, 12", 10" x 14" x 9-1/4" sink, soap & towel dispenser, 18-5/8" front-to-back w/6" backsplash, s/s top, front end and legs | | |
| | 2 ea | 924GN-LF Lead Free Faucet w/goose neck spout, wall mounted | $148.02 | $296.04 |
| | | | ITEM TOTAL: | **$1,386.78** |
| 208.0 | 2 ea | **UNDERBAR BLENDER STATION** | $499.12 | $998.24 |
| | | Perlick Corporation Model No. ES18 | | |
| | | Blender Equipment Stand, 18"wide, 26-3/4" deep, with flat worktop | | |
| 209.0 | 1 ea | **FROZEN DRINK MACHINE** | | |
| | | BY OTHERS | | |
| | | Frozen Drink Machine | | |
| 210.0 | 3 ea | **UNDERBAR** | $400.00 | $1,200.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | 20" Underbar dry storage / POS | | |
| 212/215 | 1 ea | **UNDERBAR, INSULATED STORAGE CHEST** | $368.28 | $368.28 |
| | | Perlick Corporation Model No. TS12U2 | | |
| | | TS Series Storage Chest, 12", insulated, with six bottle wells, open chest, stainless steel | | |
| | 1 ea | TS18 TS Series Underbar Drainboard, 18", embossed s/s top, 18-9/16" deep w/6" back splash, s/s front, ends and legs | $304.84 | $304.84 |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 1 ea | Dual Bottle Rail, 30", factory installed | $135.24 | $135.24 |
| | | | ITEM TOTAL: | **$808.36** |

**N. Wasserstrom & Sons Group**

| | | | Date |
|---|---|---|---|
| | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 213.0 | 3 ea | **GLASS CHILLER** | $1,823.34 | $5,470.02 |
| | | Perlick Corporation Model No. FR48 | | |
| | | Glass Froster, 4 ft., underbar, self-contained refrigeration system, top opening with sliding doors, black vinyl clad exterior, s/s interior, top & doors, push button defrost, 115v/60/1-ph, 1/3 HP, 6.2 amps, cord & plug, NSF, UL, CUL | | |
| | 3 ea | 120v/60/1-ph | | |
| | 3 ea | 5 Yr. Compressor warranty | | |
| | 3 ea | Black Cabinet Finish | | |
| | 3 ea | Flat Shelving (2 Layers) | $70.48 | $211.44 |
| | 3 ea | SR-S48RC Single Bottle Rail, 48", field installed | $100.88 | $302.64 |
| | 3 st | 57786 Set of casters (3-3/4"), for 2', 3', 4' & 5' models | $39.21 | $117.63 |
| | | | ITEM TOTAL: | **$6,101.73** |
| 214.0 | 3 ea | **BOTTLE COOLER** | $1,609.68 | $4,829.04 |
| | | Perlick Corporation Model No. BC60 | | |
| | | Flat Top Bottle Cooler, 60"W x 24"D, self-contained refrigeration system, deep well design, (2) sliding doors, (21) case 12 oz long neck bottle capacity., black exterior, stainless steel interior, top & doors, condensate evaporator, 1/3 HP, 7.0 amps, cord & plug, NSF, UL | | |
| | 3 ea | 120v/60/1-ph | | |
| | 3 ea | 5 Yr. Compressor warranty | | |
| | 3 ea | Black Cabinet Finish | | |
| | 3 ea | No Lock (Standard, nc) | | |
| | 3 ea | Standard Refrigerator Thermostat | | |
| | 3 ea | 3 Bin Dividers with supporting brackets | $30.40 | $91.20 |
| | 3 ea | SR-S60RC Single Bottle Rail, 60", field installed | $113.65 | $340.95 |
| | 3 st | 57786 Set of casters (3-3/4"), for 2', 3', 4' & 5' models | $39.21 | $117.63 |
| | | | ITEM TOTAL: | **$5,378.82** |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 217.0 | 1 ea | **STANDARD ICE CHEST W/COLD PLATE** | $1,004.40 | $1,004.40 |
| | | Perlick Corporation Model No. TS24IC10 | | |
| | | TS Series Ice Chest, 24", with 10 circuit cold plate, with ABS top ledge, modular, 24" wide x 18-9/16" deep, 6" splash, approximately 50-lb. ice capacity, stainless steel front & sides, 1-5/8" s/s legs with 1" adjustable thermoplastic feet | | |
| | 1 ea | TS12U2 TS Series Storage Chest, 12", insulated, with six bottle wells, open chest, stainless steel | $368.28 | $368.28 |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 1 ea | ICC24 Front and Back covers, for 24" ice chests | $52.86 | $52.86 |
| | 1 ea | Single Bottle Rail, 36", factory installed | $85.02 | $85.02 |
| | 1 ea | 7055-265A Back splash cutout for soda lines | $66.96 | $66.96 |
| | | ITEM TOTAL: | | **$1,577.52** |
| 218.0 | 1 ea | **PASS-THRU ICE BIN** | $1,362.10 | $1,362.10 |
| | | Perlick Corporation Model No. SS24IC10 | | |
| | | SS Series Pass-thru Ice Chest, 10 circuit cold plate, 24" long, service station, 114 lb. ice capacity | | |
| | 1 ea | ICC-SS24 Front and Back Covers, for 24" ice chests | $77.54 | $77.54 |
| | 1 ea | Dual Bottle Rail, 24", factory installed | $122.02 | $122.02 |
| | | ITEM TOTAL: | | **$1,561.66** |
| 219.0 | 1 ea | **BAR TAPS** | | |
| | | Perlick Corporation | | |
| | | Included in Item #141 - Beer System | | |
| 219.0 | 2 ea | **WATER SPRITZER** | | |
| | | Micro Matic USA Model No. GR-UCM | | |
| | | Included in Item #220 - Custom Drainer | | |
| 220.0 | 2 ea | **CUSTOM DRAINER** | $1,175.79 | $2,351.58 |
| | | Perlick Custom Model No. CM9278 | | |
| | | Custom Drainer including Micro-Matic water spritzer GR-UCM | | |
| 222.0 | 1 ea | **BAR TOP PREP TABLE** | $1,606.00 | $1,606.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Bar Top Prep Table with overshelf and glass rack slides | | |

