**EXHIBIT GC045**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § § § | **IN THE DISTRICT COURT** |
| *Plaintiff/Garnishor,* | § § § | |
| vs. | § § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § § § § | |
| *Defendants,* | § § § | **GALVESTON COUNTY, TEXAS** |
| vs. | § § | |
| **BANKSOUTH** | § § § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

### ORDER DENYING DEFENDANTS' MOTION TO DISSOLVE WRIT OF GARNISHMENT

On this day, the Court considered Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion to Dissolve Writ of Garnishment (the "Motion"). After considering the Motion, along with the response filed by Plaintiff Salt & Pepper Restaurants, Inc., the Court is of the opinion that Defendants' Motion should be DENIED.

It is, therefore, **ORDERED** that Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion is hereby **DENIED**.

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

4867-6072-8876.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66774771
Status as of 7/28/2022 3:49 PM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/28/2022 3:44:14 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 7/28/2022 3:44:14 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66774771
Status as of 7/28/2022 3:49 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/28/2022 3:44:14 PM | SENT |