**EXHIBIT GC047**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** § | | **IN THE DISTRICT COURT** |
| § | | |
| *Plaintiff/Garnishor,* § | | |
| § | | |
| vs. § | | |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| and **TIMOTHY DUNGAN** § | | |
| § | | |
| *Defendants,* § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| vs. § | | |
| § | | |
| **BANKSOUTH** § | | |
| § | | |
| *Garnishee.* § | | **56th JUDICIAL DISTRICT** |

## ORDER ON PLAINTIFF'S OBJECTIONS TO THE EVIDENCE SUBMITTTED BY DEFENDANTS IN SUPPORT OF THEIR MOTION TO DISSOLVE

On this day, the Court considered Plaintiff Salt & Pepper Restaurants, Inc.'s ("*Plaintiff*") Objections to the Evidence Submitted by Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan in Support of their Motion to Dissolve the Court's Writ of Garnishment. Having considered the same, as well as any responses and/or replies, the evidence properly before the Court, and the arguments of the parties, the Court is of the opinion that the Objections and Motion to Strike are meritorious. The Court therefore **RULES** as follows:

1. Plaintiff's objection to the Declaration of Timothy Dungan (the "***Dungan Declaration***") because it violates the Best Evidence Rule is:

   Sustained _____ Overruled _____ Sustained as Modified: _____

2. Plaintiff's objection to Paragraph 5 of the Dungan Declaration because it contains improper legal conclusions is:

   Sustained _____ Overruled _____ Sustained as Modified: _____

4862-7982-6220.1

It is, therefore, **ORDERED** that Plaintiff's Motion to Strike is **GRANTED** and the Court strikes the portions of the Dungan Declaration for which the Court has sustained Plaintiff's objections herein.

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66775504
Status as of 7/28/2022 3:55 PM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/28/2022 3:49:09 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 7/28/2022 3:49:09 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66775504
Status as of 7/28/2022 3:55 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/28/2022 3:49:09 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66775504
Status as of 7/28/2022 3:55 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/28/2022 3:49:09 PM | SENT |