Filed: 7/28/2022 9:08 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66784643
By: Sandra Orizaga
7/29/2022 8:42 AM

**EXHIBIT GC049**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
| Plaintiff § | | |
| § | | |
| v. § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| and **TIMOTHY DUNGAN,** § | | |
| Defendants § | | **56th JUDICIAL DISTRICT** |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S OBJECTIONS TO EVIDENCE

Defendants Timothy Dungan and Tight Ends Sports Bar & Grill, LLC file this response to the evidence objections made by Plaintiff.

### RESPONSE

1. Plaintiff's pleading states that it "files these Objections to the evidence proffered by Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan ("Defendants") in support of their Motion to Dissolve the Court's Writ of Garnishment (the "Motion").

2. A motion to dissolve a writ of garnishment under Tex. R. Civ. P. 664a is commenced by the filing of a motion by the defendant accompanied by a declaration.

3. The court's determination may be made upon the basis of sworn statements, if not challenged, setting forth such facts as would be admissible in evidence; otherwise, the parties must submit evidence. *Id.*

4. Plaintiff has objected to sworn statements made by Dungan in his declaration that the Defendants have sufficient non-exempts in Texas to pay the judgment; however, Defendants were not obligated to produce evidence of such assets with their motion and declaration.

5. Plaintiff's objection does not even challenge Defendants declaration that Defendants have sufficient assets in Texas as provided in Rule 664a, and therefore the objection

to admissibility of evidence is not ripe and the Court should grant the motion to dissolve for that reason alone.

6. Regardless, Defendants have filed a business record affidavit and statement of account subsequent to the filing of their motion to dissolve the writ as admissible evidence in compliance with Tex. R. Civ. P. Rule 664a and this Court's order concerning the submission of this matter by July 28, 2022 at 4:00 p.m.

## PRAYER

7. Defendants ask that Plaintiff's objections concerning "evidence proffered… in support of [Defendants] motion" be overruled.

Respectfully submitted,

**John Henry & Associates, PLLC**

/s/ John P. Henry
John P. Henry
State Bar No. 24055655
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 28th day of July, 2022.

                 /s/ John P. Henry
                 John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA ELECTRONIC SERVICE and**
**EMAIL pkamin@grayreed.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784643
Status as of 7/29/2022 8:43 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 7/28/2022 9:08:26 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/28/2022 9:08:26 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784643
Status as of 7/29/2022 8:43 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/28/2022 9:08:26 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784643
Status as of 7/29/2022 8:43 AM CST
Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/28/2022 9:08:26 PM | SENT |