**EXHIBIT GC051**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
| Plaintiff § | | |
| § | | |
| v. § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| and **TIMOTHY DUNGAN,** § | | |
| Defendants § | | **56th JUDICIAL DISTRICT** |

## ORDER ON DEFENDANTS' OBJECTION TO PLAINTIFF'S OFFERED EVIDENCE

On this day, the Court considered Defendants' Objections to the Evidence Submitted by Plaintiff.

Having considered the same, as well as any responses and/or replies, the evidence properly before the Court, and the arguments of the parties, the Court is of the opinion that the Objections should be sustained. The Court therefore **RULES** as follows:

1. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 6, are:

    Sustained _____  Overruled _____  Sustained as Modified: _____

2. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 7, are:

    Sustained _____  Overruled _____  Sustained as Modified: _____

3. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 8, are:

    Sustained _____  Overruled _____  Sustained as Modified: _____

4. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 9, are:

    Sustained _____  Overruled _____  Sustained as Modified: _____

5. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 10, are:

    Sustained _____  Overruled _____  Sustained as Modified: _____

6. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 11, are:

Sustained _____ Overruled _____ Sustained as Modified: _____

7. Plaintiff's objections to the Declaration of Mohammed Amin Lakhani, Paragraph 13, are:

   Sustained _____ Overruled _____ Sustained as Modified: _____

8. Plaintiff's objections to the Exhibit A-3 are:

   Sustained _____ Overruled _____ Sustained as Modified: _____

9. Plaintiff's objections to the Exhibit A-4 are:

   Sustained _____ Overruled _____ Sustained as Modified: _____

10. Plaintiff's objections to the Exhibit A-5 are:

    Sustained _____ Overruled _____ Sustained as Modified: _____

11. Plaintiff's objections to the Exhibit A-6 are:

    Sustained _____ Overruled _____ Sustained as Modified: _____


SIGNED this _____ day of _____, 2022.

_____
**PRESIDING JUDGE**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 28th day of July, 2022.

/s/ John P. Henry
John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA ELECTRONIC SERVICE and**
**EMAIL pkamin@grayreed.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784690
Status as of 7/29/2022 8:47 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 7/28/2022 9:16:18 PM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 7/28/2022 9:16:18 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784690
Status as of 7/29/2022 8:47 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/28/2022 9:16:18 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66784690
Status as of 7/29/2022 8:47 AM CST
Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/28/2022 9:16:18 PM | SENT |