**EXHIBIT GC053**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** § | | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* § | | |
| vs. § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § and **TIMOTHY DUNGAN** § | | |
| *Defendants,* § | | GALVESTON COUNTY, TEXAS |
| vs. § | | |
| **BANKSOUTH** § | | |
| *Garnishee.* § | | 56th JUDICIAL DISTRICT |

### ORDER ON PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST AND EXHIBIT 1 TO DEFENDANTS' MOTION TO DISSOLVE WRIT OF GARNISHMENT AND MOTION TO STRIKE

On this day, the Court considered Plaintiff Salt & Pepper Restaurants, Inc.'s ("***Plaintiff***") Objections to Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Exhibit List and Exhibit 1 to Defendants' Motion to Dissolve Writ of Garnishment and Motion to Strike. Having considered the same, as well as any responses and/or replies, the evidence properly before the Court, and the arguments of the Parties, the Court is of the opinion that the opinion that the Objections and Motion to Strike are meritorious.  The Court therefore **RULES** as follows:

1. Plaintiff's objection to the screenshot attached to the Dungan Declaration because it constitutes inadmissible hearsay is:

   Sustained _____    Overruled _____    Sustained as Modified: _____

2. Plaintiff's objection to the Declaration of Timothy Dungan (the "***Dungan Declaration***") because it is not a competent business record affidavit is:

   Sustained _____    Overruled _____    Sustained as Modified: _____

3. Plaintiff's objection to Exhibit 1 of the Dungan Declaration because it is not properly authenticated is:

Sustained _____     Overruled _____     Sustained as Modified: _____

It is, therefore, **ORDERED** that Plaintiff's Motion to Strike is **GRANTED** and the Court strikes the portions of the Dungan Declaration and Exhibit List for which the Court has sustained Plaintiff's objections herein.

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66809067
Status as of 7/29/2022 2:33 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/29/2022 2:22:52 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 7/29/2022 2:22:52 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 7/29/2022 2:22:52 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 66809067
Status as of 7/29/2022 2:33 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/29/2022 2:22:52 PM | SENT |