CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., <br> Plaintiff | § § § | IN THE DISTRICT COURT |
| v. | § § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC and TIMOTHY DUNGAN, <br> Defendants | § § § § | 56th JUDICIAL DISTRICT |
| v. | § § | |
| BANKSOUTH, <br> Garnishee | § § § | |

### GARNISHEE'S ANSWER TO PLAINTIFF'S WRIT OF GARNISHMENT

Garnishee BankSouth files this *Answer to Plaintiff's Writ of Garnishment* pursuant to Texas Rule of Civil Procedure 665.

### ANSWER

1. Garnishee is indebted to Tight Ends Sports Bar & Grill, LLC and Tim Dungan in the amount of $1,163,326.24 as of July 26, 2022. Garnishee was indebted to Tight Ends Sports Bar & Grill, LLC and Tim Dungan in the amount of $142,080.04 on July 14, 2022, the date on which the writ was received.

2. Garnishee does not have and has never had any effects of Tight Ends Sports Bar & Grill, LLC and Tim Dungan.

3. Further, Garnishee is not aware of any other persons, within its knowledge, which are indebted to Tight Ends Sports Bar & Grill, LLC and Tim Dungan or have effects belonging to them.

Respectfully submitted,

**BankSouth**

By: _____, EVP
David Cowles, COO
6340 Lake Oconee Parkway
Greensboro, Ga 30642
706 453 2943
dcowles@banksouth.com

**GARNISHEE**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., <br>     Plaintiff | § § § | IN THE DISTRICT COURT |
| v. | § § | GALVESTON COUNTY, TEXAS |
| TIGHT ENDS SPORTS BAR & GRILL, LLC <br> and TIMOTHY DUNGAN, <br>     Defendants | § § § § | 56th JUDICIAL DISTRICT |
| v. | § § | |
| BANKSOUTH, <br>     Garnishee | § § | |

FILED 22 JUL 29 AM 10:29

## DECLARATION OF REPRESENTATIVE

Pursuant to Section 132.001 of the Texas Civil Practice and Remedies Code, I, David Cowles, declare as follows:

1. My name is David Cowles and I am over 18 years old, and I am fully competent to make this declaration. Each statement of fact contained in the foregoing Garnishee's *Answer to Plaintiff's Writ of Garnishment* is within my personal knowledge and is true and correct.

2. I am the Chief Operating Officer of BankSouth.

3. All of the facts stated in the foregoing document are within my personal knowledge and are true and correct.

My name is David Cowles. My date of birth is _12-6-56_, and my address is 6340 Lake Oconee Parkway Greensboro, Ga 30642. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Greene County, Georgia, on July 27, 2022.

_____
David Cowles

---

Garnishee's Answer to Writ of Garnishment          Page 3

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was filed in accordance with the Texas Rules of Civil Procedure with the District Clerk of Galveston County, Texas by placing the same in the United States Mail on __7-28-22__.

_____
David Cowles

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056


John P. Henry
John Henry & Associates, PLLC
407 West Liberty Street
Round Rock, Texas 78664



FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:AHNZJ  (706) 817-1820
LAURA FOSTER
BANKSOUTH
6340 LAKE OCONEE PKWY
SUITE 101
GREENSBORO, GA 30642
UNITED STATES US

SHIP DATE: 28JUL22
ACTWGT: 0.50 LB
CAD: 111771211/INET4490

BILL SENDER

TO  JOHN D. KINARD, DISTRICT CLERK
GALVESTON COUNTY, TEXAS
659TH STREET
SUITE 4001
GALVESTON TX 77551
(409) 766-2424
INV:
PO:    DEPT:
REF: TIGHT ENDS ANSWER

TRK# 7775 1040 0565    AB GLSA
0201

FRI - 29 JUL 10:30A
PRIORITY OVERNIGHT

77551
TX-US   IAH