**EXHIBIT GC055**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
| Plaintiff § | | |
| § | | |
| v. § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| **and TIMOTHY DUNGAN,** § | | |
| Defendants § | | **56th JUDICIAL DISTRICT** |

### ORDER ON PLAINTIFF'S SECOND OBJECTION TO DEFENDANTS' OFFERED EVIDENCE

On this day, the Court considered Plaintiff's Second Objection to the business record submitted by Defendants.

Having considered the same, as well as any responses and/or replies, the evidence properly before the Court, and the arguments of the parties, the Court is of the opinion that the Objection should be OVERRULED.

SIGNED this _____ day of _____, 2022.

_____
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 30th day of July, 2022.

/s/ John P. Henry
John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA ELECTRONIC SERVICE and**
**EMAIL pkamin@grayreed.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824956
Status as of 8/1/2022 8:20 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 7/30/2022 1:24:39 AM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 7/30/2022 1:24:39 AM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 7/30/2022 1:24:39 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824956
Status as of 8/1/2022 8:20 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/30/2022 1:24:39 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824956
Status as of 8/1/2022 8:20 AM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/30/2022 1:24:39 AM | SENT |