Filed: 8/1/2022 12:00 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 66824948
By: Ann Vaughn
8/1/2022 8:42 AM

**EXHIBIT GC056**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | IN THE DISTRICT COURT |
|     **Plaintiff** § | | |
| § | | |
| v. § | | GALVESTON COUNTY, TEXAS |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § | | |
| **and TIMOTHY DUNGAN,** § | | |
|     **Defendants** § | | 56th JUDICIAL DISTRICT |

# DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND OBJECTION TO EVIDENCE

Defendants Timothy Dungan and Tight Ends Sports Bar & Grill, LLC file this response to the second evidence objections made by Plaintiff.

## RESPONSE

1.    Plaintiff has objected to the admission of Defendants' business record on the basis that it does not satisfy Texas Rule of Evidence 902(10).

2.    The parties agree that in order to introduce a record created by a third-party, the proponent must establish that: (a) the document is incorporated and kept in the course of the testifying witness's business; (b) that business typically relies upon the accuracy of the contents of the documents; and (c) the circumstances otherwise indicate the trustworthiness of the document. *Simien v. Unifund CCR Partners*, 321 S.W.3d 235 (Tex. App. 2010).

3.    The business record satisfies this standard.

4.    As stated in Dungan's declaration, the offered document was incorporated and kept in the course of the testifying witness's business. Specifically, the affidavit states that "the record is incorporated and kept in the course of regularly conducted business activity, and it is the regular practice of the business activity to make the record" and that "Tight Ends often enquires about its current account balances with Prosperity Bank and receives written balance information in response. These records are incorporated by Tight Ends and kept in the course of

regularly conducted business activity." These written responses are received as PDFs, electronic bank statements, and balance summary pages such as the one produced by Defendants. The document satisfies part (a).

5. As stated in Dungan's declaration, Tight Ends typically relies upon the accuracy of the contents of the documents that it receives from or generates using information from Prosperity Bank. Specifically, the declaration states that "Tight Ends typically relies upon the accuracy of the content of documents from the bank in order to allocate its capital and maintain positive cash flow." The document satisfies part (b).

6. Finally, as stated in Dungan's declaration, the circumstances otherwise indicate the trustworthiness of the document, where Dungan testified under penalty of perjury that he "logged in to my account using my secure username and password in order to check my account balance information and the record in question was produced in direct response by Prosperity Bank's application (with which I regularly interact) and saved to my device." *See* Dungan Declaration, p. 2. The document satisfies part (c).

7. Defendants also direct the Court's attention to *Martinez v. Midland Credit Mgmt., Inc.*, 250 S.W.3d 481 (Tex. App. 2008) relying upon *Duncan Dev., Inc. v. Haney*, 634 S.W.2d 811, 812-13 (Tex. 1982), which held that "a document can comprise the records of another business if the second business determines the accuracy of the information generated by the first business."

8. Here, the Dungan declaration specifically states that he "verified the facts contained in the record by logging in to my secure account application with the bank. The balances were the same." The document satisfies *Martinez*.

## **PRAYER**

Satisfying the predicate for either method of admissibility, Defendants ask that Plaintiff's second evidence objection be overruled.

Respectfully submitted,

**John Henry & Associates, PLLC**

/s/ John P. Henry
John P. Henry
State Bar No. 24055655
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 30th day of July, 2022.

                                                           /s/ John P. Henry
                                                           John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA ELECTRONIC SERVICE and**
**EMAIL pkamin@grayreed.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824948
Status as of 8/1/2022 8:42 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 7/30/2022 1:21:32 AM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 7/30/2022 1:21:32 AM | SENT |
| Justin R. Cowan | | jcowan@grayreed.com | 7/30/2022 1:21:32 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824948
Status as of 8/1/2022 8:42 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 7/30/2022 1:21:32 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 66824948
Status as of 8/1/2022 8:42 AM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 7/30/2022 1:21:32 AM | SENT |