Filed: 8/16/2022 7:54 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 67364825
By: Lisa Kelly
8/17/2022 7:28 AM

**EXHIBIT GC057**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| and **TIMOTHY DUNGAN,** | § | |
| Defendants | § | 56th JUDICIAL DISTRICT |

## NOTICE OF HEARING ON MOTION TO DISSOLVE WRIT OF GARNISHMENT

Please take notice that *Defendants' Rule 664a Amended Motion to Dissolve Writ of Garnishment and Order Directing Its Issue* has been set for hearing on August 29, 2022 at 10:30 a.m.

Respectfully submitted,

**John Henry & Associates, PLLC**

/s/ John P. Henry
John P. Henry
State Bar No. 24055655
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the parties listed below on this 16th day of August, 2022.

/s/ John P. Henry
John P. Henry

Preston Kamin
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
**ATTORNEYS FOR PLAINTIFF**
**VIA EMAIL pkamin@grayreed.com**
**and ELECTRONIC SERVICE PROVIDER**

BankSouth
1019 Brazos Street
Austin, Texas 78701
**GARNISHEE**
**VIA EMAIL VLiebl@banksouth.com**
**and CM/RRR**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 67364825
Status as of 8/17/2022 7:29 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T.Kamin | | pkamin@grayreed.com | 8/16/2022 7:54:29 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 8/16/2022 7:54:29 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 8/16/2022 7:54:29 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 67364825
Status as of 8/17/2022 7:29 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 8/16/2022 7:54:29 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 67364825
Status as of 8/17/2022 7:29 AM CST
Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 8/16/2022 7:54:29 PM | SENT |