**FILED**

22 AUG 29 PM 2:50

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § § § | |
| vs. | § | **EXHIBIT GC058** |
| TIGHT ENDS SPORTS BAR & GRILL, LLC and TIMOTHY DUNGAN | § § § | |
| *Defendants,* | § | GALVESTON COUNTY, TEXAS |
| vs. | § § | |
| BANKSOUTH | § § | |
| *Garnishee.* | § | 56th JUDICIAL DISTRICT |

### ORDER DENYING DEFENDANTS' MOTION TO DISSOLVE WRIT OF GARNISHMENT

On this day, the Court considered Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion to Dissolve Writ of Garnishment (the "Motion"). After considering the Motion, along with the response filed by Plaintiff Salt & Pepper Restaurants, Inc., the Court is of the opinion that Defendants' Motion should be DENIED.

It is, therefore, **ORDERED** that Defendants Tight Ends Sports Bar & Grill, LLC and Timothy Dungan's Motion is hereby **DENIED**.

SIGNED this 29 day of August, 2022.

_____
JUDGE PRESIDING

22 - CV - 0675
DCORDMDW
Order Denying Motion to Dissolve Writ
2434226

4867-6072-8876.1