Case 23-03245   Document 1-60   Filed in TXSB on 11/08/23   Page 1 of 3



**EXHIBIT GC059**

# JOHN D. KINARD
## DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

8/30/2022

Preston T. Kamin  **22-CV-0675 - 56th District Court**
Gray Reed
1300 Post Oak Blvd Suite 2000
Houston TX  77056-

In Re:   **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **08/29/2022** the Court signed and entered the following order: **Order Denying Motion to Dissolve Writ of Garnishment.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:   Ann Vaughn

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

*Visit our Website for case and other helpful Information at*
http://www.galvestoncountytx.gov/dc



## JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

8/30/2022

BankSouth                                               **22-CV-0675 - 56th District Court**
c/o Texas Secretary of State
1019 Brazos Street
Austin TX  78701-

In Re:       **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **08/29/2022** the Court signed and entered the following order: **Order Denying Motion to Dissolve Writ of Garnishment.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:       Ann Vaughn



## JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

8/30/2022

John P. Henry                            **22-CV-0675 - 56th District Court**
The Law Office of John Henry PC
407 West Liberty Street
Round Rock TX  78664-

In Re:       **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **08/29/2022** the Court signed and entered the following order: **Order Denying Motion to Dissolve Writ of Garnishment.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Ann Vaughn

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

*Visit our Website for case and other helpful Information at*
http://www.galvestoncountytx.gov/dc