CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| Salt & Pepper Restaurants, Inc. | § | IN THE JUDICIAL DISTRICT COURT |
| vs. | § | OF GALVESTON COUNTY, TEXAS |
| Tight Ends Sports Bar & Grill, LLC | § | 56TH DISTRICT COURT |
| Tim Dungan | | |

## DISCOVERY AND DOCKET CONTROL ORDER

1. __11/1/22__   NEW PARTIES shall be joined and served by this date. No parties may be added after this date without approval by the Court.

2. __2/1/23__   EXPERTS for all Plaintiffs shall be designated by this date.

3. __3/1/23__   EXPERTS for all **OTHER PARTIES** shall be designated by this date (30 days after date Plaintiff's experts are ordered to be designated). Any party designating a testifying expert witness is **ORDERED** to provide no later than the dates set for such designation, the information set forth in Rule 194.2(f) and a written report prepared by the expert setting the substance of the experts opinions, unless a deposition is taken of the expert. An expert not designated prior to the ordered deadlines shall not be permitted to testify absent a showing of good cause.

4. __4/1/23__   **ROBINSON CHALLENGES** are to be filed and heard by this date.

5. _____   DISCOVERY deadlines controlled by designation of case. Counsel may by written agreement continue discovery beyond this deadline. Such continued discovery, however, will not delay the trial date without the Court's approval.

   _____   Level One-(Rule 190.2) Discovery shall be completed 30 days before the date set for trial.

   No. of hours per side for oral depositions: _____
   No. of written interrogatories that maybe served by any party on another party: _____ (Excluding interrogatories asking a party to identify or authenticate specified documents).

   __X__   Level Two-(Rule 190.3) Discovery shall be completed the earlier of 30 days before the date set for trial or 9 months after the date of the first oral deposition of the due date of the first response to written discovery.

   _____   Level Three-(Rule 190.4) Discovery shall be completed by this date.

   No. of hours per side for oral depositions: _____

   No. of written interrogatories that maybe served by any party on another party: _____ (Excluding interrogatories asking a party to identify or authenticate specified documents).

6. __6/1/23__   Pleadings must be amended or supplemented by this date, except by written agreement of all parties.

7. __8/1/23__   Mediation shall be completed by this date. Report to be filed with court on or before this date. Objections to mediation must be filed within thirty days of this date (by _____).

All parties agree to participate in mediation with the following person to serve as mediator:
Name: _____John Coselli_____
Address: _____johncoselli@gmail.com_____

_____
Phone: _____
Fax No.: _____

8. _____ All hearing dates and times are to be secured by the movant no later than five weeks prior to the Pre-Trial Conference.

9. _____ at  10:00  A .M. Pre-Trial Conference will only hear announcement of parties and motions to continue at this setting.

10. _____ at  9:00  A . M. Trial by Jury is set for two week docket commencing on this date. Court will only hear announcement of parties and motions to continue at this setting. Prior to commencement voir dire parties are ordered to exchange the following and discuss what the parties will agree to and what issues are contested:

   _____ Proposed jury instructions and questions
   _____ Motion in Limine
   _____ Exhibit list
   _____ Labeled and numbered exhibits
   _____ Witness lists (inform court at earliest opportunity of scheduling    problems relating to witnesses

11. __10/3/23__ at __10:00__ a.m. Trial before Court is set.

12. All counsel will be required to file a ***joint report*** on the 3rd Monday in January and the 3rd Monday in July of each year, in all cases involving in excess of 20 parties. Such report shall inform the Court of the remaining parties and claims currently involved in the lawsuit and the current attorney's name, telephone number, facsimile number, e-mail address.

13. Any attorney representing a party who files **bankruptcy** during the pendency of the litigation must submit a written report advising the court of the status of such bankruptcy on the 2nd Monday in January and the 2nd Monday in July.

SIGNED on _____, 2_____.

                                    LONNIE COX, JUDGE
                                    56TH JUDICIAL DISTRICT COURT

SIGNED by Counsel and/or Pro Se parties below:


/s/ John Henry

/s/ Preston Kamin    w/ permission

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 68500272
Status as of 9/22/2022 7:56 AM CST
Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 9/21/2022 11:21:13 PM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 9/21/2022 11:21:13 PM | SENT |
| Justin R. Cowan | | jcowan@grayreed.com | 9/21/2022 11:21:13 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 68500272
Status as of 9/22/2022 7:56 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 9/21/2022 11:21:13 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 68500272
Status as of 9/22/2022 7:56 AM CST
Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 9/21/2022 11:21:13 PM | SENT |