# The State of Texas

**EXHIBIT GC062**

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

John B. Scott
Secretary of State

2023-342689-1

**Include reference number in all correspondence**

September 23, 2022

John D Kinard
Galveston County Justice Center
600 59th Street, Room 4001
Galveston, TX 77551-2388

By facsimile and regular mail

RE:   Salt and Pepper Restaurants, Inc vs Tight Ends Sports Bar and Grill, LLC et al
      56th Judicial District Court Of Galveston County, Texas
      Cause No. 22CV0675

Dear Sir/Madam

We have been served with Notice styled above but cannot forward it to BankSouth until you resolve the following deficiencies:

There is no forwarding address for the defendant. Plaintiff/plaintiff's attorney must provide this office with a forwarding address in a transmittal letter or on the citation. Secretary of State, 1 Texas Administrative Code Section 71.21.

There is only one copy of the process and two exact copies of all documents are required.

The fee of $40.00 per defendant has not been included. An additional fee of $15.00 is required per Certificate of Service requested. Texas Government Code Annotated, Section 405.031. Total $55.00, includes a certificate and filing fee payable to Secretary of State.

This letter has been faxed to #(000)000-0000. If you have responded to this fax notice, please disregard the notice by regular mail.

If you need assistance, please call Service of Process between 8:00 – 12:00 and 1:00 – 5:00 at 512-463-1662.

Sincerely,

22 – CV – 0675
DCSESR
Secretary of State Receipt
2452763



Service of Process  
Government Filings  
512-463-1662  
GF/ed  
Enclosure