**EXHIBIT GC064**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § § § | |
| vs. | § § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § § § § | |
| *Defendants,* | § § | GALVESTON COUNTY, TEXAS |
| vs. | § § | |
| **BANKSOUTH** | § § § | |
| *Garnishee.* | § | 56th JUDICIAL DISTRICT |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TIGHT ENDS SPORTS BAR & GRILL, LLC

On this day, the Court considered the Traditional Motion for Partial Summary Judgment ("Motion") filed by Plaintiff Salt & Pepper Restaurants, Inc. ("Plaintiff") against Defendant Tight Ends Sports Bar & Grill, LLC ("Tight Ends").

After considering the Motion, summary judgment evidence, any response or reply, and/or arguments of counsel, the Court determines the Motion shall be in, all ways, **GRANTED**.

It is hereby **ORDERED, ADJUDGED, and DECREED** that Tight Ends is liable to Plaintiff for breach of contract and actual damages in the amount of $458,878.29. It is further **ORDERED, ADJUDGED, and DECREED** that Tight Ends is liable for reasonable and necessary attorneys' fees incurred by Plaintiff in connection with Plaintiff's breach of contract claim against Tight Ends. Plaintiff is instructed to submit evidence regarding the amount of its reasonable and necessary attorneys' fees following entry of this Order.

*[Signature page follows]*

4890-5901-2667.1

2

SIGNED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

4890-5901-2667.1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 69512304
Status as of 10/24/2022 4:14 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| John Henry | | jhenry@jhenrylaw.com | 10/24/2022 3:36:40 PM | SENT |

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Preston T.Kamin | | pkamin@grayreed.com | 10/24/2022 3:36:40 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 10/24/2022 3:36:40 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 10/24/2022 3:36:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jackie Kish | | jkish@grayreed.com | 10/24/2022 3:36:40 PM | SENT |