Filed: 10/26/2022 8:41 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 69572912
By: Ann Vaughn
10/26/2022 9:28 AM

**EXHIBIT GC065**

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| *Plaintiff/Garnishor,* | § | |
| vs. | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § | |
| *Defendants,* | § | **GALVESTON COUNTY, TEXAS** |
| vs. | § | |
| **BANKSOUTH** | § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

### REQUEST FOR ORAL HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TIGHT ENDS SPORTS BAR & GRILL, LLC

An oral hearing has been requested for the Traditional Motion for Partial Summary Judgment ("Motion") filed on October 24, 2022 by Plaintiff Salt & Pepper Restaurants, Inc. ("Plaintiff") against Defendant Tight Ends Sports Bar & Grill, LLC ("Tight Ends").

The oral hearing for the Motion will take place before the Court on _____ at the time of _____.

Respectfully submitted,

By:   */s/ Preston T. Kamin*
     Preston T. Kamin
     Texas Bar No. 24062817
     pkamin@grayreed.com
     GRAY REED
     Tyler J. McGuire
     Texas Bar No. 24098080
     tmcguire@grayreed.com
     1300 Post Oak Blvd., Suite 2000
     Houston, Texas 77056
     (713) 986-7000
     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 26th day of October, 2022 as follows:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

                */s/ Preston T. Kamin*
                Preston T. Kamin

4865-6592-1595.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 69572912
Status as of 10/26/2022 9:29 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 10/26/2022 8:41:34 AM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 10/26/2022 8:41:34 AM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 10/26/2022 8:41:34 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 10/26/2022 8:41:34 AM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 10/26/2022 8:41:34 AM | SENT |