Filed: 10/27/2022 12:48 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 69631870
By: Shailja Dixit
10/27/2022 12:53 PM

**EXHIBIT GC067**

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** § | | **IN THE DISTRICT COURT** |
| *Plaintiff/Garnishor,* § | | |
| vs. § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** § and **TIMOTHY DUNGAN** § | | |
| *Defendants,* § | | **GALVESTON COUNTY, TEXAS** |
| vs. § | | |
| **BANKSOUTH** § | | |
| *Garnishee.* § | | **56th JUDICIAL DISTRICT** |

### NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TIGHT ENDS SPORTS BAR & GRILL, LLC

PLEASE TAKE NOTICE that Plaintiff Salt & Pepper Restaurants, Inc.'s Traditional Motion for Partial Summary Judgment against Defendant Tight Ends Sports Bar & Grill, LLC has been set for oral hearing before this Honorable Court on Monday, December 5, 2022 at 11:00 a.m.

The hearing will take place in person in the 56th District Court courtroom, 600 59th Street, Galveston, Texas 77551.

Respectfully submitted,

By: */s/ Preston T. Kamin*
Preston T. Kamin
Texas Bar No. 24062817
pkamin@grayreed.com
**GRAY REED**
Tyler J. McGuire
Texas Bar No. 24098080
tmcguire@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000
**ATTORNEYS FOR PLAINTIFF**

4889-3159-2252.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 27th day of October, 2022 as follows:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

                                            */s/ Preston T. Kamin*
                                            Preston T. Kamin

4889-3159-2252.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 69631870
Status as of 10/27/2022 12:53 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 10/27/2022 12:48:08 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 10/27/2022 12:48:08 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 10/27/2022 12:48:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 10/27/2022 12:48:08 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 10/27/2022 12:48:08 PM | SENT |