**Edrozo, Rebecca**

| | |
|---|---|
| **From:** | Edrozo, Rebecca |
| **Sent:** | Wednesday, January 4, 2023 1:38 PM |
| **To:** | Preston T. Kamin; John Henry |
| **Cc:** | Tyler J. McGuire |
| **Subject:** | RE: 22CV0675 PLTF'S PARTIAL SUMM JUDGMENT |

FILED
23 JAN -4 PM 2:36
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

PLEASE CONSIDER THIS EMAIL OFFICIAL Notice of Setting on Pltf's Partial Summary Judgment.

It has been RESET TO 01/31/2023 @ 11:00 AM to be held in person in the 56th D.C. Courtroom.

It is the Movant's responsibility to give notice to all parties and copy the Court. Motion will not be heard without proof of notice.

**Please prepare and e-file a Notice of Hearing, and serve all Attorneys/Pro Se Parties in accordance with the TRCP 21 a-f (e-filing).**

**Rebecca Edrozo**
56th District Court Coordinator
600 59th Street, Suite 3204
Galveston, Texas 77551
Office (409) 766-2226
Fax (409) 770-5264

---

**From:** Preston T. Kamin <pkamin@grayreed.com>
**Sent:** Wednesday, January 4, 2023 1:36 PM
**To:** Edrozo, Rebecca <Rebecca.Edrozo@co.galveston.tx.us>; John Henry <jhenry@jhenrylaw.com>
**Cc:** Tyler J. McGuire <tmcguire@grayreed.com>
**Subject:** RE: 22CV0675 PLTF'S PARTIAL SUMM JUDGMENT

Yes, the 1/31 works. Thanks.


**Preston T. Kamin**
**Partner**
Tel 713.986.7204 | Fax 713.730.5823
Cell 713.540.9768 | pkamin@grayreed.com
1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn

**GRAY REED**

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

22-CV-0675
DCNOFCS
Notice – From Court of Setting Date
2505899

1