**EXHIBIT GC074**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § | |
| vs. | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § | |
| *Defendants,* | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| **BANKSOUTH** | § | |
| *Garnishee.* | § | 56th JUDICIAL DISTRICT |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT TIGHT ENDS SPORTS BAR & GRILL, LLC'S COUNTERCLAIMS

On this day, the Court considered the Traditional Motion for Summary Judgment ("Motion") filed by Plaintiff Salt & Pepper Restaurants, Inc. ("Plaintiff") on the Counterclaims asserted by Defendant Tight Ends Sports Bar & Grill, LLC ("Tight Ends").

After considering the Motion, summary judgment evidence, any response or reply, and/or arguments of counsel, the Court determines the Motion shall be in, all ways, **GRANTED**.

It is hereby **ORDERED, ADJUDGED, and DECREED** that Tight Ends' Counterclaims are hereby **DISMISSED** with prejudice to refiling of same.

SIGNED this _____ day of _____, 2023.

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 71666745
Status as of 1/10/2023 3:48 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 1/10/2023 3:38:41 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 1/10/2023 3:38:41 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 1/10/2023 3:38:41 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 1/10/2023 3:38:41 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 1/10/2023 3:38:41 PM | SENT |