Filed: 1/10/2023 3:42 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 71667091
By: Lisa Kelly
1/10/2023 3:49 PM

**EXHIBIT GC076**

### CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff/Garnishor,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| **and TIMOTHY DUNGAN** | § | |
| | § | |
| *Defendants,* | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **vs.** | § | |
| | § | |
| **BANKSOUTH** | § | |
| | § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

### NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT TIGHT ENDS SPORTS BAR & GRILL, LLC'S COUNTERCLAIMS

PLEASE TAKE NOTICE that Plaintiff Salt & Pepper Restaurants, Inc.'s Traditional Motion for Summary Judgment on the Counterclaims asserted by Defendant Tight Ends Sports Bar & Grill, LLC has been set for oral hearing before this Honorable Court on Tuesday, January 31, 2023 at 11:00 a.m. The hearing will take place in person in the 56th District Court courtroom, 600 59th Street, Galveston, Texas 77551.

Respectfully submitted,

By: ___*/s/ Preston T. Kamin*___

Preston T. Kamin
Texas Bar No. 24062817
pkamin@grayreed.com
GRAY REED
Tyler J. McGuire
Texas Bar No. 24098080
tmcguire@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 10th day of January, 2023 as follows:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

*/s/ Preston T. Kamin*
Preston T. Kamin

4874-1770-8104.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 71667091
Status as of 1/10/2023 3:51 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Preston TKamin |  | pkamin@grayreed.com | 1/10/2023 3:42:26 PM | SENT |
| Tyler J.McGuire |  | tmcguire@grayreed.com | 1/10/2023 3:42:26 PM | SENT |
| Justin R.Cowan |  | jcowan@grayreed.com | 1/10/2023 3:42:26 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jackie Kish |  | jkish@grayreed.com | 1/10/2023 3:42:26 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Henry |  | jhenry@jhenrylaw.com | 1/10/2023 3:42:26 PM | SENT |