**EXHIBIT GC078**

FILED

23 JAN 31  AM 11: 43

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, LLC | § | |
| and TIMOTHY DUNGAN, | § | |
| Defendants | § | 56th JUDICIAL DISTRICT |

## DEFENDANTS' REPLEVIN BOND

WHEREAS in the above-entitled and numbered cause in the above-mentioned Court, wherein Salt & Pepper Restaurants, Inc. is Plaintiff and Tight Ends Sports Bar & Grill, LLC and Timothy Dungan are Defendants;

WHEREAS Plaintiff requested and was granted a writ of garnishment against Defendants' accounts at BankSouth, an out-of-state bank located in Georgia;

WHEREAS the Court's order stated an amount required of Defendants to replevy their garnished assets as required by law, and set the amount of the replevin bond at $33,000;

WHEREAS Rule 664 of the Texas Rules of Civil Procedure provides that at any time before judgment, should the garnished property not be previously claimed or sold, the defendants may replevy same by giving bond with sufficient surety payable to the plaintiff in the amount fixed by the court plus one year's interest thereon at the legal rate from the date of the bond, conditioned that the defendant garnishees shall satisfy, to the extent of the penal amount of the bond, any judgment which may be rendered against them in such action;

WHEREAS Rule 14c of the Texas Rules of Civil Procedure provides that "wherever these rules provide for the filing of a surety bond, the party may in lieu of filing the bond deposit cash conditioned in the same manner as would be a surety bond for the protection of other parties";

22 – CV – 0675
DCBOSA
Bond — Surety Approved
2520717

WHEREAS the legal rate of interest as of November 2022 is 6.25%;

NOW, THEREFORE, KNOW BY ALL MEN THESE PRESENTS that Tight Ends

Sports Bar & Grill, LLC and Timothy Dungan, Defendants, do hereby acknowledge themselves

bound to pay to Plaintiff, Salt & Pepper Restaurants, Inc., the sum of $33,000 plus interest of

$2,062.50 for a total of $35,062.50, conditioned that Defendants shall satisfy to the extent of this

penal amount any judgment which may be rendered against them in this action, and do hereby

deposit this amount with the registry of the court.

WITNESS our hands on this ~~21st~~ 31st day of ~~November 2022.~~ January 2023

TIGHT ENDS SPORTS BAR & GRILL, LLC

By: _____
Timothy Dungan, Managing Member

TIMOTHY DUNGAN

_____
Timothy Dungan

APPROVED THIS ~~21st~~ 31st day of ~~November 2022.~~ January 2023

John D. Kinard, District Clerk
of Galveston County, Texas

By: _____ Deputy Clerk

APPROVED AS TO FORM:

John P. Henry
John Henry & Associates, PLLC
407 West Liberty Avenue
Round Rock, Texas 78664
(512) 981-7301
jhenry@jhenrylaw.com
**ATTORNEYS FOR DEFENDANTS**