

JOHN D. KINARD
CLERK DISTRICT COURT
FILED
JAN 3 1 2023
GALVESTON COUNTY, TEXAS
BY _____ DEPUTY

# John D. Kinard
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

## CERTIFICATE OF CASH DEPOSIT IN LIEU OF SURETY BOND

I, **John D. Kinard**, District Clerk of Galveston County, Texas, do hereby certify that **John P. Henry**, representing the Plaintiff in cause number 22-CV-0675, filed in the 56th District Court, and styled:

Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

in lieu of surety bond, therein, has deposited with me cash in the amount of $35,062.50 on January 31, 2023 in accordance with the bond requirements and provision set forth in the following Order.

Bond - Surety Approved signed on January 31, 2023

WITNESS MY HAND AND SEAL OF OFFICE, this on this the 31st day of January, 2023.

**John D. Kinard, District Clerk**
Galveston County, Texas

By _____
Marian Cooper, Deputy Clerk

22-CV-0675
DCBOCCIL
Bond - Certificate of Cash in Lieu of
2522330