**EXHIBIT GC080**

## CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.,** § | | **IN THE DISTRICT COURT** |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | | **GALVESTON COUNTY, TEXAS** |
| § | | |
| **TIGHT ENDS SPORTS BAR & GRILL, INC.** § | | |
| **and TIMOTHY DUNGAN,** § | | |
|     **Defendants** § | | **56th JUDICIAL DISTRICT** |

### ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY AGAINST TIGHT ENDS SPORTS BAR & GRILL, LLC

On this day, the Court considered the Traditional Motion for Partial Summary Judgment filed by Plaintiff Salt & Pepper Restaurants, Inc. on its claim against Defendant Tight Ends Sports Bar & Grill, LLC.

After considering the motion, the response, and the summary judgment evidence submitted by the parties, the Court determines that the motion is DENIED.

SIGNED this _____ day of February 2023.

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 72496520
Status as of 2/7/2023 7:47 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 2/6/2023 11:19:21 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 2/6/2023 11:19:21 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 2/6/2023 11:19:21 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 2/6/2023 11:19:21 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 2/6/2023 11:19:21 PM | SENT |