**EXHIBIT GC081**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
|    Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. | § | |
| and TIMOTHY DUNGAN, | § | |
|    Defendants | § | 56th JUDICIAL DISTRICT |

## ORDER DENYING PLAINTIFF'S MOTION FOR TRADITIONAL SUMMARY JUDGMENT ON TIGHT ENDS' COUNTERCLAIMS

On this day, the Court considered the Traditional Motion for Summary Judgment filed by Plaintiff Salt & Pepper Restaurants, Inc. on the counterclaims asserted by Defendant Tight Ends Sports Bar & Grill, LLC.

After considering the motion, the response and the evidence submitted by Tight Ends, the Court determines that the motion is DENIED.

SIGNED this _____ day of February 2023.

 

                                                                                          _____
                                                                                          JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 72496500
Status as of 2/7/2023 7:48 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston TKamin | | pkamin@grayreed.com | 2/6/2023 11:16:14 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 2/6/2023 11:16:14 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 2/6/2023 11:16:14 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 2/6/2023 11:16:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 2/6/2023 11:16:14 PM | SENT |