Filed: 2/6/2023 11:16 PM
Envelope No. 72496500

**EXHIBIT GC083**

FILED
23 FEB -7 PM 2:50

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. | § | |
| and TIMOTHY DUNGAN, | § | |
| Defendants | § | 56th JUDICIAL DISTRICT |

## ORDER DENYING PLAINTIFF'S MOTION FOR TRADITIONAL SUMMARY JUDGMENT ON TIGHT ENDS' COUNTERCLAIMS

On this day, the Court considered the Traditional Motion for Summary Judgment filed by Plaintiff Salt & Pepper Restaurants, Inc. on the counterclaims asserted by Defendant Tight Ends Sports Bar & Grill, LLC.

After considering the motion, the response and the evidence submitted by Tight Ends, the Court determines that the motion is DENIED.

SIGNED this __7__ day of February 2023.

_____
JUDGE PRESIDING

22-CV-0675
DCORDENY
Order Denying
2526007