FILED
23 FEB -7 PM 2:50
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. | § | |
| and TIMOTHY DUNGAN, | § | |
| Defendants | § | 56th JUDICIAL DISTRICT |

## ORDER DENYING PLAINTIFF'S MOTION FOR
## PARTIAL SUMMARY AGAINST TIGHT ENDS SPORTS BAR & GRILL, LLC

On this day, the Court considered the Traditional Motion for Partial Summary Judgment filed by Plaintiff Salt & Pepper Restaurants, Inc. on its claim against Defendant Tight Ends Sports Bar & Grill, LLC.

After considering the motion, the response, and the summary judgment evidence submitted by the parties, the Court determines that the motion is DENIED.

SIGNED this 7 day of February 2023.

_____
JUDGE PRESIDING

22 – CV – 0675
DCORDENY
Order Denying
2526013