

**EXHIBIT GC086**

# JOHN D. KINARD
## DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

2/9/2023

Preston T. Kamin                              **22-CV-0675 - 56th District Court**
Gray Reed
1300 Post Oak Blvd Suite 2000
Houston TX  77056-

In Re:     **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **02/07/2023** the Court signed and entered the following order: **Order Denying Plaintiff's Mtn for Partial Summary Judgment against Tight Ends Sports Bar & Grill, LLC.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Linda Scott



# JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

2/9/2023

BankSouth         **22-CV-0675 - 56th District Court**
c/o Texas Secretary of State
1019 Brazos Street
Austin TX  78701-

In Re:     **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **02/07/2023** the Court signed and entered the following order: **Order Denying Plaintiff's Mtn for Partial Summary Judgment against Tight Ends Sports Bar & Grill, LLC.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Linda Scott



# JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

2/9/2023

John P. Henry            **22-CV-0675 - 56th District Court**
The Law Office of John Henry PC
407 West Liberty Street
Round Rock TX  78664-

In Re:     **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **22-CV-0675** in the **56th District Court** on **02/07/2023** the Court signed and entered the following order: **Order Denying Plaintiff's Mtn for Partial Summary Judgment against Tight Ends Sports Bar & Grill, LLC.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Linda Scott