# The State of Texas



**Service of Process**
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

FILED
23 MAR 20 AM
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

Jane Nelson
Secretary of State

March 15, 2023

John D Kinard
Galveston County Justice Center
600 59th Street, Room 4001
Galveston, TX 77551-2388

| 2023-348109-1 |
| --- |
| Include reference number in all correspondence |

By facsimile and regular mail

RE:   Salt & Pepper Restaurants Inc VS Tight Ends Sports Bar & Grill LLC et al
      56th Judicial District Court Of Galveston County, Texas
      Cause No. 22CV0675

Dear Sir/Madam

We have been served with Judgment styled above but cannot forward it to BankSouth until you resolve the following deficiencies:

There is no forwarding address for the defendant. Plaintiff/plaintiff's attorney must provide this office with a forwarding address in a transmittal letter or on the citation. Secretary of State, 1 Texas Administrative Code Section 71.21.

There is only one copy of the process and two exact copies of all documents are required.

The fee of $40.00 per defendant has not been included. An additional fee of $15.00 is required per Certificate of Service requested. Texas Government Code Annotated, Section 405.031. Total $55.00, includes a certificate and filing fee payable to Secretary of State.

If you need assistance, please call Service of Process between 8:00 – 12:00 and 1:00 – 5:00 at 512-463-1662.

Sincerely,

22 – CV – 0675
DCSESR
Secretary of State Receipt
2566387

