Case 23-03245   Document 1-91   Filed in TXSB on 11/08/23   Page 1 of 5

Filed: 6/1/2023 4:27 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 76210222
By: Shailja Dixit
6/1/2023 4:41 PM

**EXHIBIT GC090**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § | |
| vs. | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § | |
| *Defendants,* | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| **BANKSOUTH** | § | |
| *Garnishee.* | § | 56th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff Salt & Pepper Restaurants, Inc. ("*Plaintiff*") files this Original Answer to Defendant Tight Ends Sports Bar & Grill, LLC's ("*Tight Ends*") Original Counterclaim and, in support thereof, respectfully shows as follows:

### I.
### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Plaintiff generally denies each and every material allegation contained in Defendant Tight Ends' Counterclaim, along with any amendment or supplement thereto, and states said allegations are not true in whole or in part, and further demand strict proof thereof in accordance with Texas law.

### II.
### AFFIRMATIVE AND OTHER DEFENSES

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by Tight Ends' failure to comply with terms of the applicable lease.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by the doctrine of estoppel.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by the doctrine of waiver.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by the doctrine of unclean hands.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by laches.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by Tight Ends' prior material breach of the applicable lease.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by the applicable statute of limitations.

Pleading further, and in the alternative, without waving the foregoing, Tight Ends' counterclaims are barred in whole or in part by Tight Ends' failure to comply with all conditions precedent, including (without limitation) failure to comply with the notice requirement under Paragraph 14.08 of the lease agreement.

**PRAYER**

For these reasons, Plaintiff respectfully requests that the Court enter a judgment that Tight Ends take nothing on its counterclaims and award any other relief at law or in equity to which Plaintiff may be entitled.

Respectfully submitted,

GRAY REED

By: ___*/s/ Preston T. Kamin*___
     Preston T. Kamin
     Texas Bar No. 24062817
     pkamin@grayreed.com
     Tyler J. McGuire
     Texas Bar No. 24098080
     tmcguire@grayreed.com
     1300 Post Oak Blvd., Suite 2000
     Houston, Texas 77056
     (713) 986-7000
     (713) 986-7100 (Fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 1st day of June, 2023 as follows:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

                                              */s/ Preston T. Kamin*
                                              Preston T. Kamin

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rae Cuddihy on behalf of Tyler McGuire
Bar No. 24098080
rcuddihy@grayreed.com
Envelope ID: 76210222
Filing Code Description: Amended Petition
Filing Description: Plaintiff's First Amended Petition
Status as of 6/1/2023 4:41 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler J.McGuire | | tmcguire@grayreed.com | 6/1/2023 4:27:04 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 6/1/2023 4:27:04 PM | SENT |
| Preston TKamin | | pkamin@grayreed.com | 6/1/2023 4:27:04 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 6/1/2023 4:27:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 6/1/2023 4:27:04 PM | SENT |