Filed: 8/1/2023 4:04 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 78101334
By: Lisa Kelly
8/1/2023 4:14 PM

**EXHIBIT GC091**

### CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff/Garnishor,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** | § | |
| **and TIMOTHY DUNGAN** | § | |
| | § | |
| *Defendants,* | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **vs.** | § | |
| | § | |
| **BANKSOUTH** | § | |
| | § | |
| *Garnishee.* | § | **56th JUDICIAL DISTRICT** |

### PLAINTIFF'S MEDIATION REPORT

Plaintiff Salt & Pepper Restaurants, Inc. files this Mediation Report and respectfully states as follows:

The Parties agreed to mediate and preferred John Coselli as their mediator, as reflected in the Court's current Discovery and Docket Control Order. Counsel for the Parties discussed scheduling of mediation. Most recently, Defendant's counsel indicated he suffered a serious health issue. Given the foregoing, the Parties have not completed mediation. Plaintiff's counsel will continue to cooperate on scheduling mediation as soon as feasible, either with John Coselli or a second agreed mediator.

Respectfully submitted,

GRAY REED

By:   */s/ Preston T. Kamin*
      Preston T. Kamin
      Texas Bar No. 24062817
      pkamin@grayreed.com
      Tyler J. McGuire
      Texas Bar No. 24098080
      tmcguire@grayreed.com
      1300 Post Oak Blvd., Suite 2000
      Houston, Texas 77056
      (713) 986-7000
      (713) 986-7100 (Fax)
      **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 1st day of August, 2023 as follows:

John P. Henry
jhenry@jhenrylaw.com
407 West Liberty Street
Round Rock, Texas 78664
(512) 981-7301
***Attorney for Defendants***

                */s/ Preston T. Kamin*
                Preston T. Kamin

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rae Cuddihy on behalf of Tyler McGuire
Bar No. 24098080
rcuddihy@grayreed.com
Envelope ID: 78101334
Filing Code Description: Report
Filing Description: Plaintiff's Mediation Report
Status as of 8/1/2023 4:15 PM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Preston TKamin | | pkamin@grayreed.com | 8/1/2023 4:04:09 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 8/1/2023 4:04:09 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 8/1/2023 4:04:09 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Henry | | jhenry@jhenrylaw.com | 8/1/2023 4:04:09 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jackie Kish | | jkish@grayreed.com | 8/1/2023 4:04:09 PM | SENT |