**EXHIBIT GC093**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| **SALT & PEPPER RESTAURANTS, INC.** | § | IN THE DISTRICT COURT |
| *Plaintiff/Garnishor,* | § | |
| vs. | § | |
| **TIGHT ENDS SPORTS BAR & GRILL, LLC** and **TIMOTHY DUNGAN** | § | |
| *Defendants,* | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| **BANKSOUTH** | § | |
| *Garnishee.* | § | 56th JUDICIAL DISTRICT |

**ORDER GRANTING PLAINTIFF'S NO-EVIDENCE AND TRADITIONAL MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM**

On this day, the Court considered the No-Evidence and Traditional Motion for Partial Summary Judgment ("Motion") filed by Plaintiff Salt & Pepper Restaurants, Inc. ("Plaintiff") on the Counterclaim asserted by Defendant Tight Ends Sports Bar & Grill, LLC ("Tight Ends"), including causes of action for negligent misrepresentation, fraudulent inducement, and violation of the DTPA.

After considering the Motion, summary judgment evidence, any response or reply, and/or arguments of counsel, the Court determines the Motion shall be in, all ways, **GRANTED**. It is hereby **ORDERED, ADJUDGED, and DECREED** that all causes of action pending in the Counterclaim asserted by Tight Ends against Plaintiff are hereby **DISMISSED WITH PREJUDICE.**

*[Signature page follows]*

4892-7019-6602.1

SIGNED this _____ day of _____, 2023.

                                                           _____
                                                           JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Kish on behalf of Preston Kamin
Bar No. 24062817
jkish@grayreed.com
Envelope ID: 78845190
Filing Code Description: Motion for Summary Judgment
Filing Description: Plaintiff's Motion for SJ on Tight Ends Counterclaim
Status as of 8/23/2023 3:22 PM CST

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| John Henry | | jhenry@jhenrylaw.com | 8/23/2023 3:17:23 PM | SENT |

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Preston TKamin | | pkamin@grayreed.com | 8/23/2023 3:17:23 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 8/23/2023 3:17:23 PM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 8/23/2023 3:17:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jackie Kish | | jkish@grayreed.com | 8/23/2023 3:17:23 PM | SENT |