**EXHIBIT GC095**

CAUSE NO. 22-CV-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. | § | |
| and TIMOTHY DUNGAN, | § | |
|     Defendants | § | 56th JUDICIAL DISTRICT |

## ORDER GRANTING MOTION FOR CONTINUANCE AND MOTION TO WITHDRAW

CAME TO BE HEARD Defendants' motion for continuance and motion for withdrawal of John Henry and John Henry & Associates, PLLC as counsel for Defendants. The Court, having heard the motions, GRANTS the motions as set forth in this order.

John Henry and John Henry & Associates, PLLC are withdrawn from representation of Defendants in this case. As of the date of this order, they are no longer attorneys for Defendants.

The last known mailing address for Defendants is 5584 State Hwy 121, Plano, TX 75024

This trial in this matter is hereby continued until _____.

Tight Ends Sports Bar & Grill, LLC is also instructed that a limited liability company must be represented by an attorney. If an attorney does not appear on behalf of this entity within 30 days of the entry of this order, then the Court may strike its pleadings or take other actions that may be adverse to the entity.

SIGNED on _____, 2023.

                                                                                             _____
                                                                                             JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Henry on behalf of John Henry
Bar No. 24055655
jhenry@jhenrylaw.com
Envelope ID: 79094563
Filing Code Description: Proposed Order
Filing Description: Order Granting Continuance and Motion to Withdraw
Status as of 8/31/2023 8:14 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Preston TKamin | | pkamin@grayreed.com | 8/30/2023 8:48:22 PM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 8/30/2023 8:48:22 PM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| John Henry | | jhenry@jhenrylaw.com | 8/30/2023 8:48:22 PM | SENT |