CAUSE NO. 22-CV-0675

FILED
23 SEP -6 AM 11: 54

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. | § | |
| and TIMOTHY DUNGAN, | § | |
| Defendants | § | 56th JUDICIAL DISTRICT |

## ORDER GRANTING MOTION FOR CONTINUANCE AND MOTION TO WITHDRAW

CAME TO BE HEARD Defendants' motion for continuance and motion for withdrawal of John Henry and John Henry & Associates, PLLC as counsel for Defendants. The Court, having heard the motions, GRANTS the motions as set forth in this order.

John Henry and John Henry & Associates, PLLC are withdrawn from representation of Defendants in this case. As of the date of this order, they are no longer attorneys for Defendants.

The last known mailing address for Defendants is 5584 State Hwy 121, Plano, TX 75024

This trial in this matter is hereby continued until *November 3, 2023*

Tight Ends Sports Bar & Grill, LLC is also instructed that a limited liability company must be represented by an attorney. If an attorney does not appear on behalf of this entity within 30 days of the entry of this order, then the Court may strike its pleadings or take other actions that may be adverse to the entity.

SIGNED on *September 5*, 2023.

_____
JUDGE PRESIDING

22 – CV – 0675
DCORGMC
Order Granting Motion for Continuance
2639653

Order Granting Motion for Continuance and Motion to Withdraw                                PAGE 1