

**EXHIBIT GC101**

# JOHN D. KINARD
## DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

9/18/2023

Tight Ends Sports Bar & Grill, LLC    **22-CV-0675 - 56th District Court**
5584 State Hwy 121
Plano TX  75024-

In Re:    **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **in** the **56th District Court** on **09/18/2023** the Court signed and entered the following order: **Order Granting Summary Judgment - Non Final - on Deft's Counterclaim.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:    Rolande Kain

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

*Visit our Website for case and other helpful Information at*
http://www.galvestoncountytx.gov/dc



# JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

9/18/2023

Timothy Dungan                      **22-CV-0675 - 56th District Court**
5584 State Hwy 121
Plano TX  75024-

In Re:     **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **in** the **56th District Court** on **09/18/2023** the Court signed and entered the following order: **Order Granting Summary Judgment - Non Final -** on **Deft's Counterclaim.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Rolande Kain



# JOHN D. KINARD
## DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

9/18/2023

Preston T. Kamin  **22-CV-0675 - 56th District Court**
Gray Reed
1300 Post Oak Blvd Suite 2000
Houston TX  77056-

In Re:   **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **in** the **56th District Court** on **09/18/2023** the Court signed and entered the following order: **Order Granting Summary Judgment - Non Final - on Deft's Counterclaim.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Rolande Kain

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

*Visit our Website for case and other helpful Information at*
http://www.galvestoncountytx.gov/dc



# JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

9/18/2023

BankSouth	22-CV-0675 - 56th District Court
c/o Texas Secretary of State
1019 Brazos Street
Austin TX  78701-

In Re:	**Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number **in** the **56th District Court** on **09/18/2023** the Court signed and entered the following order: **Order Granting Summary Judgment - Non Final - ** on **Deft's Counterclaim.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov.**

**John D. Kinard**, District Clerk
Galveston County, Texas

By:	Rolande Kain