

**EXHIBIT GC102**

# JOHN D. KINARD
## DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

10/6/2023

Tight Ends Sports Bar & Grill, LLC        **22-CV-0675 - 56th District Court**
5584 State Hwy 121
Plano TX  75024-

In Re:        **Case Style**:Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al

**Notice of Order Entry**

Pursuant to TRCP 306(a) please be advised that in the above styled and case number in the **56th District Court** on **08/30/2023** the Court signed and entered the following order: **Motion for Continuance - Motion for Continuance and Motion for Withdrawal of Counsel.** You may view and download a copy of the court case record by visiting our website at: **http://www.galvestoncountytx.gov**.


**John D. Kinard**, District Clerk
Galveston County, Texas

By:     Rolande Kain

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

*Visit our Website for case and other helpful Information at*
http://www.galvestoncountytx.gov/dc