# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Jane Nelson
Secretary of State

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

October 4, 2023

John D. Kinard
District Clerk Galveston County
600 59th Street, Suite 4001
P.O. Box 17250
Galveston, TX 77551

2024-355951-1

**Include reference number in all correspondence**

By facsimile and regular mail

RE: Salt & Pepper Restaurants, Inc vs Tight Ends Sports Bar & Grill, LLC et al
56th Judicial District Court Of Galveston County, Texas
Cause No. 22CV0675

Dear Sir/Madam

We have been served with Notice of Order Entry styled above but cannot forward it to BankSouth until you resolve the following deficiencies:

There is no forwarding address for the defendant. Plaintiff/plaintiff's attorney must provide this office with a forwarding address in a transmittal letter or on the citation. Secretary of State, 1 Texas Administrative Code Section 71.21.

There is only one copy of the process and two exact copies of all documents are required.

The fee of $40.00 per defendant has not been included. An additional fee of $15.00 is required per Certificate of Service requested. Texas Government Code Annotated, Section 405.031. Total $55.00, includes a certificate and filing fee payable to Secretary of State.

Effective June 15, 2023, the Office of the Secretary of State will no longer accept written credit card information on a paper payment form to process your transaction. To submit your payment



22-CV-0675
DCCORR
Correspondence
2659244

using a credit card, you must create and fund a client account through SOSDirect. You can still pay using check/money order, cash, or Legalese.

How to create your SOSDirect account:

1. Click on the following link: https://direct.sos.state.tx.us/acct/acct-subscribe.asp
2. Enter your information, screen by screen, until you receive a message that you have successfully submitted a request for a SOSDirect account.
3. If your email has a strict spam filter, please add the following email addresses to your contact or safe senders list: sosdirect@sos.texas.gov & response@sos.texas.gov
4. The email with your SOSDirect USER ID will be sent to you within an hour.

How to fund your SOSDirect account:

1. Click on the following link: https://direct.sos.state.tx.us/acct/acct-login.asp
2. Enter your SOSDirect USER ID (see step #4 above) and PASSWORD information and click submit
3. Go to the PAYMENT INFORMATION section and select the Client Account option from the PAYMENT METHOD drop down box
4. Click on the Continue button above the PAYMENT INFORMATION section
5. Next, the webpage will show you as logged into SOSDirect. Your session code will appear in bold text.
6. Click on Account from the navigation bar located at the top of this page.
7. Click on Submit Payment to Client Account.
8. Next, the webpage will show your Current Balance within the ENTER PAYMENT AMOUNT section. You will need to add sufficient funds to pay for your service request. If you have an amount due in your account, you will need to submit enough funds to cover the balance due in the account and the total due for service fees.
9. Type the amount of funds you require into the Enter Payment Amount field.
10. The webpage will autofill the billing information from your SOSDirect account. If this information does not match the credit card billing information, you will need to change it.
11. Once you have completed the form click Submit Payment.
12. You will receive a confirmation page that shows your payment and the amount that has been received. The funds will be available for use in one hour.
13. The payment will not process until you log out of your account. You can verify your payment in one hour, if you log into your account again by following Steps 1 to 8 above.

Once the account shows the funds are available, email or fax a letter to our office stating the USER ID and our Reference Number from the letter you received and that you would like to use the funds in the account to cover the fees.
email serviceofprocess@sos.texas.gov or fax 512-463-0873

If you need assistance, please call Service of Process between 8:00 – 12:00 and 1:00 – 5:00 at 512-463-1662.

Sincerely,

Service of Process
Government Filings