Filed: 11/3/2023 9:20 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 81270691
By: Shailja Dixit
11/3/2023 9:29 AM

United States Bankruptcy Court
Eastern District of Texas

Galveston County - 56th District Court

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/03/2023 at 09:14 AM and filed on 11/03/2023.

**Tight Ends Sports Bar & Grill, LLC**
2591 Dallas Parkway, Suite 300
Frisco, TX 75034
Tax ID / EIN: 47-4733222



**EXHIBIT GC104**

The case was filed by the debtor's attorney:

**Jeff Carruth**
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
713-341-1158

The case was assigned case number 23-42104.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, Suite 300B, 660 North Central Expressway, Plano, TX 75074.

You may be a creditor of the debtor. If so, please consult the Court's docket for additional information regarding events and deadlines.

Jason K. McDonald
Clerk, United States
Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| 11/03/2023 09:14:18 ||||
|---|---|---|---|
| **PACER Login:** | CarruthYRU9w | **Client Code:** | tesbg |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-42104 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Cornell on behalf of Jeff Carruth
Bar No. 24001846
mcornell@wkpz.com
Envelope ID: 81270691
Filing Code Description: Notice of Bankruptcy
Filing Description: Notice/Suggestion of Bankruptcy
Status as of 11/3/2023 9:29 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T.Kamin | | pkamin@grayreed.com | 11/3/2023 9:20:09 AM | SENT |
| Tyler J.McGuire | | tmcguire@grayreed.com | 11/3/2023 9:20:09 AM | SENT |
| Justin R.Cowan | | jcowan@grayreed.com | 11/3/2023 9:20:09 AM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 11/3/2023 9:20:09 AM | SENT |
| Jeff Carruth | | jcarruth@wkpz.com | 11/3/2023 9:20:09 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 11/3/2023 9:20:09 AM | SENT |