Filed: 11/3/2023 9:40 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 81272020
By: Shailja Dixit
11/3/2023 9:47 AM

**EXHIBIT GC105**

CAUSE NO. 22-cv-0675

| | | |
|---|---|---|
| SALT & PEPPER RESTAURANTS, INC. | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. and TIMOTHY DUNGAN, | § § § | GALVESTON COUNTY, TEXAS |
| Defendants | § § § | |
| v. | § | |
| BANKSOUTH, | | |
| Garnishee. | | 56th JUDICIAL DISTRICT |

## NOTICE OF REMOVAL

Tight Ends Sports Bar & Grill, Inc., debtor in possession and plaintiff ("TESBG" or "Debtor"), files this Notice of Removal.

1. On November 3, 2023 (the "Petition Date"), Plaintiff filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), initiating a case with the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, and thus commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

2. A copy of the Notice of Bankruptcy related to the Bankruptcy Case is attached hereto.

3. A copy of the Notice of Removal to the Bankruptcy Case is attached hereto.

4. Removal is automatic upon the filing of this notice in this Court.

Dated: November 3, 2023			Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH
    State Bar No. 24001846
    2608 Hibernia, Suite 105
    Dallas, Texas 75024
    Phone: (713) 341-1158
    Facsimile: (713) 961-5341
    jcarruth@wkpz.com

ATTORNEYS FOR
TIGHT ENDS SPORTS BAR & GRILL, INC.
DEFENDANT AND DEBTOR IN POSSSESSION

## CERTIFICATE OF SERVICE

    I hereby certify that on November 3, 2023, true and correct copies of the foregoing Notice of Removal, was served via the courts Efile and/or the PACER ECF system.

*/s/ Jeff Carruth*
Jeff Carruth

United States Bankruptcy Court
Eastern District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/03/2023 at 09:14 AM and filed on 11/03/2023.

**Tight Ends Sports Bar & Grill, LLC**
2591 Dallas Parkway, Suite 300
Frisco, TX 75034
Tax ID / EIN: 47-4733222

The case was filed by the debtor's attorney:

**Jeff Carruth**
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
713-341-1158

The case was assigned case number 23-42104.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, Suite 300B, 660 North Central Expressway, Plano, TX 75074.

You may be a creditor of the debtor. If so, please consult the Court's docket for additional information regarding events and deadlines.

Jason K. McDonald
Clerk, United States
Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| | 11/03/2023 09:14:18 | | |
|---|---|---|---|
| **PACER Login:** | CarruthYRU9w | **Client Code:** | tesbg |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-42104 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**TIGHT ENDS SPORTS BAR & GRILL, INC.,**<br><br>**Debtor** | § § § § § § § § § | Case No. _____ |
| **SALT & PEPPER RESTAURANTS, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br><br><br>**TIGHT ENDS SPORTS BAR & GRILL, INC. and TIMOTHY DUNGAN,**<br><br>**Defendants** | § § § § § § § § § § § § § § § § § | Adv. No. _____<br><br>**(Cause No. 22-cv-0675; Salt & Pepper Restaurants, Inc. v. Tight Ends Sports Bar & Grill, LLC and Timothy Dungan v. BankSouth)** |

## NOTICE OF REMOVAL

Tight Ends Sports Bar & Grill, Inc., debtor in possession and plaintiff ("TESBG" or "Debtor"), files this Notice of Removal of the claims asserted by Salt & Pepper Restaurants, Inc. ("Plaintiff") in the above-styled action the 56th Judicial District Court of Galveston County, Texas (the "State Court") (which action has borne Case No. 22-cv-0675 in the State Court) to this Bankruptcy Court.

## **BACKGROUND**

1.  Removal is made pursuant to 28 U.S.C. § 1452, and this Notice of Removal has been prepared in accordance with Bankruptcy Rule 9027.

2.      On April 20, 2022, Plaintiff commenced an action in the State Court by filing a petition in the State Court (the "State Court Action") asserting claims for, *inter alia,* breach of contract against TESBG and breach of guaranty against co-defendant Timothy Dungan (together with TESBG, "Defendants").

