United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TIGHT ENDS SPORTS BAR & GRILL, INC** | § § § | **CASE NO: 23-42104-EB** |
| Debtor | § § | **CHAPTER 11 – TXEB** |
| **SALT & PEPPER RESTAURANTS, INC.** | § § § | |
| Plaintiff | § § | |
| V. | § § § | **ADVERSARY NO. 23-03245** |
| **TIGHT ENDS SPORTS BAR & GRILL, INC. AND TIMOTHY DUNGAN** | § § § § | |
| Defendants | § | |

## SHOW CAUSE ORDER

The debtor/defendant Tight Ends Sports Bar & Grill, Inc. filed a Chapter 11 case on November 3, 2023, in the Eastern District of Texas, Sherman Division. On November 8, 2023, the debtor/defendant removed a case from the 56th Judicial District Court of Galveston County Texas to the United States Bankruptcy Court for the Southern District of Texas, Galveston Division. The notice of removal states the claims and causes of action asserted in the Galveston County case are related to the bankruptcy case.

The Plaintiff's Original Petition (ECF No. 1-3) states that the defendant Tight Ends Sports Bar & Grill, Inc. is a Texas limited liability company with its office in Frisco Texas, the defendant Timothy Dungan resides at 1603 Wildire Lane, Frisco, Texas, and the plaintiff is a corporation having its principal place of business in Fort Bend County. There is no explanation why venue for this adversary is proper in the Southern District of Texas, Galveston Division. In addition, there is no indication that the interest of justice would be best served by leaving the case in the Southern District, Galveston Division or that the Southern District, Galveston Division is more convenient.

**THEREFORE, IT IS ORDERED** that counsel should appear and advise the Court why this case should not be transferred to the Eastern District of Texas where the Chapter 11 bankruptcy case is pending.

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 11:00 a.m. on December 20, 2023, in Courtroom 403, 515 Rusk Street, Houston, Texas.

**Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.**[1]

**SO ORDERED**.

SIGNED 11/09/2023

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

United States Bankruptcy Court
Southern District of Texas

Salt & Pepper Restaurants, Inc.,
    Plaintiff
Tight Ends Sports Bar & Grill, Inc.,
    Defendant

Adv. Proc. No. 23-03245-jpn

# CERTIFICATE OF NOTICE

| District/off: 0541-3 | User: ADIuser | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf112 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Salt & Pepper Restaurants, Inc., c/o Preston T Kamin, Gray Reed, 1300 Post Oak Blvd, #2000, Houston, TX 77056-8000 |
| dft | | Timothy Dungan, 1603 Wildfire Lane, Frisco, TX 75033-7326 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Tight Ends Sports Bar & Grill, Inc., Houston |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 11, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffery Dayne Carruth | on behalf of Defendant Tight Ends Sports Bar & Grill Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com |

TOTAL: 1