UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: § § | | |
| TIGHT ENDS SPORTS BAR & GRILL, INC., § § § § | CASE NO: 23-42104-EB CHAPTER 11-TXEB | |
| Debtor. § | | |
| SALT & PEPPER RESTAURANTS, INC. § § § vs. § § § TIGHT ENDS SPORTS BAR & GRILL, INC. § and TIMOTHY DUNGAN, § § § Defendants. § | ADVERSARY NO. 23-03245 | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **TIGHT ENDS SPORTS BAR & GRILL, INC,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein.  All notices given or required to be given in this case shall be given to and served at the following addresses.[1]

   Jeff Carruth
   E-mail:  jcarruth@wkpz.com

Dated: December 12, 2023       Respectfully submitted:

                                 WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
                                 By:  /s/ Jeff Carruth
                                     JEFF CARRUTH
                                     State Bar No. 24001846
                                     24 Greenway Plaza, Suite 2050
                                     Houston, TX 77046
                                     Phone: (713) 341-1158
                                     Facsimile: (713) 961-5341
                                     jcarruth@wkpz.com

                                   PROPOSED ATTORNEYS FOR
                                   TIGHT ENDS SPORTS BAR & GRILL, INC.
                                   DEFENDANT AND DEBTOR IN POSSESSION

---

[1] Counsel files this NOA because counsel apparently is not receiving ECF notices in this case.

**CERTIFICATE OF SERVICE**

On December 12, 2023, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

*/s/ Jeff Carruth*
Jeff Carruth