Initial: _____

**Quaker Steak & Lube - League City**          **Salt & Pepper Restaurants**

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 224.0 | 3 ea | **UNDERBAR BOTTLE STEP DISPLAY UNIT** | $335.68 | $1,007.04 |
| | | Perlick Corporation Model No. TS18LS | | |
| | | TS Series Liquor Display Unit, modular, 18" wide, 24" front-to-back, | | |
| | | with 3-7/8" deep steps, stainless steel construction | | |
| | 3 ea | 4" Backsplash in lieu of std. 6" splash | | |
| | 3 ea | BG18 Bottle Guardrail Set, for TS18LS | $47.14 | $141.42 |
| | | | **ITEM TOTAL:** | **$1,148.46** |
| 226.0 | 1 ea | **CORNER DRAINBOARD** | $395.00 | $395.00 |
| | | N. Wasserstrom & Sons Model No. CUSTOM | | |
| | | Custom Fabricated 90 Degree Corner Drainboard - 21.5" x 36" x 36.5"h | | |
| | | Constructed of 18ga Stainless Steel with 16ga s/s top, NSF. | | |
| 227.0 | 1 ea | **UNDERBAR DRAINBOARD UNIT** | $331.72 | $331.72 |
| | | Perlick Corporation Model No. TS24 | | |
| | | TS Series Underbar Drainboard, 24", embossed s/s top, 18-9/16" deep | | |
| | | w/6" back splash, s/s front, ends and legs | | |
| | 1 ea | 4" Backsplash in lieu of std. 6" splash | | |
| 228.0 | 1 ea | **FIXED OVER SHELF** | $493.83 | $493.83 |
| | | Perlick Custom Model No. PTS55.75-3 | | |
| 228.0 | 1 ea | **UNDERBAR SINK** | $453.75 | $453.75 |
| | | Perlick Corporation Model No. TSS12HS | | |
| | | TSS Series Underbar Sink Unit, 12", island type, (1) sink compartment, | | |
| | | no drainboards, stainless steel construction | | |
| | 1 ea | CM4734-IC48 Skirting, stainless steel, for pass thru cocktail station | $167.40 | $167.40 |
| | 1 ea | PTS54-4 CUSTOM - Adjustable Overshelf, 54" x 15" w/removable glass | $834.80 | $834.80 |
| | | racks & mounting brackets. INCLUDES SLIDING GLASS RACKS | | |
| | | MOUNTED ON BOTTOM OF THIS SHELF | | |
| | 1 ea | NOTE: Deck must be selected to mount faucet (faucet is not included) | | |
| | | | **ITEM TOTAL:** | **$1,455.95** |
| 228.1 | 1 ea | **SPEED RAIL** | $135.24 | $135.24 |
| | | Perlick Corporation Model No. SR-D30R | | |
| | | Dual Bottle Rail, 30", field installed | | |