3.      Defendants have answered and appeared in the State Court Action.

4.      A copy of the current docket form the State Court Action is attached hereto as **Exhibit GC001**.

## GROUNDS FOR REMOVAL

5.      The following without limitation describes the grounds for removal.  Reference is also made to the pleadings and other papers on file in the State Court Action.

6.      On November 3, 2023 (the "Petition Date"), Plaintiff filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), initiating a case with the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, and thus commencing the above-captioned bankruptcy case (the "Bankruptcy Case").

7.      The claims and causes of action asserted in the State Court Action are related to the Bankruptcy Case.

8.      This action involves claims or causes of action that are removable under 28 U.S.C. § 1452 because they are, at a minimum, related to a case under the Bankruptcy Code over which the Bankruptcy Court has jurisdiction pursuant to 28 U. S. C. § 1334(b).

9.      This Notice of Removal has been filed within ninety (90) days of the order for relief entered in the Bankruptcy Case.

## CORE VS. NON-CORE MATTERS

10. This case involves core matters. The core matters involved include, without limitation, those referenced in 28 U.S.C. § 157(b)(2)(A), (B), (C), and (O).

## MISCELLANEOUS MATTERS

11. A copy of the record of this court, all known pleadings filed and orders entered in the State Court Action, and a list of parties and known counsel will be filed concurrently with this Notice of Removal.

## RESERVATION OF RIGHTS

12. Debtor reserves the right to amend and/or supplement this Notice.

Dated: November 3, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH
    State Bar No. 24001846
    2608 Hibernia, Suite 105
    Dallas, Texas 75024
    Phone: (713) 341-1158
    Facsimile: (713) 961-5341
    jcarruth@wkpz.com

ATTORNEYS FOR
TIGHT ENDS SPORTS BAR & GRILL, INC.
DEFENDANT AND DEBTOR IN POSSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, true and correct copies of the foregoing Notice of Removal, was served via the courts Efile and/or the PACER ECF system.

                */s/ Jeff Carruth*
                Jeff Carruth

11/3/23, 7:58 AM Case 22-31245 Document 1-3 Filed in TXSB on 11/03/23 Page 8 of 12 galvestoncountytx.gov/PublicAccess/CaseDetail.aspx?CaseID=...

Case 22-31245 Document 1-3 Filed 11/03/23 Filed in TXSB on 11/03/23 23:38:33 Page 8 of 12 Desc Main Document Page 4 of 7

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back     Location : Galveston County    Images