**N. Wasserstrom & Sons Group**

Date

*1/29/2014*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 228.1 | 1 ea | **ADDITIONAL ADJUSTABLE OVERSHELF** | $834.80 | $834.80 |
| | | Perlick Custom Model No. PTS54-DRC-CUST | | |
| | | Additional Adjustable Overshelf, 54" x 15" with removable perforated | | |
| | | glass mats &  brackets - INCLUDES SLIDING GLASS RACKS MOUNTED | | |
| | | ON BOTTOM OF THIS SHELF | | |
| 228.2 | 1 ea | **SPEED RAIL** | $111.01 | $111.01 |
| | | Perlick Corporation Model No. SR-D18R | | |
| | | Dual Bottle Rail, 18", field installed | | |
| 228.2 | 1 ea | **PASS THRU SKIRTING** | $167.40 | $167.40 |
| | | Perlick Custom Model No. SKIRTING | | |
| | | Stainless Steel Skirting for the Service Side of the Pass Thru Station | | |
| 228.4 | 1 ea | **PASS-THRU ICE BIN** | $1,362.10 | $1,362.10 |
| | | Perlick Corporation Model No. SS24IC10 | | |
| | | SS Series Pass-thru Ice Chest, 10 circuit cold plate, 24" long, service | | |
| | | station, 114 lb. ice capacity | | |
| | 1 ea | ICC-SS24 Front and Back Covers, for 24" ice chests | $77.54 | $77.54 |
| | | | **ITEM TOTAL:** | **$1,439.64** |
| 228.5 | 1 ea | **UNDERBAR, INSULATED STORAGE CHEST** | $361.67 | $361.67 |
| | | Perlick Corporation Model No. TSS12U2 | | |
| | | TSS Series Storage Chest, 12", with 6 bottle wells, insulated, island | | |
| | | type, stainless steel | | |
| 228.6 | 1 ea | **SPEED RAIL** | $147.14 | $147.14 |
| | | Perlick Corporation Model No. SR-D36R | | |
| | | Dual Bottle Rail, 36", field installed | | |
| 228.7 | 2 ea | **UNDERBAR DRAINBOARD UNIT** | $275.33 | $550.66 |
| | | Perlick Corporation Model No. TSS12 | | |
| | | TSS Series Underbar Drainboard, 12", island type, embossed s/s top, | | |
| | | 18-5/8" deep, s/s front, ends and legs, TS series | | |
| 228.8 | 1 ea | | $629.96 | $629.96 |
| | | Perlick Corporation Model No. PTS-EPS | | |
| | | End Panels. 7/8" x 32" x45" high, stainless steel | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 324.0 | 26 ea | **32" X 32" OUTDOOR TABLE TOP**<br>Grosfillex Model No. 99841058<br>Exterior Table Top, 32" square, with umbrella hole, molded melamine,<br>Catalan | $93.79 | $2,438.54 |
| 325.0 | 26 ea | **OUTDOOR DINING HEIGHT BASE**<br>Grosfillex Model No. US624278<br>Pedestal Base 2000, resin, Amazon green | $72.47 | $1,884.22 |
| 326.0 | 2 ea | **42" ROUND OUTDOOR TABLE TOP**<br>Grosfillex Model No. 99881058<br>42" Round Table Top - Catalan | $106.58 | $213.16 |
| 327.0 | 2 ea | **DINING HEIGHT TABLE BASE**<br>Grosfillex Model No. US850078<br>Y-leg Pedestal Base, Amazon green | $66.51 | $133.02 |
| 328.0 | 289 ea | **MIAMI BISTRO SIDECHAIR**<br>Grosfillex Model No. US495578<br>Miami Bistro Sidechair, UV resistant resin, Amazon green | $17.91 | $5,175.99 |
| 329.0 | 103 ea | **QSL BAR STOOLS W/ BACKS**<br>Gasser Chair Model No. QSLW1 CRTD<br>PER QSL SPECS:<br>with License Plate Back, Carbon base and footrest finish | $193.68 | $19,949.04 |
| 331.0 | 6 ea | **EMMA NESTING CHAIR, BLACK WRINKLE METAL FINISH, HU**<br>Grand Rapids Chair Model No. N901<br>Emma nesting chair, black matte metal finish, Hunter Green vinyl,<br>webbed seat. | $128.42 | $770.52 |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 331.0 | 6 ea | **NESTING CHAIR** | $100.00 | <Alternate> |
| | | Gasser Chair Model No. QSLC1 | | |
| | | QSL-C1 Big Boy Chair | | |
| | | Nesting Chair | | |
| | | Welded Steel Frame | | |
| | | Butyrate Glides | | |
| | | UPH: Hunter Green Vinyl | | |
| | | PVC Protective Seat Welt | | |
| | | ITEM TOTAL: <Alternate> | | **$600.00** |
| 400.0 | 1 ea | **INBOUND FREIGHT - KITCHEN EQUIPMENT** | $2,076.98 | $2,076.98 |
| | | N. Wasserstrom & Sons Model No. IFRT&HANDLING | | |
| | | Inbound freight from the mfg. to the Wasserstrom warehouse. | | |
| 401.0 | 1 ea | **OUTBOUND FREIGHT - HOOD PACKAGE** | $1,491.54 | $1,491.54 |
| | | N. Wasserstrom & Sons Model No. OFRT&HANDLING | | |
| | | Direct Ship Freight for hood system | | |
| 402.0 | 1 ea | **OUTBOUND FREIGHT - WALK-INS** | $1,927.26 | $1,927.26 |
| | | Zink Model No. OFRT&HANDLINGB | | |
| | | Direct Ship Freight for the Walk-In package | | |
| 404.0 | 1 ea | **OUTBOUND FREIGHT - KITCHEN EQUIPMENT** | $7,871.00 | $7,871.00 |
| | | N. Wasserstrom & Sons Model No. OFRT&HANDLING | | |
| | | Outbound Freight & Handling - 2 truckloads from N. Wasserstrom & Sons to League City, TX | | |
| 405.0 | 1 ea | **INSTALLATION - ANSUL SYSTEM** | $5,800.00 | $5,800.00 |
| | | Captive-Aire Model No. INSTALLATIONB | | |
| | | Fire system hookup | | |
| 406.0 | 1 ea | **INSTALLATION - KITCHEN EQUIPMENT** | $11,864.50 | $11,864.50 |
| | | N. Wasserstrom & Sons Model No. INSTALLATION | | |
| | | Non-Union Labor unless otherwise specified in this document. | | |
| | | Installation of equipment does not include installation of hoods/ductwork, refrigeration/erection of walk ins, stainless steel paneling, final plumbing or electrical connections, off premise trash removal or seating installation. | | |
| | | This price is for one installer for 8 days with labor. | | |
| | | 1 Day Return Trip for Punch Items and NWS Project Management Site Visit is Included. | | |