# CASE SUMMARY
## CASE NO. 22-CV-0675

**EXHIBIT GC001**

| | | |
|---|---|---|
| Salt & Pepper Restaurants, Inc. vs. Tight Ends Sports Bar & Grill, LLC, Et Al | § § § § § § § | Case Type: **Contract - Debt**<br>Date Filed: **04/20/2022**<br>Location: **56th District Court**<br>Judicial Officer: **Cox, Lonnie** |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | **Dungan, Timothy**<br>5584 State Hwy 121<br>Plano, TX 75024 | Pro Se |
| **Defendant** | **Tight Ends Sports Bar & Grill, LLC**<br>5584 State Hwy 121<br>Plano, TX 75024 | |
| **Garnishee** | **BankSouth**<br>c/o. Texas Secretary of State<br>1019 Brazos Street<br>Austin, TX 78701 | Pro Se |
| **Garnishor** | **Salt & Pepper Restaurants, Inc.**<br>c/o Gray Reed<br>1300 Post Oak Blvd., #2000<br>Houston, TX 77056 | **Preston T. Kamin**<br>*Retained*<br>713-986-7000(W)<br>713-986-7100(F)<br>pkamin@grayreed.com |
| **Plaintiff** | **Salt & Pepper Restaurants, Inc.**<br>c/o Gray Reed<br>1300 Post Oak Blvd., #2000<br>Houston, TX 77056 | **Preston T. Kamin**<br>*Retained*<br>713-986-7000(W)<br>713-986-7100(F)<br>pkamin@grayreed.com |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 04/20/2022 | **Original Petition - OCA**<br>Plaintiff's Original Petition | |
| 04/20/2022 | **Request for Civil Service**<br>Request for Issuance-Tight Ends. 1 Citation to be Emailed; Assigned to R.G. | |
| 04/20/2022 | **Request for Civil Service**<br>Request for Issuance-Timothy Dungan. 1 Citation to be Emailed; Assigned to R.G. | |
| 04/20/2022 | **Status Conference Sheet**<br>Emailed to Atty. | |
| 04/20/2022 | **Receipt Acknowledge**<br>Emailed Status Conf. Sheet to Atty. | |
| 04/22/2022 | **Citation Issuance - Work Product**<br>emailed 2 citations to attorney | |
| 04/22/2022 | **Receipt Acknowledge**<br>for email | |
| 04/26/2022 | **Application**<br>Plaintiff's Application for Writ of Garnishment to Bank South w declaration | |
| 04/26/2022 | **Proposed Order (unsigned)**<br>Proposed Writ of Garnishment to South Bank | |
| 04/26/2022 | **Proposed Order (unsigned)**<br>Order to Issue Prejudgment Writ of Garnishment 4854-2424-7069 v.1 | |
| 04/26/2022 | **Request for Civil Service**<br>Fee Paid for 1 Pre Jdmt.Writ of Garnishment; Pending Order & Bond; Assigned to S.D. | |
| 05/02/2022 | **Order** (Judicial Officer: Cox, Lonnie )<br>Writ of Garnishment- Amended Order signed 5-19-22 lk | |
| 05/04/2022 | **Application**<br>Plaintiff's Amended Emergency Application for Prejudgment Writ of Garnishment | |
| 05/04/2022 | **Proposed Order (unsigned)**<br>Amended Order for Prejudgment Writ of Garnishment | |
| 05/04/2022 | **Proposed Order (unsigned)** | |