**N. Wasserstrom & Sons Group**

| | | | | Date |
|---|---|---|---|---|
| | | | | *1/29/2014* |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 407.0 | 1 ea | **INSTALLATION - PANELS** | $8,044.44 | $8,044.44 |
| | | Zink Model No. INSTALLATIONB | | |
| | | Assemble One 60'-5.5"x8'-8.5"x8'-6.25" Walk-In Combo | | |
| | | Trim, Plug, And Caulk | | |
| | | Hang Evaporator Coils | | |
| | | Set Condensing Units | | |
| | | Crane Charge | | |
| | | Roof Cap | | |
| 408.0 | 1 ea | **INSTALLATION - REFRIGERATION** | $8,122.22 | $8,122.22 |
| | | Zink Model No. INSTALLATIONB | | |
| | | Run And Supply Copper Refrigeration Line Sets (4 Total 40' Each Max) | | |
| | | Systems Are PC And Charged At Factory | | |
| | | Refrigeration Permits | | |
| | | Start-Up | | |
| | | ***Note Electrical And Metal Roof Curbs Not Included | | |
| | | ***Note Weekend, Union And Night Labor Not Included | | |
| | | ***Note Exterior Roof And Wall Penetrations Not Included. Pitch | | |
| | | Pockets By Others | | |
| 408.0 | 1 ea | **INSTALLATION - DRAIN LINES** | $1,550.00 | <Optional> |
| | | Zink Model No. INSTALLATIONB | | |
| | | Install And Supply Copper Drain Lines With Heat Tape On Freezer | | |
| 409.0 | 1 ea | **INSTALLATION - ICE MACHINE** | $2,105.56 | $2,105.56 |
| | | Zink Model No. INSTALLATIONB | | |
| | | Ice Machine Install | | |
| | | Set Condensing Units (2 Total) | | |
| | | Run And Connect Pre-Charged Refrigeraton Line Sets (2 Total 50' Max | | |
| | | Each) | | |
| | | Start-Up | | |
| | | ***Note Setting Head And Bin By Others | | |
| | | ***Note Electrical And Water Line Not Included | | |
| 410.0 | 1 ea | **INSTALLATION - BEER SYSTEM** | $5,888.89 | $5,888.89 |
| | | Perlick Corporation Model No. INSTALLATIONB | | |
| | | Installation of Beer System | | |
| 450.0 | 1 ea | **TAX REFUND** | ($450.00) | ($450.00) |
| | | N. Wasserstrom & Sons Model No. DISCOUNT | | |
| | | Approximate Refund for tax charged on Freight and Installation of tax | | |
| | | exempt items - this will need to be processed as a credit afterwards. | | |

| | | |
|---|---|---|
| | Merchandise | $401,608.96 |
| | Tax (8%) | $26,524.95 |
| | Total | $428,133.91 |

Initial: _____

**N. Wasserstrom & Sons Group**

| Date |
|---|
| *1/29/2014* |

The prices on this quote will be held for 90 days from date of quotation provided delivery is within that
period and your order is received within 30 days from the date of quotation.
Compliance to local health, plumbing, electrical and ventilation codes are the responsibly of the buyer, any
changes to equipment quoted required by local codes are therefore subject to price adjustments.
All prices are based on payment by cash, check or wire.