**EXHIBIT GC001 - Page 1**

|  |  |  |
|---|---|---|
| | | Plaintiff's Amended proposed Writ of Garnishment to Bank South |
| 05/04/2022 | **Request for Civil Service** | |
| | | Request for Issuance of Service. Pre Jdmt. Writ of Garnishment; Pending Order & Bond; Assigned to S.D. |
| 05/19/2022 | **Motion Hearing** (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| | | AMENDED WRIT OF GARNISHMENT |
| 05/19/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | for Prejudgment Writ of Garnishment - Bond set at $1,000.00 - Replevy Bond set at : $33,000.00 |
| 05/19/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | Amended Writ of Garnishment |
| 06/01/2022 | **Bookkeeping Receipt Acknowledgment** | |
| | | Received ck in the amount of $1,000.00 for Pre-Judgment Writ of Garnishment Bond |
| 06/02/2022 | **Bond - Certificate of Cash in Lieu of** | |
| 06/02/2022 | **Writ of Garnishment Issuance - Before Judgment - Work Produc** | |
| | | Issued; Emailed per request. |
| 06/02/2022 | **Receipt Acknowledge** | |
| | | Emailed Writ of Garnishment Pre Jdmt. to Atty. |
| 06/15/2022 | **Return of Service on Citation/Subpoena** | |
| | | Affidavit |
| 06/21/2022 | **Writ of Garnishment and Return -Before Judgment** | |
| 07/20/2022 | **Motion** | |
| | | Plaintiff's Motion for Substitute Service |
| 07/20/2022 | **Proposed Order (unsigned)** | |
| | | Order Granting Plaintiff's Motion for Substituted Service |
| 07/21/2022 | **Status Conference** (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| 07/21/2022 | **Proposed Order (unsigned)** | |
| | | Amended Order Granting Plaintiff's Motion for Substituted Service- Proposed |
| 07/22/2022 | **Original Answer** | |
| | | Timothy Dungan's Original Answer |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Order Granting Defendants' Motion to Dissolve Writ of Garnishment |
| 07/22/2022 | **Motion for Leave** | |
| | | Defendants' Motion for Leave to Shorten Deadlines |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Defendants' Rule 664a Motion to Dissolve Writ of Garnishment |
| 07/22/2022 | **Proposed Order (unsigned)** | |
| | | Order Setting Submission Date And Response Deadline |
| 07/22/2022 | **Original Answer** | |
| | | Tight Ends Sports Bar & Grill, LLC's Original Answer & Counterclaim |
| 07/22/2022 | **Notice of Hearing** | |
| | | Notice of Hearing by Submission-Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | | notice of reset of status conference on 09/22/2022@9:30AM |
| 07/25/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | | notice of deft's motion to vacate writ of garnishment and reduce response deadline set on 07/28/2022@4:00PM |
| 07/25/2022 | **Court Coordinator's Case Notes** | |
| | | SIGNED- ORDER ON PLTF'S MTN FOR SUB SERVICE//LC/re |
| 07/25/2022 | **Notice of Hearing** | |
| | | Notice of Hearing by Submission of Amended Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Amended Motion** | |
| | | Defendants' Amended Rule 664a Motion to Dissolve Writ of Garnishment |
| 07/25/2022 | **Amended Order** (Judicial Officer: Cox, Lonnie ) | |
| | | Granting Plaintiff's Mtn for Substituted Service |
| 07/26/2022 | **Response** | |
| | | Tight End's Response to Motion for Leave to Set Submission Date |
| 07/26/2022 | **Proposed Order (unsigned)** | |
| | | Order Denying Motion for Leave to Set Submission Date |
| 07/28/2022 | **Submission** (4:00 PM) (Judicial Officer Cox, Lonnie) | |
| | | DEFT'S MTN TO VACATE WRIT OF GARNISHMENT & REDUCE RESPONSE DEADLINE |
| 07/28/2022 | **Exhibit(s)** | |
| | | Defendants' Exhibit List and Exhibit 1 for Defendants' Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Brief in Support of** | |
| | | Defendants' Brief in Support of Amended Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Response** | |
| | | Plaintiff's Response to Amended Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order Denying Defendants' Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Objection** | |
| | | Plaintiff's Objections to Evidence-Motion to Dissolve Writ of Garnishment |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order on Plaintiff's Objections to Defendants Evidence |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | Order on Plaintiff's Objection to Defendants' Offered Evidence |
| 07/28/2022 | **Response** | |
| | | Defendants' Response to Plaintiff's Objections to Evidence |
| 07/28/2022 | **Objection** | |
| | | DEFENDANTS OBJECTIONS TO PLAINTIFF S OFFERED EVIDENCE |
| 07/28/2022 | **Proposed Order (unsigned)** | |
| | | ORDER ON DEFENDANTS OBJECTION TO PLAINTIFF S OFFERED EVIDENCE- PROPOSED |
| 07/29/2022 | **Objection** | |
| | | Plaintiff's Objections and Motion to Strike Def. Exhibit List |
| 07/29/2022 | **Proposed Order (unsigned)** | |
| | | proposed Order on Plaintiff's Objections and Motion to Strike Exhibit List |
| 07/29/2022 | **Original Answer** | |
| | | to Pltf's Writ of Garnishment |