Acceptance: _____     Date: _____

Printed Name: _____

# EXHIBIT A-2

## Tight Ends Statement of Account for the year 2020 Through 2022

| Month | Rent Due | Rent Paid | Balance Due | Triple Net Tax | Triple Net Paid | Balance Due | EFT Rtnd/Wire Fee | Total Balance Due |
|-------|----------|-----------|-------------|----------------|-----------------|-------------|-------------------|-------------------|
| Apr-20 | $ 32,000.00 | $ - | $ 32,000.00 | $ 4,857.41 | $ - | $ 4,857.41 | $ 30.00 | $ 36,887.41 |
| May-20 | $ 32,000.00 | $ - | $ 32,000.00 | $ 4,857.41 | $ - | $ 4,857.41 | $ 30.00 | $ 36,887.41 |
| Jun-20 | $ 32,000.00 | $ - | $ 32,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | $ 30.00 | $ 32,030.00 |
| Jul-20 | $ 32,000.00 | $ 16,930.01 | $ 15,069.99 | $ 4,857.41 | $ 4,857.41 | $ - | | $ 15,069.99 |
| Aug-20 | $ 32,000.00 | $ 18,152.59 | $ 13,847.41 | $ 4,857.41 | $ 4,857.41 | $ - | | $ 13,847.41 |
| Sep-20 | $ 32,000.00 | $ 16,265.00 | $ 15,735.00 | $ 4,857.41 | $ 4,857.14 | $ 0.27 | | $ 15,735.27 |
| Oct-20 | $ 32,000.00 | $ 14,052.59 | $ 17,947.41 | $ 4,857.41 | $ 4,857.14 | $ 0.27 | | $ 17,947.68 |
| Nov-20 | $ 32,000.00 | $ 14,052.59 | $ 17,947.41 | $ 4,857.41 | $ 4,857.14 | $ 0.27 | | $ 17,947.68 |
| Dec-20 | $ 32,000.00 | $ 14,052.59 | $ 17,947.41 | $ 4,857.41 | $ 4,857.14 | $ 0.27 | | $ 17,947.68 |
| Jan-21 | $ 32,000.00 | $ 14,052.59 | $ 17,947.41 | $ 4,857.41 | $ 4,857.14 | $ 0.27 | | $ 17,947.68 |
| Feb-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | | $ 14,000.00 |
| Mar-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | | $ 14,000.00 |
| Apr-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | | $ 14,000.00 |
| May-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 14,010.00 |
| Jun-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 14,010.00 |
| Jul-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | $ 11.00 | $ 14,011.00 |
| Aug-21 | $ 32,000.00 | $ 18,000.00 | $ 14,000.00 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 14,010.00 |
| Sep-21 | $ 32,000.00 | $ 21,142.59 | $ 10,857.41 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10,867.41 |
| Oct-21 | $ 32,000.00 | $ 21,142.59 | $ 10,857.41 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10,867.41 |
| Nov-21 | $ 32,000.00 | $ 21,142.59 | $ 10,857.41 | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10,867.41 |
| Dec-21 | $ 32,000.00 | $ 32,000.00 | $ - | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10.00 |
| Jan-22 | $ 32,000.00 | $ 32,000.00 | $ - | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10.00 |
| Feb-22 | $ 32,000.00 | $ 32,000.00 | $ - | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10.00 |
| Mar-22 | $ 32,000.00 | $ 32,000.00 | $ - | $ 4,857.41 | $ 4,857.41 | $ - | $ 10.00 | $ 10.00 |
| Apr-22 | | | | | | | | |
| May-22 | | | | | | | | |
| Total | $ 768,000.00 | $ 424,985.73 | $ 343,014.27 | $ 116,577.84 | $ 106,861.67 | $ 9,716.17 | $ 201.00 | $ 352,931.44 |

Note: Your rent has already increased effective Sept 2021 but not reflecting in Statement pursuant to the lease requirement.

EXHIBIT A-5



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Rolando B. Pablos
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# Day Star Restaurant Holdings, LLC

File Number  :  801902533            Certificate / Charter forfeited  :   January 26, 2018

The Secretary of State finds that:

1.  The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2.  The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Rolando B. Pablos
Secretary of State

| **Form 651** <br> **(Revised 05/11)** <br> Submit in duplicate to: <br> Secretary of State <br> P.O. Box 13697 <br> Austin, TX 78711-3697 <br> 512 463-5555 <br> FAX: 512 463-5709 <br> **Filing Fee: $40** |  <br> **Certificate of Termination** <br> **of a** <br> **Domestic Entity** | This space reserved for office use. <br><br> **F I L E D** <br> In the Office of the <br> Secretary of State of Texas <br><br> **APR 13 2017** <br><br> Corporations Section |
|---|---|---|

## Entity Information

1. The name of the domestic entity is:  Tight Ends Sports Bar & Grill of Plano, LLC

2. The entity is organized as a  limited liabilty company  under the laws of Texas.
   <br>*e.g., for-profit corporation, limited partnership, etc.*

3. The date of formation of the entity is:  12/14/2015
   <br>*mm/dd/yyyy*

4. The file number issued to the entity by the secretary of state is:  0802349324

## Governing Persons

5. The names and addresses of each of the entity's governing persons are: (see Item 5 instructions)

**GOVERNING PERSON 1**

Name:  Timothy M. Dungan

| Address: | 5584 State Hwy 121 | Plano | TX | USA | 75024 |
|---|---|---|---|---|---|
| | *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**GOVERNING PERSON 2**