**EXHIBIT GC001 - Page 2**

| | | |
|---|---|---|
| 08/01/2022 | **Proposed Order (unsigned)** | |
| | Proposed Order on Plaintiff's Second Objection to Defendants' Evidence | |
| 08/01/2022 | **Response** | |
| | Defendants' Response to Plaintiff's Second Objection to Evidence | |
| 08/16/2022 | **Notice of Hearing** | |
| | Notice of Hearing on Motion to Dissolve Writ of Garnishment set 8-29-22 @ 10:30 a.m. | |
| 08/29/2022 | **Motion Hearing** (10:30 AM) (Judicial Officer Cox, Lonnie) | |
| | MTN TO DISSOLVE WRIT OF GARNISHMENT | |
| | Result: Held | |
| 08/29/2022 | **Order Denying Motion to Dissolve Writ** (Judicial Officer: Cox, Lonnie ) | |
| | of Garnishment | |
| 08/30/2022 | **Copy of Notice** | |
| 09/21/2022 | **Proposed Order (unsigned)** | |
| | Agreed Docket Control Order | |
| 09/22/2022 | **Status Conference** (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| | Result: Passed - Not held | |
| 09/23/2022 | **Docket Control Order** (Judicial Officer: Cox, Lonnie ) | |
| | discovery and d c o | |
| 09/28/2022 | **Secretary of State Receipt** | |
| 10/24/2022 | **Motion for Summary Judgment** | |
| | Plaintiff's Traditional Motion for Partial Summary Judgment | |
| 10/24/2022 | **Proposed Order (unsigned)** | |
| | proposed Order on Plaintiff's Traditional Motion for Partial Summary Judgment | |
| 10/25/2022 | **Court Coordinator's Case Notes** | |
| | PLTF'S MSJ SEEN BY COURT; NO REQUEST FOR ORAL HEARING OR SUBMISSION//LC/re | |
| 10/26/2022 | **Request for Hearing** | |
| | Request for Oral Hearing on Plaintiff's Motion for Partial Summary Judgment | |
| 10/26/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | notice of pltf's partial summary judgment set on 12/05/2022@11:00 AM | |
| 10/27/2022 | **Notice of Hearing** | |
| | Notice of Hearing-Plaintiff's Motion for Partial Summary Judgment against Tight Ends | |
| 11/28/2022 | **Response** | |
| | Deft. TE's Response to Salt and Pepper's Partial MSJ | |
| 11/28/2022 | **Answer** | |
| | Tight Ends' First Amended Answer & Counterclaim | |
| 12/05/2022 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | notice of set and reset of plt's partial summary judgment. it has been reset to 01/09/2023@11:30AM. | |
| 12/06/2022 | **Notice of Hearing** | |
| | Amended Notice of Hearing-Plaintiffs M4PSJ against Tight Ends | |
| 01/04/2023 | **Notice of Hearing** | |
| | Second Amended NOH-Plaintiff's Motion for Summary Judgment | |
| 01/04/2023 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | notice of setting on pltf's partial summary judgment reset to 01/31/2023@11:00AM | |
| 01/10/2023 | **Proposed Order (unsigned)** | |
| | Order-Plaintiff's MSJ against Tight Ends Counterclaims | |
| 01/10/2023 | **Motion for Summary Judgment** | |
| | Plaintiff's MSJ on Tight Ends Counterclaims | |
| 01/10/2023 | **Notice of Hearing** | |
| | Notice of Hearing-Plaintiffs MSJ against Tight Ends Counterclaims-set 1-31-23 @ 11:00 a.m. | |
| 01/24/2023 | **Response** | |
| | Tight Ends' Response to Plaintiff's Motion for Traditional Summary Judgment on Counterclaims | |
| 01/31/2023 | **Motion Hearing** (11:00 AM) (Judicial Officer Cox, Lonnie) | |
| | PLTF'S PARTIAL SUMMARY JUDGMENT & PLTF'S MSJ ON TIGHT ENDS CLAIMS | |
| | 12/05/2022 Reset by Court to 01/09/2023 | |
| | 01/09/2023 Reset by Court to 01/31/2023 | |
| 01/31/2023 | **Bond - Surety Approved** | |
| | Defendants' Replevin Bond. | |
| 01/31/2023 | **Bond - Certificate of Cash in Lieu of** | |
| 02/06/2023 | **Proposed Order (unsigned)** | |
| | Order Denying Traditional MSJ on Plaintiff's Claims | |
| 02/06/2023 | **Proposed Order (unsigned)** | |
| | Order Denying Traditional MSJ | |
| 02/07/2023 | **Proposed Order (unsigned)** | |
| | Amended Order Granting Plaintiff's Partial MSJ | |
| 02/07/2023 | **Order Denying** (Judicial Officer: Cox, Lonnie ) | |
| | Plaintiff's Mtn for Traditional Summary Judgment on Tight Ends' Counterclaims | |
| 02/07/2023 | **Order Denying** (Judicial Officer: Cox, Lonnie ) | |
| | Plaintiff's Mtn for Partial Summary Judgment against Tight Ends Sports Bar & Grill, LLC | |
| 02/09/2023 | **Copy of Notice** | |
| 02/09/2023 | **Copy of Notice** | |
| 03/20/2023 | **Correspondence** | |
| | From SOS - Service of Process. Citation not served due to deficiencies, fees not included. | |
| 03/20/2023 | **Secretary of State Receipt** | |
| 06/01/2023 | **Amended Petition** | |
| | Plaintiff's First Amended Petition | |
| 06/01/2023 | **Original Answer** | |
| | Plaintiff's Original Answer to Defendant's Counterclaim | |
| 08/01/2023 | **Report** | |
| | Plaintiff's Mediation Report | |
| 08/23/2023 | **Motion for Summary Judgment** | |
| | Plaintiff's Motion for SJ on Tight Ends Counterclaim | |
| 08/23/2023 | **Proposed Order (unsigned)** | |
| | Order Granting Plaintiff's Motion for SJ on Tight Ends Counterclaim | |