Name:  Robert Verich

| Address: | 5584 State Hwy 121 | Plano | TX | USA | 75024 |
|---|---|---|---|---|---|
| | *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**GOVERNING PERSON 3**

Name:

| Address: | | | | | |
|---|---|---|---|---|---|
| | *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**GOVERNING PERSON 4**

Name:

| Address: | | | | | |
|---|---|---|---|---|---|
| | *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**RECEIVED**

Form 651  **FEB 0 1 2017**

**Secretary of State**

**RECEIVED**

**APR 13 2017**

**Secretary of State**

## Event Requiring Winding Up
(See Item 6 instructions.)

6. The nature of the event requiring winding up is set forth below:   (**You must select either A, B, C, D, or E.**)

[✓] A.   A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

[ ] B.   The period of duration specified in the governing documents of the entity has expired.

[ ] C.   The occurrence of an event specified in the governing documents of the entity that requires the winding up, dissolution, or termination of the entity

[ ] D.   The occurrence of an event specified in the Texas Business Organizations Code that requires the winding up, dissolution, or termination of the entity

**OR**

[ ] E.   A court decree requiring the winding up, dissolution, or termination of the entity has been rendered under the provisions of the Texas Business Organizations Code or other law.

## Completion of Winding Up

7. The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

### Effectiveness of Filing (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____
                                                                                                mm/dd/yyyy

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
                                                                                                mm/dd/yyyy

The following event or fact will cause the document to take effect in the manner described below:

|  |
|--|
|  |

## Tax Certificate
(*Required*)

[✗] Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: __2/29/2016__                    By: _Tight Ends Sports Bar & Grill of Plano, LLC_
                                                  Name of entity (see Execution instructions)

                                                  _____
                                                  Signature of authorized individual (see Execution instructions)

                                                  Timothy M. Dungan
                                                  Printed or typed name of authorized individual



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

Comptroller.Texas.Gov

March 18, 2017

TIGHT ENDS SPORTS BAR & GRILL OF PLANO, LLC
1603 WILDFIRE LN
FRISCO TX 75033-7326

## Certificate of Account Status

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, DO HEREBY
CERTIFY that according to the current records of this office

**TIGHT ENDS SPORTS BAR & GRILL OF PLANO, LLC**

has filed all required reports for taxes administered by the Comptroller under
Title 2, Tax Code, and taxes reported due on those reports have been paid.
This certificate must be filed with the Texas Secretary of State to legally
end the entity's existence in Texas.  This certificate is valid through
12/31/2017.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 18th day of
March, 2017 A.D.

Glenn Hegar
Texas Comptroller


Taxpayer number: 32059060064
File number: 0802349324

NOTE:  Failure by registered Texas entities to legally end existence with the Texas Secretary of State on or before the expiration of this
certificate, will result in additional franchise tax responsibilities.  Texas entities not registered with the Texas Secretary of State and
all out-of-state entities are responsible for franchise tax through the last date of business in this state.

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>  Gardner Haas PLLC 2143358333 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>  Gardner Haas PLLC<br>  2501 N. Harwood<br>Suite 1250<br>  Dallas, TX 75201<br>  USA | |

**FILING NUMBER:** 18-0034273715
**FILING DATE:** 09/27/2018     08:45 PM
**DOCUMENT NUMBER:** 839803460002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME | | | |
| | 1b. INDIVIDUAL'S SURNAME<br>**Dungan** | FIRST PERSONAL NAME<br>**Timothy** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS<br>**1603 Wildfire Lane** | CITY<br>**Frisco** | STATE<br>**TX** | POSTAL CODE<br>**75033** | COUNTRY<br>**USA** |
|---|---|---|---|---|

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME<br>**Tight Ends Sports Bar & Grill, LLC** | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS<br>**5584 State Highway 121** | CITY<br>**Plano** | STATE<br>**TX** | POSTAL CODE<br>**75024** | COUNTRY<br>**USA** |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME | | | |
| | 3b. INDIVIDUAL'S SURNAME<br>**Smith** | FIRST PERSONAL NAME<br>**Scott** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS<br>**8600 Amen Corner** | CITY<br>**Flower Mound** | STATE<br>**TX** | POSTAL CODE<br>**75022** | COUNTRY<br>**USA** |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:
100% of the membership and ownership interests in Tight Ends Sports Bar & Grill, LLC and Tight Ends Sports Bar & Grill of Plano, LLC, and all assets of Tight Ends Sports Bar & Grill, LLC and Tight Ends Sports Bar & Grill of Plano, LLC, including all furniture, fixtures, equipment, receivables, accounts, intellectual property, intangible property, after-acquired property, and any proceeds thereof.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S SURNAME
**Dungan**