**EXHIBIT GC001 - Page 3**

| | | |
|---|---|---|
| 08/24/2023 | **Notice of Hearing** | |
| | Notice of Hearing-Plaintiff's MSJ on Tight Ends Counterclaim | |
| 08/24/2023 | **Notice - From Court of Setting Date** (Judicial Officer: Cox, Lonnie ) | |
| | notice of setting on pltf's motion for summary judgment on 09/18/2023@9:30AM | |
| 08/30/2023 | **Proposed Order (unsigned)** | |
| | Order Granting Continuance and Motion to Withdraw | |
| 08/30/2023 | **Motion for Continuance** | |
| | Motion for Continuance and Motion for Withdrawal of Counsel | |
| 09/05/2023 | **Order Granting Motion for Continuance** (Judicial Officer: Cox, Lonnie ) | |
| | and Motion for Withdrawal - Trial is Continued until 11/3/23 | |
| 09/06/2023 | **Copy of Notice** | |
| 09/18/2023 | **Motion for Summary Judgment** (9:30 AM) (Judicial Officer Cox, Lonnie) | |
| | PLTF'S MSJ | |
| | Result: Granted | |
| 09/18/2023 | **Order Granting Summary Judgment - Non Final** (Judicial Officer: Cox, Lonnie ) | |
| | on Deft's Counterclaim | |
| 09/18/2023 | **Copy of Notice** | |
| 10/06/2023 | **Copy of Notice** | |
| 10/11/2023 | **Correspondence** | |
| | From S.O.S Regarding no Forwarding Address | |
| 11/03/2023 | **Bench Trial** (10:00 AM) (Judicial Officer Cox, Lonnie) | |
| | 10/03/2023 Reset by Court to 11/03/2023 | |

**Unofficial Record**

**EXHIBIT GC001 - Page 4**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Cornell on behalf of Jeff Carruth
Bar No. 24001846
mcornell@wkpz.com
Envelope ID: 81272020
Filing Code Description: Notice of Removal
Filing Description: Notice of Removal - Bankruptcy CRT
Status as of 11/3/2023 9:48 AM CST

Associated Case Party: Salt & Pepper Restaurants, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Preston T Kamin | | pkamin@grayreed.com | 11/3/2023 9:40:32 AM | SENT |
| Tyler J. McGuire | | tmcguire@grayreed.com | 11/3/2023 9:40:32 AM | SENT |
| Justin R. Cowan | | jcowan@grayreed.com | 11/3/2023 9:40:32 AM | SENT |

Associated Case Party: Tight Ends Sports Bar & Grill, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Henry | | jhenry@jhenrylaw.com | 11/3/2023 9:40:32 AM | SENT |
| Jeff Carruth | | jcarruth@wkpz.com | 11/3/2023 9:40:32 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jackie Kish | | jkish@grayreed.com | 11/3/2023 9:40:32 AM | SENT |