FIRST PERSONAL NAME
**Timothy**

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR

10a. ORGANIZATION'S NAME
**Tight Ends Sports Bar & Grill of Plano, LLC**

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5584 State Highway 121** | **Plano** | **TX** | **75024** | **USA** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR

11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| Lien Solutions |

| B. E-MAIL CONTACT AT FILER (optional) |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**CT Lien Solutions
2929 Allen Parkway, Ste. 100
Houston, TX 77019
USA

**FILING NUMBER:** 19-0039609299
**FILING DATE:** 10/18/2019      09:22 AM
**DOCUMENT NUMBER:** 921319160001
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2591 DALLAS PKWY STE 300** | **FRISCO** | **TX** | **75034** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
| **C T Corporation System, as representative** |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **330 N Brand Blvd, Suite 700, Attn: SPRS** | **Glendale** | **CA** | **91203** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
The equipment, personal property and other assets (collectively, "Property"),
financed under, covered by or described in the lease, rental, equipment finance
agreement or installment payment agreement designated as Agreement No. 2401080,
together with all replacements for, additions to, substitutions for and
accessions to the Property and all proceeds of any of the foregoing, including,
without limitation, proceeds of insurance. Secured party/lessor and
debtor/lessee agree that that a more detailed description of the Property being
financed shall be maintained by secured party/lessor among its books and records
in whatever more detailed description of the Property financed is received from
the supplier of such Property and, absent manifest error, such detailed
description shall be deemed dispositive and considered incorporated into the
Agreement.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
**CT Lien Solutions
2929 Allen Parkway, Ste. 100
Houston, TX 77019
USA

**FILING NUMBER:** 20-0012827688
**FILING DATE:** 04/04/2020    09:00 AM
**DOCUMENT NUMBER:** 961035430001
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Tight Ends Sports Bar and Grill LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5584 State Highway 121** | **Plano** | **TX** | **75024** | **USA** |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **NCR CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **864 SPRING ST NW** | **ATLANTA** | **GA** | **30308** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
Any equipment that is now or hereafter in the possession of, or under the control of, Debtor, that has been rented or leased to Debtor by NCR Corporation (or any successors thereto) pursuant to any Master Point of Sale as a Service Program Agreement and any exhibits, supplements, addenda, additions or amendments thereto, as in effect from time to time.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
**CT Lien Solutions
2929 Allen Parkway, Ste. 100
Houston, TX 77019
USA

**FILING NUMBER:** 20-0012837609
**FILING DATE:** 04/05/2020    07:23 AM
**DOCUMENT NUMBER:** 961118510001
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Tight Ends Sports Bar and Grill LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2502 South Gulf Freeway** | **League City** | **TX** | **77573** | **USA** |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **NCR CORPORATION** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **864 SPRING ST NW** | **ATLANTA** | **GA** | **30308** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
Any equipment that is now or hereafter in the possession of, or under the
control of, Debtor, that has been rented or leased to Debtor by NCR Corporation
(or any successors thereto) pursuant to any Master Point of Sale as a Service
Program Agreement and any exhibits, supplements, addenda, additions or
amendments thereto, as in effect from time to time.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| CSC |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| Corporation Service Company<br>251 LITTLE FALLS DRIVE<br>Wilmington, DE 19808<br>USA |

**FILING NUMBER:** 20-0020777762
**FILING DATE:** 05/28/2020    12:37 PM
**DOCUMENT NUMBER:** 972938600001
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 1a. ORGANIZATION'S NAME | | | |
| | **Tight Ends Sports Bar & Grill LLC** | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **1603 Wildfire Lane** | **Frisco** | **TX** | **75033** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 2a. ORGANIZATION'S NAME | | | |
| | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 3a. ORGANIZATION'S NAME | | | |
| | **U.S. Small Business Administration** | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **10737 Gateway West, #300** | **El Paso** | **TX** | **79935** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
All tangible and intangible personal property, including, but not limited to:
(a) inventory, (b) equipment, (c) instruments including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 968160 7406

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[183677670]

**FILING OFFICE COPY**

## Public Access Name Search Listing

New Search | Refine Search

| Case Number | Name (Aliases) |
|---|---|
| 2017-ST-001965 | Timothy M. Dungan |
| 2017-ST-005743 | Timothy M. Dungan |
| 2017-ST-004163 | Timothy M. Dungan |
| Case Number | Name (Aliases) |



# Public Access Case Notes

Current Search  New Search  Refine Search

**Case Number:** 2017-ST-001965 (State Tax)
**Plaintiff:** Director of Taxation Department Of Revenue **Attorney** Collections Legal Bureau Kansas Dept of Revenue
**Defendant:** L S of Kansas Inc
**Judge** Limited Actions Judge

| Effective Date | Note |
|---|---|
| 01/26/2022 | Return of Service; Bank Levy RET: Return of Service |
| 09/29/2021 | Return of Service; Bank Levy RET: Return of Service |
| 08/09/2021 | Return of Service; Bank Levy RET: Return of Service |
| 03/22/2021 | Return of Service Bank Levy RET: Return of Service |
| 02/22/2021 | Return of Service; Bank Levy RET: Return of Service |
| 07/17/2020 | Return of Service RET: Return of Service |
| 05/12/2020 | Return of Service RET: Return of Service |
| 02/04/2020 | return of service; Bank Levy 01/03/2020 RET: Return of Service |
| 10/24/2019 | Return of Service; Bank Levy 10/11/2019 RET: Return of Service |
| 05/03/2019 | Proof of Mailing |
| 07/20/2017 | Bank Levy Served on 07/10/17, $0.00 Received - No Account, Filed by Fax |
| 05/16/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 05/16/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 05/16/2017 | Plaintiff: Director of Taxation Department of Revenue Attorney of Record Collections Legal Bureau Kansas Dept of Revenue |
| 05/16/2017 | State Tax Warrant: Issued on 05/16/2017; to Timothy M Dungan on 05/16/2017. |
| 05/16/2017 | State Tax Warrant: Issued on 05/16/2017; to L S of Kansas Inc on 05/16/2017. |

| Date Effective | Note |
|---|---|

 GODADDY® VERIFIED & SECURED VERIFY SECURITY

## Public Access Case Notes

Current Search   New Search   Refine Search

**Case Number:** 2017-ST-004163 (State Tax)

**Plaintiff:** Director of Taxation Department Of Revenue **Attorney** Collections Legal Bureau Kansas Dept of Revenue

**Defendant:** L S of Kansas Inc

**Judge** Limited Actions Judge

| Effective Date | Note |
|---|---|
| 01/24/2022 | Return of Service; Bank Levy RET: Return of Service |
| 09/29/2021 | Return of Service; Bank Levy RET: Return of Service |
| 08/09/2021 | Return of Service; Bank Levy RET: Return of Service |
| 03/22/2021 | Return of Service Bank Levy RET: Return of Service |
| 02/22/2021 | Return of Service; Bank Levy RET: Return of Service |
| 07/17/2020 | Return of Service RET: Return of Service |
| 05/12/2020 | Return of Service RET: Return of Service |
| 02/04/2020 | return of service; Bank Levy 01/03/2020 RET: Return of Service |
| 10/24/2019 | Return of Service; Bank Levy 10/11/2019 RET: Return of Service |
| 05/03/2019 | Proof of Mailing |
| 10/03/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 10/03/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 10/03/2017 | Plaintiff: Director of Taxation Department of Revenue Attorney of Record Collections Legal Bureau Kansas Dept of Revenue |
| 10/03/2017 | State Tax Warrant: Issued on 10/03/2017; to Timothy M Dungan on 10/03/2017. |
| 10/03/2017 | State Tax Warrant: Issued on 10/03/2017; to L S of Kansas Inc on 10/03/2017. |
| Date Effective | Note |


GODADDY
VERIFIED & SECURED
VERIFY SECURITY

# Public Access Case Notes

Current Search   New Search   Refine Search

**Case Number:** 2017-ST-005743 (State Tax)
**Plaintiff:** Director of Taxation Department Of Revenue **Attorney** Collections Legal Bureau Kansas Dept of Revenue
**Defendant:** L S of Kansas Inc
**Judge** Limited Actions Judge

| Effective Date | Note |
|---|---|
| 01/24/2022 | Return of Service; Bank Levy RET: Return of Service |
| 09/29/2021 | Return of Service; Bank Levy RET: Return of Service |
| 03/22/2021 | Return of Service Bank Levy RET: Return of Service |
| 02/22/2021 | Return of Service Bank Levy RET: Return of Service |
| 07/17/2020 | Return of Service RET: Return of Service |
| 05/12/2020 | Return of Service RET: Return of Service |
| 02/04/2020 | return of service; Bank Levy 01/03/2020 RET: Return of Service |
| 05/03/2019 | Proof of Mailing |
| 11/21/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 11/21/2017 | Business Tax Warrant BAT: Business Tax Warrant |
| 11/21/2017 | Plaintiff: Director of Taxation Department of Revenue Attorney of Record Collections Legal Bureau Kansas Dept of Revenue |
| 11/21/2017 | State Tax Warrant: Issued on 11/21/2017; to Timothy M Dungan on 11/21/2017. |
| 11/21/2017 | State Tax Warrant: Issued on 11/21/2017; to L S of Kansas Inc on 11/21/2017. |
| Date Effective | Note |


GODADDY
VERIFIED & SECURED
VERIFY SECURITY

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66774771
Status as of 7/28/2022 3:49 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Preston TKamin | | pkamin@grayreed.com | 7/28/2022 3:44:14 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/28/2022 3:44:14 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66774771
Status as of 7/28/2022 3:49 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Henry | | jhenry@jhenrylaw.com | 7/28/2022 3:44:14 PM | SENT |